### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **EZRA SMITH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION FILE NO.: |
| | ) |
| **MONIQUE TRACEY,** *et al.,* | ) 1:24-cv-05158-TWT |
| | ) |
| **Defendants.** | ) |
| | ) |

### WAIVER OF SERVICE BY DEFENDANT TRACEY

COMES NOW Defendant MONIQUE TRACEY, by and through undersigned counsel, and under Fed.R.Civ.P. 4 (d) hereby WAIVES formal service of process in this case, in accordance with a request for waiver communicated by Plaintiff's counsel.

Defendant Tracey acknowledges that a response to the Complaint is due within 60 days from December 23, 2024.

                                              Williams & Waymire, LLC

                                              /s/ Jason Waymire
                                              Jason C. Waymire
                                              Georgia Bar No. 742602
                                              Counsel for Defendant Tracey

Bldg. 400, Suite A
4330 South Lee Street

Buford, Georgia 30518
678-541-0790
678-541-0789