## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **EZRA SMITH,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) **CIVIL ACTION FILE NO.:** |
| **MONIQUE TRACEY,** *et al.*, | ) **1:24-cv-05158-TWT** |
| **Defendants.** | ) ) |

### WAIVER OF SERVICE BY DEFENDANT GOMEZ

COMES NOW Defendant RAUL GOMEZ, by and through undersigned counsel, and under Fed.R.Civ.P. 4 (d) hereby WAIVES formal service of process in this case, in accordance with a request for waiver communicated by Plaintiff's counsel.

Defendant Gomez acknowledges that a response to the Complaint is due within 60 days from December 23, 2024.

                        M. Qader A. Baig & Associates, LLC

                        /s/ M. Qader A. Baig
                        M. Qader Baig (by JCW with express permission)
                        Georgia Bar No. 031610
                        As counsel for Defendant Gomez

2

913 B Commercial Street

Conyers, GA 30012

(770) 929-1665

mqab@mqablaw.com

2