UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EZRA SMITH, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO.: |
| ) | 1:24-cv-05158-TWT |
| v. ) | |
| ) | |
| DEPUTY MONIQUE TRACEY, DEPUTY ) | |
| RAUL GOMEZ, DEPUTY SHENEQUA ) | |
| JACKSON, and ERICA SANCHEZ, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

COMES NOW, Timothy J. Buckley III, Esq., of the law firm of Buckley Christopher & Hensel, P.C., and hereby notifies the Court and all parties of his representation of the above-named defendant, Raul Gomez, with regard to this matter.

This 7th day of January, 2025.

Respectfully submitted,

**BUCKLEY CHRISTOPHER & HENSEL, P.C.**

/s/ Timothy J. Buckley III
TIMOTHY J. BUCKLEY III
Georgia State Bar No. 092913
ERIC J. O'BRIEN
Georgia State Bar No. 383754
Attorneys for Defendant Gomez

2970 Clairmont Road, NE
Suite 650
Atlanta, Georgia  30329

1

(404) 633-9230
(404) 633-9640 (facsimile)
tbuckley@bchlawpc.com
eobrien@bchlawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2025, I electronically filed and served the NOTICE OF APPEARANCE using the CM/ECF which will automatically send notification of such filing to attorneys of record:

| Jeff Filipovits, Esq._<br>Wingo Smith, Esq._<br>Spears & Filipovits, LLC_<br>315 W. Ponce de Leon Ave., Ste. 865_<br>Decatur, Georgia 30030_<br>jeff@civil-rights.law_<br>wingo@civil-rights.law | James M. Slater, Esq._<br>Slater Legal PLLC_<br>2296 Henderson Mill Rd. NE #116_<br>Atlanta, Georgia 30345_<br>james@slater.legal |
|---|---|

Respectfully submitted,[1]

**BUCKLEY CHRISTOPHER & HENSEL, P.C.**

/s/ Timothy J. Buckley III
TIMOTHY J. BUCKLEY III
Georgia State Bar No. 092913
ERIC J. O'BRIEN
Georgia State Bar No. 383754
Attorneys for Defendant

2970 Clairmont Road, NE
Suite 650
Atlanta, Georgia  30329
(404) 633-9230
(404) 633-9640 (facsimile)
tbuckley@bchlawpc.com
eobrien@bchlawpc.com

---

[1] This is to further certify that this document was prepared in Times New Roman font, 14 point, in compliance with Local Rule 5.1(C).