UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EZRA SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>DEPUTY MONIQUE TRACEY, *et al.*,<br><br>    Defendants. | Civil Action No.: 1:24-cv-05158-TWT |

**DECLARATION OF JAMES SLATER IN SUPPORT OF PLAINTIFF'S
<u>UNOPPOSED MOTION TO EXTEND TIME TO SERVE</u>**

I, James M. Slater, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am counsel of record in this case for Plaintiff Ezra Smith.

2. I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

3. The purpose of this declaration is to set forth facts surrounding Mr. Smith's efforts to serve Defendant Erica Sanchez.

4. The Complaint in this matter was filed on November 1, 2024.

5. On or about November 13, 2024, I contacted a private process server to serve all defendants at the Rockdale County Jail.

6. On or about November 22, 2024, our process server informed me that the Sheriff's Office told him that Nurse Sanchez was no longer employed at the

jail.

7. At that stage, the undersigned and co-counsel attempted to determine the correct Erica Sanchez for service at her residence.

8. During that process, we reached out to Naphcare, which manages the delivery of healthcare services at the Rockdale County Jail to ask if the organization could help provide us with information to locate Nurse Sanchez.

9. On or about December 19, 2024, Naphcare responded indicating that Nurse Sanchez was still employed by the company at the Rockdale County Jail.

10. We then asked the Rockdale County Sheriff's Office to effectuate service on Nurse Sanchez.

11. According to the Sheriff's Office, service was attempted on January 17, 2025, but Nurse Sanchez was not on shift that date. The deputy attempting service left a note for Nurse Sanchez.

12. According to information received today from the Sheriff's Office, no further attempts have been made since January 17, 2025. As of today, it is unclear when the Sheriff's Office will further attempt to serve Nurse Sanchez.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 28, 2025, in Atlanta, Georgia.

_____
James M. Slater

2