UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EZRA SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>DEPUTY MONIQUE TRACEY, *et al.*,<br><br>    Defendants. | Civil Action No.: 1:24-cv-05158-TWT |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO SERVE DEFENDANT ERICA SANCHEZ

THIS MATTER is before the Court upon Plaintiff Ezra Smith's Unopposed Motion to Extend Time to Serve Defendant Erica Sanchez (the "Motion"). [ECF No. 8]. Having considered the Motion and for good cause shown, it is hereby

ORDERED AND ADJUDGED that:

1. The Motion is GRANTED.

2. Plaintiff Ezra Smith shall serve Defendant Erica Sanchez and provide documents reflecting completed service by March 3, 2025.

IT IS SO ORDERED this  30th  day of  January , 2025.

_____
THOMAS W. THRASH, JR.
United States District Judge