Case 1:24-cv-05158-TWT   Document 10   Filed 02/04/25   Page 1 of 1
Case 1:24-cv-05158-TWT   Document 2   Filed 11/12/24   Page 6 of 8
2589287

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1;24-cv-5158

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sanchez, Erica
was received by me on *(date)* 1/29/25.

☑ I personally served the summons on the individual at *(place)* Rockdale Co Jail
911 Chambers Dr, Conyers GA 30012 on *(date)* 1/29/25; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 1/29/25

Dep. Gonzalez #2352
*Server's signature*

Dep R. Gonzalez #2352
*Printed name and title*

911 Chambers Dr. Conyers GA 30012
*Server's address*

Additional information regarding attempted service, etc: