IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EZRA SMITH,<br><br>   Plaintiff,<br><br>v.<br><br>DEPUTY MONIQUE TRACEY,<br>DEPUTY RAUL GOMEZ, DEPUTY<br>SHENEQUA JACKSON, and ERICA<br>SANCHEZ,<br><br>   Defendants. | )<br>)<br>)  CIVIL ACTION FILE NO.<br>)  1:24-cv-05158-TWT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT ERICA SANCHEZ'S
MOTION TO DISMISS COMPLAINT**

Defendant Erica Sanchez files her Motion to Dismiss Complaint pursuant to Fed. R. Civ. P. 12(b)(6). In support of this Motion, Defendant Sanchez submits the following:

1. As to Count II, which is the only claim involving Defendant Sanchez, Plaintiff has failed to allege a cognizable claim upon which relief can be granted.

2. Plaintiff has filed an impermissible shotgun pleading that violates Fed. R. Civ. P. 8(a)(2) and 10(b) and makes the entire Complaint subject to dismissal under Fed. R. Civ. P. 12(b)(6).

3. Defendant Sanchez relies on her Brief in Support of Motion to Dismiss.

Respectfully submitted this 19th day of February, 2025.

/s/*Antonio E. Veal*
Michael G. Frankson
Georgia Bar No.: 173835
Antonio E. Veal
Georgia Bar No.: 460007
Lindsey Adams
Georgia Bar No.: 288816

*Counsel for Defendant Erica Sanchez*

HUFF, POWELL & BAILEY, LLC
999 Peachtree Street, Suite 950
Atlanta, Georgia 30309
Telephone: (404) 892-4022
Fax: (404) 892-4033
Email: mfrankson@huffpowellbailey.com
Email: aveal@huffpowellbailey.com
Email: ladams@huffpowellbailey.com

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that the foregoing DEFENDANT ERICA SANCHEZ'S MOTION TO DISMISS COMPLAINT was electronically filed using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

>James M. Slater
>Slater Legal PLLC
>2296 Henderson Mill Road, NE, Number 116
>Atlanta, Georgia 30345
>james@slater.legal

Respectfully submitted this 19th day of February, 2025.

>*/s/Antonio E. Veal*
>Michael G. Frankson
>Georgia Bar No.: 173835
>Antonio E. Veal
>Georgia Bar No.: 460007
>Lindsey Adams
>Georgia Bar No.: 288816
>
>*Counsel for Defendant Erica Sanchez*
>
>HUFF, POWELL & BAILEY, LLC
>999 Peachtree Street, Suite 950
>Atlanta, Georgia 30309
>Telephone: (404) 892-4022
>Fax: (404) 892-4033
>Email: mfrankson@huffpowellbailey.com
>Email: aveal@huffpowellbailey.com
>Email: ladams@huffpowellbailey.com