IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EZRA SMITH, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO. |
| ) | 1:24-cv-05158-TWT |
| v. ) | |
| ) | |
| DEPUTY MONIQUE TRACEY, ) | |
| DEPUTY RAUL GOMEZ, DEPUTY ) | |
| SHENEQUA JACKSON, and ERICA ) | |
| SANCHEZ, ) | |
| ) | |
| Defendants. ) | |

**ERICA SANCHEZ'S CERTIFICATE OF INTERESTED PERSONS**

(1)   The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Plaintiff:**

Ezra Smith

**Defendants:**

Deputy Monique Tracey

1

Deputy Raul Gomez

Deputy Shenequa Jackson

Erica Sanchez

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**Plaintiffs:**

Ezra Smith

Spears & Filipovits, LLC

Slater Legal PLLC

**Defendants:**

NaphCare, Inc.

Ironshore Specialty Insurance Company

Deputy Monique Tracey

Deputy Raul Gomez

Deputy Shenequa Jackson

Erica Sanchez

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Michael G. Frankson, Antonio E. Veal, and Lindsey Adams of Huff, Powell & Bailey, LLC represent Defendant Erica Sanchez.

Respectfully submitted this 20th day of February, 2025.

      /s/  Antonio E. Veal
      Michael G. Frankson
      Georgia Bar No.: 173835
      Antonio E. Veal
      Georgia Bar No.: 460007
      Lindsey Adams
      Georgia Bar No.: 288816

*Counsel for Defendant Erica Sanchez*

HUFF, POWELL & BAILEY, LLC
999 Peachtree Street, Suite 950
Atlanta, Georgia 30309
Telephone: (404) 892-4022
Fax: (404) 892-4033
Email: mfrankson@huffpowellbailey.com
Email: aveal@huffpowellbailey.com
Email: ladams@huffpowellbailey.com

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that the foregoing CERTIFICATE OF INTERESTED PERSONS was electronically filed using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

Respectfully submitted this 20th day of February, 2025.

                                         /s/   Antonio E. Veal
                                         Michael G. Frankson
                                         Georgia Bar No.: 173835
                                         Antonio E. Veal
                                         Georgia Bar No.: 460007
                                         Lindsey Adams
                                         Georgia Bar No.: 288816

                                         *Counsel for Defendant Erica Sanchez*

                                         HUFF, POWELL & BAILEY, LLC
                                         999 Peachtree Street, Suite 950
                                         Atlanta, Georgia 30309
                                         Telephone: (404) 892-4022
                                         Fax: (404) 892-4033
                                         Email: mfrankson@huffpowellbailey.com
                                         Email: aveal@huffpowellbailey.com
                                         Email: ladams@huffpowellbailey.com