IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EZRA SMITH, | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION FILE NO.** |
| | ) | **1:24-cv-05158-TWT** |
| v. | ) | |
| | ) | |
| DEPUTY MONIQUE TRACEY, | ) | |
| DEPUTY RAUL GOMEZ, DEPUTY | ) | |
| SHENEQUA JACKSON, and ERICA | ) | |
| SANCHEZ, | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT ERICA SANCHEZ'S
## MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Defendant Erica Sanchez requests leave to file Exhibit A (Doc. – 12) to her Brief in Support Motion to Dismiss. Defendant Sanchez is filing its responsive pleading to Plaintiff's Complaint and has referenced to Plaintiff's medical records. Because the records contain personal and private health information, they should be filed under seal. Defendant Sanchez requests that this Court allow the records to be appropriately filed under seal.

Respectfully submitted this 20th day of February, 2025.

/s/Antonio E. Veal
Michael G. Frankson
Georgia Bar No.: 173835

- 2 -

Antonio E. Veal
Georgia Bar No.: 460007
Lindsey Adams
Georgia Bar No.: 288816

*Counsel for Defendant Erica Sanchez*

HUFF, POWELL & BAILEY, LLC
999 Peachtree Street, Suite 950
Atlanta, Georgia 30309
Telephone: (404) 892-4022
Fax: (404) 892-4033
Email: mfrankson@huffpowellbailey.com
Email: aveal@huffpowellbailey.com
Email: ladams@huffpowellbailey.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that the foregoing DEFENDANT ERICA

SANCHEZ'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

was electronically filed using the CM/ECF system which will automatically send e-

mail notification of such filing to all attorneys of record.

James M. Slater
Slater Legal PLLC
2296 Henderson Mill Road, NE, Number 116
Atlanta, Georgia 30345
james@slater.legal

Jeff Filipovits
Wingo F. Smith
SPEARS & FILIPOVITS, LLC
315 W. Ponce de Leon Ave, Ste 865
Decatur, GA 30030
jeff@civil-rights.law
wingo@civil-rights.law

Respectfully submitted this 20th day of February, 2025.

/s/Antonio E. Veal
Michael G. Frankson
Georgia Bar No.: 173835
Antonio E. Veal
Georgia Bar No.: 460007
Lindsey Adams
Georgia Bar No.: 288816

*Counsel for Defendant Erica Sanchez*

- 4 -

HUFF, POWELL & BAILEY, LLC
999 Peachtree Street, Suite 950
Atlanta, Georgia 30309
Telephone: (404) 892-4022
Fax: (404) 892-4033
Email: mfrankson@huffpowellbailey.com
Email: aveal@huffpowellbailey.com
Email: ladams@huffpowellbailey.com