# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **EZRA SMITH,** ) | |
| ) | |
|     **Plaintiff,** ) | **CIVIL ACTION FILE NO.** |
| ) | **1:24-cv-05158-TWT** |
| v. ) | |
| ) | |
| **DEPUTY MONIQUE TRACEY,** ) | |
| **DEPUTY RAUL GOMEZ, DEPUTY** ) | |
| **SHENEQUA JACKSON, and ERICA** ) | |
| **SANCHEZ,** ) | |
| ) | |
|     **Defendants.** ) | |

## PROPOSED ORDER GRANTING LEAVE FOR DEFENDANT ERICA SANCHEZ TO FILE DOCUMENTS UNDER SEAL

Having considered Defendant Sanchez's request, she may file Document 12 under seal.

So, ORDERED this _____ day of February, 2025.

_____
Judge Thomas W. Thrash, Jr.,
United States District Court
Northern District of Georgia
Atlanta Division