**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| EZRA SMITH, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | 1:24-cv-05158-TWT |
| MONIQUE TRACEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### **DEFENDANT TRACEY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.3, Defendant Tracey ("Defendant") files her Certificate of Interested Persons and Corporate Disclosure Statement:

1.

The undersigned counsel of record for the above Defendant certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

A. Ezra Smith

B. Raul Gomez

C. Shenequa Jackson

D. Erica Sanchez

    E.    Monique Tracey

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) reasonably believed to have either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    A.    Jeff Filipovits

    B.    Wingo Smith

    C.    G. Brian Spears

    D.    Spears & Filipovits, LLC

    E.    Association County Commissioners of Georgia-Interlocal Risk Management Agency;

    F.    County Reinsurance, LTD, reinsurer for Association County Commissioners of Georgia-Interlocal Risk Management Agency;

3.

The undersigned further certifies that the following is a full and complete list of all persons reasonbly believed to be serving as attorneys for the parties in this proceeding:

A. For plaintiffs:

>Jeff Filipovits
>Wingo Smith
>Spears & Filipovits, LLC

B. For defendants:

>Timothy Buckley
>Eric O'Brien
>Buckley, Christopher & Hensel, P.C.
>
>Antonio E. Veal
>Huff Powell & Bailey, LLC
>
>Jason Waymire
>Terry E. Williams
>Williams & Waymire, LLC

This document was prepared in Times New Roman, 14-point font that complies with this Court's Rules.

**WILLIAMS & WAYMIRE, LLC**

/s/ Jason C. Waymire
JASON C. WAYMIRE
Georgia Bar No. 742602
Attorney for Defendant Tracey

Bldg. 400, Suite A
4330 South Lee Street
Buford, GA 30581
678-541-0790
678-541-0789
jason@wmwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record.

This 21 day of February, 2025.

                                          WILLIAMS & WAYMIRE, LLC

                                          /s/ Jason C. Waymire
                                          JASON C. WAYMIRE
                                          Georgia Bar No. 742602
                                          Attorney for Defendant Tracey

Bldg. 400, Suite A
4330 South Lee Street
Buford, GA 30581
678-541-0790
678-541-0789
jason@wmwlaw.com