# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **EZRA SMITH,** ) | |
| ) | |
| **Plaintiff,** ) | CIVIL ACTION FILE NO. |
| ) | 1:24-cv-05158-TWT |
| v. ) | |
| ) | |
| **DEPUTY MONIQUE TRACEY,** ) | |
| **DEPUTY RAUL GOMEZ, DEPUTY** ) | |
| **SHENEQUA JACKSON, and ERICA** ) | |
| **SANCHEZ,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER GRANTING LEAVE FOR DEFENDANT ERICA SANCHEZ TO FILE DOCUMENTS UNDER SEAL

Having considered Defendant Sanchez's request, she may file Document 12 under seal.

So, ORDERED this 21st day of February, 2025.

Judge Thomas W. Thrash, Jr.,
United States District Court
Northern District of Georgia
Atlanta Division