UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EZRA SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>DEPUTY MONIQUE TRACEY, *et al.*,<br><br>    Defendants. | Civil Action No.: 1:24-cv-05158-TWT |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.3, Plaintiff Ezra Smith files his Certificate of Interested Persons and Corporate Disclosure Statement and certifies as follows:

1. The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    a. Ezra Smith;

    b. Monique Tracey;

    c. Raul Gomez;

    d. Shenequa Jackson; and

e. Erica Sanchez.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case: N/A.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

For the Plaintiff:

Jeffrey Filipovits
Spears & Filipovits, LLC
315 W. Ponce de Leon Ave.
Suite 865
Decatur, Georgia 30030

Wingo Smith
Spears & Filipovits, LLC
315 W. Ponce de Leon Ave.
Suite 865
Decatur, Georgia 30030

James M. Slater
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345

For Defendants Gomez & Jackson:

Timothy Buckley, Jr.
Buckley Christopher & Hensel, P.C.
2970 Clairmont Road N.E.
Suite 650
Atlanta, Georgia 30329

| | |
|---|---|
| For Defendant Tracey: | Jason C. Waymire<br>Williams & Waymire LLC<br>4330 South Lee St.<br>Suite A, Building 400<br>Buford, Georgia 30518 |
| For Defendant Sanchez: | Antonio E. Veal<br>Huff Powell Bailey, LLC Atl<br>999 Peachtree St. NE<br>Suite 950<br>Atlanta, GA 30309 |

Pursuant to the Court's Local Rules, this document was prepared in Times New Roman, 14-point font.

Dated: March 5, 2025

                                                      Respectfully submitted,

| | |
|---|---|
| | **Jeffrey Filipovits** |
| SPEARS & FILIPOVITS, LLC | Jeffrey Filipovits |
| 315 W. Ponce de Leon Ave., Ste. 865 | Georgia Bar No.  825553 |
| Decatur, Georgia 30030 | |
| (404) 905-2225 | **Wingo Smith** |
| jeff@civil-rights.law | Wingo Smith |
| wingo@civil-rights.law | Georgia Bar No. 147896 |
| | **James M. Slater** |
| SLATER LEGAL PLLC | James M. Slater |
| 2296 Henderson Mill Rd. NE #116 | Georgia Bar No. 169869 |
| Atlanta, Georgia 30345 | |
| (404) 458-7283 | |
| james@slater.legal | |