TO: All Judges, Clerks of Court, and Counsel of Record

FROM: **Antonio E. Veal, Esq.**

RE: **NOTICE OF LEAVE OF ABSENCE**

DATE: March 10, 2025

---

**COMES NOW, Antonio E. Veal,** and respectfully notifies all Judges before whom he has cases pending, all affected Clerks of Court, and all opposing parties, by and through their counsel of record, as reflected in the attached EXHIBIT "A", that the period of leave during which time he will be away from the practice of law is as follows:

1. April 4, 2025 through April 12, 2025: Family Vacation and Out-of-Town Travel
2. May 22, 2025 through May 27, 2025: Family Vacation and Out-of-Town Travel
3. June 18, 2025 through June 20, 2025: Family Vacation and Out-of-Town Travel
4. July 2, 2025 through July 7, 2025: Family Vacation and Out-of-Town Travel
5. July 31, 2025 through August 7, 2025: Family Vacation and Out-of-Town Travel
6. October 8, 2025 through October 13, 2025: Family Vacation and Out-of-Town Travel
7. November 23, 2025 through November 28, 2025: Holiday Vacation and Travel
8. December 19, 2025 through December 23, 2025: Holiday Vacation and Travel
9. December 30, 2025 through January 2, 2026: Holiday Vacation and Travel

Pursuant to Georgia Uniform Court Rule 16, all affected Judges and opposing counsel shall have ten (10) days from the date of this Notice to object to it. If no objections are filed, the aforementioned Leave of Absence shall be granted.

Respectfully submitted this 10th day of March, 2025.

| | |
|---|---|
| **HUFF, POWELL & BAILEY, LLC**<br>999 Peachtree Street, NE<br>Suite 950<br>Atlanta, GA 30309<br>aveal@huffpowellbailey.com | */s/ Antonio E. Veal*<br>ANTONIO E. VEAL<br>Georgia Bar No. 460007 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the foregoing **NOTICE OF LEAVE OF ABSENCE** on all judges, clerks, and opposing counsel listed on the attached EXHIBIT "A" by Statutory Electronic Service.

This 10th day of March, 2025.

                                              */s/ Antonio E. Veal*
                                              ANTONIO E. VEAL
                                              Georgia Bar No. 460007

**HUFF, POWELL & BAILEY, LLC**
999 Peachtree Street, NE
Suite 950
Atlanta, GA 30309
aveal@huffpowellbailey.com

| | | |
|---|---|---|
| **EXHIBIT "A"** | | |
| **NAME OF CASE / CASE NUMBER:** | **COURT AND COUNTY / NAME OF JUDGE** | **CLERK / OPPOSING COUNSEL** |
| **Ezra Smith,**<br><br>**v.**<br><br>**Deputy Monique Tracey, Deputy Raul Gomez, Deputy Shenequa Jackson, And Erica Sanchez.**<br><br>**CAFN: 1:24-cv-05158-TWT** | **UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION**<br><br>**Honorable Thomas Thrash** | Clerk of Court<br>United States District Court<br>Northern District of Georgia<br>Atlanta Division<br><br>James M. Slater<br>SLATER LEGAL, PLLC<br>2296 Henderson Mill Road, NE, Number 116<br>Atlanta, Georgia 30345<br>james@slater.legal<br><br><br>Jeff Filipovits<br>Wingo F. Smith<br>SPEARS & FILIPOVITS, LLC<br>315 W. Ponce de Leon Ave, Ste 865<br>Decatur, GA 30030<br>jeff@civil-rights.law<br>wingo@civil-rights.law |