IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **EZRA SMITH,** ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO. |
| ) | 1:24-cv-05158-TWT |
| v. ) | |
| ) | |
| **DEPUTY MONIQUE TRACEY,** ) | |
| **DEPUTY RAUL GOMEZ, DEPUTY** ) | |
| **SHENEQUA JACKSON, and ERICA** ) | |
| **SANCHEZ,** ) | |
| ) | |
| Defendants. ) | |

**PROPOSED ORDER GRANTING MOTION TO STAY**

Having read and considered Defendant Sanchez's motion to stay preliminary deadlines, it is hereby ORDERED that all Rule 26 and N.D. Ga. L.R. 26 deadlines shall run from the time of the Court's last ruling on Defendant Sanchez's pending motions to dismiss.

SO ORDERED, this _____ day of _____, 2025.

_____
Judge Thomas W. Thrash, Jr.
United States District Court
Northern District of Georgia
Atlanta Division