UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EZRA SMITH, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO.: |
| ) | 1:24-cv-05158-TWT |
| v. ) | |
| ) | |
| DEPUTY MONIQUE TRACEY, DEPUTY ) | |
| RAUL GOMEZ, DEPUTY SHENEQUA ) | |
| JACKSON, and ERICA SANCHEZ, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS GOMEZ AND JACKSON'S CERTIFICATE OF INTERESTED PERSONS

COME NOW, Raul Gomez and Shenequa Jackson, named Defendants in the above-styled action, pursuant to Fed. R. Civ. Pro 7.1 and L.R. 3.3, provide their Certificate of Interested Persons, showing the Court as follows:

1.

The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any Parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    A.    Plaintiff Ezra Smith

    B.    Defendant Monique Tracey

    C.    Defendant Raul Gomez

    D.    Defendant Shenequa Jackson

    E.    Defendant Erica Sanchez

2.

The undersigned further certifies that the following is a full and complete list of all other persons, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    A.    Association County Commissioners of Georgia, Interlocal Risk Management Agency (ACCG)

    B.    NaphCare, Inc.

    C.    Ironshore Specialty Insurance Company

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in the proceedings:

    A.    Jeff Filipovitz

    B.    Wingo Smith

    C.    Spears & Filipovitz, LLC

    D.    James M. Slater

    E.    Slater Legal PLLC

    F.      Jason C. Waymire

    G.      Williams & Waymire, LLC

    H.      Michael G. Frankson

    I.      Antonio E. Veal

    J.      Lindsey Adams

    K.      Huff, Powell & Bailey, LLC

    L.      Eric J. O'Brien

    M.      Timothy J. Buckley, III

    N.      Buckley Christopher & Hensel, P.C.

This 21st day of March, 2025.

                                          Respectfully submitted,

                                          **BUCKLEY CHRISTOPHER & HENSEL, P.C.**

                                          /s/ Timothy J. Buckley III
                                          TIMOTHY J. BUCKLEY III
                                          Georgia State Bar No. 092913
                                          ERIC J. O'BRIEN
                                          Georgia State Bar No. 383754

2970 Clairmont Road, NE           Attorneys for Deputies Gomez/Jackson
Suite 650
Atlanta, Georgia 30329
(404) 633-9230
(404) 633-9640 (facsimile)
tbuckley@bchlawpc.com
eobrien@bchlawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2025, I electronically filed and served the DEFENDANTS GOMEZ AND JACKSON'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT using the CM/ECF which will automatically send notification of such filing to all attorneys of record.

| | |
|---|---|
| Jeff Filipovits, Esq.<br>Wingo Smith, Esq.<br>Spears & Filipovits, LLC<br>315 W. Ponce de Leon Ave., Ste. 865<br>Decatur, Georgia 30030<br>jeff@civil-rights.law<br>wingo@civil-rights.law | James M. Slater, Esq.<br>Slater Legal PLLC<br>2296 Henderson Mill Rd. NE #116<br>Atlanta, Georgia 30345<br>james@slater.legal |
| Jason C. Waymire, Esq.<br>Williams & Waymire, LLC<br>4330 South Lee Street<br>Bldg. 400, Ste. A<br>Buford, Georgia 30581<br>jason@wmwlaw.com | Michael G. Frankson, Esq.<br>Antonio E. Veal, Esq.<br>Lindsey Adams, Esq.<br>Huff, Powell, & Bailey, LLC<br>999 Peachtree Street, Ste. 950<br>Atlanta, Georgia 30309<br>mfrankson@huffpowellbailey.com<br>aveal@huffpowellbailey.com<br>ladams@huffpowellbailey.com |

Respectfully submitted,[1]

**BUCKLEY CHRISTOPHER & HENSEL, P.C.**

/s/ Timothy J. Buckley III

---

[1] This is to further certify that this document was prepared in Times New Roman font, 14 point, in compliance with Local Rule 5.1(C).

|  |  |
|---|---|
|  | TIMOTHY J. BUCKLEY III |
|  | Georgia State Bar No. 092913 |
|  | ERIC J. O'BRIEN |
|  | Georgia State Bar No. 383754 |
| 2970 Clairmont Road, NE | Attorneys for Deputies Gomez/Jackson |
| Suite 650 | |
| Atlanta, Georgia  30329 | |
| (404) 633-9230 | |
| (404) 633-9640 (facsimile) | |
| tbuckley@bchlawpc.com | |
| eobrien@bchlawpc.com | |