UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EZRA SMITH,

     Plaintiff,

v.

DEPUTY MONIQUE TRACEY, *et al.*,

     Defendants.

Civil Action No.: 1:24-cv-05158-TWT

## **CERTIFICATE OF SERVICE OF DISCOVERY**

The undersigned hereby certifies that the documents listed below were served on April 15, 2025, via email to Timothy J. Buckley at tbuckley@bchlawpc.com and Eric J. O'Brien at eobrien@bchlawpc.com. The items served on Defendants' counsel were:

1. Plaintiff's First Interrogatories and Request for the Production of Documents to Defendant Raul Gomez.

2. Plaintiff's First Interrogatories and Request for the Production of Documents to Defendant Shenequa Jackson.

This 15th day of April, 2025.

**Jeff Filipovits**
Georgia Bar No. 825553
jeff@civil-rights.law

**Wingo F. Smith**

Georgia Bar No. 147896
wingo@civil-rights.law

SPEARS & FILIPOVITS, LLC
315 W. Ponce de Leon Ave., Ste. 865
Decatur, Georgia 30030
404-905-2225