UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EZRA SMITH,<br><br>    Plaintiff,<br>v.<br><br>DEPUTY MONIQUE TRACEY, *et al.*,<br><br>    Defendants. | Civil Action No.: 1:24-cv-05158-TWT |

## CERTIFICATE OF SERVICE OF DISCOVERY

The undersigned hereby certifies that the documents listed below were served on April 15, 2025, via email to Antonio E. Veal at aveal@huffpowellbailey.com. The items served on Defendant's counsel were:

1. Plaintiff's First Interrogatories and Request for the Production of Documents to Defendant Erica Sanchez.

This 15th day of April, 2025.

**Jeff Filipovits**
Georgia Bar No. 825553
jeff@civil-rights.law

**Wingo F. Smith**
Georgia Bar No. 147896
wingo@civil-rights.law

SPEARS & FILIPOVITS, LLC
315 W. Ponce de Leon Ave., Ste. 865
Decatur, Georgia 30030
404-905-2225