UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EZRA SMITH,        )<br>                          )<br>   Plaintiff,      )<br>                          )<br>v.                        )<br>                          )<br>DEPUTY MONIQUE TRACEY, DEPUTY )<br>RAUL GOMEZ, DEPUTY SHENEQUA )<br>JACKSON, and ERICA SANCHEZ, )<br>                          )<br>   Defendants.   ) | CIVIL ACTION FILE NO.:<br>1:24-cv-05158-TWT |

### RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that I have this day served a copy of the following upon all parties to this matter via email as follows:

1) DEFENDANT RAUL GOMEZ'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST INTERROGATORIES.

2) DEFENDANT RAUL GOMEZ'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS.

3) DEFENDANT SHENEQUA JACKSON'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST INTERROGATORIES.

1

4) DEFENDANT SHENEQUA JACKSON'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS.

| | |
|---|---|
| Jeff Filipovits, Esq.<br>Wingo Smith, Esq.<br>Spears & Filipovits, LLC<br>315 W. Ponce de Leon Ave., Ste. 865<br>Decatur, Georgia 30030<br>jeff@civil-rights.law<br>wingo@civil-rights.law | James M. Slater, Esq.<br>Slater Legal PLLC<br>2296 Henderson Mill Rd. NE #116<br>Atlanta, Georgia 30345<br>james@slater.legal |
| Jason C. Waymire, Esq.<br>Williams & Waymire, LLC<br>4330 South Lee Street<br>Bldg. 400, Ste. A<br>Buford, Georgia 30581<br>jason@wmwlaw.com | Michael G. Frankson, Esq.<br>Antonio E. Veal, Esq.<br>Lindsey Adams, Esq.<br>Huff, Powell, & Bailey, LLC<br>999 Peachtree Street, Ste. 950<br>Atlanta, Georgia 30309<br>mfrankson@huffpowellbailey.com<br>aveal@huffpowellbailey.com<br>ladams@huffpowellbailey.com |

This 15th day of May, 2025.

                            Respectfully submitted,[1]

                            **BUCKLEY CHRISTOPHER & HENSEL, P.C.**

                            /s/ Timothy J. Buckley III
                            TIMOTHY J. BUCKLEY III
                            Georgia State Bar No. 092913
                            ERIC J. O'BRIEN
                            Georgia State Bar No. 383754

---

[1] This is to further certify that this document was prepared in Times New Roman font, 14 point, in compliance with Local Rule 5.1(C).

| | |
|---|---|
| 2970 Clairmont Road, NE<br>Suite 650<br>Atlanta, Georgia  30329<br>(404) 633-9230<br>(404) 633-9640 (facsimile)<br>tbuckley@bchlawpc.com<br>eobrien@bchlawpc.com | Attorneys for Deputies Gomez/Jackson |