UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EZRA SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPUTY MONIQUE TRACEY, DEPUTY )<br>RAUL GOMEZ, DEPUTY SHENEQUA )<br>JACKSON, and ERICA SANCHEZ, )<br>)<br>Defendants. ) | CIVIL ACTION FILE NO.:<br>1:24-cv-05158-TWT |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that I have this day served a copy of the following upon all parties to this matter via email as follows:

1) DEFENDANT RAUL GOMEZ'S FIRST CONTINUING INTERROGATORIES TO PLAINTIFF.

2) DEFENDANT RAUL GOMEZ'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF.

| Jeff Filipovits, Esq.<br>Wingo Smith, Esq.<br>Spears & Filipovits, LLC<br>315 W. Ponce de Leon Ave., Ste. 865<br>Decatur, Georgia 30030<br>jeff@civil-rights.law<br>wingo@civil-rights.law | James M. Slater, Esq.<br>Slater Legal PLLC<br>2296 Henderson Mill Rd. NE #116<br>Atlanta, Georgia 30345<br>james@slater.legal |
|---|---|

1

| | |
|---|---|
| Jason C. Waymire, Esq.<br>Williams & Waymire, LLC<br>4330 South Lee Street<br>Bldg. 400, Ste. A<br>Buford, Georgia 30581<br>jason@wmwlaw.com | Michael G. Frankson, Esq.<br>Antonio E. Veal, Esq.<br>Lindsey Adams, Esq.<br>Huff, Powell, & Bailey, LLC<br>999 Peachtree Street, Ste. 950<br>Atlanta, Georgia 30309<br>mfrankson@huffpowellbailey.com<br>aveal@huffpowellbailey.com<br>ladams@huffpowellbailey.com |

This 16th day of May, 2025.

                     Respectfully submitted,[1]

**BUCKLEY CHRISTOPHER & HENSEL, P.C.**

/s/ Timothy J. Buckley III
TIMOTHY J. BUCKLEY III
Georgia State Bar No. 092913
ERIC J. O'BRIEN
Georgia State Bar No. 383754
Attorneys for Deputies Gomez/Jackson

2970 Clairmont Road, NE
Suite 650
Atlanta, Georgia  30329
(404) 633-9230
(404) 633-9640 (facsimile)
tbuckley@bchlawpc.com
eobrien@bchlawpc.com

---

[1] This is to further certify that this document was prepared in Times New Roman font, 14 point, in compliance with Local Rule 5.1(C).