## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **EZRA SMITH,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )   **CIVIL ACTION FILE NO.** |
| | )   **1:24-cv-05158-TWT** |
| **DEPUTY MONIQUE TRACEY,** | ) |
| **DEPUTY RAUL GOMEZ, DEPUTY** | ) |
| **SHENEQUA JACKSON, and ERICA** | ) |
| **SANCHEZ,** | ) |
| | ) |
|    **Defendants.** | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have on May 15, 2025 served true and correct copies of the above and foregoing **DEFENDANT ERICA SANCHEZ'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST REQUEST FOR DOCUMENTS AND RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST INTERROGATORIES** upon all parties or their counsel of record via statutory electronic delivery, to said parties or their counsel of record as follows:

Jeff Filipovits
Wingo Smith
**SPEARS & FILIPOVITS, LLC**
315 W. Ponce de Leon Ave, Suite 865
Decatur, GA 30030
jeff@civil-rights.law
wingo@civil-rights.law

*1*

James M. Slater
**SLATER LEGAL, PLLC**
2296 Henderson Mill Rd. NE #116
Atlanta, GA 30345

*Attorneys for Plaintiff*

                                      **HUFF, POWELL & BAILEY, LLC**

                                      */s/ Antonio E. Veal*
                                      Michael G. Frankson
                                      Georgia Bar No. 173835
                                      Antonio E. Veal
                                      Georgia Bar No. 460007
                                      Lindsey Adams
                                      Georgia Bar No. 288816

                                      *Counsel for Defendant Erica Sanchez*

999 Peachtree Street, NE,
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
mfrankson@huffpowellbailey.com
aveal@huffpowellbailey.com
ladams@huffpowellbailey.com