UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EZRA SMITH,

    Plaintiff,

v.

DEPUTY MONIQUE TRACEY, *et al.*,

    Defendants.

_____/

Civil Action No.:
1:24-cv-05158-TWT

## CERTIFICATE OF SERVICE OF DISCOVERY

The undersigned hereby certifies that the documents listed below were served on June 16, 2025 via email to all parties of record in this matter:

1.    Plaintiff's Responses and Objections to Defendant Raul Gomez's First Set of Interrogatories; and

2.    Plaintiff's Responses and Objections to Defendant Raul Gomez's First Request for Production.

Dated: June 16, 2025.

    Respectfully submitted,

    */s/ James M. Slater*
    James M. Slater (Ga. Bar No. 169869)
    Slater Legal PLLC
    2296 Henderson Mill Rd NE #116
    Atlanta, Georgia 30345
    Tel. (404) 458-7283
    james@slater.legal

    *Attorneys for Plaintiff Ezra Smith*