UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EZRA SMITH,<br><br>     Plaintiff,<br>v.<br><br>DEPUTY MONIQUE TRACEY, *et al.*,<br><br>     Defendants. | Civil Action No.: 1:24-cv-05158-TWT |

## [PROPOSED] ORDER

The above case, having come before the Court on the parties' Joint Motion to Extend the Discovery Deadlines, and finding good cause for the parties' request, the Court hereby grants the extension. Discovery in this case will close on October 19, 2025.

SO ORDERED, this ___ day of July, 2025

_____
THOMAS W. THRASH, JR.
United States District Judge