TO:    All Judges, Clerks of Court, and Counsel of Record

FROM:  **Antonio E. Veal, Esq.**

RE:    **NOTICE OF LEAVE OF ABSENCE**

DATE:  July 17, 2025

---

**COMES NOW, Antonio E. Veal,** and respectfully notifies all Judges before whom he has cases pending, all affected Clerks of Court, and all opposing parties, by and through their counsel of record, as reflected in the attached EXHIBIT "A," of the additional periods of leave during which time he will be away from the practice of law is as follows:

1. October 1, 2025 through October 3, 2025:     Family Vacation and Out-of-Town Travel

2. November 3, 2025 through November 7, 2025:   Family Vacation and Out-of-Town Travel

Pursuant to Georgia Uniform Court Rule 16, all affected Judges and opposing counsel shall have ten (10) days from the date of this Notice to object to it. If no objections are filed, the aforementioned Leave of Absence shall be granted.

Respectfully submitted this 17th day of July, 2025.

/s/ Antonio E. Veal
ANTONIO E. VEAL
Georgia Bar No. 460007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the foregoing **NOTICE OF LEAVE OF ABSENCE** on all judges, clerks, and opposing counsel listed on the attached EXHIBIT "A" by Statutory Electronic Service.

This 17th day of July, 2025.

> */s/ Antonio E. Veal*
> ANTONIO E. VEAL
> Georgia Bar No. 460007

**HUFF, POWELL & BAILEY, LLC**
999 Peachtree Street, NE
Suite 950
Atlanta, GA 30309
aveal@huffpowellbailey.com