| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE / CASE NUMBER:** | **COURT AND COUNTY / NAME OF JUDGE** | **CLERK / OPPOSING COUNSEL** |
| **COLLINS TRUCKING AND HAULING, LLC,**<br><br>**v.**<br><br>**NORMAN KENNEBREW, et al.**<br><br>**CAFN: 23CV10648** | **IN THE SUPERIOR COURT OF DEKALB COUNTY STATE OF GEORGIA**<br><br>**Honorable Winston Bethel** | **Clerk of Court**<br>**Superior Court of Dekalb County**<br><br>**Michael Wolak, II**<br>**Noah J. Mason**<br>**Locke Lord, LLP**<br>**Terminus 200, Suite 2000**<br>**3333 Piedmont Road NE**<br>**Atlanta, GA 30305**<br><br>**Michael.wolak@lockelord.com**<br>**Noah.mason@lockelord.com**<br><br>**ALL COUNSEL OF RECORD** |
| **JASON BANKS, et al.,**<br><br>**v.**<br><br>**PRUITTHEALTH MACON, LLC.**<br><br>**CAFN: 22-SCCV-094815** | **IN THE STATE COURT OF BIBB COUNTY STATE OF GEORGIA**<br><br>**Honorable Jeff Hanson** | **Clerk of Court**<br>**State Court of Bibb County**<br><br>**Lindsay Simmons, Esq.**<br>**David Dozier, Esq.**<br>**DOZIER LAW FIRM, LLC**<br>**487 Cherry St.**<br>**Macon, GA 31201**<br>**lindsay@dozierlaw.com**<br>**david@dozierlaw.com**<br><br>**ALL COUNSEL OF RECORD** |
| **LEILA P. BLACK.,**<br><br>**v.**<br><br>**H&CS SERVICES, LLC D/B/A COMMUNITY AMBULANCE.**<br><br>**CAFN: 2023-CV-210** | **IN SUPERIOR COURT OF JONES COUNTY STATE OF GEORGIA**<br><br>**Honorable Terry N. Massey** | **Clerk of Court**<br>**Superior Court of Jones County**<br><br>**W. Brian Cornwell**<br>**Benjamin C. Davidson**<br>**THE CORNWELL FIRM**<br>**349 Mall Boulevard, Suite 210**<br>**Savannah, Georgia 31406**<br>**bcornwell@cornwelllaw.org**<br>**bdavidson@cornwelllaw.org**<br><br>**ALL COUNSEL OF RECORD** |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE / CASE NUMBER:** | **COURT AND COUNTY / NAME OF JUDGE** | **CLERK / OPPOSING COUNSEL** |
| **SHIEME BROCKINGTON**<br><br>**v.**<br><br>**JESSICA WHALEY, et al,**<br><br>**CAFN: 4:23-CV-0204** | **IN UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ROME DIVISION**<br><br>**Honorable William Ray** | **Clerk of Court**<br>**United States District Court**<br>**Northern District of Georgia**<br><br>**Shieme Brockington**<br>**GDC # 1001143078**<br>**Hays State Prison**<br>**777 Underwood Dr.**<br>**Trion, GA 30753**<br><br>**Pro Se Plaintiff** |
| **REBECCA CROOM, et al.,**<br><br>v.<br><br>**PRUITTHEALTH-MONROE, LLC et al.**<br><br>**CAFN: 22-C-05799-S7** | **IN STATE COURT OF GWINNETT COUNTY STATE OF GEORGIA**<br><br>**Honorable Jaletta Smith** | **Clerk of Court**<br>**State Court of Gwinnett County**<br><br>**Casey L. Gray**<br>**J. Jeffrey Helms**<br>**THE HELMS LAW FIRM**<br>**PO Box 537**<br>**10 N. College Street**<br>**Homerville, GA 31634**<br>cseygray@helmslaw.com<br>jeffhelms@helmslaw.com<br><br>**Lindsey S. Macon**<br>**Katherine L. McArthur**<br>**MCARTHUR LAW FIRM**<br>**6055 Lakeside Commons Drive, #400**<br>**Macon, GA 31210-5790**<br>lmacon@mcarthurlawfirm.com<br>kmcarthur@mcarthurlawfirm.com<br><br>**ALL COUNSEL OF RECORD** |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE / CASE NUMBER:** | **COURT AND COUNTY / NAME OF JUDGE** | **CLERK / OPPOSING COUNSEL** |
| **MARA BROWN et al.,**<br><br>**v.**<br><br>**PRUITTHEALTH VETERANS SERVICES-GEORGIA, INC, et al.**<br><br>**CAFN: 22-A-04677-5** | **IN SUPERIOR COURT OF GWINNETT COUNTY STATE OF GEORGIA**<br><br><br>**Honorable Karen E. Beyers** | **Clerk of Court**<br>**Superior Court of Gwinnett County**<br><br>**Felicia N. Johnson, Esq.**<br>**McKibben Johnson, LLC**<br>**2295 Parklake Drive NE**<br>**Suite 434**<br>**Atlanta, Georgia 30345**<br>fjohnson@mckibbenjohnson.com<br><br>**Edtora T. "Ed" Jones, Esq.**<br>**Law Offices of Edtora T. Jones, LLC**<br>**260 Peachtree Street, NW**<br>**Suite 1400**<br>**Atlanta, Georgia 30303**<br>edjones@edtorajoneslaw.com<br><br>**ALL COUNSEL OF RECORD** |
| **NATIONAL PROPERTY INSTITUTE, LLC,**<br>**v.**<br><br>**LAGRANGE HOUSING AUTHORITY a/k/a HOUSING AUTHORITY, CITY OF LAGRANGE.**<br><br>**CAFN: 23-CS-414** | **IN STATE COURT OF TROUP COUNTY STATE OF GEORGIA**<br><br>**Honorable Wesley Leonard** | **Clerk of Court**<br>**State Court of Troup County**<br><br>**I. Stewart Duggan**<br>**Sarah C. Martin**<br>**P.O. Box 5007**<br>**Rome, GA 30162-5007**<br>isduggan@brinson-askew.com<br>smartin@brinson-askew.com<br><br>**ALL COUNSEL OF RECORD** |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE / CASE NUMBER:** | **COURT AND COUNTY / NAME OF JUDGE** | **CLERK / OPPOSING COUNSEL** |
| CITY OF STONCREST, v.<br><br>NORMAN L. KENNEBREW.<br><br>CAFN: EC-0586 | IN MUNICIPAL COURT OF STONECREST STATE OF GEORGIA<br><br>Honorable Stonecrest Municipal Court Judge | Clerk of Court<br>Municipal Court of Stonecrest<br><br>Michael Huening<br>Solicitor, City of Stonecrest<br>3120 Stonecrest Blvd.<br>Suite 190<br>Stonecrest, GA 30038<br>courtclerk@stonecrestga.gov<br><br>ALL COUNSEL OF RECORD |
| JEAN COBBERT et al., v.<br><br>HOSPITAL AUTHORITY OF LIBERTY COUNTY, et al.<br><br>CAFN: STSV2019000189 | IN STATE COURT OF LIBERTY COUNTY STATE OF GEORGIA<br><br>Honorable Jeffrey N. Osteen | Clerk of Court<br>State Court of Liberty County<br><br>H. Craig Stafford, Esquire<br>Andrew S. Johnson, Esquire<br>ARNOLD & STAFFORD<br>128 South Main Street<br>Hinesville, Georgia 31313<br>cstafford@coastallawyers.com<br><br>Gregory T. Talley, Esquire<br>COLEMAN TALLEY, LLP<br>109 S. Ashley Street<br>Valdosta, GA 31601<br>greg.talley@colemantalley.com<br><br>Matthew S. Coles, Esquire<br>COLE BARTON LLP<br>150 South Perry Street, Suite 100<br>Lawrenceville, Georgia 30046<br>mcoles@colesbarton.com<br><br>ALL COUNSEL OF RECORD |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE / CASE NUMBER:** | **COURT AND COUNTY / NAME OF JUDGE** | **CLERK / OPPOSING COUNSEL** |
| MARTIN COOPER, et al. v.<br><br>ENGLAND ASSOCIATES, LP, et al.<br><br>CAFN: 24-C-07906-S3 | IN STATE COURT OF GWINNETT COUNTY STATE OF GEORGIA<br><br>Honorable Carla Brown | Clerk of Court<br>State Court of Gwinnett County<br><br>Kristina Ducos<br>THE DUCOS LAW FIRM, LLC<br>600 Peachtree St NE<br>Ste 2210<br>Atlanta, GA 30308<br>Kducos@asilpc.com<br><br>ALL COUNSEL OF RECORD |
| JAVARIS CRITTENTON, v.<br><br>FULTON COUNTY, GEORGIA, et al.<br><br>CAFN: 25CV004427 | IN THE SUPERIOR COURT OF FULTON COUNTY STATE OF GEORGIA<br><br>Honorable Robert McBurney | Clerk of Court<br>State Court of Gwinnett County<br><br>Eldridge Suggs, IV<br>Robbin Shipp<br>Sugg Law Firm, P.C.<br>One Alliance Center<br>3500 Lenox Rd. N.E., Suite 710<br>Atlanta, GA 30326<br>esuggs@suggslaw.com<br>rshipp@suggslaw.com<br><br>ALL COUNSEL OF RECORD |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE / CASE NUMBER:** | **COURT AND COUNTY / NAME OF JUDGE** | **CLERK / OPPOSING COUNSEL** |
| **KAYLA CROSS,**<br>**v.**<br><br>**AMARDEEP REDDY, MD, et al.**<br><br>**CAFN: 23-A-77** | **IN THE STATE COURT OF COBB COUNTY STATE OF GEORGIA**<br><br>**Honorable Dianna Simmons** | **Clerk of Court**<br>**State Court of Cobb County**<br><br>**Anam Justus**<br>**James A. Brooks**<br>**Quintairos, Prieto, Wood & Boyer, P.A.**<br>**365 Northridge Road**<br>**Suite 230**<br>**Atlanta, GA 30350**<br>anam.justus@qpwblaw.com<br>drew.brooks@qpwblaw.com<br><br>**Shaun Daugherty, Esq.**<br>**Kaila & Solomon Law Group, LLC d/b/a**<br>**Guardian Law Group**<br>**200 Sandy Springs Place, NE**<br>**Suite 300**<br>**Atlanta, GA 30328**<br>shaun@myguardianlaw.com<br><br>**ALL COUNSEL OF RECORD** |
| **MONICA BAUGH, et al.,**<br><br>**v.**<br><br>**NAPHCARE, INC., et al.**<br><br>**CAFN: 23-C-03828-S2** | **IN STATE COURT OF GWINNETT COUNTY STATE OF GEORGIA**<br><br>**Honorable Shawn F. Bratton** | **Clerk of Court**<br>**State Court of Gwinnett County**<br><br>**James P. Myers**<br>**Charles L. Clay, Jr.**<br>**Wesley C. Taulbee**<br>**Clay, Taulbee & Myers, LLC**<br>**337 Peachtree Road, Suite 115**<br>**Atlanta, Georgia 30326**<br><br>jim@ctmjustice.com<br>chuck@ctmjustice.com<br>wes@ctmjustice.com<br><br>**ALL COUNSEL OF RECORD** |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE / CASE NUMBER:** | **COURT AND COUNTY / NAME OF JUDGE** | **CLERK / OPPOSING COUNSEL** |
| JOHN DUGGER, et al.,<br><br>v.<br><br>SHELBY SMITH, NP.<br><br>CAFN: SC-2020-CV-001742 | IN STATE COURT OF MUSCOGEE COUNTY STATE OF GEORGIA<br><br>Honorable Andy Prather | Clerk of Court<br>In State Court of Muscogee County<br><br>Audrey M. Tolson, Esq.<br>THE TOLSON LAW FIRM, LLC<br>2971 Flowers Road South, Suite 265<br>Atlanta, Georgia 30341<br>audreytolson@tolsonfirm.com<br><br>Paul D. Ivey, Esq.<br>HALL BOOTH SMITH, P.C.<br>1301 1st Avenue, Suite 100<br>Columbus, Georgia 31901<br>pivey@hallboothsmith.com<br><br>Tricia Hoffler, Esq.<br>THE CK HOFFLER FIRM<br>23 Lenox Point, NE<br>Atlanta, Georgia 30324<br>ck@ckhofflerfirm.com<br><br>ALL COUNSEL OF RECORD |
| FORREST EVANS,<br>v.<br><br>FULTON COUNTY, et al.<br><br>CAFN: 24EV010522 | IN STATE COURT OF FULTON COUNTY STATE OF GEORGIA<br><br>Honorable Jane Morrison | Clerk of Court<br>State Court of Fulton County<br><br>Mark A. Wade, Jr.<br>Georgia Auto Law: Auto Accident Attorneys<br>120 Ottley Drive NE, Suite B<br>Atlanta, Georgia 30324<br>mark@georgiaautolaw.com<br><br>ALL COUNSEL OF RECORD |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE /<br>CASE NUMBER:** | **COURT AND COUNTY /<br>NAME OF JUDGE** | **CLERK /<br>OPPOSING COUNSEL** |
| ROBERT D. FULLER, et al.,<br><br>v.<br><br>AMEDISYS GEORGIA,<br>L.L.C. et al.<br><br>CAFN: STCV2023000093 | IN STATE COURT OF<br>STEPHENS COUNTY<br>STATE OF GEORGIA<br><br><br>Honorable James T. Irvin | Clerk of Court<br>State Court of Stephens County<br><br>A. Lance Reins, Esquire<br>MENDES, REINS & WILANDER, PLLC<br>4401 W. Kennedy Blvd, Ste 250<br>Tampa, FL 33609<br>lance@mrwlawgroup.com<br>alrteam@mrwlawgroup.com<br><br>ALL COUNSEL OF RECORD |
| MSGANA GEBREHLASSE,<br><br>v.<br><br>JUNO MEDICAL 2199<br>COLLEGE AVE ATL LLC.<br><br>CAFN: 24-C-04870-S2 | IN THE STATE COURT<br>OF GWINNETT<br>COUNTY<br>STATE OF GEORGIA<br><br>Honorable Shawn F.<br>Bratton | Clerk of Court<br>State Court of Gwinnett County<br><br>Benjamin J.C. Bacia<br>Robertson, Bodoh, & Nasrallah, LLP<br>990 Cobb Parkway North<br>Suite 205A<br>Marietta, GA 30062<br>bacia@rbnlaw.com<br><br>ALL COUNSEL OF RECORD |
| DEANTE GHOLSTON,<br><br>v.<br><br>DR. DITSLEAR.<br><br>CAFN: 1:24-cv-00073 | IN THE UNITED<br>STATES DISTRICT<br>COURT FOR THE<br>SOUTHERN DISTRICT<br>OF GEORGIA<br>AUGUSTA DIVISION | Clerk of Court<br>United States District Court<br>Southern District of Georgia<br><br>Deante Gholston<br>GDC #1000197484<br>Telfair State Prison<br>P O Box 549<br>Helena, GA 31037<br><br>Pro Se Plaintiff |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE /**<br>**CASE NUMBER:** | **COURT AND COUNTY /**<br>**NAME OF JUDGE** | **CLERK /**<br>**OPPOSING COUNSEL** |
| **MARKEENA GILARM,**<br><br>v.<br><br>**JERMAINE MOORE, et al.**<br><br>**CAFN: 24EV008727** | **IN STATE COURT OF**<br>**FULTON COUNTY**<br>**STATE OF GEORGIA**<br><br><br>**Honorable John R. Mather** | **Clerk of Court**<br>**State Court of Fulton County**<br><br>**Michael Weinstein, Esq.**<br>**5299 Roswell Road, Suite 216**<br>**Atlanta, Georgia 30342**<br>**Telephone: (404) 459-0000**<br>**Facsimile: (404) 921-9605**<br>**michael@weinsteinwin.com**<br><br>**ALL COUNSEL OF RECORD** |
| **ELIZABETH GRAYBILL,**<br>**Individually and on behalf of**<br>**the Estate of MARY**<br>**GRAYBILL,**<br><br>v.<br><br>**HOSPITAL AUTHORITY**<br>**OF COLUMBUS, et al.**<br><br>**CAFN: SU2024CV001436** | **IN THE SUPERIOR**<br>**COURT OF**<br>**MUSCOGEE COUNTY**<br>**STATE OF GEORGIA**<br><br><br>**Honorable John T.**<br>**Martin, Sr.** | **Jacob Runyon**<br>**Noelia Rivera**<br>**Smith Clinesmith LLP**<br>**325 N. St. Paul, 29th Floor**<br>**Dallas, TX 75201**<br>**jacob@fightingelderabuse.com**<br>**nrivera@fightingelderabuse.com**<br><br>**Paul Ivey, Jr.,**<br>**Mary Stamper Grogan,**<br>**Hall Booth Smith, P.C.**<br>**1301 1st Avenue, Ste. 100**<br>**P.O. Box 2707**<br>**Columbus, GA 31902**<br>**pivey@hallboothsmith.com**<br>**mgrogan@hallboothsmith.com**<br><br>**ALL COUNSEL OF RECORD** |

| EZRA SMITH,<br><br>v.<br><br>DEPUTY MONIQUE TRACEY, et al.<br><br>CAFN: 1:24-cv-05158 | IN UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION<br><br>Honorable Thomas W. Thrash, Jr. | Clerk of Court<br>United States District Court Northern District of Georgia Atlanta Division<br><br>Jason C. Waymire<br>WILLIAMS & WAYMIRE, LLC<br>4330 South Lee Street<br>Bldg. 400, Suite A<br>Buford, GA 30518<br>jason@wmwlaw.com<br><br>M. Qadar Baig<br>M. QADAR A. BAIG & ASSOCIATES, LLC<br>913 B Commercial Street<br>Conyers, GA 30012<br>mqab@mqablaw.com<br><br>Eric J. O'Brien<br>Timothy J. Buckley III<br>BUCKLEY CHRISTOPHER & HENSEL<br>2970 Clairmont Road, NE<br>Suite 650<br>Atlanta, GA 30329<br>eobrien@bchlawpc.com<br>tbuckley@bchlawpc.com<br><br>James M. Slater<br>SLATER LEGAL PLLC<br>2296 Henderson Mill Rd NE<br>Suite 116<br>Atlanta GA30345<br>james@slater.legal<br><br>Jeff Filipovits<br>Wingo Smith<br>SPEARS & FILIPOVITS, LLC<br>315 W. Ponce de Leon Ave<br>Ste 865<br>Decatur, GA 30030<br>jeff@civil-rights.law<br>wingo@civil-rights.law<br><br>ALL COUNSEL OF RECORD |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE / CASE NUMBER:** | **COURT AND COUNTY / NAME OF JUDGE** | **CLERK / OPPOSING COUNSEL** |
| | | |
| **ERIC BREIR, ELIZABETH LOUSBURY et al.,**<br><br>**v.**<br><br>**HUDSON DEVELOPMENT GROUP, LLC**<br><br>**CAFN: 20CV8202**<br><br>**HUDSON DEVELOPMENT GROUP, LLC**<br><br>**v.**<br><br>**ANDERSEN WINDOWS, INC., et al.** | **IN SUPERIOR COURT OF DEKALB COUNTY STATE OF GEORGIA**<br><br>**Honorable Asha F. Jackson** | **Clerk of Court**<br>**Superior Court of Dekalb County**<br><br>**Carol V. Clark, Esq.**<br>**James B. McClung, Esq.**<br>**CAROL CLARK LAW**<br>**6075 Lake Forrest Drive, Suite 200**<br>**Atlanta, Georgia 30328**<br>Carol@carolclarklaw.com<br>Brad@carolclarklaw.com<br><br>**Gillian S. Crowl-Parrish, Esq.**<br>**SWIFT, CURRIE, MCGHEE & HIERS, LLP**<br>**1420 Peachtree Street NE, Suite 800**<br>**Atlanta, Georgia 30309**<br>Gillian.Crowl@swiftcurrie.com<br><br>**Michael D. St. Amand, Esq.**<br>**Megan E. Quisao, Esq.**<br>**GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP**<br>**950 East Paces Ferry Road, Suite 1700**<br>**Atlanta, Georgia 30326**<br>MDS@grsmb.com<br>MQuisao@grsmb.com<br><br>**Dawn Pettigrew, Esq.**<br>**Brad C. Parrott, Esq.**<br>**HUDSON LAMBERT PARROTT, LLC**<br>**3575 Piedmont Road NE**<br>**Fifteen Piedmont Center, Suite 200**<br>**Atlanta, Georgia 30305**<br>DPettigrew@hlplaw.com<br>BParrott@hlpwlaw.com<br>EGreer@hlpwlaw.com<br><br>**(see next page)** |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE /<br>CASE NUMBER:** | **COURT AND COUNTY /<br>NAME OF JUDGE** | **CLERK /<br>OPPOSING COUNSEL** |
| ERIC BREIR, ELIZABETH LOUSBURY et al.,<br><br>v.<br><br>HUDSON DEVELOPMENT GROUP, LLC<br><br>CAFN: 20CV8202<br><br>HUDSON DEVELOPMENT GROUP, LLC<br><br>v.<br><br>ANDERSEN WINDOWS, INC., et al.<br>(Continued) | IN SUPERIOR COURT OF DEKALB COUNTY STATE OF GEORGIA<br><br><br>Honorable Asha F. Jackson | Clerk of Court<br>Superior Court of Dekalb County<br><br>Sean L. Hynes, Esq.<br>DOWNEY & CLEVELAND, LLP<br>288 Washington Avenue<br>Marietta, Georgia 30060-1979<br>Hynes@downeycleveland.com<br><br>Wesley A. Pickelsimer, Esq.<br>PICKELSIMER, LLC<br>1100 Peachtree Street NE, Suite 950<br>Atlanta, Georgia 30309<br>Wes@pickelsimerllc.com<br><br>Kevin P. Branch, Esq.<br>Andrew E. Feske, Esq.<br>MCMICKLE, KUREY & BRANCH, LLP<br>217 Roswell Street, Suite 200<br>Alpharetta, Georgia 30009<br>KPB@mkblawfirm.com<br>AFeske@mkblawfirm.com<br><br>ALL COUNSEL OF RECORD |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE / CASE NUMBER:** | **COURT AND COUNTY / NAME OF JUDGE** | **CLERK / OPPOSING COUNSEL** |
| MARSHAE JOHNSON, v.<br><br>KATHERINE YOUNG, M.D.<br><br>CAFN: 23-C-05001-S5 | IN STATE COURT OF GWINNETT COUNTY STATE OF GEORGIA<br><br>Honorable Shawn F. Bratton | Clerk of Court<br>State Court of Gwinnett County<br><br>Renee Y. Tucker<br>TAYLOR & TUCKER, LLC<br>800 Commerce Drive, Suite 100<br>Peachtree City, Georgia 30269<br>rtucker@taylortuckerlaw.com<br><br>Sandra M. Cianflone<br>Seleta M. Griffin<br>Marie L. Wilcox<br>MMPO DEFENSE<br>3535 Piedmont Rd, NE<br>Bldg. 14-1000<br>Atlanta, Georgia 30305<br>BTrulock@mmpodefense.com<br>SGriffin@mmpodefense.com<br>MWilcox@mmpodefense.com<br><br>ALL COUNSEL OF RECORD |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE / CASE NUMBER:** | **COURT AND COUNTY / NAME OF JUDGE** | **CLERK / OPPOSING COUNSEL** |
| **CAROL JOHNSON, et al.**<br><br>**v.**<br><br>**ZOLL MEDICAL CORPORATION, et al.**<br><br>**CAFN:  20-SCCV-091821** | **IN THE STATE COURT OF BIBB COUNTY STATE OF GEORGIA**<br><br>**Honorable Sharell Lewis** | **Clerk of Court**<br>**State Court of Bibb County**<br><br>**Kevin B. Hicks, Esq.**<br>**The Law Offices of Kevin B. Hicks, LLC**<br>**2245 Vineville Avenue**<br>**Macon, Georgia 31204**<br>**kevin@hickslawoffices.com**<br><br>**Jenny A. Covington**<br>**Kate Helm**<br>**Bowman and Brooke, LLP**<br>**150 South Fifth Street, Suite 3000**<br>**Minneapolis, MN 55402**<br>**Jenny.covington@bowmanandbrooke.com**<br>**Kate.Helm@nelsonmullins.com**<br><br>**ALL COUNSEL OF RECORD** |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE / CASE NUMBER:** | **COURT AND COUNTY / NAME OF JUDGE** | **CLERK / OPPOSING COUNSEL** |
| HAROLD JOSEPH KENDALL, ET AL., <br> v. <br><br> FULTON COUNTY, GEORGIA, et al. <br><br> CAFN: 1:23-cv-00416-JPB | IN UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION <br><br> Honorable J. P. Boulee | Clerk of Court <br> United States District Court <br> Northern District of Georgia <br><br> Rachel Kaufman <br> Kaufman Law Firm LLC <br> 133 Nassau Street NW <br> Atlanta, GA 30303-2035 <br> rachel@rachelkaufmanlaw.com <br><br> Y. Soo Jo <br> Kaye W. Woodard-Burwell <br> Shalanda M. J. Miller <br> Sandy Milford <br> OFFICE OF THE FULTON COUNTY ATTORNEY <br> 141 Pryor Street, S.W., Suite 4038 <br> Atlanta, Georgia 30303 <br> Soo.jo@fultoncountyga.gov <br> Shalanda.miller@fultoncountyga.gov <br> Sandy.milford@fultoncountyga.gov <br><br> ALL COUNSEL OF RECORD |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE / CASE NUMBER:** | **COURT AND COUNTY / NAME OF JUDGE** | **CLERK / OPPOSING COUNSEL** |
| **JORDAN AND NICK MCCARTY, Individually and as Natural Parents and Next Friends of HUDSON MCCARTY, a minor;**<br><br>**v.**<br><br>**WELLSTAR NORTH FULTON HOSPITAL, INC., et al.**<br><br>**CAFN: 23EV000423** | **IN THE STATE COURT OF FULTON COUNTY STATE OF GEORGIA**<br><br>**Honorable** | **Clerk of Court**<br>**State Court of Fulton County**<br><br>**Nelson O. Tyrone, III**<br>**Cynthia Poe**<br>**TYRONE LAW FIRM**<br>**1819 Peachtree Road NE, Ste 4000**<br>**Atlanta, Georgia 30309**<br>**Nelson@tyronelaw.com**<br>**Cindy@tyronelaw.com**<br><br>**Eric J. Frisch**<br>**Kirsten E. King**<br>**COPELAND, STAIR, VALZ & LOVELL, LLP**<br>**191 Peachtree Street, NE, Suite 3600**<br>**Atlanta, Georgia 30303**<br>**efrisch@csvl.law**<br>**kking@csvl.law**<br><br>**Sandra M. Cianflone**<br>**Whitney T. Stuart**<br>**MMPO DEFENSE**<br>**3535 Piedmont Road NE**<br>**Bldg. 14-1000**<br>**Atlanta, Georgia 30305**<br>**scianflone@mmpodefense.com**<br>**wstuart@mmpodefense.com**<br><br>**ALL COUNSEL OF RECORD** |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE / CASE NUMBER:** | **COURT AND COUNTY / NAME OF JUDGE** | **CLERK / OPPOSING COUNSEL** |
| KIMBERLY BOYD AND ANJANETTE LEVERT, et al., <br><br> v. <br><br> AMEDISYS, INC. et al. <br><br> CAFN: 24A00900 | IN STATE COURT OF DEKALB COUNTY STATE OF GEORGIA <br><br> Honorable Mike Jacobs | Clerk of Court <br> State Court of Dekalb County <br><br> Gretchen H. Wagner <br> Katherine G. Hughes <br> 2860 Piedmont Rd., NE <br> Suite 130 <br> Atlanta, Georgia 30305 <br> gwagner@wagnerhugheslaw.com <br> khughes@wagnerhugheslaw.com <br><br> ALL COUNSEL OF RECORD |
| LISA SPRADLIN, et al., <br> v. <br><br> ANNETTIA TOBY, et al., <br><br> CAFN: 5:23-cv-00328-MTT | UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF GEORGIA MACON DIVISION <br><br><br> Honorable Marc T. Treadwell | Clerk of Court <br> United States District Court Middle District of Georgia Macon Division <br><br> Eric J. Hertz <br> Jeffrey E. Gewirtz <br> 8300 Dunwoody Place <br> Suite 210 <br> Atlanta, Georgia 30350 <br> hertz@hertz-law.com <br> jeff@hertz-law.com <br><br> ALL COUNSEL OF RECORD |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE / CASE NUMBER:** | **COURT AND COUNTY / NAME OF JUDGE** | **CLERK / OPPOSING COUNSEL** |
| ONIKA DAVIS et al., v. NAPHCARE, INC. et al. CAFN: 1:24-cv-02496-ELR | IN UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION Honorable Eleanor L. Ross | Clerk of Court In United States District Court of The Northern District of Georgia Atlanta Division Dwayne L. Brown, Esq. LAW OFFICE OF DWAYNE L. BROWN 2740 Zelda Road, Suite 500 Montgomery, AL 36106 dbrown@dbrownatty.com Keith T. Belt, Jr., Esq. BELT, BRUNER & BARNETT, P.C. 880 Montclair Road, Suite 300 Birmingham, AL 35213 keithb@beltlawfirm.com Sandy Milord Mathew Plott Office of the Fulton County Attorney 141 Pryor Street, Suite 4083 Atlanta, GA 30303 Sandy.milord@fultoncountyga.gov Mathew.plott@fultoncountyga.gov ALL COUNSEL OF RECORD |
| NAOMI NELSON, et al. v. HOSPITAL AUTHORITY OF COLUMBUS GEORGIA CAFN: SC2021CV000434 | IN THE STATE COURT OF MUSCOGEE COUNTY STATE OF GEORGIA Honorable Benjamin S. Richardson | Clerk of Court State Court of Muscogee County SCHENK FIRM LLC Robert L. Schenk II 1126 Ponce de Leon Ave Atlanta, GA 30306 Rob@schenkfirm.com ALL COUNSEL OF RECORD |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE / CASE NUMBER:** | **COURT AND COUNTY / NAME OF JUDGE** | **CLERK / OPPOSING COUNSEL** |
| **MICHAEL NOBLE, Individually and as Administrator of the ESTATE of DORIS NOBLE, deceased,**<br><br>**v.**<br><br>**EMORY HEALTHCARE, INC.**<br><br>**CAFN: 24A03345** | **IN THE STATE COURT OF DEKALB COUNTY STATE OF GEORGIA**<br><br><br>**Honorable Charles E. Bailey** | **Clerk of Court**<br>**State Court of Dekalb County**<br><br>**Carl R. Wilander**<br>**MENDES, REINS & WILANDER, PLLC**<br>**4401 W. Kennedy Blvd, Ste 250**<br>**Tampa, FL 33609**<br>carl@mrwlawgroup.com<br><br>**Kathleen Wilkinson**<br>**Laura Hall Cartner**<br>**HALL BOOTH SMITH, P.C.**<br>**191 Peachtree Street NE, Suite 2900**<br>**Atlanta, GA 30303**<br>kwilkinson@hallboothsmith.com<br>lcartner@hallboothsmith.com<br><br>**Brantley C. Rowlen**<br>**Stephen K. McDonald**<br>**LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>**600 Peachtree St., Suite 4700**<br>**Atlanta, Georgia 30308**<br>Brantley.rowlen@lewisbrisbois.com<br>Stephen.mcdonald@lewisbrisbois.com<br><br>**ALL COUNSEL OF RECORD** |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE / CASE NUMBER:** | **COURT AND COUNTY / NAME OF JUDGE** | **CLERK / OPPOSING COUNSEL** |
| RAYMONTE COUNTER, et al.,<br><br>v.<br><br>THE OAKS AT POST ROAD, L.L.C. et al.<br><br>CAFN: 24EV001223 | IN STATE COURT OF FULTON COUNTY STATE OF GEORGIA<br><br><br>Honorable Patsy Y. Porter | Clerk of Court<br>State Court of Fulton County<br><br>William F. Holbert<br>Michael A. Prieto<br>Joan M. Woolley<br>PRIETO, MARIGLIANO, HOLBERT & PRIETO, LLC<br>1555 Mount Vernon Road<br>Atlanta, GA  30338<br>bholbert@pmhplaw.com<br>mprieto@pmhplaw.com<br>jwoolley@pmhplaw.com<br><br>Maxwell K. Thelen<br>ASHBY \| THELEN \| LOWRY<br>445 Franklin Gateway SE<br>Marietta, GA 30067<br>max@atllaw.com<br><br>David M. Clarke<br>Marcol D. Harvey<br>GORDON REES SCULLY MANSUKHANI, LLP<br>55 Ivan Allen Jr. Blvd. NW<br>Suite 750<br>Atlanta, GA 30308<br>dmclarke@grsm.com<br>mharvey@grsm.com<br><br>ALL COUNSEL OF RECORD |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE / CASE NUMBER:** | **COURT AND COUNTY / NAME OF JUDGE** | **CLERK / OPPOSING COUNSEL** |
| **PRIME REALTY VENTURES, LLC, et al.** <br><br> **v.** <br><br> **ONEFEME OGBENI et al.** <br><br> **CAFN: 23-104135-66** | **IN SUPERIOR COURT OF COBB COUNTY STATE OF GEORGIA** <br><br><br> **Honorable Angela Z. Brown** | **Clerk of Court** <br> **Superior Court of Cobb County** <br><br> **Shane Stogner** <br> **STOGNER LAW, LLC** <br> **250 Cox Farm Road** <br> **Marietta, Georgia 30064** <br> **shane@stoglaw.com** <br><br> **ALL COUNSEL OF RECORD** |
| **SECURUS TECHNOLOGIES, LLC,** <br><br> **v.** <br><br> **FULTON COUNTY.** <br><br> **CAFN: 24CV007118** | **IN SUPERIOR COURT OF FULTON COUNTY STATE OF GEORGIA** <br><br><br> **Honorable Thomas A. Cox, Jr.** | **Clerk of Court** <br> **Superior Court of Fulton County** <br><br> **Bruce Perrin Brown** <br> **BRUCE P. BROWN LAW** <br> **1123 Zonolite Road, NE, Suite 6** <br> **Atlanta, GA 30306** <br> **bbrown@brucepbrownlaw.com** <br><br> **Kaye W. Woodard-Burwell** <br> **Shalanda M. J. Miller** <br> **Juliana Sleeper** <br> **141 Pryor Street, S.W.** <br> **Suite 4038** <br> **Atlanta, Georgia 30303** <br><br> **Kaye.Burwell@fultoncountyga.gov** <br> **Shalanda.Miller@fultoncountyga.gov** <br> **Juliana.Sleeper@fultoncountyga.gov** <br><br> **ALL COUNSEL OF RECORD** |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE / CASE NUMBER:** | **COURT AND COUNTY / NAME OF JUDGE** | **CLERK / OPPOSING COUNSEL** |
| **CREG RIGGINS,** v. **MR. BLACKSHEAR, et al.** **CAFN: 2024CV0102** | **IN SUPERIOR COURT OF TURNER COUNTY STATE OF GEORGIA** **Honorable Turner County Superior Court Judge** | **Clerk of Court** **Superior Court of Turner County** **Creg Riggins #755135 Turner Residential Substance Abuse Program P.O. Box 17, 514 Railroad Ave. Sycamore, GA 31790** **Pro Se PLAINTIFF** |
| **JESSICA ROSS, et al.** v. **TRACEY L. ST. JULIAN, M.D., et al.** **CAFN: 2023CV02077** | **IN STATE COURT OF CLAYTON COUNTY STATE OF GEORGIA** **Honorable Margaret Spencer** | **Clerk of Court** **State Court of Clayton County** **Roderick E. Edmond Keith L. Lindsay Edmond & Lindsay, LLP 344 Wooward Avenue, SE Atlanta, GA 30312** drrod4u@edmondfirm.com klindsay@edmondfirm.com **Cory J. Lynch The Law Office of Cory Lunch, LLC 3645 Market Place Blvd., Suite 130-577 East Point, GA 30344** cory@clynchlaw.com **Nichole Hair Hall Booth Smith, PC 191 Peachtree Street NE, Suite 2900 Atlanta, GA 30303** nhair@hallboothsmith.com **ALL COUNSEL OF RECORD** |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE / CASE NUMBER:** | **COURT AND COUNTY / NAME OF JUDGE** | **CLERK / OPPOSING COUNSEL** |
| **SHERRY STRAYHON, et al. v.**<br><br>**NAPHCARE, INC., et al.**<br><br>**CAFN: 23-C-02510-S7** | **IN STATE COURT OF GWINNETT COUNTY STATE OF GEORGIA**<br><br>**Honorable Jaletta L. Smith** | **Clerk of Court**<br>**State Court of Gwinnett County**<br><br>**Jane Mary Lamberti, Esq.**<br>**Samuel L. Starks, Esq.**<br>**100 Peachtree Street, N.W., Suite 2600**<br>**Atlanta, GA 30303**<br>**jlamberti@cochranfirmatl.com**<br>**sstarks@cochranfirmatl.com**<br><br>**ALL COUNSEL OF RECORD** |
| **TALITRIX, LLC, v.**<br><br>**PATRICK LABAT**<br><br>**CAFN: 24CV006871** | **IN SUPERIOR COURT OF FULTON COUNTY STATE OF GEORGIA**<br><br>**Honorable Shukura L. Ingram** | **Clerk of Court**<br>**Superior Court of Fulton County**<br><br>**ROBERT L. ASHE III**<br>**AMANDA D. BRADLEY**<br>**BONDURANT MIXSON & ELMORE LLP**<br>**1201 West Peachtree St., NW**<br>**Suite 3900**<br>**Atlanta, GA 30309**<br>**ashe@bmelaw.com**<br>**bradley@bmelaw.com**<br><br>**Y. Soo Jo**<br>**Shalanda M. J. Miller**<br>**OFFICE OF THE FULTON COUNTY ATTORNEY**<br>**141 Pryor Street, S.W., Suite 4038**<br>**Atlanta, Georgia 30303**<br>**Soo.jo@fultoncountyga.gov**<br>**Shalanda.miller@fultoncountyga.gov**<br><br>**ALL COUNSEL OF RECORD** |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE / CASE NUMBER:** | **COURT AND COUNTY / NAME OF JUDGE** | **CLERK / OPPOSING COUNSEL** |
| **MICHAEL TATE,** v. **FARAMARZ MOVAGHARNIA, M.D.** CAFN: 24-A-4843 | **IN STATE COURT OF COBB COUNTY STATE OF GEORGIA** Honorable Eric A. Brewton | Clerk of Court State Court of Cobb County Alexandria E. Seay Jenna M. Fowler BIRD LAW GROUP 1800 Peachtree Street, NW Suite 370 Atlanta, Georgia 30309 aes@birdlawgroup.com jmf@birdlawgroup.com W. Matthew Wilson BELL WILSON LAW, LLC 729 Piedmont Avenue NE Atlanta, Georgia 30308 matthew@bellwilsonlaw.com ALL COUNSEL OF RECORD |
| **VICTOR TERRELL,** v. **JEAN LAROCHE, et al.** CAFN: 24EV008653 | **IN STATE COURT OF FULTON COUNTY STATE OF GEORGIA** Honorable John R. Mather | Clerk of Court State Court of Fulton County Christina L. Gill CHRISTINA GILL, P.C. 235 Peachtree St NE Atlanta, GA 30303 cgill@christinagill.com Sandy Milord Office of the Fulton County Attorney 141 Pryor Street, Suite 4083 Atlanta, GA 30303 Sandy.milord@fultoncountyga.gov ALL COUNSEL OF RECORD |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE /<br>CASE NUMBER:** | **COURT AND COUNTY /<br>NAME OF JUDGE** | **CLERK /<br>OPPOSING COUNSEL** |
| **TASHAY KIMBLE, et al.<br>v.**<br><br>**WELLSTAR HEALTH<br>SYSTEM, INC.,**<br><br>**CAFN: 24-A-1369** | **IN STATE COURT OF<br>COBB COUNTY<br>STATE OF GEORGIA**<br><br>**Honorable Maria B.<br>Golick** | **Clerk of Court<br>State Court of Cobb County**<br><br>**Chrisna D. Jones, Esq.<br>CHRISNA JONES LAW, LLC<br>160 Clairemont Avenue,<br>Suite 200<br>Decatur, Georgia 30030<br>cjones@chrisnajones.com**<br><br>**Mawuli Mel Davis, Esq.<br>DAVIS BOZEMAN LAW FIRM, P.C.<br>4153-C Flat Shoals Parkway, Ste. 332<br>Decatur, Georgia 30034<br>mdavis@davisbozemanlaw.com**<br><br>**Beth W. Kanik, Esq.<br>John E. Hall, Esq.<br>Hall, Booth, Smith, P.C.<br>191 Peachtree St, #2900<br>Atlanta, GA 30303<br>bkanik@hallboothsmith.com<br>jhall@hallboothsmith.com**<br><br>**Robert O. Bozeman, Esq.<br>Mawuli Mel Davis, Esq.<br>DAVIS BOZEMAN LAW FIRM, P.C.<br>4153-C Flat Shoals Parkway<br>Suite 332<br>Decatur, Georgia 30034<br>rbozeman@davisbozemanlaw.com**<br><br> **(See next page)** |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE /<br>CASE NUMBER:** | **COURT AND COUNTY /<br>NAME OF JUDGE** | **CLERK /<br>OPPOSING COUNSEL** |
| **TASHAY KIMBLE, et al.<br>v.**<br><br>**WELLSTAR HEALTH<br>SYSTEM, INC.,**<br><br>**CAFN: 24-A-1369<br>(Continued)** | **IN STATE COURT OF<br>COBB COUNTY<br>STATE OF GEORGIA**<br><br>**Honorable Maria B.<br>Golick** | **Clerk of Court<br>State Court of Cobb County**<br><br>**Robert P. Monyak, Esq.<br>Mia Fulks, Esq.<br>PETERS & MONYAK, LLP<br>177 Northeast Expressway, NE<br>Atlanta, GA 30329<br>rmonyak@petersmonyak.com<br>mfulks@petersmonyak.com**<br><br>**ALL COUNSEL OF RECORD** |
| **STEVE VOICHICK,<br>v.**<br><br>**ARTISAN HOME<br>CRAFTERS, LLC., et al.**<br><br>**CAFN: 23CV9627 &<br>20CV4470-7** | **IN SUPERIOR COURT<br>OF DEKALB COUNTY<br>STATE OF GEORGIA**<br><br>**Honorable LaTisha Dear<br>Jackson** | **Clerk of Court<br>Superior Court of Dekalb County**<br><br>**Bryan M. Knight<br>W. Lawton Jordan<br>KNIGHT PALMER, LLC<br>One Midtown Plaza<br>1360 Peachtree Street, NE, Suite 1201<br>Atlanta, Georgia 30309<br>bknight@knightpalmer.com<br>ljordan@knightpalmerlaw.com**<br><br>**ALL COUNSEL OF RECORD** |
| **TERRANCE WADDELL,<br>v.**<br><br>**DESHAWN JONES, et al.**<br><br>**CAFN: 1:24-cv-00174** | **IN THE UNITED<br>STATES DISTRICT<br>COURT<br>FOR THE SOUTHERN<br>DISTRICT OF<br>GEORGIA<br>AUGUSTA DIVISION**<br><br>**Honorable Brian K. Epps** | **Clerk of Court<br>United States District Court For The<br>Southern District Of Georgia<br>Augusta Division**<br><br>**Terrance Waddell, Inmate #264138<br>Augusta State Medical Prison<br>3001 Gordon Hwy<br>Grovetown, GA 30813**<br><br>**ALL COUNSEL OF RECORD** |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE / CASE NUMBER:** | **COURT AND COUNTY / NAME OF JUDGE** | **CLERK / OPPOSING COUNSEL** |
| TONI P. WALKER, et al. v.<br><br>JAMES ERIC RAGAZINO.<br><br>CAFN: 1:23-CV-02827-TRJ | IN UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION<br><br><br>Honorable Tiffany R. Johnson | Clerk of Court<br>United States District Court of The Northern District of Georgia Atlanta Division<br><br>Karen E. Woodward, Esq.<br>Edward B. Greenblat, Esq.<br>CRUSER, MITCHELL, NOVITZ, SANCHEZ,<br>GASTON & ZIMET, LLP<br>Meridian II, Suite 2000<br>275 Scientific Drive<br>Peachtree Corners, GA 30092<br>kwoodward@cmlawfirm.com<br>egreenblat@cmlawfirm.com<br><br>David R. Hughes, Esq.<br>HALL HIRSH HUGHES, LLC<br>150 E. Ponce de Leon Avenue, Suite 450<br>Decatur, Georgia 30030<br>david@h3-law.com<br><br>Beth Boone, Esq.<br>HALL BOOTH SMITH, P.C.<br>3528 Darien Highway, Suite 300<br>Brunswick, GA 31525<br>Bboone@hallboothsmith.com<br><br>ALL COUNSEL OF RECORD |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE / CASE NUMBER:** | **COURT AND COUNTY / NAME OF JUDGE** | **CLERK / OPPOSING COUNSEL** |
| **DEVONTREZ GAITHER-WEEMS, et al.**<br>**v.**<br><br>**EMORY HEALTHCARE, INC. et al.**<br><br>**CAFN: 24A03896** | **IN STATE COURT OF DEKALB COUNTY STATE OF GEORGIA**<br><br>**Honorable Charles E. Bailey** | **Clerk of Court**<br>**State Court of Dekalb County**<br><br>**Jane Mary Lamberti**<br>**Shean Williams**<br>**The Cochran Firm- Atlanta**<br>**100 Peachtree Street, N.W.**<br>**Suite 2600**<br>**Atlanta, Georgia 30303**<br>**jlamberti@cochranfirmatl.com**<br>**swilliams@cochranfirmatl.com**<br><br>**Timothy H. Bendin**<br>**Kathleen W. Simcoe**<br>**BENDIN SUMRALL & LADNER, LLC**<br>**One Midtown Plaza, Suite 800**<br>**1360 Peachtree Street, NE**<br>**Atlanta, Georgia 30309**<br>**tbendin@bsllaw.net**<br>**ksimcoe@bsllaw.net**<br><br>**Sandra Cianflone, Esq.**<br>**Megan Patterson, Esq.**<br>**MMPO DEFENSE**<br>**3535 Piedmont Rd., NE**<br>**Bldg. 14-1000**<br>**Atlanta, GA 30305**<br>**scianflone@mmpodefense.com**<br>**mpatterson@mmpodefense.com**<br><br>**ALL COUNSEL OF RECORD** |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE / CASE NUMBER:** | **COURT AND COUNTY / NAME OF JUDGE** | **CLERK / OPPOSING COUNSEL** |
| **DEVONTREZ GAITHER-WEEMS, et al.** <br><br> **v.** <br><br> **EMORY HEALTHCARE, INC. et al.** <br><br> **CAFN: 24A03896** <br> **(Continued)** | **IN STATE COURT OF DEKALB COUNTY STATE OF GEORGIA** <br><br><br> **Honorable Charles E. Bailey** | **Clerk of Court** <br> **State Court of Dekalb County** <br><br> **Matthew P. Lazarus, Esq.** <br> **Courtney S. Jackson, Esq.** <br> **SCRUDDER, BASS, QUILLIAN, HORLOCK, TAYLOR & LAZARUS, LLP** <br> **900 Circle 75 Parkway, Suite 850** <br> **Atlanta, Georgia 30339-3084** <br> **mlazarus@scrudderbass.com** <br> **cjackson@scrudderbass.com** <br><br> **ALL COUNSEL OF RECORD** |
| **CROWN ASSET MANAGEMENT, LLC, ASSIGNEE OF SANTANDER** <br><br> **v.** <br><br> **ANTHONY J. HENSON.** <br><br> **CAFN: 24SV00748** | **IN STATE COURT OF DOUGLAS COUNTY STATE OF GEORGIA** <br><br><br> **Honorable Brian K. Fortner** | **Clerk of Court** <br> **State Court of Douglas County** <br><br> **Judy Nam** <br> **Ragan & Ragan, PC** <br> **3100 Breckinridge Blvd, Suite 722** <br> **Duluth, Georgia 30096** <br> **gaservice@raganlawga.com** <br><br> **ALL COUNSEL OF RECORD** |
| **PAUL WHIBBEY,** <br><br> **v.** <br><br> **AVENTIV TECHNOLOGIES, et al.** <br><br> **CAFN: 1:25-CV-02897** | **IN UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION** <br><br> **Honorable** | **Clerk of Court** <br> **United States District Court** <br> **Northern District of Georgia** <br> **Atlanta Division** <br><br> **Paul Whibbey** <br> **251 Richardson Street SW, Apt 6.** <br> **Atlanta, Georgia 30312** <br> **whibbeypaul@gmail.com** <br><br> *Pro Se* |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE / CASE NUMBER:** | **COURT AND COUNTY / NAME OF JUDGE** | **CLERK / OPPOSING COUNSEL** |
| **PAUL WHIBBEY,**<br><br>**v.**<br><br>**AVENTIV TECHNOLOGIES, et al.**<br><br>**CAFN: 24CV014688** | **IN THE SUPERIOR COURT OF FULTON COUNTY STATE OF GEORGIA**<br><br><br>**Honorable Melynee Leftridge** | **Clerk of Court**<br>**Court Of Fulton County**<br>**State Of Georgia**<br><br>**Paul Whibbey**<br>**251 Richardson Street SW, Apt 6.**<br>**Atlanta, Georgia, 30312**<br>**whibbeypaul@gmail.com**<br><br>*Pro Se* |
| **MARK WHITAKER, et al.,**<br><br>**v.**<br><br>**AFFORDABLE DENTURES SAVANNAH, P.C. et al.**<br><br>**CAFN: STCV18-01080** | **IN STATE COURT OF CHATHAM COUNTY STATE OF GEORGIA**<br><br>**Honorable Judge Derek J. White** | **Clerk of Court**<br>**State Court of Chatham County**<br><br>**Daniel J. Moriarty, Esq.**<br>**Moriarty Injury Lawyer, LLC**<br>**865 Greenwood Ave., NE**<br>**Atlanta, GA 30306**<br>**Daniel@moriartyinjurylawyer.com**<br><br>**Andrew J. Conn**<br>**Conn Law, LLC**<br>**P.O. Box 8031**<br>**Savannah, GA 31412**<br>**andy@connlawfirm.com**<br><br>**L. Evan Cline**<br>**L. Evan Cline, LLC**<br>**5011 Northside Drive**<br>**Atlanta, Georgia 30327**<br>**(404) 431-3588**<br>**evan@evanclinelaw.com**<br><br>**ALL COUNSEL OF RECORD** |

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE / CASE NUMBER:** | **COURT AND COUNTY / NAME OF JUDGE** | **CLERK / OPPOSING COUNSEL** |
| Melissa Williams, <br> v. <br><br> Pratik D. Mehta, M.D., <br><br> CAFN: 21A04804 | IN STATE COURT OF DEKALB COUNTY STATE OF GEORGIA <br><br> Honorable Judge Wayne M. Purdom | Clerk of Court <br> State Court of Dekalb County <br><br> Marvin A. Devlin Marvin A. Devlin, P.C. <br> 6595-G Roswell Road, Suite 765 <br> Atlanta, GA 30328 <br> mad@marvindevlin.com <br><br> Paul E. Weathington <br> Weathington, LLC <br> 191 Peachtree Street, Suite 3900 <br> Atlanta, GA 30303 <br> pweathington@weathington.com <br><br> Carol P. Michel <br> Michael N. Weathington <br> Weinberg Wheeler Hudgins Gunn & Dial, LLC <br> 3344 Peachtree Road, N.E., Suite 2400 <br> Atlanta, GA 30326 <br> cmichel@wwhgd.com <br> mweathington@wwhgd.com <br><br> ALL COUNSEL OF RECORD |
| TERIKA WILLIAMS, et al., v. <br><br> MICHAEL TANAKA, et al. <br><br> CAFN: 24-C-02581-S2 | IN STATE COURT OF GWINNETT COUNTY STATE OF GEORGIA <br><br> Honorable Judge Shawn F. Bratton | Clerk of Court <br> State Court of Gwinnett County <br><br> Derek B. Rouse <br> THE ROUSE FIRM, LLC <br> 520 Ponce de Leon Ave. #2172 <br> Decatur, Georgia 30031 <br> law@therousefirm.com <br><br> ALL COUNSEL OF RECORD |