UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EZRA SMITH, <br><br> Plaintiff, <br><br> v. <br><br> DEPUTY MONIQUE TRACEY, *et al.*, <br><br> Defendants. | Civil Action No.: 1:24-cv-05158-TWT |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
TO STRIKE CERTAIN AFFIRMATIVE DEFENSES**

THIS MATTER is before the Court upon Plaintiff Ezra Smith's Motion to Strike Certain Defenses, specifically Defendant Erica Sanchez's Defenses Nos. 1, 4, 10, 11, and 16 (the "Motion").  Having considered the Motion, it is hereby

ORDERED AND ADJUDGED that:

1.  The Motion is GRANTED.

2.  The Court STRIKES from Defendant Erica Sanchez's Answer (Doc. 52) Defenses Nos. 1, 4, 10, 11, and 16.

IT IS SO ORDERED this _____ day of _____, 2025.

_____
THOMAS W. THRASH, JR.
United States District Judge

Presented by:

James M. Slater
Georgia Bar No. 169869
SLATER LEGAL PLLC
2296 Henderson Mill Rd. NE #116
Atlanta, Georgia 30345
(404) 458-7283
james@slater.legal