

2970 Clairmont Road, NE
Suite 650
Atlanta, Georgia  30329

404.633.9230 ~ telephone
404.633.9640 ~ facsimile
www.bchlawpc.com

July 31, 2025

Mr. Kevin P. Weimer, Clerk of Court
U.S. District Court, Northern District of Georgia
Atlanta Division
75 Ted Turner Drive, S.W., Room 2211
Atlanta, Georgia 30303-3361

  Re: <u>**Ezra Smith v. Raul Gomez, et al.**</u>
     **U.S.D.C. Northern District of GA (Atlanta Division)**
     **Civil Action File No.:  1:24-cv-05158-TWT**

Dear Mr. Weimer:

  Pursuant to Local Rule 83.1(E)(3), I am requesting a leave of absence for personal/family vacation.  I respectfully request that the above-referenced case not be calendared during the following:

    September 1 - 5, 2025 Holidays
    November 24 - 28, 2025 Holidays
    December 26, 2025 - January 2, 2026 Holidays
    February 19 - March 3, 2026 Out of the Country Mission Trip

  Thank you for your consideration.

          Best Regards,

          <u>/s/ Timothy J. Buckley, Esq.</u>
          Timothy J. Buckley III, Esq.
          GA State Bar No. 092913
          **BUCKLEY CHRISTOPHER &**
          **HENSEL, P.C.**

cc: Attorneys of Record