UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EZRA SMITH,<br><br>    Plaintiff,<br>v.<br><br>DEPUTY MONIQUE TRACEY, *et al.*,<br><br>    Defendants. | Civil Action No.: 1:24-cv-05158-TWT |

### PLAINTIFF'S AMENDED NOTICE OF DEPOSITION FOR MONIQUE TRACEY

**TO:**   All counsel of record

**PLEASE TAKE NOTICE** that, pursuant to the provisions of the Federal Rules of Civil Procedure, Plaintiff issues this Notice of Deposition for the deposition of the following individual:

| | |
|---|---|
| **Date and time of Deposition:** | Tuesday, September 16, 2025 beginning at 1:00 p.m. |
| **Deponent:** | Monique Tracey |
| **Location for Deponent:** | Williams & Waymire<br>4330 S. Lee St.<br>Building 400, Ste. A<br>Buford, Georgia 30518 |

The deposition will be taken for all purposes authorized by law.

The deposition will be taken before an officer authorized to administer oaths and will be recorded by stenographic means and videotaped.

DATED this 20th day of August, 2025.

<u>Wingo F. Smith</u>
GA Bar No. 147896
wingo@civil-rights.law

SPEARS & FILIPOVITS, LLC
315 W. Ponce de Leon Ave.
Suite 865
Decatur, GA 30030
404-905-2225

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2025, I served a copy of the within and foregoing on all parties via electronic mail.

<u>Wingo F. Smith</u>
GA Bar No. 147896
wingo@civil-rights.law

SPEARS & FILIPOVITS, LLC
315 W. Ponce de Leon Ave.
Suite 865
Decatur, GA 30030
404-905-2225