UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EZRA SMITH, ) ) Plaintiff, ) ) v. ) ) DEPUTY MONIQUE TRACEY, DEPUTY ) RAUL GOMEZ, DEPUTY SHENEQUA ) JACKSON, and ERICA SANCHEZ, ) ) Defendants. ) | CIVIL ACTION FILE NO.: 1:24-cv-05158-TWT |

## NOTICE TO TAKE DEPOSITION OF PLAINTIFF EZRA SMITH

TO:  Mr. Ezra Smith
c/o Jeff Filipovits, Esq.
Wingo Smith, Esq.
Spears & Filipovits, LLC
315 W. Ponce de Leon Ave., Ste. 865
Decatur, Georgia 30030
jeff@civil-rights.law
wingo@civil-rights.law

YOU ARE HEREBY NOTIFIED pursuant to Rule 30 of the Federal Rules of Civil Procedure, that on Wednesday, October 15, 2025, at 12:00 p.m. at the offices of Spears & Filipovits, LLC, located at 315 W. Ponce de Leon Avel, Suite 865, Decatur, Georgia 30030 before an officer duly authorized by law to administer oaths, the undersigned will proceed to take the deposition of Mr. Ezra Smith for all purposes allowed by law. The deposition will continue from day to

1

day until the examination is completed.

This 8th day of September, 2025.

>Respectfully submitted,
>
>**BUCKLEY CHRISTOPHER & HENSEL, P.C.**
>
>/s/ Timothy J. Buckley III
>TIMOTHY J. BUCKLEY III
>Georgia State Bar No. 092913
>ERIC J. O'BRIEN
>Georgia State Bar No. 383754
>Attorneys for Deputies Gomez and Jackson

2970 Clairmont Road, NE
Suite 650
Atlanta, Georgia 30329
(404) 633-9230
(404) 633-9640 (facsimile)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EZRA SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPUTY MONIQUE TRACEY, DEPUTY )<br>RAUL GOMEZ, DEPUTY SHENEQUA )<br>JACKSON, and ERICA SANCHEZ, )<br>)<br>Defendants. ) | CIVIL ACTION FILE NO.:<br>1:24-cv-05158-TWT |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on September 8, 2025 I filed and served NOTICE TO TAKE DEPOSITION OF PLAINTIFF EZRA SMITH upon all parties to this matter using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| Jeff Filipovits, Esq.<br>Wingo Smith, Esq.<br>Spears & Filipovits, LLC<br>315 W. Ponce de Leon Ave., Ste. 865<br>Decatur, Georgia 30030<br>jeff@civil-rights.law<br>wingo@civil-rights.law | James M. Slater, Esq.<br>Slater Legal PLLC<br>2296 Henderson Mill Rd. NE #116<br>Atlanta, Georgia 30345<br>james@slater.legal |
|---|---|

| | |
|---|---|
| Jason C. Waymire, Esq.<br>Williams & Waymire, LLC<br>4330 South Lee Street<br>Bldg. 400, Ste. A<br>Buford, Georgia 30581<br>jason@wmwlaw.com | Michael G. Frankson, Esq.<br>Antonio E. Veal, Esq.<br>Lindsey Adams, Esq.<br>Huff, Powell, & Bailey, LLC<br>999 Peachtree Street, Ste. 950<br>Atlanta, Georgia 30309<br>mfrankson@huffpowellbailey.com<br>aveal@huffpowellbailey.com<br>ladams@huffpowellbailey.com |

Respectfully submitted,[1]

**BUCKLEY CHRISTOPHER & HENSEL, P.C.**

/s/ Timothy J. Buckley III
TIMOTHY J. BUCKLEY III
Georgia State Bar No. 092913
ERIC J. O'BRIEN
Georgia State Bar No. 383754
Attorneys for Deputies Gomez and Jackson

2970 Clairmont Road, NE
Suite 650
Atlanta, Georgia 30329
(404) 633-9230
(404) 633-9640 (facsimile)

---

[1] This is to further certify that this document was prepared in Times New Roman font, 14 point, in compliance with Local Rule 5.1(C).