UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EZRA SMITH,<br><br>    Plaintiff,<br>v.<br><br>DEPUTY MONIQUE TRACEY, *et al.*,<br><br>    Defendants. | Civil Action No.: 1:24-cv-05158-TWT |

### PLAINTIFF'S AMENDED NOTICE OF DEPOSITION FOR MONIQUE TRACEY

**TO:**   All counsel of record

**PLEASE TAKE NOTICE** that, pursuant to the provisions of the Federal Rules of Civil Procedure, Plaintiff issues this Notice of Deposition for the deposition of the following individual:

| | |
|---|---|
| **Date and time of Deposition:** | Tuesday, September 30, 2025 beginning at 1:00 p.m. |
| **Deponent:** | Monique Tracey |
| **Location for Deponent:** | Williams & Waymire<br>4330 S. Lee St.<br>Building 400, Ste. A<br>Buford, Georgia 30518 |

The deposition will be taken for all purposes authorized by law.

The deposition will be taken before an officer authorized to administer oaths and will be recorded by stenographic means and videotaped.

DATED this 16th day of September, 2025.

Wingo F. Smith  
GA Bar No. 147896  
wingo@civil-rights.law

SPEARS & FILIPOVITS, LLC  
315 W. Ponce de Leon Ave.  
Suite 865  
Decatur, GA 30030  
404-905-2225

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2025, I served a copy of the within and foregoing on all parties via electronic mail.

Wingo F. Smith  
GA Bar No. 147896  
wingo@civil-rights.law

SPEARS & FILIPOVITS, LLC  
315 W. Ponce de Leon Ave.  
Suite 865  
Decatur, GA 30030  
404-905-2225