UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EZRA SMITH,<br><br>    Plaintiff,<br>v.<br><br>DEPUTY MONIQUE TRACEY, *et al.*,<br><br>    Defendants. | Civil Action No.: 1:24-cv-05158-TWT |

### PLAINTIFF'S NOTICE OF DEPOSITION FOR RAUL GOMEZ

**TO:**    All counsel of record

**PLEASE TAKE NOTICE** that, pursuant to the provisions of the Federal Rules of Civil Procedure, Plaintiff issues this Notice of Deposition for the deposition of the following individual:

| | |
|---|---|
| **Date and time of Deposition:** | Wednesday, October 8, 2025 beginning at 1:00 p.m. |
| **Deponent:** | Raul Gomez |
| **Location for Deponent:** | Buckley Christopher & Hensel, P.C.<br>2970 Clairmont Road, NE<br>Suite 650<br>Atlanta, Georgia 30329 |

The deposition will be taken for all purposes authorized by law.

The deposition will be taken before an officer authorized to administer oaths and will be recorded by stenographic means and videotaped.

DATED this 16th day of September, 2025.

Wingo F. Smith
GA Bar No. 147896
wingo@civil-rights.law

Spears & Filipovits, LLC
315 W. Ponce de Leon Ave.
Suite 865
Decatur, GA 30030
404-905-2225

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2025, I served a copy of the within and foregoing on all parties via electronic mail.

Wingo F. Smith
GA Bar No. 147896
wingo@civil-rights.law

Spears & Filipovits, LLC
315 W. Ponce de Leon Ave.
Suite 865
Decatur, GA 30030
404-905-2225