UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EZRA SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>DEPUTY MONIQUE TRACEY, *et al.*,<br><br>    Defendants. | Civil Action No.: 1:24-cv-05158-TWT |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO FILE AMENDED COMPLAINT**

THIS MATTER is before the Court upon Plaintiff Ezra Smith's Motion to for Leave to File an Amended Complaint (the "Motion"). Having considered the Motion, it is hereby

ORDERED AND ADJUDGED that:

1.   For good cause shown, the Motion is GRANTED.

2.   No later than two business days from the date of this Order, Plaintiff shall re-file the proposed amended complaint as a separate docket entry.

IT IS SO ORDERED this _____ day of _____, 2025.

_____
THOMAS W. THRASH, JR.
United States District Judge

Presented by:

James M. Slater
Georgia Bar No. 169869
SLATER LEGAL PLLC
2296 Henderson Mill Rd. NE #116
Atlanta, Georgia 30345
(404) 458-7283
james@slater.legal