UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EZRA SMITH,

     Plaintiff,

v.

DEPUTY MONIQUE TRACEY, *et al.*,

     Defendants.

Civil Action No.: 1:24-cv-05158-TWT

## <u>NOTICE OF TAKING DEPOSITION</u>

YOU ARE HEREBY NOTIFIED pursuant to Rule 30 of the Federal Rules of Civil Procedure, that on October 13, 2025 at 1:00 p.m., before an officer duly authorized by law to administer oaths, the undersigned will proceed to take the deposition of **CARMEN PITTMAN** for discovery, cross-examination, and all other purposes allowed by law.  The deposition will continue from day-to-day until examination is complete. The deposition will be conducted electronically via Zoom or some similar remote deposition technology, shall be recorded stenographically by a reporter and will be recorded by video and/or audio.

WILLIAMS & WAYMIRE, LLC

/s/ Jason C. Waymire
JASON C. WAYMIRE
Georgia Bar No. 742602
Attorney for Defendant Tracey

Bldg. 400, Suite A
4330 South Lee Street
Buford, GA 30518
678-541-0790
678-541-0789
jason@wmwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing NOTICE OF DEPOSITION upon all parties electronically through the Court's CM/ECF system.

This October 7, 2025.

WILLIAMS & WAYMIRE, LLC

/s/ Jason C. Waymire
JASON C. WAYMIRE
Georgia Bar No. 742602