UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EZRA SMITH, Plaintiff, | ) | CIVIL ACTION FILE NO. |
| vs. | ) | 1:24-cv-05158-TWT |
| MONIQUE TRACEY, *et al.*, Defendants. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the within and foregoing DEFENDANT TRACEY'S FIRST REQUESTS FOR PRODUCTION TO PLAINTIFF upon all parties by electronic mail pursuant to the Federal Rules of Civil Procedure to the following:

| | |
|---|---|
| Wingo Smith, wingo@civil-rights.law<br>Jeff Filipovits, jeff@civil-rights.law<br>James Dixon,<br>dixonjames@dixonjameslaw.com | Timothy J. Buckley, III<br>tbuckley@bchlawpc.dom |
| Antonio Veal,<br>AVeal@huffpowellbailey.com | |

Served this 28 day of September, 2025.

WILLIAMS & WAYMIRE, LLC

/s/ Jason Waymire
JASON C. WAYMIRE
Georgia Bar No. 742602

Bldg. 400, Suite A
4330 South Lee Street
Buford, Georgia 30518
jason@wmwlaw.com

7