UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EZRA SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>DEPUTY MONIQUE TRACEY, *et al.,*<br><br>    Defendants. | Case No. 1:24-cv-05158-TWT |

## CERTIFICATE OF SERVICE OF DISCOVERY

The undersigned hereby certifies that Plaintiff's Objections to Defendant Monique Tracey's First Request for Production were served on October 27, 2025 via email to all parties of record in this matter.

Dated: October 27, 2025.

/s/ *James M. Slater*
James M. Slater (GBN 169869)
SLATER LEGAL PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
james@slater.legal
Tel. (404) 458-7283

Jeff Filipovits (GBN 825553)
Wingo Smith (GBN 147896)
SPEARS & FILIPOVITS, LLC
315 W. Ponce de Leon Ave., Suite 865
Decatur, Georgia 30030
Tel. 404-905-2225

*Attorneys for Plaintiff Ezra Smith*