UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EZRA SMITH,

    Plaintiff,

v.

DEPUTY MONIQUE TRACEY, *et al.*,

    Defendants.

Civil Action No.:

1:24-cv-05158-TWT

**JOINT MOTION FOR ENLARGEMENT
OF TIME TO FILE DISPOSITIVE MOTIONS**

COME NOW all Parties in the above-styled action, and, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, file this Motion for Enlargement of the dispositive motion deadline, to December 9, 2025, and the deadline to file a response to any dispositive motions, to January 9, 2026.

1.

Under the Court's scheduling order, discovery is closed and Defendants have up through and including approximately November 18, 2025, to file any dispositive motions.

2.

In late September 2025, Plaintiff filed a motion to file an amended complaint. (Doc. 63) That motion remains pending. The amended complaint would

add a new claim.

3.

Plaintiff's counsel deposed all Defendants by early October 2025. As of the date of this motion, transcripts of the Defendant depositions have not been provided by the court reporter.

4.

This case features claims against law enforcement officers arising from the Plaintiff's suicide attempt in a jail. Defendants Jackson, Gomez and Tracey intend to assert immunity defenses in addition to other defenses for summary judgment.

5.

The Court's ultimate review of the merits of a dispositive motion will likely be enhanced by the extension as requested here.

6.

Under the circumstances, the parties request the Court to extend the dispositive motion deadline to December 9, 2025, and extend the deadline to respond to any dispositive motion to January 9, 2026.

A proposed Order is filed for the Court's convenience and review.

Respectfully submitted,

<div style="column: right">

WILLIAMS & WAYMIRE, LLC

/s/ *Jason Waymire*
JASON WAYMIRE
Georgia Bar No. 742602
Attorneys for Defendants

</div>

4330 South Lee St., NE
Building 400, Suite A
Buford, Ga 30518-3027
Telephone: (678) 541-0790
Facsimile: (678) 541-0789

BUCKLEY CHRISTOPHER & HENSEL, P.C.
Attorneys for Defendants Gomez and Jackson

/s/ *Timothy J. Buckley III*
Timothy J. Buckley III
Georgia Bar No. 092913

2970 Clairmont Road, NE
Suite 650
Atlanta, Georgia 30329
(404) 633-9230
tbuckley@bchlawpc.com

HUFF, POWELL & BAILEY, LLC
Attorneys for Defendant Sanchez

/s/Antonio E. Veal
Antonio E. Veal
Georgia Bar No. 460007

999 Peachtree Street, Suite 950 Atlanta, Georgia 30309
(404) 892-4022
aveal@huffpowellbailey.com

/s/ *Wingo F. Smith*
WINGO F. SMITH
Georgia Bar No. 147896
wingo@civil-rights.law
JEFF FILIPOVITS
Georgia Bar No. 825553
jeff@civil-rights.law

SPEARS & FILIPOVITS, LLC
315 W. Ponce de Leon Ave.
Suite 865

Decatur, GA 30030
404-905-2225

| | |
|---|---|
| SLATER LEGAL PLLC<br>2296 Henderson Mill Rd. NE #116<br>Atlanta, Georgia 30345<br>(404) 458-7283 | */s/ James M. Slater*<br>JAMES M. SLATER<br>Georgia Bar No. 169869<br>james@slater.legal |

Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS** and proposed **ORDER** upon all parties to all counsel through the Court's CM/ECF system.

This November 5, 2025.

/s/ *Jason Waymire*
JASON WAYMIRE
Georgia Bar No. 742602