UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EZRA SMITH,

    Plaintiff,

v.

DEPUTY MONIQUE TRACEY, *et al.*,

    Defendants.

Civil Action No.:

1:24-cv-05158-TWT

## ORDER EXTENDING DISPOSITIVE MOTION DEADLINE

Upon consent by all Parties, and for good cause shown, it is hereby ORDERED that the Parties shall have up through and including December 9, 2025, to file dispositive motions, and up through and including January 9, 2026, to file responses to any dispositive motions.

SO ORDERED this ____ day of November, 2025.

_____
THOMAS W. THRASH, JUDGE
UNITED STATES DISTRICT COURT