UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EZRA SMITH, <br><br> Plaintiff, <br><br> v. <br><br> DEPUTY MONIQUE TRACEY, *et al.*, <br><br> Defendants. | Civil Action No.: 1:24-cv-05158-TWT |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

THIS MATTER is before the Court upon Plaintiff Ezra Smith's Motion to for Leave to File an Amended Complaint (the "Motion"). Having considered the Motion, it is hereby

ORDERED AND ADJUDGED that:

1. For good cause shown, the Motion is GRANTED.

2. No later than two business days from the date of this Order, Plaintiff shall re-file the proposed amended complaint as a separate docket entry.

IT IS SO ORDERED this  25th  day of  November , 2025.

THOMAS W. THRASH, JR.
United States District Judge