| ROCKDALE COUNTY SHERIFF'S OFFICE | | | | JAIL POLICY AND PROCEDURE | | | |
|---|---|---|---|---|---|---|---|
| **GENERAL ORDER NO:** | 5.22 | **EFFECTIVE DATE:** | APRIL 23, 2024 | **REVISION DATE:** | | **RESCINDS:** | |
| **SUBJECT:** | SUICIDE PREVENTION AND INTERVENTION | | | **NO OF PAGES:** 3 | | **REFERENCES:** 5-ALDF-4C-05,31, & 32 | |

BY ORDER OF THE SHERIFF

ERIC J. LEVETT, SHERIFF OF ROCKDALE COUNTY

**PURPOSE:**

The purpose of this policy is to ensure that all inmates admitted to the Rockdale County Jail are screened in order to identify those inmates who may require immediate mental health or who pose a health or safety risk to themselves or others.

**POLICY:**

It shall be the policy of the Rockdale County Sheriff's Office (RCSO) to provide procedures that define the specific mode of prevention, intervention and response necessitated by the occurrence of a Mental Health related crisis and/or demonstration of suicide ideation by an inmate.

A suicide prevention program is approved by the Medical Provider and reviewed by the facility or program administrator. It includes specific procedures for handling intake, screening, identifying, and supervising of a suicide-prone inmate and is signed and reviewed annually. The program includes staff and inmate critical incident debriefing that covers the management of suicidal incidents, suicide watch, and death of an inmate or staff member. It ensures a review of critical incidents by administration, security, and medical services. All staff with responsibility for inmate supervision are trained on an annual basis in the implementation of the program. Training includes but is not limited to:

    A.    Identifying the warning signs and symptoms of impending suicidal behavior.

    B.    Understanding the demographic and cultural parameters of suicidal behavior.

    C.    Responding to suicidal and depressed inmates.

    D.    Communication between Jail Administration and Medical Provider.

    E.    Using referral procedures.

    F.    Housing observation and suicide watch level procedures.

    G.    Follow-up monitoring of inmates who make a suicide attempt.

    H.    Population specific factors, pertaining to suicide risk in the facility.

I. **Suicide Response:**

    A.    Any inmate who threatens or attempts self-mutilation or suicide will be viewed as a MENTAL HEALTH EMERGENCY. Upon notification, the Mental Health Professional will provide a face-to-face interview with the inmate. Additionally, the inmate's mental health and/or medical chart(s) will be reviewed as part of the initial assessment.

        1.    The assessment will be completed in a timely manner during normal working hours after receiving notification.

Tracey MSJ Exhibit 1

    2. At times other than normal working hours, Jail staff will notify the Medical Department which will provide immediate medical intervention. The Medical Staff will contact the on-call Mental Health Professional for notification purposes.

B. Based upon the inmate's assessment, a decision will be made by Mental Health Professional regarding the appropriate housing for the affected inmate. Options for appropriate housing may include:

  1. Maintenance within the currently assigned Housing Unit

  2. Relocation to the Booking/Medical Unit

  3. Transport to outside medical facility (ER Unit)

  4. Following review and medical clearance may be transferred to an offsite facility to meet the current mental health needs of the inmate in crisis. (i.e. Georgia Regional Hospital)

C. If the use of restraints is indicated, then the restraints will be applied as provided for by existing policy.

D. The inmate may also be placed on a "Suicide Watch" to monitor his/her behavior. The frequency of the "Special Watch" may be staggered in person checks not to exceed 15-minute intervals. The watch is conducted to assure the continued well-being of the inmate. The watch will be documented by Detention staff on the appropriate "Suicide Watch" forms, as well as in Eagle. Notations will be made of any abnormal behavior observed. The watch will be reviewed by the medical staff to determine the need for continuance, at a minimum of every twelve (12) hours.

E. When standard issued clothing presents a security or medical risk the inmate is supplied with a security garment that promotes inmate safety and prevents humiliation and degradation.

F. When a "Suicide Watch" is initiated, the inmate will be placed in an observation (booking/medical/segregation) cell without any of their personal possessions, clothing and/or linen from the bedding to prevent the use for self-injury. The use of safety garments will be provided to the inmate to prevent additional self-injury. Inmates are protected from humiliation and degradation.

The decision to return any items will rest on the Mental Health Professional, or their designees. This decision will be documented on the appropriate forms.

**ONLY DETENTION STAFF WILL ENTER THE INMATE'S ROOM/CELL TO REMOVE THESE ITEMS.**

G. Inmates placed on Suicide Watch will be evaluated by a Mental Health Professional for an alternative safety meal (Nutra-Loaf). The alternative safety meal must be approved in writing by the medical provider or their designee. All meals will meet basic nutritional requirements and occur with the written approval of jail administrator or their designee and the Medical Authority. Alternative safety meals will not exceed seven days.

H. If and when any of the items are returned to the inmate, the inmate will be closely monitored. The returns of any possessions are solely at the discretion of the Mental Health Professional.

I. Inmates shall also be afforded the opportunity to utilize showers. (Daily, based on the

Mental Health Professional authorization and the behavior of the inmate).

## II. **POLICY REVIEW:**

This policy and procedure will be reviewed and updated as needed.