# OFFICE OF THE SHERIFF
# ROCKDALE COUNTY, GEORGIA

Eric J. Levett
Sheriff



911 Chambers Drive
Conyers, GA 30012

Tel: 770.278.8000
Fax: 770.785.2494

# Incident Findings

Date: 07/10/2024

To: Major Welch; Captain Brewer; Captain D. Harris; Lt. Watkins

From: Sgt. Kevin J Tatum

Subject: Ezra Smith 52 Attempt Incident#24J-000442

---

On 07/09/2024 Inmate Ezra Smith attempted Suicide by wrapping the phone cord of Holding Cell 7 around his neck. Deputies in Booking were able to take life saving measures and the inmate safely taken to the hospital. He was soon released from custody at the hospital.

Later that date on 07/09/2024 I was reviewing the incident by pulling reports and videos. Erman advised that Nurse Sanchez heard Deputy Tracey making inappropriate statements to Inmate Smith shortly before the Suicide Attempt. Once I received the statement and reviewed it. Nurse Sanchez stated that she heard Deputy Tracey say "Go kill yourself then" shortly before the Suicide Attempt was made.

Major Welch put me in charge of the debriefing with all of the deputies involved and to find all the facts of the incident. I put together questions to ask all deputies involved.



DEFENDANT'S EXHIBIT A

On 07/10/2024 I began meeting with all of the deputies involved with Suicide Attempt of Ezra Smith that occurred on 07/09/2024. An overview of the incident is as follows.

The general consensus amongst everyone interviewed was that booking was extremely busy and unorganized when Team B relieved Team A on 07/08 at 1800. There were several releases (8+), multiple people on the intake bench waiting for processing (3-4), and multiple inmates within Holding Cell 7 (6+) that were at varying stages of the Booking process. Most advised that a lot of the ones in Holding Cell 7 had been there for several hours before taking shift. Cpl. Hall, Deputy Dieudonne, and Deputy Little were not assigned to Booking but did confirm that in passing they knew there was a lot going on.

There was a prior incident on 07/08/2024 at approximately 2000 (indicated on several reports) where there were approximately 6 inmates to include inmate Smith. The intercom button was pressed, and Deputy Tracey answered the intercom. She stated that another unknown inmate told her "This white guy says he wants to kill himself". She added that she was at the intercom station and could see inside Holding Cell 7 and that all of the inmates including inmate Smith were standing around laughing and then began complaining about how long the Booking process was taking. Deputy Tracey said she told them she didn't have time for their jokes and could clearly see that inmate Smith was not in danger and continued working on all of their folders. Deputy Jackson knew of the situation but did not know Deputy Tracey was the one to answer it. Deputy Gomez was completely unaware of the situation. Lt. Daniel did not know about it until after inmate Smith was sent to the Hospital. All other deputies were also unaware due to not being in Booking at this time. Deputy Jackson and Deputy Tracey both admitted to not advising Medical because they believed the inmates were joking due to them all laughing to include inmate Smith.

Later into the shift, multiple reports state that inmate Smith became irate at approximately 0120 due to being the last inmate within the cell. All deputies present in Booking (Tracey, Gomez, Jackson, and Lt. Daniel) gave a similar account of inmate Smith's actions. He was beating the door with his fists and then kicking the bottom of the door for several minutes.

There are also several reports that explain that Deputy Tracey approached the cell to attempt to have inmate Smith calm down. The conversation that she had with inmate Smith have varying accounts of what was said.

After the Suicide Attempt occurred and inmate Smith was able to speak again. He made the claims that the black lady in Booking told him to kill himself when he told her that he "feeling suicidal". This occurred approximately 3 minutes before he attempted to hang himself.

The deputies that I met with were Lt. Daniel, Cpl. Hall, Deputy Little, Deputy Dieudonne, Deputy Jackson, Deputy Gomez, and Deputy Tracey

I compiled a list of questions (attached), and I am going to summarize the answers given overall and will provide specifics when necessary.

The main focus of the investigation was to debrief the involved deputies and to gather facts about the interactions between staff and inmate Ezra Smith.

Shift Assignments 07/08-07/09 for Team B:

Lt. Daniel- Shift Commander

Cpl. Hall- ISD Supervisor

Deputy Tracey- Movement (Helping in Booking)

Deputy Jackson- Kitchen (Helping in Booking)

Deputy Gomez- Booking

Deputy Little- Tower Deputy

Deputy Dieudonne- ISD Rover

Deputy Tracey- She stated that inmate Smith was upset about being the last to remain in the cell and was claiming it was because he was the only white guy. She spoke with him about talking to his mom and he became irate again. She stated to me that she does not remember making any more comments towards him except that he needed to calm down and that she would work on his folder next.

Deputy Jackson- Stated she was at GCIC and knew that Deputy Tracey went down to speak with inmate Smith and heard her say he was going to have to wait but nothing else was discussed between the two.

Deputy Gomez- He was at the fingerprint machine and stated that Deputy Tracey "kinda" provoked the situation by telling him to kill himself after he threatened suicide.

Lt. Daniel- Was unaware until after inmate was at the hospital and told Cpl. Hall that she told him to kill himself.

Cpl. Hall, Deputy Little, Deputy Dieudonne were all present at the hospital and gave a similar account to what was said by Inmate Smith.

All accounts of the deputies and nursing staff involvement with the actual suicide attempt are consistent with each other and the Jail Camera Footage.

Everyone I spoke too, I asked for Statements to be written and sent directly to me.

Deputy Tracey did call me at 0559 stating that she was still trying to remember if she did say something to him during the incident of that nature. She advised she did call around to the other deputies working with her that night and they confirmed with her that she was unprofessional with her language. She asked to meet with me, and I told her I would. She met with me at around 0610 and proceeded to tell me that she felt something in the back of her mind was wrong. She still did not remember ever saying anything to him but that other deputies did confirm it. She accepted it and was apologetic for her conduct.

Every deputy I spoke with I also asked about how the incident affected them and explained to them that we have resources available if needed. (EAP, Peer Support, etc.)

After reviewing the incident as a whole and speaking with all involved, I do find that Deputy Tracey violated 3 policies in the performance of her duties:

1.10 - Oath of Office - Detention Deputy states that "I will humanely treat prisoners who may be brought to the jail of which I am keeper and not suffer them to escape by any negligence or inattention of mine." Deputy Tracey violated the Detention Deputy Oath of Office by not treating Inmate Smith humanely during the course of the Mental Health Emergency. Her actions and words used showed a lack of respect and professionalism when dealing with the inmate. The language she used to instruct an inmate who made suicidal threats to commit said act, shows an extreme lack of judgement that led to an almost fatal situation that could have been prevented.

2.13 - Code of Conduct Section H Unsatisfactory Performance States Employees shall maintain and demonstrate sufficient competency to properly perform their assigned duties. Employees shall perform their duties in a manner which will maintain the highest standards of care and professionalism in carrying out the functions and objectives of the RCSO. Unsatisfactory and unprofessional performance may include, but is not limited to the following:

    1. An unwillingness or inability to perform assigned tasks.
    3. Failure to perform assigned duties properly.

Deputy Tracey violated 2.13 H. Unsatisfactory Performance by failing to properly act when an inmate made it know they were having suicidal thoughts. She did not follow proper procedure when dealing with an inmate needing to be placed on suicide watch.

5.22 - Suicide Prevention and Intervention states All staff with responsibility for inmate supervision are trained on an annual basis in the implementation of the program. Training includes but is not limited to: Letter A. Identifying the warning signs and symptoms of impending suicidal behavior; Letter C. Responding to suicidal and depressed inmates

Section 1. Suicide Response: A. Any inmate who threatens or attempts self-mutilation or suicide will be viewed as a MENTAL HEALTH EMERGENCY.

Deputy Tracey violated 5.22 Suicide and Prevention by not treating the incident as a Mental Health Emergency and made no attempts to seek any help or counsel for the inmate. Inmate Smith made an active suicide attempt just a few minutes later. She failed to act on the signs that Inmate Smith displayed by telling her he was going to kill himself.

After a review of the complete incident, I have recommended Deputy Tracey's <u>Termination</u> for the unprofessional statements made to inmate Ezra Smith shortly before his Suicide Attempt. Also, due to her inaction to properly place inmate Ezra Smith into the Suicide Watch protocol.

After a full review of all statements, reports, and video it was found that Deputy Gomez violated 2.13 H. Unsatisfactory Performance 3. Failure to Perform Assigned Duties Properly by having knowledge that inmate Ezra Smith stated he was going to kill himself and failing to place him within the Suicide Watch protocol.

After an additional statement from Deputy Jackson, it was found that Deputy Jackson violated 2.13 H. Unsatisfactory Performance 3. Failure to Perform Assigned Duties Properly by having knowledge that inmate Ezra Smith stated he was going to kill himself and failing to place him within the Suicide Watch protocol.

Both deputies were also issued a written reprimand.

Sgt. Kevin J Tatum 2617

# ROCKDALE COUNTY SHERIFF'S OFFICE
## *EMPLOYEE REPRIMAND*



*PLEASE PRINT CLEARLY*

| DATE | 07/11/2024 | | |
|---|---|---|---|
| EMPLOYEE NAME | Monique Tracey | BADGE # | 2548 |
| DIVISION / SHIFT | Jail Team B | | |

**VIOLATION OF RCSO POLICY(S) - (LIST POLICY NUMBER(S), SECTION(S))**

2.13 H. Unsatisfactory Performance 1. An unwillingness or inability to perform assigned tasks 3. Failure to Perform Assinged Duties properly
5.22 Suicide Prevention and Intervention
1.10 Detention Deputy Oath of Office

**NARRATIVE** *(USE BACK OF FORM AND/OR ADDITIONAL SHEETS, IF NECESSARY)*

*****SEE ATTACHED*****

*Complete Narrative Supplement On Back Of Form, If Needed*

| EMPLOYEE SIGNATURE | Monie Tra 2548 | DATE | 7-16-24 |
|---|---|---|---|

*Complete Supervisor Signatures & Recommendations After Employee Signs*

| SHIFT SUPERVISOR SIGNATURE | Sgt K Li 2617 | DATE | 7/12/24 |
|---|---|---|---|
| SHIFT SUPERVISOR RECOMMENDATION | Termination | | |
| SHIFT COMMANDER SIGNATURE | Lt Watkins 2243 | DATE | 7-12-24 |
| SHIFT COMMANDER RECOMMENDATION | CONCUR: Yes / No | | |

| | CONCUR: Yes / No | |
|---|---|---|
| DIVISION COMMANDER CONCLUSION | | [signature] #2204 |

**DISCIPLINARY CONCLUSION (CIRCLE ONE):** TRAINING | COUNSELING | ORAL REPRIMAND | WRITTEN REPRIMAND | SUSPENSION | DEMOTION | **(TERMINATION)**

| DIVISION COMMANDER SIGNATURE | [signature] #2186 | DATE | 7-12-24 |
|---|---|---|---|
| HEARING DATE (IF NECESSARY) | | | |
| DATE SENT TO OPS | 07/18/2024 | RECEIVED BY | [signature] J.W.B 2527 |

# ROCKDALE COUNTY SHERIFF'S OFFICE
## *EMPLOYEE REPRIMAND*



**PLEASE PRINT CLEARLY**

**NARRATIVE SUPPLEMENT**

Deputy Tracey failed to properly care for an inmate who had made it known to her he was having suicidal thoughts and threatened to kill himself. Other staff members heard Deputy Tracey telling the inmate for him to "do it" and walked away.

Deputy Tracey failed to treat the incident as a Mental Health Emergency when an inmate stated he was going to kill himself. She did not properly respond to an inmate who made comments about committing suicide. She did not notify any medical personnel of the comments made or attempt to place the inmate on Suicide Watch.

2.13 - Code of Conduct Section H States Employees shall maintain and demonstrate sufficient competency to properly perform their assigned duties. Employees shall perform their duties in a manner which will maintain the highest standards of care and professionalism in carrying out the functions and objectives of the RCSO. Unsatisfactory and unprofessional performance may include, but is not limited to the following:

1. An unwillingness or inability to perform assigned tasks.
3. Failure to perform assigned duties properly.

5.22 - Suicide Prevention and Intervention states All staff with responsibility for inmate supervision are trained on an annual basis in the implementation of the program. Training includes but is not limited to: Letter A. Identifying the warning signs and symptoms of impending suicidal behavior; Letter C. Responding to suicidal and depressed inmates

Section 1. Suicide Response: A. Any inmate who threatens or attempts self-mutilation or suicide will be viewed as a MENTAL HEALTH EMERGENCY.

1.10 - Oath of Office - Detention Deputy states that "I will humanely treat prisoners who may be brought to the jail of which I am keeper and not suffer them to escape by any negligence or inattention of mine."

On 07/09/2024 at approximately 0130 Deputy Tracey was working in the Booking Area. Inmate Ezra Smith made it known to Deputy Tracey that he wanted to kill himself. Deputy Tracey was at the door of Holding Cell 7 and was speaking with the inmate when he said this. She engaged in an argumentative conversation with inmate Smith and walked away from him to return to the Booking platform. Shortly after, Inmate Ezra Smith attempted Suicide by wrapping the phone cord from holding cell 7 around his neck. Detention staff did respond and were able to take life saving measures. Statements collected from other staff who were present in Booking, state that Deputy Tracey made the comments of "Do it" and "Go ahead" as she was walking away from the inmate before the suicide attempt occurred.

Deputy Tracey did not treat the incident as a Mental Health Emergency and made no attempts to seek any help or counsel for the inmate. Inmate Smith made an active suicide attempt just a few minutes later. She failed to act on the signs that Inmate Smith displayed by telling her he was going to kill himself.

Deputy Tracey violated 2.13 H. Unsatisfactory Performance by failing to properly act when an inmate made it know they were having suicidal thoughts. She did not follow proper procedure when dealing with an inmate needing to be placed on suicide watch.

Deputy Tracey's inaction and comments made towards inmate Ezra Smith is unprofessional to highest degree and does not represent the mission statement of the Rockdale County Sheriff's Office. This incident could have resulted in an In Custody Death that may have been prevented if Deputy Tracey would have responded appropriately to the statements made by Inmate Ezra Smith.

Deputy Tracey violated the Detention Deputy Oath of Office by not treating Inmate Smith humanely during the course of the Mental Health Emergency. Her actions and words used showed a lack of respect and professionalism when dealing with the inmate. The language she used to instruct an inmate who made suicidal threats to commit said act, shows an extreme lack of judgement that led to an almost fatal situation that could have been prevented.

# OFFICE OF THE SHERIFF
# ROCKDALE COUNTY, GEORGIA

ERIC J. LEVETT
SHERIFF



PHONE: 770-278-8000

FAX: 770-278-8945

## Memorandum

### Hand Delivered

| | |
|---|---|
| Date: | July 12, 2024 |
| To: | Monique Tracey |
| From: | Captain T. Brewer |
| Subject: | Administrative Leave with Pay |

Effective immediately, you are placed on administrative leave with pay pending the completion of an ongoing internal investigation into allegations relating to policy violations of the Rockdale County Sheriff's Office.

Employees that are placed on administrative leave with pay shall not perform any official acts, nor loiter around the Sheriff's Office or the Rockdale County Jail. You shall always be available for official departmental interviews and appointments related to this investigation.

<u>You are ordered not to discuss any details of your administrative leave with any employee of the Rockdale County Sheriff's Office, except the Sheriff, Chief Holmes, OPS, Major Welch, Captain Brewer, or Lieutenant Watkins. Violating this order will result in your immediate termination.</u>

It is important that you review **General Order 2.13 CODE OF CONDUCT** concerning conduct of relieved or suspended employees. You are ordered to relinquish any and all county property owned by the Sheriff's Office upon request.

Additional information will be forthcoming provided by your supervisors.

911 CHAMBERS DRIVE
CONYERS, GEORGIA 30012
WWW.ROCKDALESHERIFF.COM

OFFICE OF THE SHERIFF
# ROCKDALE COUNTY, GEORGIA

**ERIC J. LEVETT**
**SHERIFF**



911 CHAMBERS DRIVE
CONYERS, GEORGIA 30012

PHONE: 770-278-8000
FAX: 770-785-2494

WWW.ROCKDALESHERIFF.COM

## MEMORANDUM

Date: 12July2024

To: Major Welch

Cc: Lt T Forte'/OPS

From: Captain T H Brewer

Subject: Deputy Monique Tracey

---

Review of the disciplinary action against Deputy Monique Tracey

---

**Policy Violations:**

---

2.13 (H) Unsatisfactory Performance (1) An unwillingness or inability to perform assigned tasks (3) Failure to perform assigned duties properly

**H. UNSATISFACTORY PERFORMANCE Employees shall maintain and demonstrate sufficient competency to properly perform their assigned duties. Employees shall perform their duties in a manner which will maintain the highest standards of care and professionalism in carrying out the functions and objectives of the RCSO. Unsatisfactory and unprofessional performance may include, but is not limited to the following: 1. An unwillingness or inability to perform assigned tasks**; 2. Lack of knowledge of the application of laws; **3. Failure to perform assigned duties properly**; 4. A progressively downward trend in performance ratings; 5. A written record of repeated violations of rules, regulations, directives, policies or orders 6. Failure to conform to work standards established for the person's rank, grade or position; 7. Failure to progress in on-the-job training, remedial training or any required training imposed by the RCSO; and/or, 8. Engage in entertainment activities while on duty, except as may be required in the performance of duty, to include but not limited to the following: horseplay, practical jokes, reading, playing games, or watching television, movies, etc.

Case 1:24-cv-05158-TWT  Document 75-3  Filed 12/09/25  Page 10 of 17

## OFFICE OF THE SHERIFF
## ROCKDALE COUNTY, GEORGIA

ERIC J. LEVETT
SHERIFF



911 CHAMBERS DRIVE
CONYERS, GEORGIA 30012

PHONE: 770-278-8000
FAX: 770-785-2494

WWW.ROCKDALESHERIFF.COM

# MEMORANDUM

**5.22** Suicide Prevention & Intervention

**PURPOSE**: The purpose of this policy is to ensure that all inmates admitted to the Rockdale County Jail are screened in order to identify those inmates who may require immediate mental health or who pose a health or safety risk to themselves or others.

**POLICY**: It shall be the policy of the Rockdale County Sheriff's Office (RCSO) to provide procedures that define the specific mode of prevention, intervention and response necessitated by the occurrence of a Mental Health related crisis and/or demonstration of suicide ideation by an inmate. A suicide prevention program is approved by the Medical Provider and reviewed by the facility or program administrator. It includes specific procedures for handling intake, screening, identifying, and supervising of a suicide-prone inmate and is signed and reviewed annually. The program includes staff and inmate critical incident debriefing that covers the management of suicidal incidents, suicide watch, and death of an inmate or staff member. It ensures a review of critical incidents by administration, security, and medical services. All staff with responsibility for inmate supervision are trained on an annual basis in the implementation of the program. Training includes but is not limited to: **A. Identifying the warning signs and symptoms of impending suicidal behavior.** B. Understanding the demographic and cultural parameters of suicidal behavior. **C. Responding to suicidal and depressed inmates.** D. Communication between Jail Administration and Medical Provider. E. Using referral procedures. F. Housing observation and suicide watch level procedures. G. Follow-up monitoring of inmates who make a suicide attempt.

### 1.10 Detention Deputy Oath of Office

**PURPOSE**: To establish a uniform Oath of Office for detention deputies employed by the Rockdale County Sheriff's Office. All certified deputies shall be required to be sworn into office by the Sheriff before assuming sworn status in compliance with O.C.G.A. § 45-3-1. I. EXECUTION:

A. This Oath of Office shall be administered by the Sheriff, and each employee shall read the below oath orally.

B. The Oath of Office shall be in printed form with spaces provided for the signatures of the sworn deputy and the Sheriff. The date of the Oath also shall be recorded.

# OFFICE OF THE SHERIFF
# ROCKDALE COUNTY, GEORGIA

**ERIC J. LEVETT**
**SHERIFF**



911 CHAMBERS DRIVE
CONYERS, GEORGIA 30012

PHONE: 770-278-8000
FAX: 770-785-2494

WWW.ROCKDALESHERIFF.COM

# MEMORANDUM

II. OATH OF OFFICE:

Prior to assuming sworn status, deputies shall take the following Oath of Office: "I, _____, **do swear that I will well and truly do and perform, all and singular, the duties of jailer for Rockdale County; and that I will humanely treat prisoners who may be brought to the jail of which I am keeper** and not suffer them to escape by any negligence or inattention of mine. So help me God. I further solemnly swear and affirm that I am not the holder of any public money due this state, a political subdivision or government authority unaccounted for, that I am not the holder of any office of trust under the government of the United States (except Postmaster), nor either of the several states, nor any foreign state, and that I am otherwise qualified to hold said office according to the Constitution of the United States and Laws of Georgia, and I will faithfully perform and discharge the duties of my position, conscientiously and without malice or partiality, to the best of my ability. I further swear and affirm to obey, to adhere to, to uphold and to enforce the laws of the United States of America and the State of Georgia. So help me God!

**Review**

---

I have reviewed the disciplinary action on Deputy Monique Tracey submitted by Sergeant K Tatum. The actions of Deputy Tracey as they relate to the treatment and care of Inmate Ezra Smith are egregious. Inmate Smith was suffering from a suicidal episode and his outcry for help was not only dismissed but mocked by Deputy Tracey by telling Inmate Smith to "do it" and "go ahead" when he threatened to kill himself.

I concur with the findings of Sergeant Tatum in the recommendation for Termination

Respectfully,

Captain T Brewer

# PERSONNEL ACTION FORM
Department of Talent Management 770.278.7575

**PA Type** (Select One)
- [ ] New Hire
- [ ] Rehire
- [ ] Agency Hire
- [ ] Promotion
- [ ] Special Adjustment
- [ ] Status Change
- [ ] Transfer
- [ ] Leave
- [ ] Return from Leave
- [x] Separation (Term)

PA Created By: Katrina Anthony   Date Created: 07 / 26 / 24

Email all PAs to HR.Records@RockdaleCountyGA.gov

## Section 1 — EMPLOYEE IDENTIFICATION

Employee Name: Tracey, Monique D
Employee ID Number: R6T002826
Home Department: 003326 Jail-30
Job Title: Certified Detention Deputy
Business Unit: 30 Sheriff's Dept/Jail
Location Code: 30 Sheriff's Dr
Class Code: 0362
Position Code: SO-206
[ ] N/A-New Position

Desired Effective Date: 07 / 26 / 24

## Section 2

### New Hire/ReHire
Job Title: ___   Pay Grade: ___   Supervisor: ___   Starting Pay Rate: ___
Class Code: ___   Position Code: ___
Replacement for: ___
Replacement Status: ___
- [ ] Hourly (Non-Exempt)
- [ ] Salary (Exempt)
Etime Approver: ___
Justification Form attached if applicable? [ ] Yes [ ] No
[ ] FT Reg  [ ] FT Temp  [ ] PT Reg  [ ] PT Temp  [ ] On Call  [ ] Seasonal  [ ] Avg Hours(PT)

### Position Change or Transfer
Current Job Title: ___   Home Department: ___   Business Unit: ___   Location Code: ___
Class Code: ___   Position Code: ___
New Job Title: ___   Home Department: ___   Business Unit: ___   Location Code: ___
Class Code: ___   Position Code: ___
New ADP Supervisor: ___   New E-time Approver: ___   ID #: ___

### Salary Change
Current Pay Rate: ___   Pay Grade: ___   Budgeted Salary: ___   Change Standard Hours: ___
Current Total: ___
New Pay Rate: ___   Pay Grade: ___   Adjustment Amount or % Increase: ___
New Total: ___
Justification Form attached if applicable? [x] Yes [ ] No

### Leave Status
[ ] LEAVE  [ ] RETURN   Reason (see instructions): ___
Expected Return Date: __/__/__
Actual Return Date: __/__/__

### Separation/Termination
Reason (see instructions): Terminated
2-Week Notice Received? [ ] Yes [x] No
Paid Through Date (Last day): 07 / 26 / 24
Eligible for Rehire? [ ] YES [x] NO
[ ] Voluntary [x] Involuntary   Explain: ___
[ ] MGNT - Former employee was a supervisor or manager. >>> Redirect their reports to: ___

## Signatures/Approvals

Manager: Katrina Anthony   Date: 7.26.24
Dept. Head/Elected Official: [signature]   Date: 7.26.24
Human Resources: ___   Date: ___
Finance: ___   Date: ___
BOC/Chairman (if applicable): ___   Date: ___
Other: ___   Date: ___

## Section 3 — Notes & Comments

Terminated - Policy violation

## TM Use Only

Actual Start Date: ___
Salary/Hourly Rate: ___
Budgeted Salary: ___
TMIS Processor Signature: ___   Date: ___
PTO PAYOUT HOURS: ___

**New Hire Additions:**
- [ ] Position Code
- [ ] Pension
- [ ] Seniority Date
- [ ] Time Position Info
- [ ] LocalGovU
- [ ] Scheduled Hours
- [ ] Swiftreach911

**Termination Actions:**
- [ ] Remove from Swiftreach911
- [ ] Deactivate from LocalGovU
- [ ] MGR Access to Sole User

ReHire CANCEL Actions: [ ] Existing Direct Deposit  [ ] Existing Deduction Code

V2.6.25.2020

OFFICE OF THE SHERIFF
# ROCKDALE COUNTY, GEORGIA

**ERIC J. LEVETT**
**SHERIFF**

PHONE: 770-278-8000

FAX: 770-278-8945



## Memorandum

### Personally Served

| | |
|---|---|
| **Date:** | **July 26, 2024** |
| **To:** | **Monique Tracey** |
| **From:** | **Chief Dale Holmes** |
| **Subject:** | **Termination Notice** |

*Chief OA - failed to report to hearing. Termination upheld*

On July 26, 2024, you were given the opportunity to be heard regarding the disciplinary actions that could be taken against you for violation of the policies and procedures of the Rockdale County Sheriff's Office.

After considering all the information and recommendations made available to me, the decision has been made to uphold the recommendation from Major J. Welch and your chain of command to discharge you from employment with the Rockdale County Sheriff's Office, effective immediately.

In accordance with Rockdale County Sheriff's Office Policy and Procedure General Order 2.09, Section III, all property, and equipment in your possession owned by the Rockdale County Sheriff's Office or Rockdale County Government must be returned by **Friday August 2, 2024**. You are to contact Lieutenant Nikie Weathersby by telephone at 770-278-8202 to coordinate a time to return such property and equipment immediately.

You have the right to appeal this action in accordance with O.C.G.A § 15-16-28, within 10 days of the notice of termination, by forwarding a letter of appeal to the Merit Board. Your appeal needs to be sent directly to the Sheriff's Executive Assistant Daniela Smith who will act as a liaison. She can be contacted at 770-278-8106 or daniela.smith@rockdalecountyga.gov

# OFFICE OF THE SHERIFF
# ROCKDALE COUNTY, GEORGIA

**ERIC J. LEVETT**
**SHERIFF**

PHONE: 770-278-8000

FAX: 770-278-8945



## Memorandum

### Hand Delivery

| | |
|---|---|
| **Date:** | 7/16/24 |
| **To:** | Monique Tracey |
| **From:** | Chief Dale Holmes |
| **Subject:** | Notification of Due Process/Disciplinary Hearing |

I have received the disciplinary file from SGT K. Tatum. It has been reviewed and I concur with Major J. Welch recommendation you be discharged from employment at the Rockdale County Sheriff's Office. This is formal notice that I am directing you to appear at your due process/disciplinary hearing regarding to the following policy violations:

1) **2.13 Code of Conduct/Unsatisfactory Performance**

2) **1.10 Detention Deputy Oath of Office**

3) **5.22 Suicide Prevention and Intervention**

The hearing will be held on **Friday July 26, 2024, at 8:00 AM** on the third-floor Conference room, in the administration building of the Rockdale County Sheriff's Office. Consider this a formal written directive from me to appear at the assigned location at the appointed time. Failure to be present will be considered insubordination and will result in disciplinary action to include possible termination from employment.

# OFFICE OF THE SHERIFF
# ROCKDALE COUNTY, GEORGIA

Eric J. Levett
Sheriff

Dale A. Holmes
Chief



911 Chambers Drive
Conyers, GA 30012

Tel: 770.278.8000
Fax: 770.785.2494

# MEMORANDUM

**DATE:** July 26, 2024

**TO:** All RCSO Personnel

**FROM:** Chief Deputy Dale Holmes

**SUBJECT:** Separation Notice

Effective July 26, 2024, the following person is no longer employed by the Rockdale County Sheriff's Office (RCSO):

- **Monique Tracey**

The above-named person is no longer allowed in the secure areas of any RCSO building without an escort and supervisory approval.

*ALWAYS READY · ALWAYS PREPARED · MAKING ROCKDALE COUNTY SAFE*

| ROCKDALE COUNTY SHERIFF'S OFFICE | | | | POLICY AND PROCEDURE | | |
|---|---|---|---|---|---|---|
| GENERAL ORDER NO. | 1.10 | EFFECTIVE DATE: | OCTOBER 31, 1995 | REVISION DATE: | JANUARY 13, 2020 | RESCINDS: |
| SUBJECT: | OATH OF OFFICE FOR DETENTION DEPUTY | | | NO. OF PAGES: 1 | | |
| STATE CERTIFICATION REFERENCE: | ROLE AND RESPONSIBILITY | CALEA CERTIFICATION REFERENCE: | | OTHER REFERENCE: | | |

BY ORDER OF THE SHERIFF

ERIC J. LEVETT, SHERIFF OF ROCKDALE COUNTY

**PURPOSE:**

To establish a uniform Oath of Office for detention deputies employed by the Rockdale County Sheriff's Office. All certified deputies shall be required to be sworn into office by the Sheriff before assuming sworn status in compliance with O.C.G.A. § 45-3-1.

I. **EXECUTION:**

   A. This Oath of Office shall be administered by the Sheriff, and each employee shall read the below oath orally.

   B. The Oath of Office shall be in printed form with spaces provided for the signatures of the sworn deputy and the Sheriff. The date of the Oath also shall be recorded.

II. **OATH OF OFFICE:**

   Prior to assuming sworn status, deputies shall take the following Oath of Office:

   "I, _____, do swear that I will well and truly do and perform, all and singular, the duties of jailer for Rockdale County; and that I will humanely treat prisoners who may be brought to the jail of which I am keeper and not suffer them to escape by any negligence or inattention of mine. So help me God.

   I further solemnly swear and affirm that I am not the holder of any public money due this state, a political subdivision or government authority unaccounted for, that I am not the holder of any office of trust under the government of the United States (except Postmaster), nor either of the several states, nor any foreign state, and that I am otherwise qualified to hold said office according to the Constitution of the United States and Laws of Georgia, and I will faithfully perform and discharge the duties of my position, conscientiously and without malice or partiality, to the best of my ability.

   I further swear and affirm to obey, to adhere to, to uphold and to enforce the laws of the United States of America and the State of Georgia. So help me God!"

| ROCKDALE COUNTY SHERIFF'S OFFICE | | | | | POLICY AND PROCEDURE | |
|---|---|---|---|---|---|---|
| GENERAL ORDER NO. | 1.01 | EFFECTIVE DATE: | MARCH 01, 2015 | REVISION DATE: | SEPTEMBER 20, 2021 | RESCINDS: |
| SUBJECT: | VISION AND MISSION | | | | NO. OF PAGES: 1 | |
| STATE CERTIFICATION REFERENCE: | ROLE AND RESPONSIBILITY | CALEA CERTIFICATION REFERENCE: | | | OTHER REFERENCE: | |
| BY ORDER OF THE SHERIFF | | | | | | |
| ERIC J. LEVETT, SHERIFF OF ROCKDALE COUNTY | | | | | | |

## PURPOSE:

The purpose of this policy is to establish a vision statement, mission statement, and directional statement for the Rockdale County Sheriff's Office.

## POLICY:

It shall be the policy of the Rockdale County Sheriff's Office (RCSO) to display the agency's vision statement, mission statement, and directional statement to the public and to all RCSO personnel.

## VISION STATEMENT:

The *VISION* of the Rockdale County Sheriff's Office is to continue to be a leader in law enforcement. The vision will continue to focus on **FOUR PILLARS** which are:

- Six basic principles of **ACCOUNTABILITY** amongst operations (Jail and Enforcement).
- Enhanced **ADMINISTRATIVE EFFICIENCY** through technological solutions.
- Enhanced communications internally, and
- Enhanced **EXTERNAL COMMUNICATIONS** between the law enforcement partners, community and the RCSO.

These four principles will provide a transparent and safe work environment, a professionally trained employee who possess a high level of integrity, efficient technology, and equipment.

## MISSION STATEMENT:

The *MISSION* of the Rockdale County Sheriff's Office is to reduce crime, safely house inmates, bring offenders to justice, and perform the mandated services of the Office of Sheriff with the highest level of safety, professionalism, and integrity.