UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EZRA SMITH, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO.: |
| ) | 1:24-cv-05158-TWT |
| v. ) | |
| ) | |
| DEPUTY MONIQUE TRACEY, DEPUTY ) | |
| RAUL GOMEZ, DEPUTY SHENEQUA ) | |
| JACKSON, and ERICA SANCHEZ, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' NOTICE OF CONVENTIONAL FILING

COME NOW, RAUL GOMEZ and SHENEQUA JACKSON (hereinafter "Defendants"), named Defendants in the above-styled action and, by and through undersigned counsel, file this, their Notice of Conventional Filing, to notify the Court that on this day Defendants have mailed for filing one compact disc/USB. The content of the disc/USB is one video recording that cannot be filed using the CM/ECF system. It is being filed in connection with Defendant Shenequa Jackson's deposition filed with Defendant's Motion for Summary Judgment, which is being filed contemporaneously herewith.

This 9th day of December, 2025.

**{Signature on next page.}**

Respectfully submitted,[1]

**BUCKLEY CHRISTOPHER & HENSEL P.C.**

/s/ Timothy J. Buckley III

_____
TIMOTHY J. BUCKLEY III
Georgia State Bar No. 092913
ERIC J. O'BRIEN
Georgia State Bar No. 383754
Attorneys for Defendants Gomez & Jackson

2970 Clairmont Road, N.E.
Suite 650
Atlanta, Georgia 30329
(404) 633-9230
(404) 633-9640 (facsimile)
tbuckley@bchlawpc.com
eobrien@bchlawpc.com

---

[1] Counsel for Defendants hereby certifies that this pleading was prepared in Times New Roman font, 14 point, in compliance with Local Rule 5.1.C.

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2025, I have served a copy of DEFENDANTS' NOTICE OF CONVENTIONAL FILING upon all parties to this matter using the CM/ECF system which will automatically send notification of such filing to attorneys of record:

| | |
|---|---|
| Jeff Filipovits, Esq.<br>Wingo Smith, Esq.<br>Spears & Filipovits, LLC<br>315 W. Ponce de Leon Ave., Ste. 865<br>Decatur, Georgia 30030<br>jeff@civil-rights.law<br>wingo@civil-rights.law | James M. Slater, Esq.<br>Slater Legal PLLC<br>2296 Henderson Mill Rd. NE #116<br>Atlanta, Georgia 30345<br>james@slater.legal |
| Jason C. Waymire, Esq.<br>Williams & Waymire<br>4330 South Lee Street<br>Bldg. 400, Suite A<br>Buford, Georgia 30581<br>jason@wmwlaw.com | Michael G. Frankson, Esq.<br>Antonio E. Veal, Esq.<br>Lindsey Adams, Esq.<br>Huff, Powell, & Bailey, LLC<br>999 Peachtree Street, Ste. 950<br>Atlanta, Georgia 30309<br>mfrankson@huffpowellbailey.com<br>aveal@huffpowellbailey.com<br>ladams@huffpowellbailey.com |

**BUCKLEY CHRISTOPHER & HENSEL, P.C.**

/s/ Timothy J. Buckley III
TIMOTHY J. BUCKLEY III
Georgia State Bar No.092913
ERIC J. O'BRIEN
Georgia State Bar No. 383754

2970 Clairmont Road N.E.   Attorneys for Defendant Gomez & Jackson
Suite 650
Atlanta, Georgia 30329
(404) 633-9230

(404) 633-9640 (facsimile)
tbuckley@bchlawpc.com
eobrien@bchlawpc.com