## Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

```
EZRA SMITH,                    )
                               )
        Plaintiff,             )
                               )
                               )  CIVIL ACTION FILE
vs.                            )  NO. 1:24-cv-05158-TWT
                               )
                               )
DEPUTY MONIQUE TRACEY,         )
et al.,                        )
                               )
        Defendant.             )
-----------------------------/
```

The Deposition of SHENEQUA JACKSON, taken on behalf
of the Plaintiff, for the purposes of discovery, cross-
examination, and for any and all other purposes provided
by the Georgia Civil Practice Act, pursuant to Notice
and by agreement of the parties, all formalities waived,
before Emily Landry, Certified Court Reporter, at
Buckley, Christopher & Hensel, P.C., 2970 Clairmont Road,
Suite 650, Atlanta, Ga., commencing at 1:16 p.m.,
Tuesday, August 19, 2025

BULL & ASSOCIATES, INC.
COURT AND DEPOSITION REPORTERS
315 West Ponce de Leon Avenue, Suite 650
Decatur, Georgia 30030
(404) 256-2886

## Page 2

1  APPEARANCES OF COUNSEL:

2  ON BEHALF OF THE PLAINTIFF:
3    SPEARS & FILIPOVITZ, LLC
     BY: WINGO SMITH, ATTORNEY AT LAW
4    315 W. Ponce de Leon Ave
     Suite 865
5    Decatur, Georgia 30030
     Wingo@civil-rights.law
           * * *
6    SLATER LEGAL, PLLC
     BY: JAMES M. SLATER
7    james@slater.legal

8  ON BEHALF OF DEFENDANT MONIQUE TRACEY:
9    WILLIAMS & WAYMIRE, ATTORNEYS AT LAW
     BY: JASON C. WAYMIRE, ATTORNEY AT LAW
10   4330 South Lee Street
     Building 400, Suite A
11   Buford, Georgia 30518
     Jason@wmwlaw.com

12 ON BEHALF OF MS. SANCHEZ:
13   HUFF POWELL BAILEY
     BY: ANTONIO VEAL, ATTORNEY AT LAW
14   999 Peachtree Street NE
     Suite 950
15   Atlanta, Georgia 30309
     aveal@huffpowellbailey.com

16 ON BEHALF OF SHENEQUA JACKSON:
17   BUCKLEY CHRISTOPHER & HENSEL
     BY: TIM BUCKLEY, ATTORNEY AT LAW
18   2970 Clairmont Road
     Suite 650
19   Atlanta, Georgia 30329
     tbuckley@bchlawpc.com

## Page 3

INDEX TO PROCEEDINGS
EXAMINATION INDEX

WITNESS:
SHENEQUA JACKSON
                              PAGE:
EXAMINATION
  By MR. WINGO SMITH          4

_____

INDEX TO EXHIBITS

EXHIBITS    DESCRIPTION              PAGE

1           Line up document         13

2           Drawing                  36

3           Holding cell 7 drawing   38

4           20240709 Cam 3 1:34 a.m. 43

5           782024 Cam 9 booking area video   63

(In the following transcript, dashes [--] are
used to indicate an intentional or purposeful
interruption of a sentence, and ellipsis [...] is used
to indicate halting speech or an unfinished sentence in
dialogue, written material.)

## Page 4

1      (The Reporter's Disclosure was presented and

2  is attached.)

3           P R O C E E D I N G S

4      (Witness sworn.)

5  Whereupon,

6           SHENEQUA JACKSON,

7  was called as a witness herein and, having been first duly

8  sworn, was examined and deposed as follows:

9           CROSS-EXAMINATION

10 BY MR. SMITH:

11     Q.    Good afternoon.  Thank you for coming in,

12 Deputy Jackson.  My name is Wingo Smith, along with

13 Mr. Slater here, and Mr. Filipovitz, who's not here.

14 We represent the Plaintiff, Ezra Smith in this case.

15 Do you remember Ezra Smith?

16     A.    From the incident, yes, sir.

17     Q.    Okay.  Two, we're having what's called a

18 deposition.  I'm sure that your counsel has already

19 talked to you about this, but I just want to make

20 sure.  It's like a conversation, but there's some

21 quirks.  Obviously you've been sworn in, so obviously

22 you have to tell the truth.  But the other thing is

23 that, unlike most conversations, it's being written

24 down.  She's taking down a transcript so someone can

25 read it later.  And so for that purpose, there are a

Page 5

1  couple of things.  First, we just ask that all of
2  your responses be oral, instead of, like, nodding or
3  shaking your head or "uh-huh" or "unh-unh", just say
4  "yes" or "no", or something along those lines, is
5  that okay?
6  A.  Yes, sir.
7  Q.  Okay.  And then otherwise, we just need to
8  make sure we don't talk over each other.  That
9  doesn't seem like it's going to be a problem, but
10  sometimes I know I go on too long when I'm asking
11  questions, so just give me a little patience, and I
12  promise I'll do my best to do the same for you, all
13  right?
14  A.  Yes, sir.
15      MR. BUCKLEY:  You're also soft spoken,
16  so speak up so she can hear you.
17      COURT REPORTER:  I was just going to say
18  that.  Just so I can get it on the recording, I
19  know it's a little odd, but if you speak a
20  little bit louder than you usually would in
21  normal conversation, just so I can make sure I
22  get everything down.
23      THE WITNESS:  Okay.  No problem.  I
24  apologize.
25      COURT REPORTER:  No worries.

Page 6

1      MR. SMITH:  That's how I grew up, soft
2  spoken, as well.  So it's a learned trait
3  sometimes.
4  MR. SMITH:  (Resuming)
5  Q.  What else?  Have we already talked about --
6  if you need a break at some point, just let me know
7  and we'll be happy to take breaks.  You'll still be
8  under oath, you know, when you're on break, but at
9  the same time, we're all going to need to do that at
10  some point, okay?
11  A.  Yes, sir.  Is that better?
12  Q.  All right.  Great.  Just wanted to start, I
13  don't want to know what you and your attorney talked
14  about at all, but I'm just wanting to understand, how
15  did you prepare for today's deposition?
16  A.  I'm sorry?
17  Q.  How did you prepare for today's deposition?
18  Let me start with, did you review any videos before
19  coming in today to help you remember what we're going
20  to talk about today?
21  A.  No, sir.
22  Q.  Okay.  Did you review any written documents
23  that were prepared, not by your attorney, but written
24  documents from the Rockdale Sheriff's Office in order
25  to prepare for today's deposition?

Page 7

1  A.  No, sir.
2  Q.  Okay.  Besides talking with your attorney,
3  was there anything else that you did in order to help
4  you recollect what happened during what you called,
5  the incident, with Ezra Smith?
6  A.  Did I -- what?  I'm sorry.
7  Q.  It's fine.
8  A.  Instead of doing, what?
9  Q.  Well, besides talking to your attorney -- so
10  that's privileged, I don't need to know about that.
11  But I'm just wanting to understand, was there
12  anything else you did to prepare to come and talk to
13  me today?
14  A.  No, sir.
15  Q.  Okay.  Well, I'd like to talk to you a little
16  bit about who you are, kind of get some background,
17  if that's all right?
18  A.  Okay.
19  Q.  Currently, you're a deputy with the Rockdale
20  County Sheriff's Office, is that right?
21  A.  Yes.
22  Q.  Okay.  When were you first hired by Rockdale
23  County?
24  A.  April 2021.
25  Q.  Okay.  And what was your first position at

Page 8

1  the sheriff's office?
2  A.  Detention deputy.
3  Q.  And my understanding is that there's a
4  probationary period involved with that position; is
5  that correct?
6  A.  Yes, sir.
7  Q.  How long is that?
8  A.  One year.
9  Q.  It's one year?  All right.  And from your
10  perspective, when you were an officer on probation,
11  how is that period different than when you started
12  working as a detention officer after being on
13  probation?
14  A.  I'm not sure what you mean.
15  Q.  Well, are you -- are you supervised
16  differently during that probationary period?
17  A.  No, sir.
18  Q.  Okay.  Do you have more performance reviews
19  during that period?
20  A.  Yes, sir.
21  Q.  Who conducts those?
22  A.  Normally the shift lieutenant, supervisors.
23  Q.  Are you given different tasks than other
24  officers during that period?
25  A.  No, sir.

## Page 9

Q.   And then are you -- are you paired up with anybody who maybe has more experience or something along those lines?

A.   Yes, sir.

Q.   Okay.  How does that work out?  How do they pair you off in that way?

A.   They have training officers.  And so they pair you with training officers during a training period.  And then even after you complete the training period, you still are kind of paired with them so they can shadow you.

Q.   So is the training period shorter than the probationary period?

A.   Yes.

Q.   How long is the training period?

A.   It varies from person-to-person.  I'm not sure what the set amount of training period.

Q.   And for you, who were you paired up with during your training period?

A.   I had multiple officers.  I worked with Deputy Ramirez, Rock, Deputy Rock, Sergeant Hall, different officers.

Q.   Okay.  Sergeant Hall, he was on your regular rotation, is that right?

A.   Yes.

## Page 10

Q.   Okay.  As it relates to Rockdale County, that wasn't your first law enforcement position; correct?

A.   No.

Q.   Where did you work before that?

A.   I started with the Department of Juvenile Justice as a jail training officer.  Not training officer, a jail corrections officer.  And then I went to a private prison.

Q.   Which one?

A.   Robert A. Deyton Detention Facility.

Q.   When you were at either of those positions, did you go through the training protocols?

A.   Yes.

Q.   Excuse me, with the Georgia Sheriffs Association?

A.   I'm not sure.

Q.   Was there some kind of training that you perform in order to become certified as a jailer?

A.   Yes.

Q.   And did you go through that at the first position that you had with the Department of Juvenile Justice?

A.   Yes.

Q.   Okay.  And did you have something comparable when you went to the other facility?

## Page 11

A.   At the private prison, it was just classroom.  It wasn't through Georgia --

Q.   Okay.  Back in May 2024, that's really the time that we're going to be focused on, what was your position at the jail?

A.   A detention officer.

Q.   At some point, you became a jail training officer, right?

A.   Yes.

Q.   When was that?  Do you remember?

A.   I don't remember the exact date, but I did go to training for it.

Q.   Was that before or after the incident with Ezra Smith?  Do you remember?

A.   It was before.

Q.   Was there anyone on your shift that you were responsible for training?

A.   I've trained a couple people, but, no, I wasn't supervising anymore.

Q.   Okay.  Well, you mentioned before that folks would pair off, and I didn't know if you had someone who was paired with you at that point in time, in May 2024?

A.   No, I'm not -- I'm not sure at the moment.

Q.   Okay.  Did you take on any different duties

## Page 12

as a result of becoming a JTO?  A jail training officer, pardon me.

A.   No.

Q.   I also understand that you were part of the JFIT team.  What is that?

A.   Oh, the JFIT, that is our Jail Facility Incident Team.  So we conducted searches, like, mass dorm searches.  We were able to carry a taser.

Q.   Okay.  So is this -- you're doing cell checks, essentially?  Or not cell checks, but --

A.   Yes.

Q.   -- contraband checks?  And was that something you were doing at that time in May 2024?  Was that one of your responsibilities?

A.   It's possible we did some searches.  I'm sorry.  Can I finish?

Q.   Go ahead.

A.   So with JFIT, it was in with our current duties.  So they would have us come on an off day and just conduct searches.

Q.   Okay.  So you wouldn't be doing that on your regular shift?  You would --

A.   No, I'm sorry.

Q.   To your best your recollection, who was your supervisor back in May of 2024?

Page 13

1    A.    Lieutenant Daniel, Sergeant Hall. I'm not
2    sure who else was on our shift at that time.
3    Q.    Let's see if we can just go through the
4    roster. That may be easier to figure out who was
5    doing what.
6        MR. BUCKLEY: Do y'all want to see that
7    before I look at it and before she looks at it?
8        MR. SMITH: I have a second copy I can
9    send down your way.
10        MR. BUCKLEY: Off the record.
11        (Whereupon, a discussion ensued off the
12    record.)
13        (Whereupon, Exhibit Number 1 was marked
14    for purposes of identification.)
15    MR. SMITH: (Resuming)
16    Q.    I've shown you what is labeled as Exhibit 1.
17    Do you recognize that particular document?
18    A.    Yes.
19    Q.    All right. Can you tell me what it is?
20    A.    This is the lineup.
21    Q.    And the lineup shows us -- how would you
22    explain what the lineup shows us?
23    A.    The lineup shows who the shift supervisor is,
24    who's the supervisor in the housing pod, and booking,
25    it gives us the dates, it gives the deputies and

Page 14

1    their posts.
2    Q.    And so, just so I can understand, was this
3    the regular team that you sort of worked with then?
4    These -- this list of folks the regular team that you
5    worked with in July of 2024?
6    A.    Yes.
7    Q.    Okay. And I apologize. Earlier I asked you
8    a couple of questions related to May 2024, and that's
9    my fault. This happened in July of 2024. And so --
10    too many dates in my head. But I want to make sure
11    the date that we have listed here, July 8, 2024, to
12    the best of your recollection, is that the beginning
13    of the shift in which the incident occurred?
14    A.    The incident happened -- it wasn't at the
15    very beginning of the shift, no.
16    Q.    Sure. But was this the -- was this the
17    roster for the shift on which it occurred?
18    A.    Yes, sir.
19    Q.    Okay. So as I understand it then, when we
20    look at this, we can tell where you were posted that
21    evening as well as who else was posted at different
22    parts of the jail; correct?
23    A.    Yes, sir.
24    Q.    All right. And then -- so you mentioned
25    earlier that you had a couple of supervisors.

Page 15

1    Looking at this list, who are those folks then?
2    A.    The supervisor is Lieutenant Daniel, Sergeant
3    Lickliter, Corporal Hall.
4    Q.    Okay. And I see that Sergeant Lickliter was
5    listed as the booking supervisor?
6    A.    Yeah.
7    Q.    What is the role, I guess, of the booking
8    supervisor in the functioning of a shift?
9    A.    I'm not sure. I'm not a supervisor. They're
10    just -- I'm not sure.
11    Q.    Well, if you're working as a -- if you're
12    working in booking, what kind of things would you
13    need to go and talk to Sergeant Lickliter about?
14    A.    If I'm inputting someone in the system and I
15    have a question about a charge. We also -- they have
16    to look at all releases. So it's -- it's a folder.
17    They go over everything before someone gets released
18    from the facility.
19    Q.    And is there anything different that you
20    would go and talk to Corporal Hall or Lieutenant
21    Daniel about while you're on shift and working in
22    booking?
23    A.    No.
24    Q.    If you're in booking, is Sergeant Lickliter
25    the person you go to first? And then that's the

Page 16

1    beginning of your chain of command?
2    A.    No. That's -- no, sir. Can you ask the
3    question again, please?
4    Q.    Yeah. And, sorry, we should have said this
5    earlier. I'm going to ask you questions that are not
6    going to make any sense, in part, because I haven't
7    experienced what you've experienced working there.
8    And so if it doesn't makes sense, just ask me to
9    rephrase it, and I'm happy to do that. And if you
10    don't hear me, because I -- if I talk too softly,
11    then just ask me to repeat it. I'm happy to do that
12    too.
13    A.    Okay.
14    Q.    So I guess what I'm trying to figure out is
15    is, like, what's your chain of command when you're
16    there working in booking at the jail?
17    A.    You can go to the lowest ranking, which is
18    Corporal Hall, and if it's another issue, you can
19    just go up the chain of command. If one supervisor
20    isn't available at the time, you could just -- the
21    nearest supervisor, if it's a minor question as far
22    as charges, or just any question that you might have.
23    Q.    Now within the other folks who are on shift,
24    is there anyone else who you would defer to or ask
25    questions of as an officer in charge of you if you

Page 17

1  were -- looking at this list -- let me back up
2  because I just added too much in there. Looking at
3  this list, was there any other officer on the list to
4  whom you would ask questions about what you're
5  supposed to do as a booking -- as a booking officer
6  on the shift?
7      A.   Are you asking me, is there anyone I would
8  ask for advice to handle a situation on the shift?
9      Q.   Yeah.
10     A.   I would ask all my coworkers if it's
11  something I haven't experienced before.
12     Q.   And at this point in time in 2024, were you
13  considered -- well -- did you consider yourself one
14  of the more experienced officers?
15     A.   No.  No, sir.
16     Q.   Okay.  At this point, you were training other
17  officers, though, right?
18     A.   Yes.
19     Q.   Okay.  And so, being a trainer, are you
20  someone that other less experienced officers would
21  look up to?
22     A.   Yes.
23     Q.   All right.  Now my understanding is, from
24  looking at this, you were initially assigned to
25  kitchen duty, but then were told to report to

Page 18

1  booking; is that correct?
2      A.   Yes, sir.
3      Q.   On the night shift, when does kitchen duty --
4  like -- what does kitchen duty entail?
5      A.   Kitchen deputies, we get the inmate workers,
6  and we go to the kitchen and we assist our -- staff
7  prepare the food for the facility.  I just supervise
8  the inmates in the kitchen.
9      Q.   Is the kitchen open when you come on shift as
10  a night shift -- for the night shift?
11     A.   No.
12     Q.   When does the kitchen reopen?
13     A.   I no longer work in the kitchen, and I know
14  it's changed.  I believe the time was two o'clock.
15     Q.   All right.  You know, there are certain
16  things that happen with some regularity within the
17  day shift, like, pill call, you know, those kind of
18  daily activities.  Is there a pill call during the
19  night shift, as well?
20     A.   Yes.
21     Q.   What time was that normally?
22     A.   It varies.  There's no set time.
23     Q.   And who conducts pill call in booking,
24  specifically?
25     A.   The booking nurse and a deputy standing with

Page 19

1  her while she goes from cell to cell.
2      Q.   Was there a particular deputy that would be
3  assigned to the nurse?
4      A.   No.
5      Q.   I forgot to ask you, I'm sorry, how long were
6  you at the Department of Juvenile Justice?
7      A.   I don't even believe it was six months.
8      Q.   Okay.  And how about the private facility?
9      A.   The private facility, I believe, three years.
10     Q.   Was that your immediate position before
11  coming to Rockdale?
12     A.   Yes.
13     Q.   Okay.  What made you decide to leave the
14  private facility?
15     A.   Safety.
16     Q.   You're now a deputy, when did you make that
17  transition from a correctional officer in the jail to
18  a deputy?
19     A.   August of 2024.  Not August, October, I'm
20  sorry.
21     Q.   2024?
22     A.   Yes.
23     Q.   Okay.  In and around July of 2024, were you
24  already taking the mandated courses?
25     A.   No.

Page 20

1      Q.   And just because I don't know how Rockdale
2  sets this -- sets this up, when is your shift -- as a
3  night shift -- when you're working night shift, like,
4  what did your shift go from and to?
5      A.   6:00 p.m. to 6:00 a.m.
6      Q.   And when are you required to report for your
7  shift?
8      A.   Briefing starts at 5:45 p.m.
9      Q.   And that's your -- who conducts your
10  pre-shift briefing normally?
11     A.   Lieutenant.
12     Q.   Coming in before the night of the incident
13  that occurred with Ezra Smith, was there anything in
14  the pre-shift briefing that you can recall?
15     A.   No, sir.
16     Q.   Was it normal for you as being listed as the
17  kitchen staff to spend your time in booking during
18  your shift?
19     A.   Yes, sir.
20     Q.   Besides that briefing meeting, is there any
21  other way that you would learn about what was
22  happening on the prior shift when you're coming onto
23  shift?
24     A.   When you report to your post, you conduct,
25  like, a pass on.  That's it.

**Page 21**

1  Q.  Who do you conduct the pass on with?
2  A.  The previous deputy that was on that post.
3  Q.  And that's just oral?
4  A.  Yes.
5  Q.  In booking, is there any kind of other
6  written log that you would consult?
7  A.  No, sir.
8  Q.  I understand that on night shift, each deputy
9  gets a meal period, is that right?  Like, a meal
10  break?
11  A.  Yes, you can request one.
12  Q.  Okay.  So -- but it wasn't -- you didn't
13  have -- you wouldn't necessarily go on break?
14  A.  You can just request -- if you need a break,
15  someone will come relieve you and you take a break.
16  Q.  So that's not at a set time then?
17  A.  No, sir.
18  Q.  All right.  Okay.  Based on your interactions
19  with your -- with your commanding staff or your
20  supervising staff, how would you -- how would you say
21  they thought of your performance as a jail officer?
22        MR. BUCKLEY:  Object to the form of the
23  question.  You may answer.  I'm just stating a
24  legal objection.  I'm not directing you not to
25  answer.  You can answer his question.

**Page 22**

1        THE WITNESS:  Okay.  What was your
2  question?
3  MR. SMITH:  (Resuming)
4  Q.  That's a good question because I always
5  forget them after that too.  No, based on your
6  interactions with your supervising officers, what
7  would you say that their impression of your work as a
8  jail -- as a corrections officer was?
9        MR. BUCKLEY:  Same objection.  Go ahead.
10        THE WITNESS:  I believe they think I'm a
11  good officer.
12  MR. SMITH:  (Resuming)
13  Q.  You were there basically three years, right?
14  A.  Yes.
15  Q.  Is that a -- I mean, in your experience with
16  other officers, are most folks there a shorter or
17  longer time than you before going on to uniform
18  service?
19  A.  It depends on them individually.  I applied
20  to go to uniform.  I went to school for it.
21  Q.  Do you remember getting positive feedback in
22  your -- in your reviews with your supervising
23  officers?
24  A.  Yes.
25  Q.  And did you have any disciplinary actions

**Page 23**

1  against you when you were a corrections officer?
2  A.  No, sir.
3  Q.  As part of that -- in your review process,
4  there's a -- there's a forward looking aspect, right?
5  Like, what you're going to do with your future?
6  A.  We do a career path.  So, yes.
7  Q.  When you were doing your career path with
8  your supervisors there at Rockdale County, what were
9  they encouraging you to do?
10  A.  So I told them I would like to become a
11  mandated officer.  And so my supervisor, he went over
12  and told me to apply for mandate.
13  Q.  Did you receive any awards or accolades,
14  like, while you were a corrections officer?
15  A.  I found a phone.  And so -- I'm not sure what
16  it's called, but I was praised for finding a phone
17  inside the jail.
18  Q.  A contraband phone?
19        COURT REPORTER:  Just an audible "yes".
20        THE WITNESS:  Oh, yes, I'm sorry.
21  MR. SMITH:  (Resuming)
22  Q.  I do it all the time, too.  At one point,
23  were you nominated for jailer of the year or
24  something like that?
25  A.  I don't think so.  I don't know.  I haven't

**Page 24**

1  won deputy of the year.
2  Q.  All right.  Well, let me turn a little bit to
3  just to kind of get an additional sense of, like, the
4  process that you were working with when you were
5  working in booking.  Just briefly, what's the process
6  that a person goes through to get booked into the
7  jail from the point at which an officer brings them
8  to the sally port door?
9  A.  You start at the sally port and you do a pat
10  search for any contraband.  We fill out a jail card,
11  as well.  You are placed inside a tech 84 machine,
12  which does -- it's, like, a scan to see -- make sure
13  you don't have any contraband before you're being
14  dressed out.  An officer does a visual search while
15  you're getting dressed, and we offer you a shower.
16  And then once we put all of your belongings inside of
17  a property bag, we put you inside of a cell, that's a
18  holding cell, and you're then inputted into the
19  system.
20  Q.  At any point up until the point that you're
21  put into the holding cell, are you seen by a medical
22  personnel?
23  A.  Yes.  I apologize, I did forget that step.
24  When you are first -- before the officer who brought
25  you in, that you have to be screened by medical at

## Page 25

1  that moment before they can leave, sorry.
2      Q.    You're fine. I assume that Rockdale is big
3  enough, there's more than one nurse on staff usually
4  at any given point in time, is that right?
5      A.    Yes.
6      Q.    So is there a nurse assigned to a particular
7  station that does that screening?
8      A.    We have a booking nurse. If she's
9  unavailable, we can call the nursing station and a
10 nurse can come and screen.
11     Q.    Besides that initial screen that happens
12 around -- it sounds like it happens right after the
13 sally port?
14     A.    No. Yes. So -- I'm so sorry. I'm confusing
15 myself. When you come in, when the officer drops you
16 off on a warrant or affidavit, the booking nurse,
17 before the officer can leave, has to screen them to
18 make sure that they weren't in, like, an accident, a
19 car accident.
20     Q.    Would it be fair to say that the purpose of
21 the screening is to ensure that they can be admitted?
22 And if they have a health problem that requires them
23 to get attention that they are not admitted and then
24 sent to the hospital?
25     A.    Yes.

## Page 26

1      Q.    Where else within the booking process do you
2  interact with the nurse?
3      A.    The nurse -- while we're booking you in, the
4  nurse will pull you for a screening before you're
5  admitted to go to general population.
6      Q.    All right. And this is helpful for folks,
7  maybe who, you know, don't -- you know -- don't have
8  a lot of experience in the jail. Booking is separate
9  from general population; is that correct?
10     A.    I'm sorry. Ask that question again.
11     Q.    That's a good -- good read. I'm just trying
12 to understand if someone hadn't been to the jail
13 before, how would you describe the difference between
14 booking and general population?
15     A.    Booking is administrative. This is
16 administrative. So that is where we do all of our
17 administrative work. But booking also houses -- it's
18 special housing, as well, is what they call that one.
19 So if you need medical, like, detox, you'll be housed
20 in booking or medical.
21     Q.    You said booking or, what was the last
22 reason?
23     A.    Medical.
24     Q.    Medical? Okay. So that's helpful for me,
25 just not being familiar. So then, just to summarize,

## Page 27

1  the folks who are going through the administrative
2  process of booking are in the booking cells; correct?
3      A.    Yes. We -- they're holding cells.
4      Q.    And then there's also a special population
5  within the booking area for folks who might have
6  additional needs, medical or otherwise?
7      A.    Yes.
8      Q.    Separately, there's a medical area where
9  there might be cells too?
10     A.    That is -- yes, sir.
11     Q.    Okay. Within the context of the special
12 housing that's located in booking, are there specific
13 cells for folks who are at risk of committing
14 suicide?
15     A.    There are two suicide cells.
16     Q.    What distinguishes suicide cells from other
17 holding cells? Or other cells within the booking
18 area?
19     A.    They are padded cells. There's no -- it's --
20 it's a room -- it's a cell -- it's padded and there's
21 no toilets in the cell.
22     Q.    Are there other features of those cells that
23 are different from the other booking cells?
24     A.    Yes. In the padded cell, there's no bed, as
25 well. No -- there's no bedding.

## Page 28

1      Q.    Okay. So there's no toilet, there's no bed.
2  Is there a camera within the cell?
3      A.    Yes. There's cameras in all the cells in
4  booking.
5      Q.    Okay. So that's a -- that's a booking wide
6  feature?
7      A.    Yes.
8      Q.    Are there phones in all the cells?
9      A.    No.
10     Q.    Which cells have phones?
11     A.    The holding cells have phones. There are
12 five cells in booking that have phones.
13     Q.    Separate and apart from the phones, there's
14 an intercom system?
15     A.    Yes.
16     Q.    Can you describe what these two things --
17 where they're located within cells and what they look
18 like?
19     A.    There's an intercom in every cell in booking.
20     Q.    And where within the cell is that located?
21     A.    On the wall. It's just a -- it looks like a
22 light switch right there. You can just press a
23 button and it will connect you to a operator -- to a
24 deputy.
25     Q.    And where is that deputy located?

Page 29

1    A.    In booking on the platform.
2    Q.    The phones -- the cells that have phones,
3  where are those phones located within the cells?
4    A.    The phones are located on the wall.
5    Q.    And can you describe what the phones look
6  like?
7    A.    They look like old pay phones.  But, of
8  course, you don't put any money.  It's silver.  It
9  has a cord, as well.  So, like, they can't rip the
10  wires out.  It's, like, a metal cord.
11    Q.    So there's something -- there's a piece of
12  metal that covers the cord between the receiver and
13  the box?
14    A.    Yes.
15    Q.    Does it have, like, any sort of display on
16  it?
17    A.    I'm not sure.
18    Q.    And you said there's six cells within booking
19  that have those?
20    A.    There are five cells in booking that have
21  phones.
22    Q.    Okay.  Thank you.  You may have said that the
23  first time, and I just mixed up the numbers.
24  However, the suicide cells don't have phones?
25    A.    No, sir.

Page 30

1    Q.    Do they have intercoms?
2    A.    Yes.
3    Q.    Okay.  So all the cells have intercoms?
4    A.    Yes.
5    Q.    Got it.  I have some videos that we can take
6  a look at in a minute.  But I just want to get sort
7  of a layout in terms of what's the shape of the
8  booking area.  How would you describe its shape to
9  someone who hadn't been there before?
10    A.    It really depends on how you're looking at
11  it, from what angle.
12    Q.    Okay.  Let's say, if we're going to look at
13  it top down, how would you describe it?
14    A.    Like a v shape.
15    Q.    V as in Victor?
16    A.    Yes.
17    Q.    And you mentioned a platform, where is the
18  platform situated in the v shape?
19    A.    I'm sorry.  So the platform will be right
20  here.
21    Q.    Is that the center of the v?
22    A.    Yes.
23    Q.    Okay.  So from the platform, you can see the
24  cells on both sides?
25    A.    Yes.

Page 31

1    Q.    Are there different stations on the platform
2  that you work at?
3    A.    Yes.
4    Q.    What are those?
5    A.    So the booking platform also you can go to
6  the transport side and that's where the GCIC computer
7  is located.
8    Q.    And so there's two separate sides?
9    A.    Yes.
10    Q.    What happens at the transport side?
11    A.    On the transport side, there are cells for
12  special housing and a GCIC computer is located on the
13  platform right there.
14    Q.    And what's the other side?  How would you
15  describe what happens on the other side of the
16  platform?
17    A.    I don't understand.  What do you mean?
18    Q.    Well, I'm just trying to -- it sounded like
19  the transfer side was also the side where the GCIC
20  computer is?
21    A.    Yes, it's a GCIC computer.
22    Q.    Okay.  So on the other side of the platform,
23  what work are you doing on that side when you're over
24  there?
25    A.    Are you asking me, what work am I doing on

Page 32

1  the transport side?
2    Q.    No, the opposite side.
3    A.    Those where the booking computers are.
4    Q.    Okay.  Is it, like, two banks of computers
5  then essentially?
6    A.    Yes.  Well, it's only one GCIC computer.
7    Q.    Let me just pull up a couple things.  I'm
8  just going to -- this is just for me.  We're not
9  going to mark these exhibits.  I want to make sure
10  that I have a sense of where this stuff all is.
11  Okay.  All right.  Sorry.  Okay.  I'm showing you
12  this screen here.  This is the booking area, right?
13    A.    Yes.
14    Q.    Okay.  And the left hand side here, that's
15  the platform?
16    A.    Yes.
17    Q.    What's -- what's happening on -- what work do
18  you do on this side of the platform that's closest to
19  where the camera is?  And if you can't see it, you
20  let me know.
21    A.    So on -- are you asking me what am I doing
22  here?
23    Q.    Yes, ma'am.  On the near side.
24    A.    There are no computers there.  If there's
25  a -- there's a camera -- I'm sorry -- there's a

Page 33

1   camera off to the side from right there on the wall
2   that you can see.  But as far as right here --
3       Q.   Yeah.
4       A.   -- I'm not working right here.
5       Q.   Okay.  So no one -- no one's using that
6   portion of the -- of the booking area typically?
7       A.   No.
8       Q.   All right.  So that will take me to number
9   two.  Do you see that?
10      A.   Yes.
11      Q.   Okay.  So this is the opposite side of the
12  platform?
13      A.   Yes.
14      Q.   Okay.  This bank of computers that we see
15  here, is that where you have the GCIC computer?
16      A.   No.
17      Q.   Oh, okay.  What's there then?
18      A.   Those are booking computers.
19      Q.   Those are booking computers?  So if I were
20  looking for the GCIC computer, where would I look for
21  that?
22      A.   It's not on the camera.
23      Q.   Okay.  That's helpful.  One more then.
24          MR. BUCKLEY:  It's sort of hard to --
25  there's a lot of here, there, over there.  I

Page 34

1   don't know if the record will really --
2          MR. SMITH:  Oh, yeah.  No, that's fine.
3   We can go ahead and we can get something more
4   formalized so we have things played out.  For
5   right now, I'm just trying to make sure I
6   understand.
7          MR. BUCKLEY:  If you'll just say, like,
8   the left side of my screen, or something like
9   that.
10         MR. SMITH:  Absolutely.
11         MR. BUCKLEY:  She's saying, there, here.
12  MR. SMITH:  (Resuming)
13      Q.   Okay.  I'm going to show you one more here
14  just so that way I have a sense.  So I'm showing you
15  a still -- sorry.  Okay.  Do you recognize the area
16  that's depicted here?
17      A.   That's the booking platform.
18      Q.   Okay.  Now, in the visual field that we have,
19  can you point to where the GCIC computer might be?
20      A.   It's not on the camera.
21      Q.   It's still not on the camera?  Okay.  Where
22  this key, which is on the near side and the right
23  side of my screen, where the keys are hanging, what
24  is this area called?
25      A.   We just -- it's just the booking platform.

Page 35

1   It's just forms in that box.
2       Q.   Okay.  Is -- from this angle, or this point
3   of view, if you're looking for the GCIC computer,
4   would you look to your left or to your right?
5       A.   To my right.
6       Q.   Okay.  It's about as far right as I can go, I
7   think.
8       A.   The camera -- so you're looking -- this is
9   still the booking platform?
10      Q.   Correct.
11      A.   Where you see stairs off to your right?
12      Q.   Okay.
13      A.   There's a desk in it that's houses two
14  computers right there.  One is the GCIC computer.
15      Q.   Okay.  So you're saying it's beyond the
16  little kitchenette area there?  Or wherever that is?
17      A.   Yes.
18      Q.   Which is -- for purposes of this, it's on the
19  right hand side of my screen in the mid section
20  there.  Okay.  Got it.  Okay.  From the GCIC section
21  of the jail, what are you able to see?
22      A.   Transport side.
23      Q.   The transport side of the booking area?
24      A.   Yes.
25      Q.   We're going to have to have her -- I think

Page 36

1   draw this because I am absolutely befuddled.  So do
2   you -- can I give you a piece of paper?  I apologize
3   for the ridges.  Do you have a pen?  Okay.  Can you
4   outline, like, the shape of the booking area and then
5   where the GCIC is versus the booking computers?
6       A.   Sorry, I'm not an artist.
7       Q.   Well, every artist starts somewhere.
8       A.   Oh, damn, I'm so sorry.  I'm just doing the
9   transport side.  I'm so sorry.
10      Q.   You don't have to be.  Do whatever you have
11  there, and then explain it to me, and then we'll --
12  we'll get the next part.  Okay, let's take a look.
13  We'll mark this as 2.
14          (Whereupon, Exhibit Number 2 was marked
15      for purposes of identification.)
16  MR. SMITH:  (Resuming)
17      Q.   All right.  So on this, which cells are the
18  ones you're listing here?  What are their numbers?
19  Do you remember?
20      A.   I do not.
21      Q.   Okay.  And where the GCIC is, that's part of
22  the booking platform still; correct?
23      A.   Yes.
24      Q.   All right.
25      A.   This was supposed to be a wall.

## Page 37

1  Q.  Okay.  So --
2  A.  That goes that way.  Where you have the
3  angle, that is showing this because that's the
4  kitchenette.
5  Q.  Okay.  Well, let's mark that on there just so
6  that way we have a way of, sort of, orienting
7  ourselves to it.
8  A.  These cells will be called transport cells.
9  Q.  Okay.
10  A.  I just do not know the number.
11  Q.  And transport cells, are those for folks who
12  are waiting to be picked up by other jurisdictions?
13  A.  They're special housing cells, as well.
14  Q.  Okay.  Are any of the padded cells on that
15  side?
16  A.  No.
17  Q.  Okay.
18      MR. BUCKLEY:  Can I make a request?  She
19  talked about a wall when she was testifying.
20  Can you get her to write, wall, that she was
21  talking about, please?
22      MR. SMITH:  Yes.
23      MR. BUCKLEY:  Thank you.
24  MR. SMITH:  (Resuming)
25  Q.  All right.  Now, my understanding is that

## Page 38

1  most of what we're focused on is holding cell seven,
2  which is not pictured in this; correct?
3  A.  No.
4  Q.  All right.  This is good.  Do you mind doing
5  another one where we would see where holding cell
6  seven is?
7  A.  Okay.
8  Q.  I can give you a fresh piece of paper too.
9  So that way we're not duplicating.
10      MR. BUCKLEY:  Is the one you just did
11  going to be 2?
12      MR. SMITH:  Yes.  I'll label this 3.
13      (Whereupon, Exhibit Number 3 was marked
14  for purposes of identification.)
15  MR. SMITH:  (Resuming)
16  Q.  Okay.  So help me see some of this stuff.  So
17  as I understand it, we're looking at Exhibit 3.  The
18  booking platform is prominent in the center.  On the
19  extreme right side past the sally port, it looks
20  like, is the -- or the hallway to the sally port, is
21  the nurse's station?
22  A.  Yes, the nurses station.
23  Q.  And that's the booking nurse?
24  A.  Yes.
25  Q.  Okay.  If I was looking for holding cell

## Page 39

1  seven, where would I look?
2  A.  This would be holding cell seven.
3  Q.  Okay.  So on the corner --
4  A.  It's how I drew it.  I'm sorry.
5  Q.  That's fine.  Can you just put that on there
6  for me?  So that way -- thank you.  All right.
7  Excellent.  Thank you so much.  Oh, that's confusing
8  putting cell 15 all the way over there.  All right.
9  My next question, on the booking platform here that
10  we're looking at, there's two sides to it that face
11  cells eight through 14, and there's a side that faces
12  one through seven.  What stations are on the one
13  through seven side?
14  A.  I'm not understanding what you mean.
15  Q.  Okay.  So I understood before there were
16  booking computers?
17  A.  Yes.
18  Q.  Where are those located on this platform?
19  A.  I have to put another wall.
20  Q.  Okay.  It's what happens with all
21  construction.  It starts out simple, you add things
22  all the time.
23  A.  I'm not sure how many computers there were.
24  Q.  I don't need to know how many.  Just
25  generally, where they're located.  Now, on the side

## Page 40

1  that we're looking at here, the side that faces cells
2  eight through 14, what is on that side of the booking
3  platform?
4  A.  There isn't nothing.
5  Q.  Okay.  If we were going to put these two
6  pictures, Exhibits 2 and 3 together, how would
7  they -- how would they fit together?
8  A.  I'm sorry.
9  Q.  No, you don't have to be sorry.
10  A.  So the platform is -- there's another wall.
11  Q.  Go ahead and draw the wall.  It's fine.
12  A.  Sorry.
13  Q.  Okay.  And this wall, just to make sure that
14  I'm understanding, the one that -- so the GCIC looks
15  to be encased by an L shaped wall, is that right?
16  A.  No, I didn't mean to.  This isn't a wall.
17  Q.  Oh, that's not a wall?  Okay.  What is that?
18  A.  That will probably be -- because it goes --
19  like -- the kitchenette is over here.  I guess you
20  could say these are steps.
21  Q.  Okay.  So when you said from GCIC you can see
22  transport, does that mean you can see into, like,
23  where the sally port is?
24  A.  No.
25  Q.  Okay.  You can just see these cells over here

1  marked 12, 13, 14?
2      A.    You can't.  You have to get up.
3      Q.    You have to get up?  All right.  Got it.
4      A.    Yeah, it's a distance.
5      Q.    Yeah, that's right.  We didn't do a scale or
6  anything like that.  That's fine.  Okay.  What is --
7  let's back up.  So we talked -- you talked generally
8  about the process, and I thank you for doing exhibits
9  2 and 3.  This is very helpful for me to sort of
10 orientate myself to the physical location because the
11 cameras distort things a little bit.  What part of
12 the booking process is a person entered into your
13 computer system?
14     A.    Are you asking me, when do we input them into
15 the system?
16     Q.    Yeah.  In the -- in the process, when do you
17 input the person into the system?
18     A.    When we place them in the holding cell, you
19 come to our booking computer and you start going
20 over all their paperwork.  And that is when you input
21 their basic information into the system.
22     Q.    What paperwork are you going over?
23     A.    Affidavit, warrants, the reason they're
24 there.
25     Q.    And if I'm understanding this correctly, this

1  is given to you in some kind of file, is that right?
2      A.    No.  When you come over -- you only have a
3  card once you put them in the holding cell.  Once you
4  get on the booking platform, you make a folder for
5  that person.
6      Q.    Okay.  So person comes from where they've
7  changed out into their orange uniform, they're placed
8  into the holding cell, and you have a card with
9  their -- what's on the card?
10     A.    Basic information, name, date of birth,
11 emergency contact, if they give it to us, general
12 description.  Also on the back of the card, it has
13 their property.
14     Q.    Oh, so it identifies the bag in which their
15 property is located?
16     A.    No.  It tells us, like, you have on a gray
17 jacket, a white shirt, everything that we -- that you
18 give us, we itemize it on that card.
19     Q.    Okay.  So this card, is it a full
20 eight-and-a-half by eleven sheet of paper?
21     A.    I'm not sure.  It's not -- no.
22     Q.    Okay.  But on the back, it has a list where
23 you itemize property?
24     A.    Yes.
25     Q.    You take the card and then you make a folder?

1      A.    Yes.
2      Q.    Once you have the folder, what do you do
3  next?
4      A.    You start putting them in the system.
5      Q.    Where are the folders maintained?
6      A.    In booking on the platform.
7      Q.    Is there, like, a -- is there a place that
8  you stick the folders?
9      A.    On that camera footage that you showed me, it
10 actually shows where the folders are stored.
11         MR. BUCKLEY:  Can you show that picture
12 again?  Sorry.
13         MR. SMITH:  Yeah, I'm coming around to
14 it.  I had to find it.  So we'll take a
15 screenshot of this.  How about that?  And we'll
16 call it Exhibit 4, and we'll pass it around.
17 That will be easier once we get to the place you
18 want me to stop.
19         (Whereupon, Exhibit Number 4 was marked
20 for purposes of identification.)
21 MR. SMITH:  (Resuming)
22     Q.    Is this the picture you're talking about?
23     A.    Yes.
24         MR. SMITH:  Everybody -- I'll send it.
25 I'll send a picture around.

1  MR. SMITH:  (Resuming)
2      Q.    Okay.  So in what we're going to now call?
3  Exhibit 4, the screenshot of this still from -- let's
4  see -- this is from 20240709 at 1:34 a.m.  It is --
5  body camera three with an X designation afterwards.
6  I will tell you that when we got this film, it was
7  labeled Jackson, just so you know.  So in this -- in
8  this frame, where are the folders kept?
9      A.    Right there.
10     Q.    Can you describe the -- what you're pointing
11 at?
12     A.    The filing system, it dips down.  No -- right
13 there in the middle.
14     Q.    Okay.  Sorry.  So let me see if I can -- so
15 on the other side -- on the right hand side of where
16 the keys are being held, there is a system of folders
17 in between two other, I don't know what you call
18 those, bookcases, or something like that, where you
19 drop files into?
20     A.    Yes.
21     Q.    Okay.
22         MR. BUCKLEY:  Where?
23         MR. SMITH:  It's right here.
24         MR. BUCKLEY:  Oh, okay.  In the middle
25 of that table?

Page 45

1    MR. SMITH:  There we go.
2  MR. SMITH:  (Resuming)
3    Q.    So that's where you put the folder before you
4  work it?
5    A.    No, that's where you put the folder once
6  they're going to general population if they do not --
7  if they're not waiting for a warrant.
8    Q.    Okay.  So before it makes its way there,
9  where does it stay?
10    A.    I'm sorry.  This ledge right here in front of
11  those -- that bookcase, you can have a stack right
12  there.  The person passing it on to you, they can
13  say, hey, we need to work on these folders.  They'll
14  give it to you.  There's no necessarily specific
15  place where everything's supposed to be.
16    Q.    Okay.  But if you were looking for a folder
17  that had not yet been practiced, you would look to
18  the left of where those keys are on the table in
19  front of it --
20    A.    Yes.
21    Q.    -- of that bookcase?  Okay.  All right.  And
22  just, finally, on -- as it relates to folders, do you
23  use different color folders for different -- for
24  different things?
25    A.    Yes.

Page 46

1    Q.    Okay.  What's the color code system?
2    A.    I do not remember it.
3    Q.    Okay.  That's fine.  Do you remember what
4  blue folders were for?
5    A.    I do not.
6    Q.    That's fine too.  All right.  Now, at some
7  point, after the person's put into the cell, and
8  before they go to general population, they see the
9  nurse; correct?
10    A.    Yes.
11    Q.    All right.  At what point does that happen in
12  what we've talked about so far?
13    A.    It depends on the nurse.
14    Q.    Are there occasions during which a nurse
15  would see an inmate before you put their folder
16  information into the computer?
17    A.    Are you asking -- ask that question again.
18    Q.    Yeah.  So we just talked about the fact that
19  you get a card when you put a person into the holding
20  cell, right?  And then you take the card back, you
21  make a folder.  But the folder is what you input into
22  the computer; is that correct?  More or less?
23    A.    Yes.
24    Q.    All right.  In between having created a
25  folder and entering it into the computer, is that a

Page 47

1  time at which the nurse would see inmates?
2    A.    If there's an emergency.
3    Q.    Okay.  Any other reason besides an emergency?
4    A.    Not necessarily, no, sir.
5    Q.    Ordinarily, if there's not an emergency, when
6  would the nurse see someone in this process?
7    A.    The nurse will ask.  She will say, hey, I
8  need to see a person.  We pull them out, she sees
9  them.
10    Q.    Do you provide any information about the
11  folks you've booked in to the nurse so that she knows
12  who's there?
13    A.    I'm not sure how they get their list.  I
14  don't know their system.
15    Q.    Okay.  So -- but you're not personally as an
16  officer required to go schlep something over to --
17    A.    No.
18    Q.    Let's see.
19        MR. BUCKLEY:  Do you need a break or
20  anything?
21        MR. SMITH:  I'm getting close to wanting
22  one myself.  So we'll take a second here.
23  MR. SMITH:  (Resuming)
24    Q.    On the shift, we talked about different roles
25  already.  Generally speaking, what are the

Page 48

1  responsibilities, as you understood them to be, for a
2  booking officer on the night shift?
3    A.    Are you asking me for my booking duties?
4    Q.    Yes, ma'am.
5    A.    Process, put inmates into the system, release
6  inmates that need to be released, you have to -- the
7  special housing inmates that are housed in booking,
8  you have to see if they would like a rotation, which
9  means they come out of their cell for an hour to get
10  a shower, to use the phone, you conduct pill call.
11    Q.    Let me -- well, first, I should make sure, is
12  that -- do you have anything else you wanted to add
13  to that list?
14    A.    There are a lot of duties for the booking.
15  I'll be sitting here talking for a long time.
16    Q.    Well it's going to feel like that anyway,
17  probably.  But versus someone who's working as a
18  housing deputy, do you have --
19    A.    The only thing separate from a housing deputy
20  would be, like, booking someone and releasing them.
21    Q.    Okay.  Now I saw on there, if I'm correct,
22  that there is something called, like, a rover?
23    A.    Yes.
24    Q.    What does a rover do?
25    A.    Assist wherever you're needed.

Page 49

1   Q.   So that person is not necessarily going to be
2   in booking, for example?
3   A.   No.
4   Q.   As it relates to who is assigned to booking,
5   specifically, how many booking officers are there
6   usually?
7   A.   One, on a good day, two.
8   Q.   And there's also a movement deputy, is that
9   right?
10  A.   Yes.
11  Q.   And what does a movement deputy do?
12  A.   It's the same as the role for a deputy.  You
13  just assist wherever you're needed.  If someone in
14  the housing pods need someone to go to medical or to
15  booking, you are responsible for going to pick them
16  up and escort them down.
17  Q.   Okay.  So they facilitate the transport of
18  inmates within the -- within the facility?
19  A.   Yes.
20  Q.   Does the rover do that, as well?
21  A.   Which rover are you talking about?
22  Q.   Well there's a specific rover position;
23  correct?
24  A.   So you have ISD rover and then you have
25  security rover movement.

Page 50

1   Q.   So what's the difference between those two
2   positions as you experienced them?
3   A.   ISD rover, you're primarily in ISD, but you
4   can help out anywhere.  Movement security rover, it's
5   the same position because any rover can do the
6   movement.  It's just you're doing the annex, which is
7   another part of the jail.
8   Q.   Okay.  And then you'll have to tell me,
9   because I'm just not familiar with the term, what is
10  ISD?
11  A.   Inmate Security Deputy.
12  Q.   All right.  Are they -- are the inmate
13  security deputy rovers located in a particular part
14  of the jail typically?
15  A.   The housing pods where ISD is located.
16  Q.   All right.  That's helpful.  So ISD refers to
17  where general population is?
18  A.   Yes.
19  Q.   As it relates to the -- you said that all of
20  the cells within the booking area had cameras.  Where
21  are those cameras viewed from?
22  A.   May I show you?
23  Q.   Please.  I have Exhibits 3 and 2 ready to go.
24  A.   Along this wall, there's a computer to where
25  you can operate doors.  There's also a screen that

Page 51

1   shows cameras.
2   Q.   Like a large television screen?
3   A.   Yes.
4   Q.   Okay.  And so that's the wall that's next to
5   the kitchenette?
6   A.   This is a bad picture.  But the kitchenette
7   is over here.  I'm sorry.  This is a bad picture.
8   There's a wall along the back part of the booking
9   platform where it's a computer where you open doors
10  and a screen where you can view cameras.
11  Q.   All right.  And so that's -- is that a --
12  that sounds like a control station to me, is that
13  what that is?
14  A.   Yes.
15  Q.   Does someone sit there the whole time?
16  A.   No.
17  Q.   Okay.  Who typically sits there?
18  A.   No one.
19  Q.   All right.  So when you need to open -- when
20  you need to open a door using -- is it an electronic
21  key lock?  Is that what they control?
22  A.   It's a computer.
23  Q.   Which doors does it control though?
24  A.   Booking.  Booking cell doors.
25  Q.   Okay.  So that can be operated either from a

Page 52

1   computer or using a physical key?
2   A.   Yes.
3   Q.   All right.  So just to jump back to make
4   sure.  We talked about where those are located.  No
5   one has the particular job, though, of monitoring
6   those cameras?
7   A.   No, sir.
8   Q.   Would it be the case then that every booking
9   officer is involved with doing count in the booking
10  area?
11  A.   I'm sorry, count?
12  Q.   Head count?
13  A.   Yes.  When you first come on shift, you
14  conduct a head count.
15  Q.   And are booking officers also responsible for
16  doing the wellness checks within the booking area?
17  A.   Yes.
18  Q.   Now, you said, when you come on shift, you do
19  a count.  There are other counts during the course of
20  the night, right?
21  A.   Yes, there is.  I'm not sure at the time, but
22  there is another count.
23  Q.   All right.  Well, let's take -- we've been
24  here for a little over an hour now.  Let's just take
25  a quick break because I would like to go use the

Page 53

1  restroom myself.
2          (Whereupon, a break was taken.)
3  MR. SMITH:  (Resuming)
4      Q.    Just wanted to go back real quick before we
5  sort of talk about the night there.  In the Exhibits
6  2 and 3, the drawings that you made, my understanding
7  is that there is a station somewhere where someone is
8  able to answer a telephone with outside calls; is
9  that correct?
10     A.    That's at the computers.
11     Q.    Okay.  So there is a telephone that people
12 can call into, and that's located by the computer
13 bank that faces cells one through seven?
14     A.    Yes.
15     Q.    All right. Thank you. All right. I want to
16 talk to you about that night and what happened before
17 the point which Mr. Smith attempted suicide.  We
18 already talked a little bit about, you know, when you
19 come on to shift and doing the pre-shift meeting,
20 when you report to booking, where do you typically
21 go?
22     A.    I go to the platform.  As kitchen, I talk to
23 the kitchen deputy that was on the previous shift,
24 and she will let me know if I have any inmates still
25 in kitchen.  Then I will report to the kitchen.

Page 54

1      Q.    That night, do you remember if you had any
2  inmates in kitchen?  I didn't --
3      A.    I did not.
4      Q.    Okay.  So you went straight to booking then
5  after that?
6      A.    Yes.
7      Q.    And once you got into booking that night,
8  what did you start doing?
9      A.    I remember that night was chaotic.  It was
10 very busy.
11     Q.    Well, let me -- do you know why it was so
12 busy?
13     A.    I do not know why it was so busy.
14     Q.    How is it busy?  Like, what -- what was
15 happening?
16     A.    The men in cell seven, it was -- it was more
17 than four men in seven.  And so I knew it was going
18 to be a busy night.
19     Q.    There was something that I had seen popped up
20 in different places called ATW, what is that?
21     A.    All the way.  Those are releases.
22     Q.    Okay.  So if someone had an ATW, that would
23 mean that, that person was about to be released from
24 the -- released from the jail?
25     A.    Yes.

Page 55

1      Q.    And that would be different than someone who
2  is going to be transferred to another -- to another
3  law enforcement agency?
4      A.    No, they still need ATW.
5      Q.    Okay.  So if someone was getting sent over to
6  Newton County, or if someone is going home that
7  night, they're both going to be ATW?
8      A.    Yes.
9      Q.    You know, we didn't talk about it before.  Is
10 the process -- what's the process like for processing
11 an ATW?
12     A.    The process to release someone, you first run
13 their name in GCIC to see if they have any holds.
14 Once you get all of that paperwork, you go over their
15 folder to see if they have -- they've satisfied their
16 charges for Rockdale.  You have the person come down,
17 they have to sign just various different paperwork
18 depending on the reason they're being released.  And
19 they dress out.  If they have no holds and all their
20 paperwork's good, they dress out into their property
21 that they came in with and wait for a supervisor to
22 say they're good to leave.
23     Q.    Do you review the GCIC as well when someone's
24 coming in to the facility?
25     A.    Yes.

Page 56

1      Q.    All right.  So within the booking area that
2  night, how many different people were working in
3  booking?
4      A.    I do not remember.  It was very busy.
5      Q.    Do you remember specifically what tasks you
6  were supposed to be working on when you got on shift
7  that evening?
8      A.    No, sir.
9      Q.    On a normal shift when you're coming into
10 booking, how are you to know what to prioritize in
11 terms of the work you have to do?
12     A.    The supervisor will let us know.
13     Q.    You mentioned there were three -- there were
14 three supervisors.  So which supervisor will tell you
15 that?
16     A.    Whichever supervisor is in booking at that
17 time.  They'll say, hey, we have three ATWs, let's
18 get them out of here.
19     Q.    Do you remember receiving any orders from any
20 of your supervisors about what work you needed to
21 prioritize that night?
22     A.    I don't remember.  I'm sorry.
23     Q.    Do you remember which supervisors you --
24 before Ezra Smith had attempted suicide, do you
25 remember which supervisors you were interacting with

1  the most that night?
2      A.   No.
3      Q.   Do the supervisors have an office that they
4  do their work out of?
5      A.   There's -- yes.
6      Q.   What is that called?
7      A.   You have a supervisor office and Lieutenant
8  Daniel has an office.
9      Q.   Are they located next to one another?
10     A.   No.
11     Q.   How close are they to booking?
12     A.   Both are in booking.
13     Q.   When you say, they're both in booking, are
14  they near the GCIC station?
15     A.   Can I put it -- I can...
16     Q.   You can amend it, if you'd like, yeah.
17     A.   So this is super --
18         MR. BUCKLEY:  She's on Exhibit 3.
19         MR. SMITH:  And that's Exhibit 2.  Okay.
20  MR. SMITH:  (Resuming)
21     Q.   So that's Exhibit 3 that you just marked.
22  And so if I'm understanding that correctly, then
23  Lieutenant Daniel is closer to the nurse's office?
24     A.   Yes.
25     Q.   All right.  And then the supervisor's office

1  within the booking is -- how to describe it?  Is on
2  the other side of the platform from cells eight
3  through 14, is that right?
4      A.   I'm sorry.  It's on the booking platform.
5      Q.   It's on the platform itself?
6      A.   Yes.  This isn't to scale at all.
7      Q.   That's fine.
8      A.   I'm sorry.
9         MR. BUCKLEY:  I'm just trying to find
10  where wrote -- oh -- Sup office.  S-u-p.  All
11  right.  And you wrote it right there on there
12  and then on 3 here's Lieutenant office.  Is
13  there a place where that would go on there?  Or
14  you can't see it?
15         THE WITNESS:  No, sir, you can't see it.
16         MR. BUCKLEY:  Okay.  Thank you.  Sorry
17  to interrupt.
18         MR. SMITH:  No, no, you're fine.
19  MR. SMITH:  (Resuming)
20     Q.   All right.  Besides there being a lot of
21  people in holding cell seven, do you remember
22  anything else that made that -- made that night busy?
23     A.   No, sir.
24     Q.   How many people were working to process the
25  files of the men who were located in holding cell

1  seven?
2      A.   I was working with Deputy Tracey and Deputy
3  Gomez.
4      Q.   What were Deputies Tracey and Gomez doing as
5  it related to the booking of the inmate --
6      A.   Deputy Gomez was assigned to booking and
7  Deputy Tracey was assigned a security role and
8  movement.
9         MR. BUCKLEY:  She's referring to Exhibit
10     1.
11  MR. SMITH:  (Resuming)
12     Q.   I understand the assignment.  I guess more on
13  a practical level, we talked about sort of the arc of
14  how people go through booking.  Were any of them
15  making files for the inmates?
16     A.   We were all -- I was focused on just doing,
17  like, I work a folder, I work it, and then I moved to
18  another one.  So I really can't say what Deputy
19  Tracey -- how she was working, or Deputy Gomez.
20     Q.   Well was there anyone besides you who were
21  working the folders?
22     A.   That's what I'm adding.  That's what I'm
23  saying.  We all were working folders, releases.
24     Q.   And between the three of you -- well let me
25  back up.  When you talk about working in folder, what

1  specifically do you mean?  What do you do with the
2  folder that causes you to work it out?
3      A.   Excuse me.  When someone is coming -- excuse
4  me -- you're getting their folder ready so they can
5  be clear to go to general population.  Getting their
6  folder ready consists of fingerprinting them, it
7  consists of making sure they have a picture, all
8  forms that they need are signed, making sure they
9  have a medical clearance to go to general population,
10  their criminal history from GCIC, it's a lot of forms
11  that go into the folder.
12     Q.   If you had to estimate, how long does it take
13  to get through a folder?
14     A.   It depends on the deputy.  It could take an
15  hour minimum.
16     Q.   When you say it depends on the deputy, I
17  mean, for you, what's your kind of -- if you're
18  looking at what you have to do today, how long would
19  you set aside for -- this is how long it's probably
20  going to take me to do this folder?
21     A.   I can complete a folder in an hour.
22     Q.   Okay.  Had you worked with Deputy Gomez
23  before?
24     A.   Yes.
25     Q.   How would you describe Deputy Gomez at that

1  time, back in July of 2024?

2  A.  Deputy Gomez was a good officer.  He was new.

3  Q.  Being new, did he have more questions?

4  A.  Yeah, he asked a lot of questions.  If he

5  needed to know something, he would ask.

6  Q.  Were you often assigned to a similar part of

7  the jail as Deputy Gomez?

8  A.  No.

9  Q.  That night, did Deputy Gomez ask you anything

10  about what he was supposed to be doing?

11  A.  I assisted him with fingerprinting because

12  you can put someone's information in wrong and it'll

13  be on their record.  So I was helping him with that.

14  Q.  Fingerprinting, does that take place next to

15  the booking computers?

16  A.  No.  I put it on Exhibit 3.  There's a

17  section of the booking area that has a fingerprint

18  machine and a camera.

19  Q.  Okay.  It's the cameras for taking the

20  person's identification photo?

21  A.  Yes.

22  MR. BUCKLEY:  So that's what's written

23  at the bottom?

24  THE WITNESS:  Yes.

25  MR. SMITH:  (Resuming)

1  Q.  Do you remember what part of the night you

2  were helping Deputy Gomez with his fingerprinting?

3  A.  No.

4  Q.  Did you see what it was that -- well, let me

5  back up.  My understanding is that Deputy Tracey was

6  assigned to the rover position; is that correct?

7  A.  Yes.

8  Q.  Based on Exhibit 1?  So as a rover, what

9  were -- what would her responsibilities be in the

10  booking area?

11  A.  She's just assisting with booking.

12  Q.  And so in terms of assisting with booking, do

13  you and Deputy Gomez ask her to do certain things for

14  you?

15  A.  No, sir.  She's assisting booking.  She will

16  help put people in the system and help release people

17  from the system.

18  Q.  Prior to the -- let me see if we can find

19  where folks were.  That might be helpful.  I don't

20  know what everyone looks like, to be honest, so it's

21  helpful for me to have you point out who is who.  So

22  I'm going to show you the view that we have that is

23  labeled booking area, 782024 area -- well, no area

24  specified.  Booking area.

25  (Whereupon, Exhibit Number 5 was marked

1  for purposes of identification.)

2  MR. SMITH:  All right.  Making sure.  I

3  don't want to show it to you before I show it to

4  you, Tim.

5  MR. BUCKLEY:  No, no, I understand.

6  Thank you.  Did y'all send us the screenshot of

7  the earlier one we were talking about yet?

8  MR. SMITH:  I have not, no.

9  MR. SMITH:  (Resuming)

10  Q.  Okay.  So these pictures are blurry, so I

11  apologize.  But in this -- right at the moment we're

12  at, roughly, what time did you come on duty that day?

13  A.  6:00 p.m.

14  Q.  6:00 p.m.?  Let me fast forward to where we

15  are.  Let me start here.  So we're at 18:56:23 on the

16  202478 area.  I think we'll call it the regular

17  booking area, cam nine.  Do you see the individual in

18  the bottom right hand corner of the screen?

19  A.  Yes.

20  Q.  Okay.  Who's that?

21  A.  Deputy Gomez.

22  Q.  All right.  That's Deputy Gomez?  So Deputy

23  Gomez in a black polo shirt and khaki pants of

24  some sort?

25  A.  Yes.

1  MR. BUCKLEY:  Is that going to be an

2  exhibit?

3  MR. SMITH:  We'll make cam nine an

4  exhibit, yes.  We'll call this -- I think we're

5  on 4.  No, we're on 5.

6  MR. SMITH:  (Resuming)

7  Q.  Okay.  I'm showing you 19:03:17 of cam nine.

8  Do you recognize who that person is?

9  A.  I do not.  Not from the still, no, sir.

10  Q.  Okay.  The shots are blurry, so I apologize.

11  We're at 19:04.  There's a woman walking up with a

12  piece of paper to the -- to the -- to this area here.

13  Do you know who that is by chance?

14  A.  I'm not sure exactly who it is.  I believe

15  it's a nurse because she's in plain clothes.

16  Q.  Okay.  Do you remember who -- what nurse was

17  working that day?

18  A.  I do not remember all the nurses working that

19  night.

20  MR. BUCKLEY:  Is that 6?

21  MR. SMITH:  No.  This is -- this is

22  going to be -- we're just going to put the

23  video, so you guys have the video.

24  MR. BUCKLEY:  So 5 is the whole video?

25  MR. SMITH:  Yeah.  That's why I'm

Page 65

1  calling out the numbers on there to make it a
2  little faster.
3          MR. BUCKLEY:  Timestamp, I get it.
4  MR. SMITH:  (Resuming)
5      Q.    Am I correct that inmate workers wear
6  highlighter yellow jumpsuits?
7      A.    Yes.
8      Q.    Okay.  So this is 20:07:24, up the top right
9  hand corner, can you see who it is?  I know, it's
10  really tough.  In fact, I can try and make it a
11  little bit bigger, if you'd like.
12      A.    No.
13      Q.    Give me one second.  And that may be the
14  problem.  If you're not able to identify people from
15  that area, then that will just be it.  I'm just going
16  to assume that this is going to be too pixelated for
17  you.  We're at 20:06 just running it back just a
18  little bit -- enlarged a little bit to help.
19      A.    It's very -- I can't tell who it is.
20      Q.    Okay.  20:24:26, do you recognize the officer
21  there?
22      A.    It looks like a couple officers.  Yeah,
23  that's Deputy Rowe.
24      Q.    Deputy Rowe?  Okay.  We're at 20:55:04, can
25  you tell me who the two individuals are by that cell

Page 66

1  that's open?
2      A.    Can you press that?
3      Q.    I can go back if I need --
4      A.    That is me and that is Nurse Sanchez.
5      Q.    Okay.  So we see you there at 20:55:05, are
6  you all doing pill call?  Is that what's happening?
7      A.    Yes.
8      Q.    All right.  And for -- I understand -- is
9  that cell one?
10      A.    Yes.
11      Q.    Okay.  So 21:03:17, who's that gentleman?
12      A.    That's sergeant Hall.
13      Q.    All right.  I'm sorry.  Just to make sure, I
14  think we have a slightly better picture of you here;
15  correct?  This is 21:23:22, is that you?
16      A.    Yes, sir.
17      Q.    Okay, great.  Now, do you know if you took a
18  break that evening?
19      A.    I do not.
20      Q.    And do you remember when Deputy Tracey came
21  into the booking area to assist?
22      A.    No, sir.
23      Q.    It's our understanding that sometime around
24  8:00 p.m. Deputy Tracey received a phone call from
25  Mr. Smith's mother.  First of all, do you remember

Page 67

1  where you were around 8:00 p.m. on your shift?
2      A.    I do not.
3      Q.    Okay.  But the booking area itself is an open
4  space, is that right?
5      A.    Yes, sir.
6      Q.    When someone is talking on the phone using
7  the speaker phone, can you hear it from other parts
8  of the platform?
9      A.    Not necessarily.  It depends on how loud it
10  is in booking.  It's a lot going on.
11      Q.    Do you remember talking to Deputy Tracey
12  about Mr. Smith's mother calling?
13      A.    No, sir.
14      Q.    Did Deputy Tracey talk to you at any other
15  point in time that evening about Mr. Smith's file?
16      A.    His file?
17      Q.    Yes, ma'am.
18      A.    What file?
19      Q.    The booking file, the physical file that's
20  made once you brought someone into the holding cell
21  and come back and you make a file with all their
22  documents.
23      A.    No, sir.
24      Q.    Do you remember where -- do you remember
25  where Mr. Smith -- whether Mr. Smith was going to be

Page 68

1  going to general population or transfered to another
2  facility?
3      A.    I don't know.
4      Q.    What kind of basic information do you get on
5  that card once you put someone to the cell?
6      A.    Name, date of birth, height, weight, address,
7  phone numbers, the reason they're at the facility,
8  the time that they arrived, the date and time that
9  they arrived, the officer that arrested them, the
10  officer that searches them, emergency contact
11  information is also on there.
12      Q.    At what point would you get prior booking
13  histories?
14      A.    His criminal history?
15      Q.    Well, other bookings at the jail,
16  specifically.
17      A.    When you input him into the system.
18      Q.    So at the time that you're taking the
19  material from the folder and putting that information
20  into the -- into the computer system?
21      A.    Yes.
22      Q.    We're at 22:03:51 on the same video.  In the
23  bottom right hand corner of the screen, who is that?
24      A.    That's Deputy Tracey.
25      Q.    Okay.  Had you -- prior to that night, had

Page 69

1  you been at the Rockdale County -- well, excuse me.
2  Had you seen Ezra Smith at the Rockdale County
3  Sheriff's jail prior to that night?
4      A.    Yes.
5      Q.    Okay.  When did you see him?
6      A.    I'm not sure.  We did first appearance court,
7  and he appeared in court.
8      Q.    Okay.  When you say, you did first appearance
9  court, where does that happen?
10     A.    It's a separate part of the jail.  It's a
11 courtroom.
12     Q.    And so people who are doing first appearance
13 in that courtroom are doing it virtually?
14     A.    No, the judge is there.
15     Q.    Okay.  So the judge comes to the jail and
16 then conducts the hearing there?
17     A.    Yes.
18     Q.    Do you remember -- well, first of all, do you
19 remember when -- how long before this night you had
20 met him in first appearance court?
21     A.    No, sir.
22     Q.    Was it the same year?
23     A.    I do not know.
24     Q.    Okay.  What was your role during that first
25 appearance court?

Page 70

1      A.    I just stood in a courtroom.
2      Q.    Were you the movement officer that day?
3      A.    I do not remember.
4      Q.    And what do you remember about Ezra Smith
5  from that day?
6      A.    Nothing.  He was in court.  It was first
7  appearance court.  Everyone talked to the judge, they
8  signed paperwork for their bond, and we moved them
9  out of the courtroom.
10     Q.    Well, I guess what stood out about Mr. Smith
11 such that you would remember he was one of the people
12 there that day?
13     A.    I remember him from the incident.
14     Q.    And so seeing him at the incident recalled
15 the earlier meeting with him?
16     A.    Yes, sir.
17     Q.    I'm going to move forward to later in that
18 shift.  What do you remember about the events that
19 led up to Mr. Smith's suicide attempt?
20            MR. BUCKLEY:  I'm going to object to the
21 form of the question, but you may answer.
22            THE WITNESS:  I'm sorry?
23            MR. BUCKLEY:  I think it's a very broad
24 question, so I stated a legal objection.  But
25 I'm not instructing you not to answer.

Page 71

1            THE WITNESS:  Can you specify what
2  you're asking me?
3  MR. SMITH:  (Resuming)
4      Q.    Well, I was just trying to remember -- I was
5  trying to ask you to tell me about what you remember
6  that led up to the suicide attempt.  But let me jump
7  back just a second.  At one point during the night,
8  you mentioned that every cell in the booking unit has
9  an intercom, right?
10     A.    Yes.
11     Q.    Okay.  So at one point in the night, am I
12 correct that you heard another inmate hit the
13 intercom button and say this white guy is, and I'm
14 paraphrasing, this white guy is saying he's thinking
15 about committed suicide?
16     A.    Yes.
17     Q.    Okay.  At that point in time when you heard
18 that statement, where were you located in the booking
19 area?
20     A.    Not sure exactly where I was on the platform.
21     Q.    You said that the -- if I remember correctly,
22 and correct me if I'm wrong, like, the intercom goes
23 to the area where the booking computers are?
24     A.    Yes.
25     Q.    All right.  And on the -- on your side of

Page 72

1  booking, that is -- as an officer, does the intercom
2  just play out of a speaker?  Or do you have to pick
3  up a phone?  How do you interact with it?
4      A.    You have to press a button so someone can
5  talk through the intercom.
6      Q.    Okay.  So how do you know to press the
7  button?
8      A.    It makes an alarm sound.
9      Q.    What's that alarm sound like?
10     A.    Like a loud -- like -- an alarm -- like -- it
11 just keeps, like, beeping very loud.
12     Q.    All right.  Enough to annoy you to hit the
13 button?
14     A.    Yes.
15     Q.    And can you -- once you hit the button, then
16 the other -- the person on the other side is able to
17 talk?
18     A.    Yes.
19     Q.    To the best of your recollection, what did
20 you hear them say when they hit the intercom button?
21     A.    This white boy is going to kill himself.
22     Q.    All right.  Were you somewhere where you
23 could see the people in the cell?
24     A.    No.
25     Q.    What did you do after you heard that?

Page 73

1    A.    We spoke to them in the cell to see who they
2  were talking about.  Once we got to the cell,
3  everybody was laughing.  Even the white boy in the
4  cell, which was Ezra Smith, he was laughing.  And so
5  we asked them, is everybody all right?  Did anybody
6  need suicide?  They all just want to know when they
7  getting out the cell.
8    Q.    So let's rewind back.  When you say, we, who
9  are you talking about?
10    A.    Deputy Gomez, I know -- Deputy Tracey.
11    Q.    So the three of you physically went to the
12  cell?
13    A.    I'm not 100% sure who was at the cell.
14    Q.    Were you at the cell?
15    A.    Yes.
16    Q.    All right.  And then, well, back up.  Are
17  you -- well, you said you weren't sure who else was
18  at the cell with you; am I correct in that?
19    A.    No.
20    Q.    Did you talk to anybody about what you had
21  seen after you went to the cell?
22    A.    No, sir.
23        MR. BUCKLEY:  Ever?  Or that night?
24        MR. SMITH:  Yeha.  Well, she said, no,
25    but I'll be happy to clarify.

Page 74

1  MR. SMITH:  (Resuming)
2    Q.    So during that shift, did you talk to anyone
3  else about what you had seen at the cell?
4    A.    After the incident?
5    Q.    No, we're sticking with the intercom.  You --
6  someone mashed an intercom, said this white boy is
7  fixing to kill himself, or whatever it was they were
8  saying, somewhere there along that line, and then you
9  go to the cell, right?  All right.  After you go to
10  the cell, and -- how long were you at the cell?  Let
11  me ask that first.
12    A.    I'm not sure because I wasn't just speaking
13  to one person.  I was speaking to the whole group
14  because people were saying they've been there for
15  hours and they needed to be get out of booking.
16    Q.    So after you've talked to the people in the
17  cell, that night, did you go and tell anybody else
18  what you saw or heard?
19    A.    I'm not understanding what you mean, talk.
20  Tell anybody what?
21    Q.    You heard someone say that this white guy is
22  is going to kill himself?
23    A.    Yes.
24    Q.    Did you tell anybody that night that you
25  heard that?

Page 75

1    A.    Before the incident?
2    Q.    Correct, before the incident.  Between the
3  incident and the intercom being pushed.
4    A.    No.
5    Q.    And after you went to the cell, am I correct
6  then that you didn't tell anybody about what you saw
7  at the cell between the intercom and the incident
8  occurring?
9    A.    I'm not sure.  I know on the platform -- was
10  talking about the gentleman in the cell that they
11  playing.
12    Q.    So who all was talking about that?
13    A.    Me, Gomez and Tracey.
14    Q.    Was anyone else on the platform at the time?
15    A.    I do not remember.
16    Q.    All right.  At some point later, am I correct
17  that Ezra was the last person, or the only person, in
18  that cell?
19    A.    Yes.
20    Q.    Do you know at that point how long he had
21  been there?
22    A.    I do not.
23    Q.    That's information, though, that they have in
24  the in the folder, right?  Like, when he was brought
25  in?

Page 76

1    A.    Yes.  It should be on the card.
2    Q.    How long is someone supposed to be in booking
3  before they're processed?
4    A.    I'm not sure.
5    Q.    Was there any time -- to the best of your
6  knowledge, was there any time restriction placed on
7  how long people were to be in booking?
8    A.    No, sir.
9    Q.    After the -- after Mr. Smith was the last
10  person in the cell, what, if anything, did you
11  observe about Mr. Smith's behavior in the cell?
12    A.    He was upset, banging at the door.
13    Q.    Can you describe how he was banging?
14    A.    So, as you can see on the computer, it's a
15  glass, like, a clear -- just bang on the door.
16    Q.    Okay.  How long was he doing that?
17    A.    I'm not sure.
18    Q.    Do you remember where you were located when
19  that was happening?
20    A.    No, sir.
21    Q.    Could you hear him banging then?
22    A.    Yes, I could hear him banging.
23    Q.    All right.  Did you go over and see what was
24  going on?
25    A.    No, sir.

## Page 77

Q.    Did anyone go over to see what was going on?
A.    I'm not sure.
Q.    At some point, did Deputy Tracey go over?
A.    Deputy Tracey and him were -- yes.
Q.    Okay. Deputy Tracey and him were doing what?
A.    She did go to the door and talk to him at the door.
Q.    Okay. What was that conversation about?
A.    I do not know. They were just yelling at each other.
Q.    So you could hear them yelling at each other?
A.    But I don't really know what they were saying. Like, I don't -- in working in corrections, you kind of tune out noise. So they were just loud.
Q.    And you're saying you don't remember anything specifically that was said between the two of them when she went over there?
A.    During the time, she was yelling, do it. I remember her saying, do it.
Q.    Do you remember him saying that he was suicidal?
A.    Yes, he did yell at her and said he was suicidal.
Q.    So just to be clear, was her -- was her saying, do it, was that a response to what he was

## Page 78

telling her?
            WAYMIRE: Object to form. You can answer.
            MR. BUCKLEY: Joined, you can answer.
            THE WITNESS: That, I'm not sure. Like, they were yelling back and forth, just arguing.
MR. SMITH:  (Resuming)
Q.    So if I'm understanding you correctly, you don't remember which was said first, I'm suicidal, or do it?
A.    Yes, I'm not sure.
Q.    Could you see Mr. Smith from where you were when he said that?
A.    No, sir.
Q.    Could you see Deputy Tracey?
A.    She was at the door.
Q.    Could you see her though?
A.    I just see her back.
Q.    How long were you and Deputy Tracey on shift together?
A.    I'm not sure.
Q.    Did you see her outside of work at all?
A.    No.
Q.    When you're assigned to a shift, do you normally work with the same folks over and over

## Page 79

again?
A.    Yes.
Q.    And my understanding is that Deputy Tracey, she was there -- she'd been working at Rockdale longer than you, is that right?
A.    Yes, sir.
Q.    Okay. How did you two get along on shift?
A.    Coworkers. We weren't enemies.
Q.    Well, I'm just asking though, like, how did -- some people work well together and some people don't. Did you all work well together?
A.    Oh, yes, sir.
Q.    Okay. Did you find her helpful when you needed answers to questions you didn't know?
A.    Yes.
Q.    Did she train you at all when you were coming up through it?
A.    I don't think so.
Q.    Do you know anyone who had difficulties with Deputy Tracey?
A.    No.
Q.    So after the yelling exchange that you described, what happened next?
A.    Deputy Tracey came back on the platform and she was by the cameras looking at that cell, and I

## Page 80

went over to her, and she was, like, she couldn't see him, so she went back down to check the cell, and that's when she said she needed help. So I got the key and went down there and that's when we found him kneeling by the telephone.
Q.    And I'm sorry to ask some of these questions, I know that, that would be a hard thing to find. Do you remember who it was that unwrapped the cord from Mr. Smith?
A.    I did.
Q.    And then who -- who began CPR?
A.    I believe Nurse Sanchez did CPR first.
Q.    All right. So I know that the drawings we had earlier aren't to scale, but how far away is the nurse's office from cell seven, roughly speaking?
A.    It's not that far. I don't know how to estimate it.
Q.    If you're walking between the two, would it take you less than a minute to get to one?
A.    Yes.
Q.    So when the intercom button got pushed and someone told you, this white guy is going to kill himself, why didn't you report that information at that time?
A.    It didn't -- they were all in there joking

Page 81

1 and playing. It seemed as if they were just saying
2 stuff to get our attention, to get them to get us to
3 move faster.
4      Q.   Did you go back and look at Mr. Smith's file
5 to see whether or not he had a history of suicide
6 attempts or mental health illness?
7      A.   No, sir.
8      Q.   Sorry, there's a storm rolling in behind you.
9 Under Rockdale Sheriff -- Rockdale County Sheriff's
10 Office guidelines for suicide prevention, were you
11 required to report that information once you heard
12 it?
13      A.   It's up to my discretion, yes, sir.
14      Q.   You said it's up to your discretion?
15      A.   Yes, sir. May I clarify my answer?
16      Q.   Please.
17      A.   So if inmates -- they yell, suicidal, when
18 they're unhappy often. So if you feel as if it's an
19 inmate that needs to be gone on suicide watch, then I
20 will put them on suicide watch. In that incident, I
21 didn't feel the need to put anyone on suicide watch
22 because they weren't about being in the booking
23 cell for so long. And they were all in there
24 laughing and joking.
25      Q.   Now, when you say, it's up to your

Page 82

1 discretion, where did you -- was that how you were
2 trained? That you had the discretion to determine
3 whether or not they were being serious about the
4 claim of suicide?
5      A.   Say that one more time.
6      Q.   Sure. Was that part of your training that
7 you had the discretion to determine whether or not
8 the person was serious about a statement of --
9      A.   No, sir.
10      Q.   -- committing suicide? That wasn't part of
11 your training?
12      A.   No, sir.
13      Q.   How were you trained differently? Or the
14 same?
15      A.   Over years of experience I've had, like, it's
16 just -- from the experience I've had up to then, if
17 they were in the cell, they were saying they were
18 suicidal, and you ask them, hey, are you suicidal?
19 And you talk to them, if they say, yes, they are
20 suicidal, I'll put them on suicide watch. Referring
21 to the incident with Mr. Smith when we were asking
22 him, was he suicidal, he was laughing and joking,
23 saying, no.
24      Q.   Okay. So you're saying that Mr. Smith
25 specifically told you that he wasn't suicidal?

Page 83

1      A.   Yes.
2      Q.   And then, when you heard Mr. Smith scream
3 that he was suicidal at Deputy Tracey, what action,
4 if any, did you take following hearing that
5 statement?
6      A.   None.
7      Q.   And what was your reason for not taking any
8 action at that time?
9      A.   Because I figured he was just upset as he was
10 early in the night.
11      Q.   In between those two times, had you looked at
12 his file?
13      A.   No, sir.
14      Q.   And between those two times, had he been
15 screened by the nurse?
16      A.   I'm not sure. I don't think so.
17      Q.   And if I'm understanding you correctly, just
18 tell me if I'm wrong, you felt that you had the
19 discretion to not take any action during that
20 second -- when you heard him yell that he was
21 suicidal?
22      A.   No, sir. I didn't feel the need to
23 interject. He was upset. He was yelling with Ms.
24 Tracey.
25      Q.   At that point, Mr. Smith was in the cell by

Page 84

1 himself; correct?
2      A.   Yes, sir.
3      Q.   All right. And if we've already established
4 that in that cell was a phone box with a phone cord,
5 right?
6      A.   Yes, sir.
7      Q.   If you were to have followed suicide -- well,
8 back up. If you had taken action along the lines of
9 following the suicide protocol, having heard him say
10 that, what would have happened next?
11      A.   If he was placed on suicide watch, he would
12 have been moved into a different cell, and he would
13 have lost his jumpsuit. He would have been in a
14 suicide gown and given a suicide blanket. And then
15 we would check him every -- it's up to every 15
16 minutes. Was it 15 minutes?
17      Q.   Suffice to say, more frequently than --
18      A.   Yes, sir. I'm not sure exactly how many
19 minutes it is.
20      Q.   And the cell in which you would place someone
21 wouldn't have had a phone; correct?
22      A.   Not necessarily.
23      Q.   Let me make sure I clarify that answer. Is
24 there a situation in which you would have put someone
25 on a suicide watch into a cell with a phone and a

Page 85

1  phone cord?
2     A.    It depends on the booking space, the housing.
3  If he isn't -- it's up to the discretion of the
4  supervisor at that time where we place them.
5     Q.    Okay.  How does the supervisor get involved?
6     A.    When we are putting him on suicide watch, we
7  will let them know, hey, we've put one on, and
8  they'll say, hey, put them cell, whatever, five.
9     Q.    Are they seen by medical before you move them
10 to a different cell?
11    A.    How does medical fit into what would happen
12 if you were to initiate a suicide protocol with
13 someone who says they're suicidal?
14    A.    We will bring them to booking wherever they
15 at.  If they're already in booking, we'll put them in
16 another cell.  We will let medical know, and she will
17 come over and speak to them.
18    Q.    Okay.  So you move them physically to a
19 different cell first, and remove items that were
20 potentially hazards to them?
21    A.    Yes.
22    Q.    And then have medical come and see them?
23    A.    Yes.
24    Q.    And the supervising officer would tell you
25 where to --

Page 86

1     A.    Yes.
2     Q.    Do you remember, was the suicide -- were the
3  suicide cells open that evening?
4     A.    I believe so, yes, sir.
5     Q.    All right.  If you needed to get ahold of
6  your supervisor, how would you do that?
7     A.    Just go to them.
8     Q.    Well, so you would physically go to the
9  supervisor?
10    A.    It depends on what supervisor I need.  If
11 there is no supervisor in booking, I would call them
12 on the radio.  If I know -- if I needed Lieutenant
13 Daniel, I would just go to his office because his
14 office is right there.  If he wasn't in his office,
15 then we'll call him on the radio.
16    Q.    When you're initiating suicide protocol,
17 would you -- how would you contact the supervisor?
18    A.    Do the radio.
19    Q.    All right.
20    A.    If they're not in booking.
21    Q.    All right.  Once you decide to initiate
22 suicide protocol, do you leave the inmate who you're
23 about to place in the suicide protocol?
24    A.    I'm not understanding the question.
25    Q.    Well, I'm just trying to understand that if

Page 87

1  you come up to a cell, someone tells you they're
2  suicidal, you decide that they need to go on suicide
3  watch.  Would you leave them alone until you got a
4  supervisor or someone else?
5     A.    In the booking area, yes, I'll walk off, get
6  the supervisor, or it -- also -- you have to go by
7  this fingerprint area.  That's where the gowns are
8  housed, like, kept.  So you have to leave the cell
9  they're at.  But in the housing pod, if you're doing
10 a round and someone says they want to go on suicide
11 watch, we'll call them on the radio while we're
12 standing there.
13    Q.    After the incident -- let's actually go --
14 after the shift in which the incident occurred, did
15 you and deputy -- or Officer Tracey talk to one
16 another?
17    A.    No.
18    Q.    I mean, before you came on -- you were on
19 shift the next day, right?
20    A.    Yes.
21    Q.    Okay.
22    A.    Was I?  I'm not sure.  I believe so.
23    Q.    But then that morning, you get off at what
24 time from that shift?
25    A.    6:00 in the morning.

Page 88

1     Q.    So that next morning, after you leave the
2  shift at 6:00 a.m. through the end of that day, did
3  you and Deputy Tracey talk about what happened?
4     A.    No.
5     Q.    When you came back on shift together, did you
6  talk about what happened?
7     A.    Yes, I asked her was she okay.
8     Q.    What did she say?
9     A.    She said she was talking to someone.  We were
10 all talking about, like, somebody getting -- talking
11 to a counselor or something if you need help.
12    Q.    All right.  Did you talk at all about the
13 events before the incident happened?
14    A.    I'm not sure.
15    Q.    At some point -- I'm sorry.  I didn't mean to
16 cut you off.
17    A.    I'm not sure your question.
18    Q.    Sure.  So you said that you all were talking,
19 and you asked her how she was doing; correct?
20    A.    Yes.
21    Q.    Okay.  And then you were talking generally
22 about seeing a counselor or something to deal with --
23 I'm going to put it in my own words, but to deal with
24 the trauma of seeing someone having attempted
25 suicide, right?

Page 89

1  A.  Yeah.
2  Q.  My question is, did you talk about the events
3  before he attempted suicide, and how they may have
4  affected whether or not he decided to commit -- or
5  attempt suicide?
6  A.  No, sir.
7  Q.  All right.  Did Tracey tell you anything else
8  other than the fact that she was talking with
9  someone?
10  A.  No, sir.
11  Q.  At some point, you wrote a statement for an
12  incident report, is that right?
13  A.  Yes, sir.
14  Q.  When did you write that incident report?
15  A.  Not long after the incident.
16  Q.  On the same shift in which you were -- well,
17  during the same shift as the incident?
18  A.  Yes.
19  Q.  And who directed you to write the incident
20  report?
21  A.  An investigator came over.
22  Q.  Do you remember who that was?
23  A.  I do not.
24  Q.  All right.  In writing the incident report,
25  did you talk to anybody about what you saw or heard

Page 90

1  that evening?
2  A.  No, I was talking to the investigator, and he
3  was, like, put everything on paper.  Because I want
4  to say it wasn't even two hours after the incident.
5  Q.  All right.  And later the investigator
6  followed up with you, is that right?
7  A.  No.
8  Q.  Did someone else follow up with you from the
9  sheriff's office about the incident?
10  A.  Yes.
11  Q.  Do you remember who that was?
12  A.  Sergeant Tatum.
13  Q.  And why did Sergeant Tatum follow up with
14  you?
15  A.  He was saying, if I needed help, like,
16  counseling.  Then he asked, during the incident,
17  during the conversation, if, like, did I hear
18  anything out the way.  But his main focus was, like,
19  do I need help?  Have I done CPR on someone before?
20  Q.  Well, when he asked you, if you -- if there
21  was anything out of the way, as you put it, what was
22  your response to that question?
23  A.  I don't remember at that time.  We were
24  focused on me going to counseling.
25  Q.  How many times did you and Sergeant Tatum

Page 91

1  follow up about the incident?
2  A.  We had that one conversation.  I left to go
3  to mandate a couple weeks right after that.
4  Q.  Were you ever interviewed by anyone at the
5  Rockdale County Sheriff's Office about the incident?
6  A.  Interviewed?
7  Q.  Yes, ma'am.
8  A.  I spoke with Sergeant Tatum.  That was all.
9  Q.  You also spoke at Deputy Tracey's appeal of
10  her termination; correct?
11  A.  Oh, yes, sir.
12  Q.  So you talked with an investigator, you
13  think, sometime in the area of two hours after the
14  incident, right?
15  A.  Yes, sir.
16  Q.  You wrote a report at that time?
17  A.  Yes, sir.
18  Q.  Sometime later you talked with Sergeant
19  Tatum?
20  A.  Yes, sir.
21  Q.  Was that conversation in person or over the
22  telephone?
23  A.  It was in person.
24  Q.  Were you ever -- did you ever follow up by
25  email with Sergeant Tatum?

Page 92

1  A.  Yes.
2  Q.  So you had a conversation in person, was that
3  before or after you followed up by email?
4  A.  Before.
5  Q.  Then there was a follow up by email?  And
6  then at some point you testified at the -- at the
7  Merit Board appeal for Deputy Tracey?
8  A.  Yes, sir.
9  Q.  In between the email with Sergeant Tatum and
10  Merit Board hearing, did you talk to anyone else from
11  Rockdale County Sheriff's Office about the incident?
12  A.  No, sir.
13  Q.  Did you ever talk -- after the incident, did
14  you ever talk with Officer Gomez about what happened?
15  A.  No, sir.
16  Q.  So you talked to Deputy Tracey, but you
17  didn't talk to Officer Gomez?
18  A.  I'm confused.  You asked me, did we go over
19  the incident?  Once we all came back to work after
20  the incident, I made sure Gomez was okay, asking him,
21  like, did he need counseling?  Refer him to people
22  and -- but that was all.  Like -- and I didn't just
23  ask him.  I asked anybody who was around, like,
24  because it was traumatic.
25  Q.  Well, that's why I'm just -- I'm just trying

1   to figure out who all you might have talked to about
2   what happened.
3       A.   No, I mean -- okay.  I'm sorry.
4       Q.   You're fine.
5       A.   So, yes, most people in my shift, I ask them,
6   like, if they responded or anything, like, hey, do
7   you need to talk to anybody?  Even Lieutenant Daniel,
8   everybody had a conversation.
9       Q.   Okay.  So Lieutenant Daniel and Sergeant Hall
10  both responded, right?
11      A.   Yes.
12      Q.   And Nurse Sanchez responded?
13      A.   Yes.
14      Q.   Was there anyone else who responded?  So --
15  well, let me back up.  So we have you, we have Gomez,
16  we have Tracey; correct?
17      A.   Yes.
18      Q.   Sanchez?
19      A.   Yes.
20      Q.   Daniel Hall?
21      A.   Yes.
22      Q.   Did anyone else respond from your shift?
23      A.   Yes.  We called for additional deputies.  I
24  know Deputy Dieudonne was there, Deputy Sheriff
25  Little, other nurses.  It was, like, chaotic.

1       Q.   In terms of the follow up you were just
2   talking about, when you were saying that you were
3   asking if everyone was doing okay, if they had
4   counseling, was it primarily the people on -- who
5   were in booking on your shift that you were talking
6   to?
7       A.   No.
8       Q.   So, for example, you said Deputy Sheriff
9   little was there?  Did you talk to Deputy Sheriff
10  Little about it?
11      A.   Yes.
12      Q.   All right.  Was the substance of the
13  conversation you had with Deputy Sheriff Little,
14  mostly about whether or not Deputy Sheriff Little was
15  taken care of?  Is it himself?  I don't actually know
16  Deputy Sheriff Little.
17      A.   Yes, himself.
18      Q.   Okay.  And whether or not he was taking care
19  of himself?
20      A.   Yes.
21      Q.   Okay.  Did you talk about the events of that
22  evening, apart from whether or not people were
23  getting counseling, you know, as a result of the
24  events of that evening?  Did you talk to people about
25  the events that they saw or heard that evening?

1       A.   No, sir.
2       Q.   Okay.  And prior to -- no one from the
3   sheriff's office then reached out to you to -- prior
4   to the Merit Board hearing, but after you talked with
5   Tatum, no one reached out to you about what your
6   testimony would be at the Merit Board hearing?
7       A.   No, sir.
8       Q.   And as I understand it coming here today,
9   besides talking with your attorney, which I don't
10  need to know about, did you talk with anyone at the
11  sheriff's office about the substance of what happened
12  that night?
13      A.   I'm sorry.  Have I went over the incident
14  since?  Is that what you're asking me?
15      Q.   Correct.  In preparation for today.
16      A.   No, sir.
17      Q.   Do you still keep in touch with Monique
18  Tracey?
19      A.   No, sir.
20      Q.   Do you still have contact with Deputy Gomez?
21      A.   In passing.
22      Q.   When you say, in passing, how so?
23      A.   So I'm now assigned to uniform patrol.  So if
24  I bring someone into the jail, and he's there, I will
25  see him.  Other than that, no.

1       Q.   Okay.
2            MR. BUCKLEY:  I represent both of them,
3       so I've seen them together.  But, of course,
4       that's privileged.
5            MR. SMITH:  Sorry, I should have better
6       demarcated that.
7            MR. BUCKLEY:  I just want to make it
8       clear.
9   MR. SMITH:  (Resuming)
10      Q.   Okay.  It's quite the show back there.
11  During the Merit Board hearing that Deputy Tracey, or
12  excuse me, that Officer Tracey had, it was my
13  understanding that she had -- she told the Merit
14  Board that you were refusing to process Ezra Smith's
15  file that night; is that correct?
16      A.   I don't think --
17      Q.   Specifically she said that -- something along
18  the lines that you didn't want to deal with,
19  quote/unquote, his white privilege.  Does that ring a
20  bell?
21      A.   No, sir.
22      Q.   Okay.  So you didn't tell that to Deputy
23  Tracey?
24      A.   No, sir.
25      Q.   And you didn't tell Gomez to leave Ezra Smith

1  unprocessed until the next shift?
2      A.   No, sir.
3      Q.   And did you tell Ms. Tracey that you didn't
4  want to deal with Ezra because he'll cry 52?
5      A.   No, sir.
6      Q.   And 52 in the parlance of jail codes, means
7  what?
8      A.   Suicide.
9      Q.   All right.
10          MR. SMITH:  Let's go ahead -- I'm
11     nearing the end of questions I have, so let's go
12     ahead and take another small break so I can go
13     back through my notes.
14          (Whereupon, a break was taken.)
15          MR. SMITH:  It's 15:56, 3:56.  We're
16     going back on the record.
17  MR. SMITH:  (Resuming)
18      Q.   Before we close out, I do want to ask you, we
19  talked about what would happen if you decided to
20  institute suicide protocols at the jail when you were
21  working there.  Could a nurse institute suicide
22  protocols?
23      A.   Yes.
24      Q.   Okay.  In your experience, how did that look
25  different, if at all?

1      A.   So with the booking process -- or they --
2  sometimes they came up to us in the housing pod and
3  they be, like, hey, this person is going suicide
4  watch.  Or during booking, they'll come let us know,
5  like, hey, this person is going suicide watch.
6      Q.   Okay.  And so for a nurse then, they would
7  tell one of the officers?
8      A.   Yes.
9      Q.   That's what happens?
10     A.   Yes.
11     Q.   All right.  And then it would be up to the
12  officer then to complete the protocol?
13     A.   Yes.
14     Q.   And one thing that I don't think we've talked
15  about, and I wanted to make sure that I understood.
16  In the information you get, you know, as someone is
17  being brought into the jail, if they were previously
18  diverted from jail to go to the hospital, say, would
19  that be information you would get on their return?
20     A.   Only if they went to the hospital prior to
21  coming into the jail at that moment.
22     Q.   Well, explain more, and maybe that will --
23  make sure we're on the same page.
24     A.   So if someone's coming in the sallyport, and
25  the nurse asks questions, hey -- been in an accident

1  or anything?  If they have, she'll divert them to the
2  hospital.  They'll bring back paperwork saying that
3  they were cleared from the hospital.  But if they've
4  come, say, today, and then they weren't allowed in a
5  jail, and then they came back two weeks later, those
6  are two different -- separate times.  It's not
7  necessarily, like, oh, he won't come back because he
8  wasn't allowed back last time.
9      Q.   Okay.  So, yeah, I guess specifically what
10  I'm kind of interested in is, if Mr. Smith had been
11  in psychiatric care immediately prior to being
12  brought into the prison, is that something that would
13  have come along with him in terms of things you have
14  known about when he's brought into the facility?
15     A.   No, sir.
16     Q.   Okay.  And I think we talked about this, but
17  just to make sure that I'm clear on this, for anyone
18  who comes into the jail who had prior incidents in
19  the jail, when would you learn about those prior
20  incidents?
21     A.   When they're booked in.
22     Q.   Okay.  So during the booking process?
23          COURT REPORTER:  I just need an audible
24  answer.
25          THE WITNESS:  Yes.  Sorry, yes.

1          MR. SMITH:  That's good.  I do it all
2  the time.  That's how we normally talk.  All
3  right.  That is all the questions I have for you
4  right now.  I may have some on redirect at some
5  point here, but I know the other attorneys have
6  a couple questions for you, as well.  Thank you
7  again for your time this afternoon.
8          MR. VEAL:  I don't have any questions.
9          WAYMIRE:  This attorney doesn't have any
10  questions.
11          MR. BUCKLEY:  No questions.
12          MR. SMITH:  Look at that.  You're out
13  clean free.  So that concludes the deposition
14  today.  It's four o'clock.  Thank you, Ms.
15  Jackson.
16          COURT REPORTER:  I just want to make
17  sure I get the orders on the record.  Did you
18  want this typed?
19          MR. SMITH:  Yes, we'll take an
20  electronic copy.
21          COURT REPORTER:  And did you want a
22  copy, as well?
23          MR. VEAL:  E-tran with exhibits.
24          COURT REPORTER:  Did you want a copy,
25  Mr. Buckley?

## Page 101

MR. BUCKLEY:  I do.  And I want exhibits and there's two that aren't on here.  And I would also like a hard copy with the mini with the index of terms, you know, the glossary in the back.

(Whereupon, the proceedings were concluded at 4:00 p.m.)

- - -

## Page 102

J U R A T

_____
SHENEQUA JACKSON

_____
Notary Public

Sworn and Subscribed to me

This _____ day of _____.

## Page 103

CERTIFICATE

GEORGIA:
FULTON COUNTY:

I hereby certify that the foregoing deposition was stenographically recorded by me as stated in the caption, and the colloquies, questions and answers were reduce to typewriting under my direction; that the foregoing transcript is a true and correct record of the evidence given.

The above certification is expressly withdrawn and denied upon the disassembly or photocopying of the foregoing transcript, unless said disassembly or photocopying is done under the auspices of BULL AND ASSOCIATES, INC., Certified Court Reporters, and the signature and original seal is attached thereto.

I further certify that I am not a relative, employee, attorney or counsel of the parties, nor am I a relative or employee of such attorney or of any party, nor am I financially interested in the outcome of the action.

This 28th day of August, 2025.

_____
EMILY LANDRY
Certified Court Reporter
5754-6869-9805-2864
My Commission expires March31, 20206

## Page 104

DISCLOSURE

Pursuant to Article 10.B of the Rules and Regulations of the Judicial Council of Georgia, I make the following disclosure:

I am a Georgia Certified Court Reporter. I am here as a representative of BULL AND ASSOCIATES, INC.

Bull and Associates, Inc. was contacted to provide court reporting services for this deposition. Bull and Associates, Inc. will not be taking this deposition under any contract that is prohibited by O.C.G.A 9-11-28 (c)., O.C.G.A. 15-14-37(a) and (b).

Bull & Associates, Inc. has no contract/agreement to provide reporting services with any party to the case, any counsel in the case, or any reporter or reporting agency from whom a referral might have been made to cover this deposition.

Bull & Associates, Inc. will charge its usual and customary rates to all parties in the case, and a financial discount will not be given to any party to this litigation.

OFFICIAL CODE OF GEORGIA ANNOTATED 15-14-37

(a)    Contracts for court reporting services, not related to a particular case or reporting incident, between a certified court reporter or any person with whom a certified court reporter has a principal and agency relationship and any attorney at law, party to an action, or party having a financial interest in an action, are prohibited. Attorneys shall not be prohibited from negotiating or bidding reasonable fees for services on a case-by-case basis.

(b)    In order to comply with subsection (a) of this Code Section, each certified Court Reporter shall make inquiry regarding the nature of the contract for his or her services directed to the employer or the person or entity regarding said Court Reporter's services as an independent contractor.

## A

**a.m** 3:11 20:5 44:4 88:2
**able** 12:8 35:21 53:8 65:14 72:16
**absolutely** 34:10 36:1
**accident** 25:18,19 98:25
**accolades** 23:13
**Act** 1:13
**action** 1:4 83:3,8,19 84:8 103:20 104:20,21
**actions** 22:25
**activities** 18:18
**add** 39:21 48:12
**added** 17:2
**adding** 59:22
**additional** 24:3 27:6 93:23
**address** 68:6
**administrative** 26:15,16,17 27:1
**admitted** 25:21,23 26:5
**advice** 17:8
**affidavit** 25:16 41:23
**afternoon** 4:11 100:7
**agency** 55:3 104:13 104:20
**agreement** 1:14
**ahead** 12:17 22:9 34:3 40:11 97:10 97:12
**ahold** 86:5
**al** 1:6
**alarm** 72:8,9,10
**allowed** 99:4,8
**amend** 57:16
**amount** 9:17
**angle** 30:11 35:2 37:3
**annex** 50:6
**ANNOTATED** 104:18
**annoy** 72:12

**answer** 21:23,25,25 53:8 70:21,25 78:3,4 81:15 84:23 99:24
**answers** 79:14 103:8
**ANTONIO** 2:13
**anybody** 9:2 73:5 73:20 74:17,20,24 75:6 89:25 92:23 93:7
**anymore** 11:19
**anyway** 48:16
**apart** 28:13 94:22
**apologize** 5:24 14:7 24:23 36:2 63:11 64:10
**appeal** 91:9 92:7
**appearance** 69:6,8 69:12,20,25 70:7
**APPEARANCES** 2:1
**appeared** 69:7
**applied** 22:19
**apply** 23:12
**April** 7:24
**arc** 59:13
**area** 3:12 27:5,8,18 30:8 32:12 33:6 34:15,24 35:16,23 36:4 50:20 52:10 52:16 56:1 61:17 62:10,23,23,23,24 63:16,17 64:12 65:15 66:21 67:3 71:19,23 87:5,7 91:13
**arguing** 78:6
**arrested** 68:9
**arrived** 68:8,9
**Article** 104:3
**artist** 36:6,7
**aside** 60:19
**asked** 14:7 61:4 73:5 88:7,19 90:16,20 92:18,23
**asking** 5:10 17:7 31:25 32:21 41:14 46:17 48:3 71:2

79:9 82:21 92:20 94:3 95:14
**asks** 98:25
**aspect** 23:4
**assigned** 17:24 19:3 25:6 49:4 59:6,7 61:6 62:6 78:24 95:23
**assignment** 59:12
**assist** 18:6 48:25 49:13 66:21
**assisted** 61:11
**assisting** 62:11,12 62:15
**Associates** 1:23 103:14 104:6,7,8 104:11,15
**Association** 10:15
**assume** 25:2 65:16
**Atlanta** 1:2,17 2:14 2:18
**attached** 4:2 103:15
**attempt** 70:19 71:6 89:5
**attempted** 53:17 56:24 88:24 89:3
**attempts** 81:6
**attention** 25:23 81:2
**attorney** 2:3,9,13 2:17 6:13,23 7:2,9 95:9 100:9 103:18 103:19 104:20
**attorneys** 2:8 100:5 104:21
**ATW** 54:20,22 55:4,7,11
**ATWs** 56:17
**audible** 23:19 99:23
**August** 1:18 19:19 19:19 103:21
**auspices** 103:14
**available** 16:20
**Ave** 2:3
**aveal@huffpowe...** 2:15
**Avenue** 1:24

**awards** 23:13

## B

**b** 104:10,23
**back** 11:3 12:25 17:1 41:7 42:12 42:22 46:20 51:8 52:3 53:4 59:25 61:1 62:5 65:17 66:3 67:21 71:7 73:8,16 78:6,18 79:24 80:2 81:4 84:8 88:5 92:19 93:15 96:10 97:13 97:16 99:2,5,7,8 101:5
**background** 7:16
**bad** 51:6,7
**bag** 24:17 42:14
**BAILEY** 2:12
**bang** 76:15
**banging** 76:12,13 76:21,22
**bank** 33:14 53:13
**banks** 32:4
**based** 21:18 22:5 62:8
**basic** 41:21 42:10 68:4
**basically** 22:13
**basis** 104:22
**becoming** 12:1
**bed** 27:24 28:1
**bedding** 27:25
**beeping** 72:11
**befuddled** 36:1
**began** 80:11
**beginning** 14:12,15 16:1
**behalf** 1:10 2:2,8 2:12,16
**behavior** 76:11
**believe** 18:14 19:7 19:9 22:10 64:14 80:12 86:4 87:22
**bell** 96:20
**belongings** 24:16
**best** 5:12 12:24 14:12 72:19 76:5

**better** 6:11 66:14 96:5
**beyond** 35:15
**bidding** 104:21
**big** 25:2
**bigger** 65:11
**birth** 42:10 68:6
**bit** 5:20 7:16 24:2 41:11 53:18 65:11 65:18,18
**black** 63:23
**blanket** 84:14
**blue** 46:4
**blurry** 63:10 64:10
**Board** 92:7,10 95:4 95:6 96:11,14
**body** 44:5
**bond** 70:8
**bookcase** 45:11,21
**bookcases** 44:18
**booked** 24:6 47:11 99:21
**booking** 3:12 13:24 15:5,7,12,22,24 16:16 17:5,5 18:1 18:23,25 20:17 21:5 24:5 25:8,16 26:1,3,8,14,15,17 26:20,21 27:2,2,5 27:12,17,23 28:4 28:5,12,19 29:1 29:18,20 30:8 31:5 32:3,12 33:6 33:18,19 34:17,25 35:9,23 36:4,5,22 38:18,23 39:9,16 40:2 41:12,19 42:4 43:6 48:2,3,7 48:14,20 49:2,4,5 49:15 50:20 51:8 51:24,24 52:8,9 52:15,16 53:20 54:4,7 56:1,3,10 56:16 57:11,12,13 58:1,4 59:5,6,14 61:15,17 62:10,11 62:12,15,23,24 63:17 66:21 67:3 67:10,19 68:12

71:8,18,23 72:1
74:15 76:2,7
81:22 85:2,14,15
86:11,20 87:5
94:5 98:1,4 99:22
**bookings** 68:15
**bottom** 61:23 63:18
68:23
**box** 29:13 35:1 84:4
**boy** 72:21 73:3 74:6
**break** 6:6,8 21:10
21:13,14,15 47:19
52:25 53:2 66:18
97:12,14
**breaks** 6:7
**briefing** 20:8,10,14
20:20
**briefly** 24:5
**bring** 85:14 95:24
99:2
**brings** 24:7
**broad** 70:23
**brought** 24:24
67:20 75:24 98:17
99:12,14
**Buckley** 1:16 2:16
2:17 5:15 13:6,10
21:22 22:9 33:24
34:7,11 37:18,23
38:10 43:11 44:22
44:24 47:19 57:18
58:9,16 59:9
61:22 63:5 64:1
64:20,24 65:3
70:20,23 73:23
78:4 96:2,7
100:11,25 101:1
**Buford** 2:10
**Building** 2:10
**Bull** 1:23 103:14
104:6,7,8,11,15
**busy** 54:10,12,13
54:14,18 56:4
58:22
**button** 28:23 71:13
72:4,7,13,15,20
80:21

**C**

**c** 2:9 4:3 104:10
**call** 18:17,18,23
25:9 26:18 43:16
44:2,17 48:10
53:12 63:16 64:4
66:6,24 86:11,15
87:11
**called** 4:7,17 7:4
23:16 34:24 37:8
48:22 54:20 57:6
93:23
**calling** 65:1 67:12
**calls** 53:8
**cam** 3:11,12 63:17
64:3,7
**camera** 28:2 32:19
32:25 33:1,22
34:20,21 35:8
43:9 44:5 61:18
**cameras** 28:3 41:11
50:20,21 51:1,10
52:6 61:19 79:25
**caption** 103:7
**car** 25:19
**card** 24:10 42:3,8,9
42:12,18,19,25
46:19,20 68:5
76:1
**care** 94:15,18 99:11
**career** 23:6,7
**carry** 12:8
**case** 4:14 52:8
104:12,12,16,19
**case-by-case**
104:22
**causes** 60:2
**cell** 3:10 12:9,10
19:1,1 24:17,18
24:21 27:20,21,24
28:2,19,20 38:1,5
38:25 39:2,8
41:18 42:3,8 46:7
46:20 48:9 51:24
54:16 58:21,25
65:25 66:9 67:20
68:5 71:8 72:23
73:1,2,4,7,12,13
73:14,18,21 74:3
74:9,10,10,17

75:5,7,10,18
76:10,11 79:25
80:2,15 81:23
82:17 83:25 84:4
84:12,20,25 85:8
85:10,16,19 87:1
87:8
**cells** 27:2,3,9,13,15
27:16,17,17,19,22
27:23 28:3,8,10
28:11,12,17,19 29:2
29:3,18,20,24
30:3,24 31:11
36:17 37:8,8,11
37:13,14 39:11
40:1,25 50:20
53:13 58:2 86:3
**center** 30:21 38:18
**certain** 18:15 62:13
**CERTIFICATE**
103:1
**certification**
103:11
**certified** 1:15 10:18
103:14,23 104:5
104:19,19,23
**certify** 103:6,17
**chain** 16:1,15,19
**chance** 64:13
**changed** 18:14 42:7
**chaotic** 54:9 93:25
**charge** 15:15 16:25
104:15
**charges** 16:22
55:16
**check** 80:2 84:15
**checks** 12:10,10,12
52:16
**Christopher** 1:16
2:16
**Civil** 1:4,13
**claim** 82:4
**Clairmont** 1:16
2:17
**clarify** 73:25 81:15
84:23
**classroom** 11:1
**clean** 100:13
**clear** 60:5 76:15

77:24 96:8 99:17
**clearance** 60:9
**cleared** 99:3
**close** 47:21 57:11
97:18
**closer** 57:23
**closest** 32:18
**clothes** 64:15
**code** 46:1 104:18
104:23
**codes** 97:6
**colloquies** 103:8
**color** 45:23 46:1
**come** 7:12 12:19
18:9 21:15 25:10
25:15 41:19 42:2
48:9 52:13,18
53:19 55:16 63:12
67:21 85:17,22
87:1 98:4 99:4,7
99:13
**comes** 42:6 69:15
99:18
**coming** 4:11 6:19
19:11 20:12,22
43:13 55:24 56:9
60:3 79:16 95:8
98:21,24
**command** 16:1,15
16:19
**commanding** 21:19
**commencing** 1:17
**Commission**
103:24
**commit** 89:4
**committed** 71:15
**committing** 27:13
82:10
**comparable** 10:24
**complete** 9:9 60:21
98:12
**comply** 104:23
**computer** 31:6,12
31:20,21 32:6
33:15,20 34:19
35:3,14 41:13,19
46:16,22,25 50:24
51:9,22 52:1
53:12 68:20 76:14

**computers** 32:3,4
32:24 33:14,18,19
35:14 36:5 39:16
39:23 53:10 61:15
71:23
**concluded** 101:7
**concludes** 100:13
**conduct** 12:20
20:24 21:1 48:10
52:14
**conducted** 12:7
**conducts** 8:21
18:23 20:9 69:16
**confused** 92:18
**confusing** 25:14
39:7
**connect** 28:23
**consider** 17:13
**considered** 17:13
**consists** 60:6,7
**construction** 39:21
**consult** 21:6
**contact** 42:11 68:10
86:17 95:20
**contacted** 104:7
**context** 27:11
**contraband** 12:12
23:18 24:10,13
**contract** 104:9,24
**contract/agreem...**
104:11
**contractor** 104:25
**Contracts** 104:18
**control** 51:12,21,23
**conversation** 4:20
5:21 77:8 90:17
91:2,21 92:2 93:8
94:13
**conversations** 4:23
**copy** 13:8 100:20
100:22,24 101:3
**cord** 29:9,10,12
80:8 84:4 85:1
**corner** 39:3 63:18
65:9 68:23
**Corporal** 15:3,20
16:18
**correct** 8:5 10:2
14:22 18:1 26:9

27:2 35:10 36:22
38:2 46:9,22
48:21 49:23 53:9
62:6 65:5 66:15
71:12,22 73:18
75:2,5,16 84:1,21
88:19 91:10 93:16
95:15 96:15
103:10
correctional 19:17
corrections 10:7
22:8 23:1,14
77:13
correctly 41:25
57:22 71:21 78:8
83:17
Council 104:4
counsel 2:1 4:18
103:18 104:12
counseling 90:16
90:24 92:21 94:4
94:23
counselor 88:11,22
count 52:9,11,12,14
52:19,22
counts 52:19
County 7:20,23
10:1 23:8 55:6
69:1,2 81:9 91:5
92:11 103:4
couple 5:1 11:18
14:8,25 32:7
65:22 91:3 100:6
course 29:8 52:19
96:3
courses 19:24
court 1:1,15,23
5:17,25 23:19
69:6,7,9,20,25
70:6,7 99:23
100:16,21,24
103:15,23 104:5,7
104:18,19,19,23
104:25
courtroom 69:11
69:13 70:1,9
cover 104:14
covers 29:12
coworkers 17:10

79:8
CPR 80:11,12
90:19
created 46:24
criminal 60:10
68:14
cross- 1:11
CROSS-EXAMI...
4:9
cry 97:4
current 12:18
Currently 7:19
customary 104:15
cut 88:16

D

D 4:3
daily 18:18
damn 36:8
Daniel 13:1 15:2,21
57:8,23 86:13
93:7,9,20
dashes 3:22
date 11:11 14:11
42:10 68:6,8
dates 13:25 14:10
day 12:19 18:17
49:7 63:12 64:17
70:2,5,12 87:19
88:2 102:18
103:21
de 1:24 2:3
deal 88:22,23 96:18
97:4
Decatur 1:24 2:4
decide 19:13 86:21
87:2
decided 89:4 97:19
Defendant 1:7 2:8
defer 16:24
demarcated 96:6
denied 103:12
Department 10:5
10:21 19:6
depending 55:18
depends 22:19
30:10 46:13 60:14
60:16 67:9 85:2
86:10

depicted 34:16
deposed 4:8
deposition 1:10,23
4:18 6:15,17,25
100:13 103:6
104:8,9,14
deputies 13:25 18:5
59:4 93:23
deputy 1:5 4:12
7:19 8:2 9:21,21
18:25 19:2,16,18
21:2,8 24:1 28:24
28:25 48:18,19
49:8,11,12 50:11
50:13 53:23 59:2
59:2,6,7,18,19
60:14,16,22,25
61:2,7,9 62:2,5,13
63:21,22,22 65:23
65:24 66:20,24
67:11,14 68:24
73:10,10 77:3,4,5
78:15,19 79:3,20
79:24 83:3 87:15
88:3 91:9 92:7,16
93:24,24 94:8,9
94:13,14,16 95:20
96:11,22
describe 26:13
28:16 29:5 30:8
30:13 31:15 44:10
58:1 60:25 76:13
described 79:23
description 3:7
42:12
designation 44:5
desk 35:13
detention 8:2,12
10:10 11:6
determine 82:2,7
detox 26:19
Deyton 10:10
dialogue 3:24
Dieudonne 93:24
difference 26:13
50:1
different 8:11,23
9:22 11:25 14:21
15:19 27:23 31:1

45:23,23,24 47:24
54:20 55:1,17
56:2 84:12 85:10
85:19 97:25 99:6
differently 8:16
82:13
difficulties 79:19
dips 44:12
directed 89:19
104:24
directing 21:24
direction 103:9
disassembly 103:12
103:13
disciplinary 22:25
disclosure 4:1
104:1,4
discount 104:16
discovery 1:11
discretion 81:13,14
82:1,2,7 83:19
85:3
discussion 13:11
display 29:15
distance 41:4
distinguishes 27:16
distort 41:11
DISTRICT 1:1,1
divert 99:1
diverted 98:18
DIVISION 1:2
document 3:8
13:17
documents 6:22,24
67:22
doing 7:8 12:9,13
12:21 13:5 23:7
31:23,25 32:21
36:8 38:4 41:8
50:6 52:9,16
53:19 54:8 59:4
59:16 61:10 66:6
69:12,13 76:16
77:5 87:9 88:19
94:3
door 24:8 51:20
76:12,15 77:6,7
78:16
doors 50:25 51:9

51:23,24
dorm 12:8
draw 36:1 40:11
drawing 3:9,10
drawings 53:6
80:13
dress 55:19,20
dressed 24:14,15
drew 39:4
drop 44:19
drops 25:15
duly 4:7
duplicating 38:9
duties 11:25 12:19
48:3,14
duty 17:25 18:3,4
63:12

E

E 4:3,3
E-tran 100:23
earlier 14:7,25 16:5
63:7 70:15 80:14
early 83:10
easier 13:4 43:17
eight 39:11 40:2
58:2
eight-and-a-half
42:20
either 10:11 51:25
electronic 51:20
100:20
eleven 42:20
ellipsis 3:23
email 91:25 92:3,5
92:9
emergency 42:11
47:2,3,5 68:10
Emily 1:15 103:22
employee 103:17
103:19
employer 104:24
encased 40:15
encouraging 23:9
enemies 79:8
enforcement 10:2
55:3
enlarged 65:18
ensued 13:11

ensure 25:21
entail 18:4
entered 41:12
entering 46:25
entity 104:24
escort 49:16
essentially 12:10 32:5
established 84:3
estimate 60:12 80:17
et 1:6
evening 14:21 56:7 66:18 67:15 86:3 90:1 94:22,24,25
events 70:18 88:13 89:2 94:21,24,25
everybody 43:24 73:3,5 93:8
everything's 45:15
evidence 103:10
exact 11:11
exactly 64:14 71:20 84:18
examination 1:12 3:1,4
examined 4:8
example 49:2 94:8
Excellent 39:7
exchange 79:22
excuse 10:14 60:3,3 69:1 96:12
exhibit 13:13,16 36:14 38:13,17 43:16,19 44:3 57:18,19,21 59:9 61:16 62:8,25 64:2,4
exhibits 3:6,7 32:9 40:6 41:8 50:23 53:5 100:23 101:1
experience 9:2 22:15 26:8 82:15 82:16 97:24
experienced 16:7,7 17:11,14,20 50:2
expires 103:24
explain 13:22 36:11 98:22

expressly 103:11
extreme 38:19
Ezra 1:2 4:14,15 7:5 11:14 20:13 56:24 69:2 70:4 73:4 75:17 96:14 96:25 97:4

——— F ———
face 39:10
faces 39:11 40:1 53:13
facilitate 49:17
facility 10:10,25 12:6 15:18 18:7 19:8,9,14 49:18 55:24 68:2,7 99:14
fact 46:18 65:10 89:8
fair 25:20
familiar 26:25 50:9
far 16:21 33:2 35:6 46:12 80:14,16
fast 63:14
faster 65:2 81:3
fault 14:9
feature 28:6
features 27:22
feedback 22:21
feel 48:16 81:18,21 83:22
fees 104:22
felt 83:18
field 34:18
figure 13:4 16:14 93:1
figured 83:9
file 1:4 42:1 67:15 67:16,18,19,19,21 81:4 83:12 96:15
files 44:19 58:25 59:15
filing 44:12
Filipovitz 2:2 4:13
fill 24:10
film 44:6
finally 45:22
financial 104:16,21

financially 103:19
find 43:14 58:9 62:18 79:13 80:7
finding 23:16
fine 7:7 25:2 34:2 39:5 40:11 41:6 46:3,6 58:7,18 93:4
fingerprint 61:17 87:7
fingerprinting 60:6 61:11,14 62:2
finish 12:16
first 4:7 5:1 7:22,25 10:2,20 15:25 24:24 29:23 48:11 52:13 55:12 66:25 69:6,8,12,18,20 69:24 70:6 74:11 78:9 80:12 85:19
fit 40:7 85:11
five 28:12 29:20 85:8
fixing 74:7
focus 90:18
focused 11:4 38:1 59:16 90:24
folder 15:16 42:4 42:25 43:2 45:3,5 45:16 46:15,21,21 46:25 55:15 59:17 59:25 60:2,4,6,11 60:13,20,21 68:19 75:24
folders 43:5,8,10 44:8,16 45:13,22 45:23 46:4 59:21 59:23
folks 11:20 14:4 15:1 16:23 22:16 26:6 27:1,5,13 37:11 47:11 62:19 78:25
follow 90:8,13 91:1 91:24 92:5 94:1
followed 84:7 90:6 92:3
following 3:22 83:4 84:9 104:4

follows 4:8
food 18:7
footage 43:9
foregoing 103:6,9 103:12
forget 22:5 24:23
forgot 19:5
form 21:22 70:21 78:2
formalities 1:14
formalized 34:4
forms 35:1 60:8,10
forth 78:6
forward 23:4 63:14 70:17
found 23:15 80:4
four 54:17 100:14
frame 44:8
free 100:13
frequently 84:17
fresh 38:8
front 45:10,19
full 42:19
FULTON 103:4
functioning 15:8
further 103:17
future 23:5

——— G ———
G 4:3
Ga 1:17
GCIC 31:6,12,19 31:21 32:6 33:15 33:20 34:19 35:3 35:14,20 36:5,21 40:14,21 55:13,23 57:14 60:10
general 26:5,9,14 42:11 45:6 46:8 50:17 60:5,9 68:1
generally 39:25 41:7 47:25 88:21
gentleman 66:11 75:10
Georgia 1:1,13,24 2:4,10,14,18 10:14 11:2 103:3 104:4,5,18
getting 22:21 24:15

47:21 55:5 60:4,5 73:7 88:10 94:23
give 5:11 36:2 38:8 42:11,18 45:14 65:13
given 8:23 25:4 42:1 84:14 103:10 104:17
gives 13:25,25
glass 76:15
glossary 101:4
go 5:10 10:12,20 11:11 12:17 13:3 15:13,17,20,25 16:17,19 18:6 20:4 21:13 22:9 22:20 26:5 31:5 34:3 35:6 40:11 45:1 46:8 47:16 49:14 50:23 52:25 53:4,21,22 55:14 58:13 59:14 60:5 60:9,11 66:3 74:9 74:9,17 76:23 77:1,3,6 81:4 86:7 86:8,13 87:2,6,10 87:13 91:2 92:18 97:10,11,12 98:18
goes 19:1 24:6 37:2 40:18 71:22
going 5:9,17 6:9,19 11:4 16:5,6 22:17 23:5 27:1 30:12 32:8,9 34:13 35:25 38:11 40:5 41:19,22 44:2 45:6 48:16 49:1 49:15 54:17 55:2 55:6,7 60:20 62:22 64:1,22,22 65:15,16 67:10,25 68:1 70:17,20 72:21 74:22 76:24 77:1 80:22 88:23 90:24 97:16 98:3 98:5
Gomez 59:3,4,6,19 60:22,25 61:2,7,9 62:2,13 63:21,22

63:23 73:10 75:13
92:14,17,20 93:15
95:20 96:25
**good** 4:11 22:4,11
26:11,11 38:4
49:7 55:20,22
61:2 100:1
**gown** 84:14
**gowns** 87:7
**gray** 42:16
**great** 6:12 66:17
**grew** 6:1
**group** 74:13
**guess** 15:7 16:14
40:19 59:12 70:10
99:9
**guidelines** 81:10
**guy** 71:13,14 74:21
80:22
**guys** 64:23

**H**

**Hall** 9:21,23 13:1
15:3,20 16:18
66:12 93:9,20
**hallway** 38:20
**halting** 3:23
**hand** 32:14 35:19
44:15 63:18 65:9
68:23
**handle** 17:8
**hanging** 34:23
**happen** 18:16
46:11 69:9 85:11
97:19
**happened** 7:4 14:9
14:14 53:16 79:23
84:10 88:3,6,13
92:14 93:2 95:11
**happening** 20:22
32:17 54:15 66:6
76:19
**happens** 25:11,12
31:10,15 39:20
98:9
**happy** 6:7 16:9,11
73:25
**hard** 33:24 80:7
101:3

**hazards** 85:20
**he'll** 97:4
**head** 5:3 14:10
52:12,14
**health** 25:22 81:6
**hear** 5:16 16:10
67:7 72:20 76:21
76:22 77:11 90:17
**heard** 71:12,17
72:25 74:18,21,25
81:11 83:2,20
84:9 89:25 94:25
**hearing** 69:16 83:4
92:10 95:4,6
96:11
**height** 68:6
**held** 44:15
**help** 6:19 7:3 38:16
50:4 62:16,16
65:18 80:3 88:11
90:15,19
**helpful** 26:6,24
33:23 41:9 50:16
62:19,21 79:13
**helping** 61:13 62:2
**Hensel** 1:16 2:16
**hey** 45:13 47:7
56:17 82:18 85:7
85:8 93:6 98:3,5
98:25
**highlighter** 65:6
**hired** 7:22
**histories** 68:13
**history** 60:10 68:14
81:5
**hit** 71:12 72:12,15
72:20
**holding** 3:10 24:18
24:21 27:3,17
28:11 38:1,5,25
39:2 41:18 42:3,8
46:19 58:21,25
67:20
**holds** 55:13,19
**home** 55:6
**honest** 62:20
**hospital** 25:24
98:18,20 99:2,3
**hour** 48:9 52:24

60:15,21
**hours** 74:15 90:4
91:13
**housed** 26:19 48:7
87:8
**houses** 26:17 35:13
**housing** 13:24
26:18 27:12 31:12
37:13 48:7,18,19
49:14 50:15 85:2
87:9 98:2
**HUFF** 2:12

**I**

**identification**
13:14 36:15 38:14
43:20 61:20 63:1
**identifies** 42:14
**identify** 65:14
**illness** 81:6
**immediate** 19:10
**immediately** 99:11
**impression** 22:7
**incident** 4:16 7:5
11:13 12:7 14:13
14:14 20:12 70:13
70:14 74:4 75:1,2
75:3,7 81:20
82:21 87:13,14
88:13 89:12,14,15
89:17,19,24 90:4
90:9,16 91:1,5,14
92:11,13,19,20
95:13 104:19
**incidents** 99:18,20
**independent**
104:25
**index** 3:1,1,6 101:4
**indicate** 3:22,23
**individual** 63:17
**individually** 22:19
**individuals** 65:25
**information** 41:21
42:10 46:16 47:10
61:12 68:4,11,19
75:23 80:23 81:11
98:16,19
**initial** 25:11
**initially** 17:24

**initiate** 85:12 86:21
**initiating** 86:16
**inmate** 18:5 46:15
50:11,12 59:5
65:5 71:12 81:19
86:22
**inmates** 18:8 47:1
48:5,6,7 49:18
53:24 54:2 59:15
81:17
**input** 41:14,17,20
46:21 68:17
**inputted** 24:18
**inputting** 15:14
**inquiry** 104:23
**inside** 23:17 24:11
24:16,17
**institute** 97:20,21
**instructing** 70:25
**intentional** 3:22
**interact** 26:2 72:3
**interacting** 56:25
**interactions** 21:18
22:6
**intercom** 28:14,19
71:9,13,22 72:1,5
72:20 74:5,6 75:3
75:7 80:21
**intercoms** 30:1,3
**interest** 104:21
**interested** 99:10
103:20
**interject** 83:23
**interrupt** 58:17
**interruption** 3:23
**interviewed** 91:4,6
**investigator** 89:21
90:2,5 91:12
**involved** 8:4 52:9
85:5
**ISD** 49:24 50:3,3
50:10,15,16
**issue** 16:18
**it'll** 61:12
**itemize** 42:18,23
**items** 85:19

**J**

**J** 102:1

**jacket** 42:17
**Jackson** 1:10 2:16
3:3 4:6,12 44:7
100:15 102:7
**jail** 10:6,7 11:5,7
12:1,6 14:22
16:16 19:17 21:21
22:8 23:17 24:7
24:10 26:8,12
35:21 50:7,14
54:24 61:7 68:15
69:3,10,15 95:24
97:6,20 98:17,18
98:21 99:5,18,19
**jailer** 10:18 23:23
**JAMES** 2:6
**james@slater.legal**
2:7
**JASON** 2:9
**Jason@wmwlaw...**
2:11
**JFIT** 12:5,6,18
**job** 52:5
**Joined** 78:4
**joking** 80:25 81:24
82:22
**JTO** 12:1
**judge** 69:14,15
70:7
**Judicial** 104:4
**July** 14:5,9,11
19:23 61:1
**jump** 52:3 71:6
**jumpsuit** 84:13
**jumpsuits** 65:6
**jurisdictions** 37:12
**Justice** 10:6,22
19:6
**Juvenile** 10:5,21
19:6

**K**

**keep** 95:17
**keeps** 72:11
**kept** 44:8 87:8
**key** 34:22 51:21
52:1 80:4
**keys** 34:23 44:16
45:18

khaki 63:23
kill 72:21 74:7,22
  80:22
kind 7:16 9:10
  10:17 15:12 18:17
  21:5 24:3 42:1
  60:17 68:4 77:14
  99:10
kitchen 17:25 18:3
  18:4,5,6,8,9,12,13
  20:17 53:22,23,25
  53:25 54:2
kitchenette 35:16
  37:4 40:19 51:5,6
kneeling 80:5
knew 54:17
know 5:10,19 6:6,8
  6:13 7:10 11:21
  18:13,15,17 20:1
  23:25 26:7,7
  32:20 34:1 37:10
  39:24 44:7,17
  47:14 53:18,24
  54:11,13 55:9
  56:10,12 61:5
  62:20 64:13 65:9
  66:17 68:3 69:23
  72:6 73:6,10 75:9
  75:20 77:9,12
  79:14,19 80:7,13
  80:16 85:7,16
  86:12 93:24 94:15
  94:23 95:10 98:4
  98:16 100:5 101:4
knowledge 76:6
known 99:14
knows 47:11

L

L 40:15
label 38:12
labeled 13:16 44:7
  62:23
Landry 1:15
  103:22
large 51:2
laughing 73:3,4
  81:24 82:22
law 2:3,8,9,13,17

10:2 55:3 104:20
layout 30:7
learn 20:21 99:19
learned 6:2
leave 19:13 25:1,17
  55:22 86:22 87:3
  87:8 88:1 96:25
led 70:19 71:6
ledge 45:10
Lee 2:9
left 32:14 34:8 35:4
  45:18 91:2
legal 2:6 21:24
  70:24
Leon 1:24 2:3
let's 13:3 30:12
  36:12 37:5 41:7
  44:3 47:18 52:23
  52:24 56:17 73:8
  87:13 97:10,11
level 59:13
Lickliter 15:3,4,13
  15:24
lieutenant 8:22
  13:1 15:2,20
  20:11 57:7,23
  58:12 86:12 93:7
  93:9
light 28:22
line 3:8 74:8
lines 5:4 9:3 84:8
  96:18
lineup 13:20,21,22
  13:23
list 14:4 15:1 17:1,3
  17:3 42:22 47:13
  48:13
listed 14:11 15:5
  20:16
listing 36:18
litigation 104:17
little 5:11,19,20
  7:15 24:2 35:16
  41:11 52:24 53:18
  65:2,11,18,18
  93:25 94:9,10,13
  94:14,16
LLC 2:2
located 27:12 28:17

28:20,25 29:3,4
  31:7,12 39:18,25
  42:15 50:13,15
  52:4 53:12 57:9
  58:25 71:18 76:18
location 41:10
lock 51:21
log 21:6
long 5:10 8:7 9:15
  19:5 48:15 60:12
  60:18,19 69:19
  74:10 75:20 76:2
  76:7,16 78:19
  81:23 89:15
longer 18:13 22:17
  79:5
look 13:7 14:20
  15:16 17:21 28:17
  29:5,7 30:6,12
  33:20 35:4 36:12
  39:1 45:17 81:4
  97:24 100:12
looked 83:11
looking 15:1 17:1,2
  17:24 23:4 30:10
  33:20 35:3,8
  38:17,25 39:10
  40:1 45:16 60:18
  79:25
looks 13:7 28:21
  38:19 40:14 62:20
  65:22
lost 84:13
lot 26:8 33:25
  48:14 58:20 60:10
  61:4 67:10
loud 67:9 72:10,11
  77:14
louder 5:20
lowest 16:17

M

M 2:6
ma'am 32:23 48:4
  67:17 91:7
machine 24:11
  61:18
main 90:18
maintained 43:5

making 59:15 60:7
  60:8 63:2
mandate 23:12
  91:3
mandated 19:24
  23:11
March31 103:24
mark 32:9 36:13
  37:5
marked 13:13
  36:14 38:13 41:1
  43:19 57:21 62:25
mashed 74:6
mass 12:7
material 3:24 68:19
meal 21:9,9
mean 8:14 22:15
  31:17 39:14 40:16
  40:22 54:23 60:1
  60:17 74:19 87:18
  88:15 93:3
means 48:9 97:6
medical 24:21,25
  26:19,20,23,24
  27:6,8 49:14 60:9
  85:9,11,16,22
meeting 20:20
  53:19 70:15
men 54:16,17 58:25
mental 81:6
mentioned 11:20
  14:24 30:17 56:13
  71:8
Merit 92:7,10 95:4
  95:6 96:11,13
met 69:20
metal 29:10,12
mid 35:19
middle 44:13,24
mind 38:4
mini 101:3
minimum 60:15
minor 16:21
minute 30:6 80:19
minutes 84:16,16
  84:19
mixed 29:23
moment 11:24 25:1
  63:11 98:21

money 29:8
Monique 1:5 2:8
  95:17
monitoring 52:5
months 19:7
morning 87:23,25
  88:1
mother 66:25 67:12
move 70:17 81:3
  85:9,18
moved 59:17 70:8
  84:12
movement 49:8,11
  49:25 50:4,6 59:8
  70:2
multiple 9:20

N

N 4:3
name 4:12 42:10
  55:13 68:6
nature 104:24
NE 2:13
near 32:23 34:22
  57:14
nearest 16:21
nearing 97:11
necessarily 21:13
  45:14 47:4 49:1
  67:9 84:22 99:7
need 5:7 6:6,9 7:10
  15:13 21:14 26:19
  39:24 45:13 47:8
  47:19 48:6 49:14
  51:19,20 54:4
  60:8 66:3 73:6
  81:21 83:22 86:10
  87:2 88:11 90:19
  92:21 93:7 95:10
  99:23
needed 48:25 49:13
  56:20 61:5 74:15
  79:14 80:3 86:5
  86:12 90:15
needs 27:6 81:19
negotiating 104:21
new 61:2,3
Newton 55:6
night 18:3,10,10,19

20:3,3,12 21:8
48:2 52:20 53:5
53:16 54:1,7,9,18
55:7 56:2,21 57:1
58:22 61:9 62:1
64:19 68:25 69:3
69:19 71:7,11
73:23 74:17,24
83:10 95:12 96:15
nine 63:17 64:3,7
nodding 5:2
noise 77:14
nominated 23:23
normal 5:21 20:16
56:9
normally 8:22
18:21 20:10 78:25
100:2
NORTHERN 1:1
Notary 102:14
notes 97:13
Notice 1:13
number 13:13 33:8
36:14 37:10 38:13
43:19 62:25
numbers 29:23
36:18 65:1 68:7
nurse 18:25 19:3
25:3,6,8,10,16
26:2,3,4 38:23
46:9,13,14 47:1,6
47:7,11 64:15,16
66:4 80:12 83:15
93:12 97:21 98:6
98:25
nurse's 38:21 57:23
80:15
nurses 38:22 64:18
93:25
nursing 25:9

O

O 4:3
o'clock 18:14
100:14
O.C.G.A 104:10,10
oath 6:8
object 21:22 70:20
78:2

objection 21:24
22:9 70:24
observe 76:11
obviously 4:21,21
occasions 46:14
occurred 14:13,17
20:13 87:14
occurring 75:8
October 19:19
odd 5:19
offer 24:15
office 6:24 7:20 8:1
57:3,7,8,23,25
58:10,12 80:15
81:10 86:13,14,14
90:9 91:5 92:11
95:3,11
officer 8:10,12 10:6
10:7,7 11:6,8 12:2
16:25 17:3,5
19:17 21:21 22:8
22:11 23:1,11,14
24:7,14,24 25:15
25:17 47:16 48:2
52:9 61:2 65:20
68:9,10 70:2 72:1
85:24 87:15 92:14
92:17 96:12 98:12
officers 8:24 9:7,8
9:20,22 17:14,17
17:20 22:6,16,23
49:5 52:15 65:22
98:7
OFFICIAL 104:18
oh 12:6 23:20 33:17
34:2 36:8 39:7
40:17 42:14 44:24
58:10 79:12 91:11
99:7
okay 4:17 5:5,7,23
6:10,22 7:2,15,18
7:22,25 8:18 9:5
9:23 10:1,24 11:3
11:20,25 12:9,21
14:7,19 15:4
16:13 17:16,19
19:8,13,23 21:12
21:18 22:1 26:24
27:11 28:1,5

29:22 30:3,12,23
31:22 32:4,11,11
32:14 33:5,11,14
33:17,23 34:13,15
34:18,21 35:2,6
35:12,15,20,20
36:3,12,21 37:1,5
37:9,14,17 38:7
38:16,25 39:3,15
39:20 40:5,13,17
40:21,25 41:6
42:6,19,22 44:2
44:14,21,24 45:8
45:16,21 46:1,3
47:3,15 48:21
49:17 50:8 51:4
51:17,25 53:11
54:4,22 55:5
57:19 58:16 60:22
61:19 63:10,20
64:7,10,16 65:8
65:20,24 66:5,11
66:17 67:3 68:25
69:5,8,15,24
71:11,17 72:6
76:16 77:5,8 79:7
79:13 82:24 85:5
85:18 87:21 88:7
88:21 92:20 93:3
93:9 94:3,18,21
95:2 96:1,10,22
97:24 98:6 99:9
99:16,22
old 29:7
once 24:16 42:3,3
43:2,17 45:5 54:7
55:14 67:20 68:5
72:15 73:2 81:11
86:21 92:19
one's 33:5
ones 36:18
open 18:9 51:9,19
51:20 66:1 67:3
86:3
operate 50:25
operated 51:25
operator 28:23
opposite 32:2 33:11
oral 5:2 21:3

orange 42:7
order 6:24 7:3
10:18 104:23
orders 56:19
100:17
Ordinarily 47:5
orientate 41:10
orienting 37:6
original 103:15
outcome 103:20
outline 36:4
outside 53:8 78:22

P

P 4:3
P.C 1:16
p.m 1:17 20:5,8
63:13,14 66:24
67:1 101:7
padded 27:19,20
27:24 37:14
page 3:3,7 98:23
pair 9:6,8 11:21
paired 9:1,10,18
11:22
pants 63:23
paper 36:2 38:8
42:20 64:12 90:3
paperwork 41:20
41:22 55:14,17,20
70:8 99:2
paraphrasing
71:14
pardon 12:2
parlance 97:6
part 12:4 16:6 23:3
36:12,21 41:11
50:7,13 51:8 61:6
62:1 69:10 82:6
82:10
particular 13:17
19:2 25:6 50:13
52:5 104:19
parties 1:14 103:18
104:16
parts 14:22 67:7
party 103:19
104:12,17,20,20
pass 20:25 21:1

43:16
passing 45:12
95:21,22
pat 24:9
path 23:6,7
patience 5:11
patrol 95:23
pay 29:7
Peachtree 2:13
pen 36:3
people 11:18 53:11
56:2 58:21,24
59:14 62:16,16
65:14 69:12 70:11
72:23 74:14,16
76:7 79:10,10
92:21 93:5 94:4
94:22,24
perform 10:18
performance 8:18
21:21
period 8:4,11,16,19
8:24 9:9,10,12,13
9:15,17,19 21:9
person 15:25 24:6
41:12,17 42:5,6
45:12 46:19 47:8
49:1 54:23 55:16
64:8 72:16 74:13
75:17,17 76:10
82:8 91:21,23
92:2 98:3,5
104:19,24
person's 46:7 61:20
person-to-person
9:16
personally 47:15
personnel 24:22
perspective 8:10
phone 23:15,16,18
48:10 66:24 67:6
67:7 68:7 72:3
84:4,4,21,25 85:1
phones 28:8,10,11
28:12,13 29:2,2,3
29:4,5,7,21,24
photo 61:20
photocopying
103:12,13

physical 41:10 52:1
  67:19
physically 73:11
  85:18 86:8
pick 49:15 72:2
picked 37:12
picture 43:11,22,25
  51:6,7 60:7 66:14
pictured 38:2
pictures 40:6 63:10
piece 29:11 36:2
  38:8 64:12
pill 18:17,18,23
  48:10 66:6
pixelated 65:16
place 41:18 43:7,17
  45:15 58:13 61:14
  84:20 85:4 86:23
placed 24:11 42:7
  76:6 84:11
places 54:20
plain 64:15
Plaintiff 1:3,11 2:2
  4:14
platform 29:1
  30:17,18,19,23
  31:1,5,13,16,22
  32:15,18 33:12
  34:17,25 35:9
  36:22 38:18 39:9
  39:18 40:3,10
  42:4 43:6 51:9
  53:22 58:2,4,5
  67:8 71:20 75:9
  75:14 79:24
play 72:2
played 34:4
playing 75:11 81:1
please 16:3 37:21
  50:23 81:16
PLLC 2:6
pod 13:24 87:9
  98:2
pods 49:14 50:15
point 6:6,10 11:7
  11:22 17:12,16
  23:22 24:7,20,20
  25:4 34:19 35:2
  46:7,11 53:17

62:21 67:15 68:12
  71:7,11,17 75:16
  75:20 77:3 83:25
  88:15 89:11 92:6
  100:5
pointing 44:10
polo 63:23
Ponce 1:24 2:3
popped 54:19
population 26:5,9
  26:14 27:4 45:6
  46:8 50:17 60:5,9
  68:1
port 24:8,9 25:13
  38:19,20 40:23
portion 33:6
position 7:25 8:4
  10:2,21 11:5
  19:10 49:22 50:5
  62:6
positions 10:11
  50:2
positive 22:21
possible 12:15
post 20:24 21:2
posted 14:20,21
posts 14:1
potentially 85:20
POWELL 2:12
practical 59:13
Practice 1:13
practiced 45:17
praised 23:16
pre-shift 20:10,14
  53:19
preparation 95:15
prepare 6:15,17,25
  7:12 18:7
prepared 6:23
presented 4:1
press 28:22 66:2
  72:4,6
prevention 81:10
previous 21:2
  53:23
previously 98:17
primarily 50:3 94:4
principal 104:20
prior 20:22 62:18

68:12,25 69:3
  95:2,3 98:20
  99:11,18,19
prioritize 56:10,21
prison 10:8 11:1
  99:12
private 10:8 11:1
  19:8,9,14
privilege 96:19
privileged 7:10
  96:4
probably 40:18
  48:17 60:19
probation 8:10,13
probationary 8:4
  8:16 9:13
problem 5:9,23
  25:22 65:14
proceedings 3:1
  101:6
process 23:3 24:4,5
  26:1 27:2 41:8,12
  41:16 47:6 48:5
  55:10,10,12 58:24
  96:14 98:1 99:22
processed 76:3
processing 55:10
prohibited 104:10
  104:21,21
prominent 38:18
promise 5:12
property 24:17
  42:13,15,23 55:20
protocol 84:9 85:12
  86:16,22,23 98:12
protocols 10:12
  97:20,22
provide 47:10
  104:7,11
provided 1:12
psychiatric 99:11
Public 102:14
pull 26:4 32:7 47:8
purpose 4:25 25:20
purposeful 3:22
purposes 1:11,12
  13:14 35:18 36:15
  38:14 43:20 63:1
pursuant 1:13

104:3
pushed 75:3 80:21
put 24:16,17,21
  29:8 39:5,19 40:5
  42:3 45:3,5 46:7
  46:15,19 48:5
  57:15 61:12,16
  62:16 64:22 68:5
  81:20,21 82:20
  84:24 85:7,8,15
  88:23 90:3,21
putting 39:8 43:4
  68:19 85:6

─────────
Q
─────────
question 15:15 16:3
  16:21,22 21:23,25
  22:2,4 26:10 39:9
  46:17 70:21,24
  86:24 88:17 89:2
  90:22
questions 5:11 14:8
  16:5,25 17:4 61:3
  61:4 79:14 80:6
  97:11 98:25 100:3
  100:6,8,10,11
  103:8
quick 52:25 53:4
quirks 4:21
quite 96:10
quote/unquote
  96:19

─────────
R
─────────
R 4:3 102:1
radio 86:12,15,18
  87:11
Ramirez 9:21
ranking 16:17
rates 104:16
reached 95:3,5
read 4:25 26:11
ready 50:23 60:4,6
real 53:4
really 11:3 30:10
  34:1 59:18 65:10
  77:12
reason 26:22 41:23
  47:3 55:18 68:7
  83:7

reasonable 104:21
recall 20:14
recalled 70:14
receive 23:13
received 66:24
receiver 29:12
receiving 56:19
recognize 13:17
  34:15 64:8 65:20
recollect 7:4
recollection 12:24
  14:12 72:19
record 13:10,12
  34:1 61:13 97:16
  100:17 103:10
recorded 103:7
recording 5:18
redirect 100:4
reduce 103:3
Refer 92:21
referral 104:13
referring 59:9
  82:20
refers 50:16
refusing 96:14
regarding 104:23
  104:24
regular 9:23 12:22
  14:3,4 63:16
regularity 18:16
Regulations 104:3
related 14:8 59:5
  104:18
relates 10:1 45:22
  49:4 50:19
relationship 104:20
relative 103:17,18
release 48:5 55:12
  62:16
released 15:17 48:6
  54:23,24 55:18
releases 15:16
  54:21 59:23
releasing 48:20
relieve 21:15
remember 4:15
  6:19 11:10,11,14
  22:21 36:19 46:2
  46:3 54:1,9 56:4,5

56:19,22,23,25
58:21 62:1 64:16
64:18 66:20,25
67:11,24,24 69:18
69:19 70:3,4,11
70:13,18 71:4,5
71:21 75:15 76:18
77:15,19,20 78:9
80:8 86:2 89:22
90:11,23
**remove** 85:19
**reopen** 18:12
**repeat** 16:11
**rephrase** 16:9
**report** 17:25 20:6
20:24 53:20,25
80:23 81:11 89:12
89:14,20,24 91:16
**reporter** 1:15 5:17
5:25 23:19 99:23
100:16,21,24
103:23 104:5,13
104:19,20,23
**Reporter's** 4:1
104:25
**Reporters** 1:23
103:15
**reporting** 104:8,12
104:13,18,19
**represent** 4:14 96:2
**representative**
104:6
**request** 21:11,14
37:18
**required** 20:6
47:16 81:11
**requires** 25:22
**respond** 93:22
**responded** 93:6,10
93:12,14
**response** 77:25
90:22
**responses** 5:2
**responsibilities**
12:14 48:1 62:9
**responsible** 11:17
49:15 52:15
**restriction** 76:6
**restroom** 53:1

**result** 12:1 94:23
**Resuming** 6:4
13:15 22:3,12
23:21 34:12 36:16
37:24 38:15 43:21
44:1 45:2 47:23
53:3 57:20 58:19
59:11 61:25 63:9
64:6 65:4 71:3
74:1 78:7 96:9
97:17
**return** 98:19
**review** 6:18,22 23:3
55:23
**reviews** 8:18 22:22
**rewind** 73:8
**ridges** 36:3
**right** 5:13 6:12
7:17,20 8:9 9:24
11:8 13:19 14:24
17:17,23 18:15
21:9,18 22:13
23:4 24:2 25:4,12
26:6 28:22 30:19
31:13 32:11,12
33:1,2,4,8 34:5,22
35:4,5,6,11,14,19
36:17,24 37:25
38:4,19 39:6,8
40:15 41:3,5 42:1
44:9,12,15,23
45:10,11,21 46:6
46:11,20,24 49:9
50:12,16 51:11,19
52:3,20,23 53:15
53:15 56:1 57:25
58:3,11,11,20
63:2,11,18,22
65:8 66:8,13 67:4
68:23 71:9,25
72:12,22 73:5,16
74:9,9 75:16,24
76:23 79:5 80:13
84:3,5 86:5,14,19
86:21 87:19 88:12
88:25 89:7,12,24
90:5,6 91:3,14
93:10 94:12 97:9
98:11 100:3,4

**ring** 96:19
**rip** 29:9
**risk** 27:13
**Road** 1:16 2:17
**Robert** 10:10
**Rock** 9:21,21
**Rockdale** 6:24 7:19
7:22 10:1 19:11
20:1 23:8 25:2
55:16 69:1,2 79:4
81:9,9 91:5 92:11
**role** 15:7 49:12
59:7 69:24
**roles** 47:24
**rolling** 81:8
**room** 27:20
**roster** 13:4 14:17
**rotation** 9:24 48:8
**roughly** 63:12
80:15
**round** 87:10
**rover** 48:22,24
49:20,21,22,24,25
50:3,4,5 62:6,8
**rovers** 50:13
**Rowe** 65:23,24
**Rules** 104:3
**run** 55:12
**running** 65:17

## S

**S** 4:3
**S-u-p** 58:10
**Safety** 19:15
**sally** 24:8,9 25:13
38:19,20 40:23
**sallyport** 98:24
**Sanchez** 2:12 66:4
80:12 93:12,18
**satisfied** 55:15
**saw** 48:21 74:18
75:6 89:25 94:25
**saying** 34:11 35:15
59:23 71:14 74:8
74:14 77:13,15,19
77:20,25 81:1
82:17,23,24 90:15
94:2 99:2
**says** 85:13 87:10

**scale** 41:5 58:6
80:14
**scan** 24:12
**schlep** 47:16
**school** 22:20
**scream** 83:2
**screen** 25:10,11,17
32:12 34:8,23
35:19 50:25 51:2
51:10 63:18 68:23
**screened** 24:25
83:15
**screening** 25:7,21
26:4
**screenshot** 43:15
44:3 63:6
**seal** 103:15
**search** 24:10,14
**searches** 12:7,8,15
12:20 68:10
**second** 13:8 47:22
65:13 71:7 83:20
**section** 35:19,20
61:17 104:23
**security** 49:25 50:4
50:11,13 59:7
**see** 13:3,6 15:4
24:12 30:23 32:19
33:2,9,14 35:11
35:21 38:5,16
40:21,22,25 44:4
44:14 46:8,15
47:1,6,8,18 48:8
55:13,15 58:14,15
62:4,18 63:17
65:9 66:5 69:5
72:23 73:1 76:14
76:23 77:1 78:12
78:15,17,18,22
80:1 81:5 85:22
95:25
**seeing** 70:14 88:22
88:24
**seen** 24:21 54:19
69:2 73:21 74:3
85:9 96:3
**sees** 47:8
**send** 13:9 43:24,25
63:6

**sense** 16:6,8 24:3
32:10 34:14
**sent** 25:24 55:5
**sentence** 3:23,23
**separate** 26:8 28:13
31:8 48:19 69:10
99:6
**Separately** 27:8
**sergeant** 9:21,23
13:1 15:2,4,13,24
66:12 90:12,13,25
91:8,18,25 92:9
93:9
**serious** 82:3,8
**service** 22:18
**services** 104:8,12
104:18,22,24,25
**set** 9:17 18:22
21:16 60:19
**sets** 20:2,2
**seven** 38:1,6 39:1,2
39:12,13 53:13
54:16,17 58:21
59:1 80:15
**shadow** 9:11
**shaking** 5:3
**shape** 30:7,8,14,18
36:4
**shaped** 40:15
**she'd** 79:4
**she'll** 99:1
**sheet** 42:20
**SHENEQUA** 1:10
2:16 3:3 4:6
102:7
**Sheriff** 81:9 93:24
94:8,9,13,14,16
**sheriff's** 6:24 7:20
8:1 69:3 81:9
90:9 91:5 92:11
95:3,11
**Sheriffs** 10:14
**shift** 8:22 11:16
12:22 13:2,23
14:13,15,17 15:8
15:21 16:23 17:6
17:8 18:3,9,10,10
18:17,19 20:2,3,3
20:4,7,18,22,23

21:8 47:24 48:2
52:13,18 53:19,23
56:6,9 67:1 70:18
74:2 78:19,24
79:7 87:14,19,24
88:2,5 89:16,17
93:5,22 94:5 97:1
**shirt** 42:17 63:23
**shorter** 9:12 22:16
**shots** 64:10
**show** 34:13 43:11
50:22 62:22 63:3
63:3 96:10
**showed** 43:9
**shower** 24:15 48:10
**showing** 32:11
34:14 37:3 64:7
**shown** 13:16
**shows** 13:21,22,23
43:10 51:1
**side** 31:6,10,11,14
31:15,19,19,22,23
32:1,2,14,18,23
33:1,11 34:8,22
34:23 35:19,22,23
36:9 37:15 38:19
39:11,13,25 40:1
40:2 44:15,15
58:2 71:25 72:16
**sides** 30:24 31:8
39:10
**sign** 55:17
**signature** 103:15
**signed** 60:8 70:8
**silver** 29:8
**similar** 61:6
**simple** 39:21
**sir** 4:16 5:6,14 6:11
6:21 7:1,14 8:6,17
8:20,25 9:4 14:18
14:23 16:2 17:15
18:2 20:15,19
21:7,17 23:2
27:10 29:25 47:4
52:7 56:8 58:15
58:23 62:15 64:9
66:16,22 67:5,13
67:23 69:21 70:16
73:22 76:8,20,25

78:14 79:6,12
81:7,13,15 82:9
82:12 83:13,22
84:2,6,18 86:4
89:6,10,13 91:11
91:15,17,20 92:8
92:12,15 95:1,7
95:16,19 96:21,24
97:2,5 99:15
**sit** 51:15
**sits** 51:17
**sitting** 48:15
**situated** 30:18
**situation** 17:8
84:24
**six** 19:7 29:18
**Slater** 2:6,6 4:13
**slightly** 66:14
**small** 97:12
**Smith** 1:2 2:3 3:4
4:10,12,14,15 6:1
6:4 7:5 11:14
13:8,15 20:13
22:3,12 23:21
34:2,10,12 36:16
37:22,24 38:12,15
43:13,21,24 44:1
44:23 45:1,2
47:21,23 53:3,17
56:24 57:19,20
58:18,19 59:11
61:25 63:2,8,9
64:3,6,21,25 65:4
67:25,25 69:2
70:4,10 71:3 73:4
73:24 74:1 76:9
78:7,12 80:9
82:21,24 83:2,25
96:5,9,25 97:10
97:15,17 99:10
100:1,12,19
**Smith's** 66:25
67:12,15 70:19
76:11 81:4 96:14
**soft** 5:15 6:1
**softly** 16:10
**somebody** 88:10
**someone's** 55:23
61:12 98:24

**sorry** 6:16 7:6
12:16,23 16:4
19:5,20 23:20
25:1,14 26:10
30:19 32:11,25
34:15 36:6,8,9
39:4 40:8,9,12
43:12 44:14 45:10
51:7 52:11 56:22
58:4,8,16 66:13
70:22 80:6 81:8
88:15 93:3 95:13
96:5 99:25
**sort** 14:3 29:15
30:6 33:24 37:6
41:9 53:5 59:13
63:24
**sound** 72:8,9
**sounded** 31:18
**sounds** 25:12 51:12
**South** 2:9
**space** 67:4 85:2
**speak** 5:16,19
85:17
**speaker** 67:7 72:2
**speaking** 47:25
74:12,13 80:15
**SPEARS** 2:2
**special** 26:18 27:4
27:11 31:12 37:13
48:7
**specific** 27:12
45:14 49:22
**specifically** 18:24
49:5 56:5 60:1
68:16 77:16 82:25
96:17 99:9
**specified** 62:24
**specify** 71:1
**speech** 3:23
**spend** 20:17
**spoke** 73:1 91:8,9
**spoken** 5:15 6:2
**stack** 45:11
**staff** 18:6 20:17
21:19,20 25:3
**stairs** 35:11
**standing** 18:25
87:12

**start** 6:12,18 24:9
41:19 43:4 54:8
63:15
**started** 8:11 10:5
**starts** 20:8 36:7
39:21
**stated** 70:24 103:7
**statement** 71:18
82:8 83:5 89:11
**STATES** 1:1
**stating** 21:23
**station** 25:7,9
38:21,22 51:12
53:7 57:14
**stations** 31:1 39:12
**stay** 45:9
**stenographically**
103:7
**step** 24:23
**steps** 40:20
**stick** 43:8
**sticking** 74:5
**stood** 70:1,10
**stop** 43:18
**stored** 43:10
**storm** 81:8
**straight** 54:4
**Street** 2:9,13
**stuff** 32:10 38:16
81:2
**Subscribed** 102:16
**subsection** 104:23
**substance** 94:12
95:11
**Suffice** 84:17
**suicidal** 77:21,23
78:9 81:17 82:18
82:18,20,22,25
83:3,21 85:13
87:2
**suicide** 27:14,15,16
29:24 53:17 56:24
70:19 71:6,15
73:6 81:5,10,19
81:20,21 82:4,10
82:20 84:7,9,11
84:14,14,25 85:6
85:12 86:2,3,16
86:22,23 87:2,10

**88**:25 **89**:3,5 97:8
97:20,21 98:3,5
**Suite** 1:17,24 2:4
2:10,14,18
**summarize** 26:25
**Sup** 58:10
**super** 57:17
**supervise** 18:7
**supervised** 8:15
**supervising** 11:19
21:20 22:6,22
85:24
**supervisor** 12:25
13:23,24 15:2,5,8
15:9 16:19,21
23:11 55:21 56:12
56:14,16 57:7
85:4,5 86:6,9,10
86:11,17 87:4,6
**supervisor's** 57:25
**supervisors** 8:22
14:25 23:8 56:14
56:20,23,25 57:3
**supposed** 17:5
36:25 45:15 56:6
61:10 76:2
**sure** 4:18,20 5:8,21
8:14 9:17 10:16
11:24 13:2 14:10
14:16 15:9,10
23:15 24:12 25:18
29:17 32:9 34:5
39:23 40:13 42:21
47:13 48:11 52:4
52:21 60:7,8 63:2
64:14 66:13 69:6
71:20 73:13,17
74:12 75:9 76:4
76:17 77:2 78:5
78:11,21 82:6
83:16 84:18,23
87:22 88:14,17,18
92:20 98:15,23
99:17 100:17
**switch** 28:22
**sworn** 4:4,8,21
102:16
**system** 15:14 24:19
28:14 41:13,15,17

41:21 43:4 44:12
44:16 46:1 47:14
48:5 62:16,17
68:17,20

**T**

T 102:1
**table** 44:25 45:18
**take** 6:7 11:25
21:15 30:5 33:8
36:12 42:25 43:14
46:20 47:22 52:23
52:24 60:12,14,20
61:14 80:19 83:4
83:19 97:12
100:19
**taken** 1:10 53:2
84:8 94:15 97:14
**talk** 5:8 6:20 7:12
7:15 15:13,20
16:10 53:5,16,22
55:9 59:25 67:14
72:5,17 73:20
74:2,19 77:6
82:19 87:15 88:3
88:6,12 89:2,25
92:10,13,14,17
93:7 94:9,21,24
95:10 100:2
**talked** 4:19 6:5,13
37:19 41:7,7
46:12,18 47:24
52:4 53:18 59:13
70:7 74:16 91:12
91:18 92:16 93:1
95:4 97:19 98:14
99:16
**talking** 7:2,9 37:21
43:22 48:15 49:21
63:7 67:6,11 73:2
73:9 75:10,12
88:9,10,10,18,21
89:8 90:2 94:2,5
95:9
**taser** 12:8
**tasks** 8:23 56:5
**Tatum** 90:12,13,25
91:8,19,25 92:9
95:5

**tbuckley@bchla...**
2:19
**team** 12:5,7 14:3,4
**tech** 24:11
**telephone** 53:8,11
80:5 91:22
**television** 51:2
**tell** 4:22 13:19
14:20 44:6 50:8
56:14 65:19,25
71:5 74:17,20,24
75:6 83:18 85:24
89:7 96:22,25
97:3 98:7
**telling** 78:1
**tells** 42:16 87:1
**term** 50:9
**termination** 91:10
**terms** 30:7 56:11
62:12 94:1 99:13
101:4
**testified** 92:6
**testifying** 37:19
**testimony** 95:6
**thank** 4:11 29:22
37:23 39:6,7 41:8
53:15 58:16 63:6
100:6,14
**thereto** 103:16
**thing** 4:22 48:19
80:7 98:14
**things** 5:1 15:12
18:16 28:16 32:7
34:4 39:21 41:11
45:24 62:13 99:13
**think** 22:10 23:25
35:7,25 63:16
64:4 66:14 70:23
79:18 83:16 91:13
96:16 98:14 99:16
**thinking** 71:14
**thought** 21:21
**three** 19:9 22:13
44:5 56:13,14,17
59:24 73:11
**Tim** 2:17 63:4
**time** 6:9 11:4,22
12:13 13:2 16:20
17:12 18:14,21,22

20:17 21:16 22:17
23:22 25:4 29:23
39:22 47:1 48:15
51:15 52:21 56:17
61:1 63:12 67:15
68:8,8,18 71:17
75:14 76:5,6
77:18 80:24 82:5
83:8 85:4 87:24
90:23 91:16 99:8
100:2,7
**times** 83:11,14
90:25 99:6
**Timestamp** 65:3
**today** 6:19,20 7:13
60:18 95:8,15
99:4 100:14
**today's** 6:15,17,25
**toilet** 28:1
**toilets** 27:21
**told** 17:25 23:10,12
80:22 82:25 96:13
**top** 30:13 65:8
**touch** 95:17
**tough** 65:10
**Tracey** 1:5 2:8 59:2
59:4,7,19 62:5
66:20,24 67:11,14
68:24 73:10 75:13
77:3,4,5 78:15,19
79:3,20,24 83:3
83:24 87:15 88:3
89:7 92:7,16
93:16 95:18 96:11
96:12,23 97:3
**Tracey's** 91:9
**train** 79:16
**trained** 11:18 82:2
82:13
**trainer** 17:19
**training** 9:7,8,8,10
9:12,15,17,19
10:6,6,12,17 11:7
11:12,17 12:1
17:16 82:6,11
**trait** 6:2
**transcript** 3:22
4:24 103:9,13
**transfer** 31:19

**transfered** 68:1
**transferred** 55:2
**transition** 19:17
**transport** 31:6,10
31:11 32:1 35:22
35:23 36:9 37:8
37:11 40:22 49:17
**trauma** 88:24
**traumatic** 92:24
**true** 103:10
**truth** 4:22
**try** 65:10
**trying** 16:14 26:11
31:18 34:5 58:9
71:4,5 86:25
92:25
**Tuesday** 1:18
**tune** 77:14
**turn** 24:2
**two** 4:17 18:14
27:15 28:16 31:8
32:4 33:9 35:13
39:10 40:5 44:17
49:7 50:1 65:25
77:16 79:7 80:18
83:11,14 90:4
91:13 99:5,6
101:2
**typed** 100:18
**typewriting** 103:9
**typically** 33:6
50:14 51:17 53:20

**U**

U 102:1
**uh-huh** 5:3
**unavailable** 25:9
**understand** 6:14
7:11 12:4 14:2,19
21:8 26:12 31:17
34:6 38:17 59:12
63:5 66:8 86:25
95:8
**understanding** 8:3
17:23 37:25 39:14
40:14 41:25 53:6
57:22 62:5 66:23
74:19 78:8 79:3
83:17 86:24 96:13

**understood** 39:15
48:1 98:15
**unfinished** 3:23
**unh-unh** 5:3
**unhappy** 81:18,22
**uniform** 22:17,20
42:7 95:23
**unit** 71:8
**UNITED** 1:1
**unprocessed** 97:1
**unwrapped** 80:8
**upset** 76:12 83:9,23
**use** 45:23 48:10
52:25
**usual** 104:15
**usually** 5:20 25:3
49:6

**V**

v 30:14,15,18,21
**varies** 9:16 18:22
**various** 55:17
**VEAL** 2:13 100:8
100:23
**versus** 36:5 48:17
**Victor** 30:15
**video** 3:12 64:23,23
64:24 68:22
**videos** 6:18 30:5
**view** 35:3 51:10
62:22
**viewed** 50:21
**virtually** 69:13
**visual** 24:14 34:18
**vs** 1:4

**W**

W 2:3
**wait** 55:21
**waiting** 37:12 45:7
**waived** 1:14
**walk** 87:5
**walking** 64:11
80:18
**wall** 28:21 29:4
33:1 36:25 37:19
37:20 39:19 40:10
40:11,13,15,16,17
50:24 51:4,8
**want** 4:19 6:13

13:6 14:10 30:6
32:9 43:18 53:15
63:3 73:6 87:10
90:3 96:7,18 97:4
97:18 100:16,18
100:21,24 101:1
**wanted** 6:12 48:12
53:4 98:15
**wanting** 6:14 7:11
47:21
**warrant** 25:16 45:7
**warrants** 41:23
**wasn't** 10:2 11:2,19
14:14 21:12 74:12
82:10,25 86:14
90:4 99:8
**watch** 81:19,20,21
82:20 84:11,25
85:6 87:3,11 98:4
98:5
**way** 9:6 13:9 20:21
34:14 37:2,6,6
38:9 39:6,8 45:8
54:21 90:18,21
**WAYMIRE** 2:8,9
78:2 100:9
**we'll** 6:7 36:11,12
36:13 43:14,15,16
47:22 63:16 64:3
64:4 85:15 86:15
87:11 100:19
**we're** 4:17 6:9,19
11:4 26:3 30:12
32:8 35:25 38:1,9
38:17 39:10 40:1
44:2 63:11,15
64:4,5,11,22
65:17,24 68:22
74:5 87:11 97:15
98:23
**we've** 46:12 52:23
84:3 85:7 98:14
**wear** 65:5
**weeks** 91:3 99:5
**weight** 68:6
**wellness** 52:16
**went** 10:7,25 22:20
23:11 54:4 73:11
73:21 75:5 77:17

80:1,2,4 95:13
98:20
**weren't** 25:18
73:17 79:8 99:4
**West** 1:24
**Whichever** 56:16
**white** 42:17 71:13
71:14 72:21 73:3
74:6,21 80:22
96:19
**wide** 28:5
**WILLIAMS** 2:8
**Wingo** 2:3 3:4 4:12
**Wingo@civil-rig...**
2:5
**wires** 29:10
**withdrawn** 103:11
**witness** 3:2 4:4,7
5:23 22:1,10
23:20 58:15 61:24
70:22 71:1 78:5
99:25
**woman** 64:11
**won** 24:1
**words** 88:23
**work** 9:5 10:4
18:13 22:7 26:17
31:2,23,25 32:17
45:4,13 56:11,20
57:4 59:17,17
60:2 78:22,25
79:10,11 92:19
**worked** 9:20 14:3,5
60:22
**workers** 18:5 65:5
**working** 8:12 15:11
15:12,21 16:7,16
20:3 24:4,5 33:4
48:17 56:2,6
58:24 59:2,19,21
59:23,25 64:17,18
77:13 79:4 97:21
**worries** 5:25
**wouldn't** 12:21
21:13 84:21
**write** 37:20 89:14
89:19
**writing** 89:24
**written** 3:24 4:23

6:22,23 21:6
61:22
**wrong** 61:12 71:22
83:18
**wrote** 58:10,11
89:11 91:16

**X**

X 44:5

**Y**

**y'all** 13:6 63:6
**yeah** 15:6 16:4 17:9
33:3 34:2 41:4,5
41:16 43:13 46:18
57:16 61:4 64:25
65:22 89:1 99:9
**year** 8:8,9 23:23
24:1 69:22
**years** 19:9 22:13
82:15
**Yeha** 73:24
**yell** 77:22 81:17
83:20
**yelling** 77:9,11,18
78:6 79:22 83:23
**yellow** 65:6

**Z**

**0**

**1**

1 3:8 13:13,16
59:10 62:8
**1:16** 1:17
**1:24-cv-05158-T...**
1:4
**1:34** 3:11 44:4
**10.B** 104:3
**100%** 73:13
**12** 41:1
**13** 3:8 41:1
**14** 39:11 40:2 41:1
58:3
**15** 39:8 84:15,16
**15-14-37** 104:18
**15-14-37(a)** 104:10
**15:56** 97:15
**18:56:23** 63:15

**19** 1:18
**19:03:17** 64:7
**19:04** 64:11

**2**

**2** 3:9 36:13,14
38:11 40:6 41:9
50:23 53:6 57:19
**20:06** 65:17
**20:07:24** 65:8
**20:24:26** 65:20
**20:55:04** 65:24
**20:55:05** 66:5
**20206** 103:24
**2021** 7:24
**2024** 11:3,23 12:13
12:25 14:5,8,9,11
17:12 19:19,21,23
61:1
**20240709** 3:11 44:4
**202478** 63:16
**2025** 1:18 103:21
**21:03:17** 66:11
**21:23:22** 66:15
**22:03:51** 68:22
**256-2886** 1:25
**28th** 103:21
**2970** 1:16 2:17

**3**

**3** 3:10,11 38:12,13
38:17 40:6 41:9
50:23 53:6 57:18
57:21 58:12 61:16
**3:56** 97:15
**30030** 1:24 2:4
**30309** 2:14
**30329** 2:18
**30518** 2:10
**315** 1:24 2:3
**36** 3:9
**38** 3:10

**4**

**4** 3:4,11 43:16,19
44:3 64:5
**4:00** 101:7
**400** 2:10
**404** 1:25
**43** 3:11

**4330** 2:9

**5**

**5** 3:12 62:25 64:5
64:24
**5:45** 20:8
**52** 97:4,6
**5754-6869-9805-...**
103:23

**6**

**6** 64:20
**6:00** 20:5,5 63:13
63:14 87:25 88:2
**63** 3:12
**650** 1:17,24 2:18

**7**

**7** 3:10
**782024** 3:12 62:23

**8**

**8** 14:11
**8:00** 66:24 67:1
**84** 24:11
**865** 2:4

**9**

**9** 3:12
**9-11-28** 104:10
**950** 2:14
**999** 2:13

# Bull & Associates, Inc.

## A Multimedia Court Reporting Company

*This Reporting Disclosure was presented at the commencement of the deposition, and is made a part of the record.*

## D I S C L O S U R E

Pursuant to Article 8.B. of the Rules and Regulations of the Board of Court Reporting of the Judicial Council of Georgia, I make the following disclosure:

I am a Georgia Certified Court Reporter.  I am here as a representative of Bull & Associates, Inc.

Bull & Associates, Inc., was contacted by the offices of the taking attorney to provide court reporting services for this deposition.  Bull & Associates, Inc., will not be taking this deposition under any contract that is prohibited by O.C.G.A. 15-14-37 (a) and (b).

Bull & Associates, Inc., has no contract/agreement to provide reporting services with any party to the case, any counsel in the case, or any reporter or reporting agency from whom a referral might have been made to cover this deposition.  Bull & Associates, Inc., will charge its usual and customary rates to all parties in the case, and a financial discount will not be given to any party to this litigation.

### OFFICIAL CODE OF GEORGIA ANNOTATED 15-14-37

(a)    Contracts for court reporting services, not related to a particular case or reporting incident, between a certified court reporter or any person with whom a certified court reporter has a principal and agency relationship and any attorney at law, party to an action, party having a financial interest in an action, or agent for an attorney at law, party to an action, or party having a financial interest in an action are prohibited.  Attorneys shall not be prohibited from negotiating or bidding reasonable fees for services on a case-by-case basis.

(b)    In order to comply with subsection (a) of this Code section, each certified court reporter shall make inquiry regarding the nature of the contract for his or her services directed to the employer or the person or entity engaging said court reporter's services as an independent contractor.



# *Shift Briefing and Line-Up*
# *Jail Division*

## GENERAL INFORMATION

| Date | 7/8/24 | **Day** | Monday | **Shift** | Team B |
|---|---|---|---|---|---|
| **Watch Commander** | Lt. J. Daniel 2324 | | | | |
| **Booking Supervisor** | Sgt. Lickliter 2557 | Housing Pod Supervisor | | Cpl. A. Hall 2383 | |

| DEPUTY | | BADGE # | |
|---|---|---|---|
| | Bloom | 3037 | *Medical* |
| | Jackson | 2907 | *Kitchen* |
| | Stewart | 3061 | *Central Control* |
| | Lewis | CIV71 | *Reception* |
| | Renfro | 3064 | *ISD - 4 Pod* |
| | Rowe | 3059 | *ISD - 5 Pod* |
| | Dieudonne | 2918 | *ISD-Rover* |
| | Shired | 2374 | *ISD-Rover* |
| | Little | 2141 | *Tower 4* |
| | Ramirez | 2382 | *Tower 5* |
| | Sajous | 3050 | *Annex* |
| | Cunningham | 3014 | *Annex Control* |
| | Gomez | 3062 | *Booking* |
| | | | *Booking* |
| | Brown | 3045 | *6B* |
| | Madison | 2364 | *Men's WR* |
| | Tracey | 2548 | *Security Rov./Mov.* |
| | | | *Hospital* |

| NOT ON DUTY Name & Badge # | REASON PTO, Training, FMLA, Admin., Military, OFF | NOT ON DUTY Name & Badge # | REASON PTO, Training, FMLA, Admin., Military, OFF |
|---|---|---|---|
| Hollie 3069 | OFF | | |
| | | | |
| | | | |
| | | | |

## Briefing - Training and Notes

Pass along from the previous shift/ We discussed uniforms and the uniform policy.

Kitchen and Movement deputies report to Booking when there is no duties for their assignment.



**EXHIBIT**

1





EXHIBIT
3



EXHIBIT
4