UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EZRA SMITH, Plaintiff, | ) | |
| v. | ) | Civil Action No.: |
| DEPUTY MONIQUE TRACEY, *et al.*, | ) | 1:24-cv-05158-TWT |
| Defendants. | ) | |

**DEFENDANT TRACEY'S**
**NOTICE OF MANUAL FILING OF ELECTRONIC EXHIBITS**

COMES NOW Defendant Tracey in the above-styled civil action, and serves this Notice of manual filing of the following electronic media in connection with her Motion for Summary Judgment:

(1) Booking Area Video;

(2) Holding Cell Video;

(3) Jackson Bodycam Video;

WILLIAMS & WAYMIRE, LLC

/s/ *Jason Waymire*
JASON WAYMIRE
Georgia Bar No. 742602
Attorney for Defendant Tracey

Bldg. 400, Suite A
4330 South Lee Street
Buford, GA 30518
678-541-0790

678-541-0789
jason@wmwlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing NOTICE OF MANUAL FILING on all parties via the Court's electronic filing system. The electronic materials subject to this notice will be filed with the Court on electronic media and have been made available to all counsel in electronic format.

This December 9, 2025.

/s/ *Jason Waymire*
JASON WAYMIRE