IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **EZRA SMITH,** )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>**DEPUTY MONIQUE TRACEY,** )<br>**DEPUTY RAUL GOMEZ, DEPUTY** )<br>**SHENEQUA JACKSON, and ERICA** )<br>**SANCHEZ,** )<br>)<br>   Defendants. ) | CIVIL ACTION FILE NO.<br>1:24-cv-05158-TWT |

**DEFENDANT ERICA SANCHEZ'S NOTICE OF FILING**

Defendant Erica Sanchez files the following depositions in support of her Motion for Summary Judgment:

- Erica Sanchez

- Shanequa Jackson

- Raul Gomez

- Monique Tracey

- Ezra Smith

Respectfully submitted this 10th day of December, 2025.

- 2 -

        */s/Antonio E. Veal*
        Michael G. Frankson
        Georgia Bar No.: 173835
        Antonio E. Veal
        Georgia Bar No.: 460007

        *Counsel for Defendant Erica Sanchez*

        HUFF, POWELL & BAILEY, LLC
        999 Peachtree Street, Suite 950
        Atlanta, Georgia 30309
        Telephone: (404) 892-4022
        Fax: (404) 892-4033
        Email: mfrankson@huffpowellbailey.com
        Email: aveal@huffpowellbailey.com

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that the foregoing DEFENDANT ERICA SANCHEZ'S NOTICE OF FILING was electronically filed using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

James M. Slater
Slater Legal PLLC
2296 Henderson Mill Road, NE, Number 116
Atlanta, Georgia 30345
james@slater.legal

Respectfully submitted this 10th day of December, 2025.

/s/Antonio E. Veal
Michael G. Frankson
Georgia Bar No.: 173835
Antonio E. Veal
Georgia Bar No.: 460007

*Counsel for Defendant Erica Sanchez*

HUFF, POWELL & BAILEY, LLC
999 Peachtree Street, Suite 950
Atlanta, Georgia 30309
Telephone: (404) 892-4022
Fax: (404) 892-4033
Email: mfrankson@huffpowellbailey.com
Email: aveal@huffpowellbailey.com