## Page 1

IN THE UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

```
                              )
EZRA SMITH,                   )
                              )
        Plaintiff,            ) CIVIL ACTION
                              ) FILE NO. 1:24-CV-05158-TWT
        vs.                   )
                              )
DEPUTY MONIQUE TRACEY, et al, )
                              )
        Defendants.           )
------------------------------/
```

Deposition of RAUL GOMEZ, taken on behalf of PLAINTIFF, pursuant to the stipulations set forth below, before Meg Armistead, Certified Court Reporter, at 2970 Clairmont Road, Suite 650, Atlanta, Georgia, commencing at the hour of 1:00 p.m., Wednesday, October 8, 2025.

BULL & ASSOCIATES, INC.
COURT AND DEPOSITION REPORTERS
315 West Ponce de Leon Avenue, Suite 650
Decatur, Georgia 30030
(404) 256-2886

## Page 2

APPEARANCES OF COUNSEL:

FOR THE PLAINTIFF:
    JAMES M. SLATER, Esq.
    Slater Legal, PLLC
    2296 Henderson Mill Road, Suite 116
    Atlanta, Georgia 30345
    Phone: (404) 458-7283
    Email: james@slater.legal
        * * *
    WINGO SMITH, Esq.
    JEFFREY R. FILIPOVITS, Esq.
    Spears & Filipovits, LLC
    315 West Ponce de Leon Avenue, Suite 865
    Decatur, Georgia 30030
    Phone: (404) 407-5418
    E-mail: wingo@civil-rights.law
            jeff@civil-rights.law

FOR DEFENDANT:
    ANTONIO E. VEAL, Esq.
    Huff Powell & Bailey, LLC
    999 Peachtree Street, Suite 950
    Atlanta, Georgia 30309
    Phone: (404) 892-4022
    Email: aveal@huffpowellbailey.com
        * * *
    JASON C. WAYMIRE, Esq.
    Williams & Waymire, P.C.
    4330 South Lee Street
    Building 400, Suite A
    Buford, Georgia 30518
    Phone: (678) 541-0790
    E-mail: jason@wmwlaw.com
        * * *
    TIMOTHY J. BUCKLEY III, Esq.
    Buckley Christopher & Hensel, PC
    2970 Clairmont Road, Suite 650
    Atlanta, Georgia 30329
    Phone: (404) 633-9230
    Fax: (404) 633-9640
    Email: tbuckley@bchlawpc.com

## Page 3

INDEX TO PROCEEDINGS
EXAMINATION INDEX

WITNESS:                              PAGE
RAUL GOMEZ

            EXAMINATION

EXAMINATION by MR. WINGO F. SMITH        4

EXAMINATION by MR. TIMOTHY J. BUCKLEY   84

            INDEX TO EXHIBITS

Plaintiff's Exhibit No. 1          26

Plaintiff's Exhibit No. 2          49

Plaintiff's Exhibit No. 3          62

Plaintiff's Exhibit Nos. 4 and 5      66

Plaintiff's Exhibit No. 6          83

(In the following transcript, dashes [--] are used to indicate an intentional or purposeful interruption of a sentence, and ellipsis [...] is used to indicate halting speech or an unfinished sentence in dialogue, written material.)

## Page 4

(The Reporter's Disclosure was presented and is attached.)

RAUL GOMEZ

having been previously sworn, testifies as follows:

EXAMINATION

BY MR. WINGO F. SMITH:

Q   All right. So we're --

MR. TIMOTHY J. BUCKLEY:  You need to speak up. He's soft spoken.

Q   (By Mr. Smith)  Yes.  So she's going to be taking down everything that you and I say today.  So a couple of ground rules I want to make sure we cover, such as, first, please speak up.  I'll do the same.  I'm often soft spoken myself.  The second is that we need to make sure all your answers are audible.  So if you nod your head or shake your head, that's not going to get on the record the way that we need to.  So I need you to say "yes" or "no;" okay?

A   Mm-hm.  Yes, sir.

Q   And then, otherwise, you know, I'm going to make -- allow you to finish your answers, and I'll going to ask you to let me finish my questions, even though it's going to be totally obvious to you what I'm asking before I finish; is that all right?

A   Okay.

1   Q   Then we don't have crosstalk.  It makes it a
2   little bit easier for him.  Occasionally, over the
3   course of the day, you know, we will have -- someone
4   might make an objection or something along those lines.
5   Unless Mr. Buckley instructs you not to answer, I'm
6   going to go ahead and ask you -- well, let them finish
7   their objection and then answer.
8   A   Yes.
9       MR. SMITH:  That oftentimes is because I've
10  asked a bad question or in a way that they think is
11  objectionable.  So before we ...
12      All right.  One second.  Is there anything
13  else what we need to cover before we launch into this,
14  guys?
15      MR. BUCKLEY:  He's going to read and sign.
16  Q   Yes.  There you go.  all right.  Anything
17  else?  Good.  Let's go ahead and start off.
18      Mr. Gomez, can you give me your full name,
19  please?
20  A   Raul Alexander Gomez.
21  Q   And you were working for Rockdale County
22  Sheriff's Office in 2024; is that right?
23  A   Yes.
24  Q   All right.  When did you start there?
25  A   March 25th.

1   Q   March 25th of 2024?
2   A   2023.
3   Q   Of 2023?  Okay.
4   A   Mm-hm.
5   Q   Before you went to the sheriff's office, where
6   were you working?
7   A   At a restaurant.
8   Q   Which one?
9   A   Tres Hermanos as a waiter.
10  Q   Cause to you want to get into law enforcement?
11  A   Tried to start up a new career.
12  Q   And you currently no longer work at the
13  sheriff's office; is that right?
14  A   Yes, sir.
15  Q   When did you end your employment there?
16  A   October -- September 25th.
17  Q   So this year?
18  A   September 25th was my official last day.
19  Q   What caused you to leave?
20  A   Nothing.  Right now I'm just attending school.
21  Q   Okay.  Where are you going to school?
22  A   I don't know the name of it too well like
23  that, but it's, like, to do with airplanes, build
24  engines, and it just goes on there from.
25  Q   You're learning how to repair and build

1   airplanes?
2   A   Yes, sir.
3   Q   Okay.  Sounds interesting.  Why the change?
4   A   Well, right now is -- I'm really busy with a
5   restaurant right now, and this college is working with
6   my schedule.  So right now I'm, like, a manager at the
7   restaurant.  So that's, like, my second job.  So I'm
8   working there.
9   Q   Were you working there when you were also at
10  the sheriff's office?
11  A   Yes.
12  Q   Okay.  So in 2024, when this happened with Mr.
13  Smith, you were also working at the restaurant as well?
14  A   Yes.
15  Q   And the same restaurant you were working at
16  before you went to the sheriff's office?
17  A   Yes.  Two jobs.
18  Q   Yeah.  That's a lot.
19      What's your schedule like at the restaurant?
20  A   So I usually open up in the mornings.  Then I
21  have somebody close for me.
22  Q   Okay.  And was it that way as well when you
23  were there in 2024?
24  A   Like -- yes.  Yeah.  Mm-hm.  Yes, sir.
25  Q   Okay.  You worked nights when you were at the

1   sheriffs office?
2   A   Yes.
3   Q   And you opened the restaurant in the morning
4   after your shift?
5   A   Yes.
6   Q   When did you find time to sleep?
7   A   I did have some sleep.  I just would just go
8   to the restaurant and lock the door and leave there
9   until I see the person go in.  And that's when I leave
10  mostly.
11  Q   Okay.  Gotcha.  All right.  When you came onto
12  the Rockdale County Sheriff's Office, what were the
13  steps that you had to take before you could start
14  working as a detention officer?
15  A   Like, the first steps?  I know we did the PAT
16  test when I first got there.  The PAT test is like, a
17  course you run around if you want to go on mandate.  I
18  passed that.  We also -- what was that called?  It's a
19  test that they do where to see if you're lying or not.
20  Q   Okay.
21  A   And --
22      MR. BUCKLEY:  Polygraph?
23      THE WITNESS:  Yes, sir, polygraph.
24  Q   (By Mr. Smith) So they had you hooked up,
25  asked you some questions?

1  A  Yes, sir.
2  Q  So did you the physical fitness tests.  You
3  did the polygraph?
4  A  I went to do my medical exams and then -- I
5  forgot.  I went somewhere, all the way to Athens, to
6  take a math test and, like, a ... reading test --
7  Q  Okay.
8  A  -- ish.
9  Q  So you had to read some stuff and answer some
10  questions about what you read?
11  A  Yes, sir.
12  Q  And then was there any training, though,
13  before you got on the floor about how to do your job as
14  a detention officer?
15  A  Yes.
16  Q  What was that like?
17  A  It was a two-week training.  So the first week
18  was days, and then the second week was nights, different
19  posts each day.
20  Q  So you were actually put into the post to do
21  the work?
22  A  Yes.
23  Q  While you're being trained?
24  A  Yes.
25  Q  Okay.

1  A  It's, like, hands on.
2  Q  Got it.  Got it.  And so before you got to do
3  the hands-on part, was there any -- did they go over the
4  policies of the jail with you?
5  A  Yes.  I forgot that part.  We went over
6  policies.  I tried to remember as much as possible.
7  Q  Sure.  And how long was that going over
8  policies part?
9  A  That one, going over the policies, they gave
10  us two weeks.  It was a lot of policies, but they gave
11  us two weeks.
12  Q  Was that in a classroom setting or on your
13  own?
14  A  It was on our own in a room on a computer.  So
15  they would leave us there, and we would have to go over
16  the policies.
17  Q  That sounds exciting.
18  How many folk were in your class with you?
19  A  Two.
20  Q  Two.  Once you finished the two weeks of
21  hands-on training --
22  Well, actually, first of all, was that before
23  March 25th when you finished the two weeks of hands-on
24  training?
25  A  Yes.

1  Q  Okay.  So you did that, all the training, then
2  March 12, and you were able to start working on your own
3  on a shift?
4  A  Oh, no, no, no.  That's not what I mean.  So
5  March 25th -- so you start March 25th, and that's what
6  you go through.
7  Q  So the two weeks of hands-on training was
8  after that March 25th date?
9  A  No.  So the first -- when you get hired is on
10  March 25th, then the two weeks of the policies, and then
11  it's the two weeks hands on.
12  Q  Okay.
13  A  But that was, like, the old training regimen.
14  They have a new training regimen.  This was when, like,
15  Sgt. Smith was with the training.  He was doing the
16  training.
17  Q  Got it.
18  A  He's a lieutenant now, by the way.
19  Q  Lt. Smith.  Okay.  So after you finished your
20  hands-on training, are you still given some kind of
21  close supervision while you're working at the sheriff's
22  office?
23  A  Yes.  They have people watching you, making
24  sure -- you know, like, if you end up messing up, they
25  try to help you out, like, have your back.

1  Q  So those are more experienced officers that
2  help you with that?
3  A  Yes, sir.
4  Q  Was it just, like, one officer or so, just
5  depending on who is on the shift?
6  A  Actually, all officers watch each other's
7  back.  So if you need help on somebody, you can ask
8  somebody, and they help you out.
9  Q  Okay.  That's good.  So when you're coming
10  there, if you have questions, you can ask other officers
11  on the shift for help on what you're supposed to do?
12  A  Yes.
13  Q  All right.  By July 2024, when Ezra was booked
14  into the jail there at the Rockdale County Sheriff's
15  Office, were you shadowing anyone, following them in
16  their duties at that point?
17  A  No.
18  Q  Okay.  So you were just assigned to a shift
19  like everybody else at that point?
20  A  Yes, sir.
21  Q  Okay.  So you already mentioned there was a
22  two-week period in which you were assigned to go through
23  the policies at the jail; right?
24  A  Yes, sir.
25  Q  Were you ever otherwise given a copy of those

Page 13

1 policies?
2    A   Yes.  They have actually ... they have
3 actually -- were trying to print them out for us too.
4    Q   Okay.
5    A   Yes, sir.
6    Q   And then besides this reading through them,
7 did you talk with anyone about them during that two-week
8 period when you were reading through them?
9    A   No.  Most of the time I was just, you know,
10 trying to keep everything to myself, not trying to talk
11 to anybody about anything like that.  Just try to
12 remember as many as possible policies that I can.
13    Q   There wasn't some kind of quiz or in-class
14 instruction about that?
15    A   No.  That was -- that's what the hands-on
16 thing was for, to see if you read the policies on what
17 to do what and not to do.
18    Q   So it was a real-life test?
19    A   Mm-hm.
20    MR. BUCKLEY:  You have to say "yes" or "no"
21 for the court reporter.
22    A   Yes.
23    MR. BUCKLEY:  Thank you.
24    Q   (By Mr. Smith)  So as a matter of course,
25 you'd agree that when you were a detention officer, you

Page 14

1 had a duty to follow those policies?
2    THE WITNESS:  Say that again.
3    Q   (By Mr. Smith)  When you were a detention
4 officer, you had a duty to follow those policies?
5    A   Yes.
6    Q   All right.  And beyond the duty, you would
7 agree it was important for detention officers to follow
8 those policies and procedures?
9    A   Yes.
10    Q   And it's important because to follow policies
11 to protect officers and inmates alike?
12    THE WITNESS:  Like, repeat that one again.
13    MR. SMITH:  Yeah.
14    Q   (By Mr. Smith)  Would you agree its important
15 to follow the sheriff's policies to protect both inmates
16 and officers?
17    A   Yes.
18    Q   And if you deviate from those policies, it can
19 increase the risk to inmates, can't it?
20    MR. WAYMIRE:  Objection.
21    MR. BUCKLEY:  Objection to form.
22    You may answer.
23    MR. SMITH:  You can answer.
24    A   Yes.
25    MR. SMITH:  Okay.  And if you were going to

Page 15

1 give the same objection -- Wait for him to finish.  Then
2 you can answer again.
3    Q   So if you deviate from the policies, it can
4 increase the risk to officer safety as well?
5    MR. BUCKLEY:  Objection.
6    You may answer.
7    A   Oh, yes.
8    Q   (By Mr. Smith)  All right.  I wanted to kind
9 of go a little further down the road, if we can.  So
10 would you agree as well that as a detention officer, you
11 had a duty so ensure the safety and welfare of inmates
12 in your custody?
13    MR. WAYMIRE:  Object.
14    MR. BUCKLEY:  Join.
15    You may answer.
16    A   Yes.
17    Q   (By Mr. Smith)  And part of that duty would
18 protect inmates from harming themselves?
19    MR. BUCKLEY:  Same objection.
20    MR. WAYMIRE:  Join.
21    MR. SMITH:  You may answer.
22    A   Yes.
23    Q   (By Mr. Smith)  And Rockdale County Sheriff's
24 Office, they have a particular policy that instructs
25

Page 16

1 officers on suicide prevention and responding to
2 suicides?
3    A   Yes.
4    Q   Would you agree then that suicide prevention
5 is a critical responsibility of a detention officer at
6 the Rockdale County Sheriff's Office?
7    A   Yes.
8    MR. BUCKLEY:  Objection.
9    You may answer.
10    MR. WAYMIRE:  Join.
11    Q   (By Mr. Smith)  So as such detention officers
12 then are required to take inmates statements about
13 self-harm seriously; is that right?
14    MR. BUCKLEY:  Object to the form.
15    You may answer.
16    MR. WAYMIRE:  Join.
17    A   Yes.
18    Q   (By Mr. Smith)  When an inmate threatens
19 self-harm, that's a medical emergency; is that correct?
20    MR. BUCKLEY:  Object to form.
21    MR. WAYMIRE:  Object to form.
22    MR. SMITH:  Go ahead.
23    MR. BUCKLEY:  It's up to you.  I'm not telling
24 you to just say "yes."
25    A   I don't know.

Page 17

1    Q   (By Mr. Smith) You don't know?
2    A   No.
3    Q   If it were considered a medical emergency
4    under the policy, that required DOs to take immediate
5    action?
6         MR. BUCKLEY:  Object to the form of that as
7    well.
8         MR. WAYMIRE:  Join.
9    Q   (By Mr. Smith)  I want to ask you some sort of
10   background questions to make sure I understand.  So when
11   you come in for the night shift, what time did you
12   normally have to get there?
13   A   We would have to be there at least 20 minutes
14   early.  So you would have to be probably inside roll
15   call around 5:38.
16   Q   All right.  And you have roll call.  What's
17   that like?
18   A   It was just briefing on what happened about
19   the shifts, like, if they had any use of force, if they
20   took anybody to the ER, 52 watches.  Yeah.
21   Q   Okay.  And so just for clarity, when someone's
22   going back to read this, what is the 52 watch?
23   A   Basically, when an inmate says that he wants
24   to kill himself.  So that's when you take precautions,
25   and you tell a supervisor about it.  And once the

Page 18

1    supervisor confirms it, then you have to take the -- how
2    do they say that word?  The --
3    Q   Procedure?
4    A   -- procedure -- yeah.  Uh-huh -- and he would
5    have to get dressed out of his jumpsuit and into a
6    suicide shirt.
7    Q   52 is another way for people to say suicide in
8    a jail setting?
9    A   Yes.
10   Q   So at the briefing, that's when you get your
11   assignment for the night too; right?
12   A   Yes.
13   Q   All right.  So you get up date for what
14   happened on the shift before you, and you get your
15   assignment for the night?
16   A   Yes.
17   Q   Is there anything else that you get from the
18   briefing, the preshift-briefing meeting?
19   A   No, sir.
20   Q   Okay.  I'm curious.  My understanding is that
21   that night, the night that -- the shift we're talking
22   about --
23        MR. SMITH:  Well, let me back up.
24   Q   (By Mr. Smith)  You understand that this case
25   is about a time in July 2024 when Ezra Smith attempted

Page 19

1    suicide in a holding cell at the Rockdale County
2    Sheriff's Office; is that your understanding?
3    A   Yes.
4    Q   Okay.  In the preshift briefing leading up to
5    that shift, did you get any information about the
6    booking area prior to being assigned there?
7    A   Yes.
8    Q   What did they tell you what was going on?
9    A   They did say we had a lot of people in the
10   Holding Cell 7, and there was a lot of ATW folders.  ATW
11   means people that are being released out of the jail.
12   Q   Okay.  And that's helpful for me.  So thank
13   you.
14        So ATW is -- do you know what it stands for,
15   by any chance?
16   A   No, sir, I did not.
17   Q   Someone else told me it stood for "all the
18   way."  Does that ring a bell with you at all?
19   A   I mean, I've thought of something like that,
20   but no, sir.
21   Q   I'm wanting to understand what an ATW is
22   exactly.  You said it's people who are about to be
23   released?
24   A   Yes.
25   Q   What about people who are being held for

Page 20

1    another county?  Are these ATW as well?
2    A   No.
3    Q   Okay.
4    A   Those are different.  They are -- so when they
5    first come, they get booked in because they're being
6    held for another agency.  So we contact the other agency
7    and say, "Hey, this person is here.  When are you guys
8    going to be picking him up?  Because he has charges for
9    your county," and that's it.
10   Q   Okay.  Do they hold -- well, we've heard
11   something like "blue folder."  Did that -- do you
12   remember a special color folder for those folks?
13   A   No, sir.  Everybody else has blue folders.
14   Q   Okay.  So there's no way to determine whether
15   or not a folder is an ATW or a hold for another county,
16   for example?
17   A   There are sections on their folders.  So they
18   put a section with ATW and people that are being booked
19   up.  Everything is all separate from everything.
20   Q   So just to make sure that I understand,
21   physically housed in different places?  Is that why?
22   A   Well, the folder is kept in a different place
23   physically.
24   Q   Is that how you know you go over here to find
25   the ATW folders?

Page 21

1 A   Yes.  So, like, if the ATW folder was on the
2 lieutenant's desk, I would grab them, and he would tell
3 me to fingerprint them, make sure they get out, and
4 after that he would go through it and make sure
5 everything is right, done correctly.  And they're
6 processed out.
7 Q   Okay.
8 A   Same thing with the people with those
9 different agencies.  There's a different desk for that.
10 We put them on a different -- it's, like, a folder
11 bracket, and it has, like, a logo hold for different
12 agencies.  ATW.
13 Q   Okay.  So when you're coming in from the
14 debrief --
15 Did the preshift briefing give you any
16 priorities that you had to work on when you first got
17 into the booking area that night?
18 A   Yeah, from my lieutenant, Lt. Daniels.  He
19 said work on the ATWs first.
20 Q   So Lt. Daniels gave you a direct order in
21 terms of what you were supposed to concentrate on?
22 A   Yes, sir.
23 Q   That night you were the booking officer; is
24 that right?
25 A   Yes, sir.

Page 22

1 Q   Okay.  Were there any other booking officers
2 that night?
3 A   No.  It was just me, sir.
4 Q   Okay.  Do you know how many people you had to
5 process that night?
6 A   No, sir.  It was a lot, though.
7 Q   Yeah.  Do they tell you what happened the
8 shift before that people got so backed up?
9 A   No; they didn't tell us anything of -- like,
10 what happened or anything like that.  This was -- just
11 told us was a lot of holding cell, and my mindset, I'm
12 going to get this done.
13 Q   As I understand it, there's a part of the
14 booking process that happens before you get placed into
15 a booking cell.
16 A   Yes, sir.
17 Q   What part is that?
18 A   The intake process.  That's where I intake
19 jail-card information:  last name, first name, date of
20 birth, time he was in, time he was brought in, charges.
21 Then you would have to take him to Tech 84, which is a
22 machine, like -- I think it's, like, a 3D machine.
23 Q   Like, it scans the person?
24 A   Yes, yes, yes.  That's what it's called.  And
25 it makes sure he has nothing on him.  And after that you

Page 23

1 would have to take him into a room.  He would have to
2 dress out.  Anything that isn't white, he cannot keep.
3 So he can't have, like, a shirt that has like a logo on
4 it.  If it's a shirt all white, he can keep that.
5 Q   So the person gets dressed out.  And after
6 they're dressed out, what happens?
7 A   They place them in the holding cell, and
8 that's when you processed them in.
9 Q   What steps remain after you put them in the
10 holding cell?
11 A   You have the mug shots, fingerprint, iris
12 scan.  They have to sign their papers saying that this
13 is the property that was taken away from them and
14 properly bagged into the evidence room.  And they get
15 their classification wristband on, and that's really
16 about it.  After that, after their folder is cleared by
17 lieutenant, corporal, sergeant, then they're good to go
18 to population.
19 Q   And lieutenant on shift that night was Lt.
20 Daniel?
21 A   Yes, sir.
22 Q   Do you remember how many of the folks that you
23 were dealing with were ATWs?
24 A   I don't remember, but it was a lot, though.
25 Q   And when you were processing a file like that,

Page 24

1 how long does take to do the part after intake?  Like,
2 once they've been put in the booking cell, how long does
3 it take to finished the rest of it?
4 A   It all depends because you have other people
5 that are on the bench.  They need to be taken out of the
6 intake bench.  So we can't really get too backed up.
7 Q   At what point do the -- at what point does the
8 inmate get screened by medical person?
9 A   Whenever she requires them.
10 Q   So she can -- that is, the nurse is the "she"
11 you're talking about?
12 A   Yes.
13 Q   So the nurse can come in and say, "Hey, I need
14 to screen this person"?
15 A   We usually -- we ask her, "Are you ready to
16 start screening?"  Or she tells us when she's ready.
17 Q   Can she screen somebody at any point in the
18 process after the person has gone through intake and in
19 the cell?
20 A   No.  He has to be booked in.  His information
21 has to be in the system.
22 Q   Okay.  When you're facing a backlog like that,
23 is there an order of priority between inmates that you
24 use to determine who you should process first?
25 A   Well, my Lt. Daniel said -- I got to listen.

Page 25

1   He's above me in command.  I can't just go do something
2   else.  So I have to do what he tells me directly.
3       Q   Sure.  Did he tell anybody else to do the ATWs
4   that night?
5       MR. BUCKLEY:  Objection.  Form.
6       A   I don't remember, sir.
7       Q   (By Mr. Smith) Okay.  Am I correct in
8   assuming -- am I correct that inmates are not supposed
9   to be held in booking longer than eight hours?
10      MR. BUCKLEY:  Ask that again.
11      MR. SMITH:  Sure.
12      Q   (By Mr. Smith) Am I correct that inmates are
13  not supposed to be held longer than eight hours?
14      A   I do not know.
15      Q   Was there anyone else helping you that night
16  in booking?
17      A   Yes, sir.
18      Q   Who was else was helping you that evening?
19      A   Dep. Tracey, Dep. Jackson.
20      Q   Just those two?
21      A   Yes.
22          No, no.  Tech -- we call them tech, but Ms.
23  Lewis was there, Civilian Lewis.
24      Q   What do the techs do?
25      A   They're the people who just, you know, book

Page 26

1   them in book the -- the inmates, the jail cards.
2       Q   Okay.  So when the jail card comes to intake,
3   it's Ms. Lewis's job to input them into the computer?
4       A   Yes, sir.
5       MR. SMITH:  Let me ask you a question about
6   that because I'm trying to understand this.
7       (Plaintiff's Exhibit No. 1 was marked for
8   identification.)
9       MR. SMITH:  We'll call this 1.  I'm going to
10  show it to your attorney first.
11          I only brought a couple of copies because we
12  have seen these before.  If you want me to email these
13  to you, I can do that but this is just the inmates list
14  report.  This was part of the discovery.
15      MR. BUCKLEY:  Are you going to give the court
16  reporter a set to attach?
17      MR. SMITH:  Yes, and it's going to be the one
18  you're holding that she'll attach.
19      Q   (By Mr. Smith) All right.  You see what I've
20  labeled Exhibit 1?
21      A   All right.
22      Q   Yeah.  I'm sorry that's a bad one.  Forgive
23  me, hopefully.
24          Do you know what this document is?
25      A   It's an inmate list report.

Page 27

1       Q   So you've seen these before?
2       A   Yes.
3       Q   What I was wanting to understand was that when
4   Ms. Lewis puts in someone's card information, is that
5   when the person shows up on the list report?
6       A   Yes.  So booking will have one like this.  So
7   when you go into roll call, all of them will be laid
8   out.  So you have -- wherever you work at, all of these
9   are laid out.
10      Q   Yeah?
11      A   I have 6A, booking, medical towers movement.
12  So you have your own little sheet of who you're supposed
13  to keep track of and what who you're supposed to be
14  responsible over.  I got a booking one, and it was just
15  names like this.
16      Q   Okay.  Now, this is from -- as I understand
17  it, this list by cell of the folks who were in the
18  booking area 78 on July 8th, 2024.  And this first sheet
19  is based on -- at 6:00 p.m.
20          Is that how you read that?
21      A   Yes, sir.
22      Q   Okay.  Now, is this updated every hour; is
23  that how that works normally?
24      A   So usually there's a thing where we keep
25  everything on track.  It's like Odyssey.  So we have a

Page 28

1   thing basically if you don't type it down or write it
2   down with the time, you basically ain't do it.
3       Q   Okay.
4       A   So there's post logs from wherever you are at,
5   wherever your post is at.  You write down what you do.
6   If you was to go on your security check, you'd write
7   down "security check" at this time and you'd say
8   everything seems fine.
9       Q   So you would use this report in order to do
10  your observation rounds?
11      A   Nah; it's different paper.  Yeah.
12      Q   Okay.  Got it.  So what do you use this report
13  for in your -- while you're posted at booking?
14      A   Attendance to make sure who is in what cell.
15      Q   okay.
16      A   And -- you know.  Yes, sir.
17      Q   Okay.  So it's, like, if you're doing head
18  counts, do you use it?
19      A   Yes, head count, for our headcount.
20      Q   Got it.  How long does it take Ms. Lewis then?
21  Did Ms. Lewis do anything else other than data-input the
22  cards into the system?
23      A   That's all she does.  She's not allowed to be
24  nowhere no inmates are or talk to inmates.
25      Q   Got it.  And so eventually if we see someone's

Page 29

1  name, we will know that Ms. Lewis inputted that person's
2  information.  Is that how you would understand that?
3       THE WITNESS:  Repeat that again.
4       MR. SMITH:  Yeah.
5  Q   (By Mr. Smith)  So if we go through here and
6  we look at the 6:00 o'clock -- for example, let's look
7  at Cell 7.  As I understand it, that's, like, six down
8  more or less.
9       Do you see where Cell 7 is on the paper on the
10  front first sheet?
11       THE WITNESS:  This one?
12  Q   (By Mr. Smith)  Well, read out the inmates'
13  name for me.
14  A   Wilson van Pete.
15  Q   Okay.  So that's Cell 7 in the holding area;
16  is that correct?
17  A   Yes, and booking.
18  Q   Okay.  So my understanding is that when you
19  came on that night, Ezra was already in the cell; is
20  that right?
21  A   Yes, sir.
22  Q   But he doesn't show up on this list report
23  from 6:00 p.m.  That's when your shift started; is that
24  correct?
25  A   Yes.

Page 30

1  Q   Okay.  So if I'm understanding what you're
2  telling me, it's just that Ms. Lewis had not yet typed
3  in his card into the system by the point you got on
4  shift; is that what you're telling me?
5  A   Yes.
6  Q   So when you did your head count, you didn't
7  have him listed?
8       You did a head count when you first come in;
9  is that right?
10  A   No.  So usually -- when I usually do head
11  count, yes.  But usually when they're not on my list, I
12  write them down either way.  So I go inside the cell:
13  What is your last name?  First name?  Okay.  Cool.
14  First name last, name.  Okay.  Cool.
15  Q   Mm-hm.
16  A   And then I run that back and include them in
17  my head count.
18  Q   Okay.  So do you remember writing down Ezra's
19  name that night?
20  A   I don't remember at all.
21  Q   Do you remember talking to Ezra when you came
22  onto shift at all night that night?
23  A   I don't remember.
24  Q   Okay.  You know, earlier we talked about -- I
25  just wanted to go back so I don't forget this.  You said

Page 31

1  normally the guys in the holding cell wouldn't see
2  medical until you're done being booked in; is that
3  right?
4  A   Yes.
5  Q   If there was a 52, the nurse could see that
6  person before they were booked in; is that your
7  understanding?
8  A   I don't know about that.
9  Q   You don't know?
10  A   Don't know about that.
11  Q   All right.  At the end of night, what do you
12  do with your reports that you've written on?
13  A   So usually we would turn them in.  But this
14  was before this incident happened.  So when this
15  incident happened, we just had to discard them in the
16  shredder.
17  Q   I'm going to have to ask you to help me
18  understand what it is you're telling me.  So was
19  there -- on this particular night, you said you shredded
20  them?  Is that what you're telling me?
21  A   Well, I just threw my papers away.  I usually
22  don't shred them.  So I usually throw them away.
23  Q   Okay.
24  A   So with these papers, we're not supposed to
25  even have them out of the building.  We could just throw

Page 32

1  them away.  Yes, sir.
2  Q   Got it.
3  A   But the only thing they do collect is the post
4  logs.
5  Q   Okay.  So the logs.  Who enters the post logs?
6  A   Whichever supervisor comes and pick them up.
7  Q   And those are handwritten by you, the post
8  logs?
9  A   Yes, sir.
10  Q   Okay.  What are you supposed to be logging on
11  the post log?
12  A   So it all depends where you at.  When I was in
13  booking, I usually -- I know don't -- usually we don't
14  do anything about post logs.  Everybody is all monitored
15  there.  ATWs are always kept in check, you know.  Check
16  who's the ATW, this and that.
17  Q   So you actually -- as a booking officer, you
18  didn't have the habit of actually entering any post logs
19  yourself?
20  A   No, sir.
21  Q   Okay.  So who would do it for the booking
22  area?  Who would enter those logs?
23  A   You don't do no logs for the booking.  The
24  only logs you have to do would be for 6A, 6B, or the
25  towers or central to keep count where -- like, inmate

Page 33

1  movements, tracking.
2  Q  Did you have a tower for booking?  Was there a
3  tower that was assigned to booking?
4  A  No.
5  Q  Just want to go back one quick second.  When
6  you do a head count, do you radio in the count to the
7  lieutenant or to someone else?
8  A  So usually booking -- so there's -- the
9  booking deputies take head count.  So people call in
10 from, like, what you could call 6A, 6B.  They call in
11 head count, and we usually take it down on a piece of
12 paper called formal head count paper.  After that we
13 turned it in to the lieutenant.  Lieutenant looks over
14 it, confirms it.  Head count is clear.
15 Q  Would the inmate reports suggest -- I'm having
16 trouble sort of kind of squaring it here -- is that the
17 official head count is not counting several people who
18 are physically in the jail at that time?  Was that your
19 experience?
20    So, for instance, you told me Ezra was already
21 in the cell when you came on the shift.
22 A  Yes, sir.
23 Q  Okay.  The list report doesn't have Ezra's
24 name -- is that right? --
25 A  Yes.

Page 34

1  Q  -- for 6:00 o'clock?
2    What do you do when there's a discrepancy
3  between the number of people that you physically counted
4  and the list?  Like, how is that resolved?
5  A  Like I said, I usually just write them down on
6  the piece of paper first, last name and first name.
7  And --
8  Q  Okay.
9  A  -- I show my lieutenant, "Here.  These are
10 people we actually got that are in the system and that
11 these are the people that we don't have in the system,
12 but they are in the holding cell."
13 Q  He gets your handwritten one so he can see who
14 those folks are?
15 A  Yes, sir.
16 Q  All right.  Got it.  How often had you worked
17 with Dep. Tracey at that point?
18 A  It's honestly rare for me to get paired up
19 with her.
20 Q  Okay.  You had worked with her before, though?
21 A  A couple of times.  Not as many but a couple
22 of times.
23 Q  And how would you describe her as a coworker
24 to someone else?
25 A  To me she was ... she was respectful.  She was

Page 35

1  very cool.  I have no problem with her.  That's really
2  about it.
3  Q  What about Jackson?  Had you worked with her
4  before?
5  A  Yes.  She is actually a very great person.
6  Q  That's a slightly different answer than you
7  gave for Tracey.  What makes Jackson so great?
8  A  Well, Ms. Jackson was the one who -- when I've
9  had trouble, she always tried to help me out.
10 Q  Okay.
11 A  Yes.
12 Q  You're describing like before, everyone
13 watches everyone else's back?
14 A  Yes.
15 Q  Can you give an example of when she was
16 helping you out?
17 A  Like, fingerprinting information.  I didn't
18 know how ... how to fingerprint them, like, correctly.
19 sometimes the machine -- when you -- like, I mean the
20 minute would take the print, but, like, sometimes it
21 would just deny the print.  So it would be a certain way
22 you would have to, like, move to get their hands, like,
23 adjusted and then print them, and then it will go
24 through.
25 Q  So she was -- she just had more familiarity

Page 36

1  with how to use the fingerprint machine to get it to
2  work the first time?
3  A  Yes.
4  Q  Okay.  Was she helping but with that the night
5  that we're talking about in July of 2024?
6  A  No.
7  Q  Okay.  What was -- what were Jackson and
8  Tracey doing then in booking that night?
9  A  Ms. Tracey, I was not really keeping an eye
10 out on.  Ms. Jackson, I know she was at the podium.  I
11 was done at the fingerprint machine, fingerprinting ATWs
12 that was ready to leave.
13 Q  That sounds like a pretty specific period of
14 time.  So let's back up a little bit.
15    Were they doing the same general duties that
16 you were doing that night?
17 MR. BUCKLEY:  Object to form.
18    You may answer.
19 A  I don't remember, honestly.  I was just going
20 to do what I was just supposed to do.
21 Q  (By Mr. Smith)  Okay.  Did you see Tracey or
22 Jackson outside of work?
23 A  No, sir.
24 Q  All right.  But both Jackson and Tracey had
25 more experience than you did; is that right?

Page 37

1     A  Yes.
2     Q  So if you had a question on the shift, they
3 would be people that you could reach out to to get an
4 answer?
5     A  Yes.
6     Q  Was there anything besides working -- going
7 through and working the folders that you remember doing
8 that night as part of your responsibilities as a booking
9 officer?
10       THE WITNESS:  Could you repeat that one time?
11       MR. SMITH:  Yeah.
12     Q  (By Mr. Smith)  Besides working the folders
13 processing ATWs, for example, was there other things
14 that you were doing as part of your responsibilities of
15 booking officer that evening?
16     A  Yes.  Actually, we were working on rotations
17 too at the same time of.  Rotations are when you have
18 people that are being housed up in booking for detox
19 reasons, medical reasons, or mental health reasons.
20     Q  What do you do on a rotation?
21     A  They're only allowed to -- there's a certain
22 section.  The front area of booking where the Holding
23 Cell 1 through 14, day shift does rotation for them
24 only.
25     Q  Okay.

Page 38

1     A  7 is holding cells.  So they constantly coming
2 in and out, signing papers, and being processed in.  So
3 you got transports.  Transports side, you have four
4 cells: some detox, mental health observation, or
5 medical observation.  Now, those people -- those in the
6 transport side is night shift.  They have to receive
7 rotation at least an hour minimum, which is -- like,
8 they get let out to use the phone kiosk or visitation.
9     Q  Got it.  Okay.  So rotation then is for them
10 to have their personal time outside of the cell, even
11 though they're in a special-cell situation?
12     A  Yes.
13     Q  Were there any cells open that night that
14 could be used for housing someone who is suicidal?
15     A  I don't remember that.
16     Q  All right.  There were certain cells that was
17 designated for 52s; is that right?
18     A  Yes.
19     Q  And can you describe what those cells are
20 like?
21     A  It has nothing.
22     Q  Okay.
23     A  It's, like, nothing at all.  Just, like, a
24 little thing in the middle where, you know, they can do
25 their business.

Page 39

1     Q  A drain?
2     A  Yes, a drain.  Exactly.
3     Q  There's no bed; is that right?
4     A  No bed.  Just the suicide gown and suicide
5 blanket.
6     Q  Okay.  There's no toilet either in there?
7     A  No, just the drain.
8     Q  All right.  And then it sounds like it goes
9 without saying, there would be no telephone in there
10 either?
11     A  There would be nothing at all except for the
12 camera on the corner.
13     Q  Each of those cells have had an interior
14 camera as well?
15     A  Yeah, sir.
16     Q  Where were those monitored from?
17     A  You can -- well, on one of them, you can see
18 from medical, and the other one you can see from
19 booking.
20     Q  So if someone were housed in there, both the
21 nurse and --
22     A  -- the medical deputy.  So there's medical
23 booth, computer.  Like, left side you have a screen
24 where you can see on one of the cells.
25     Q  So is there a medical deputy on the night

Page 40

1 shift?
2     A  Yes.
3     Q  Okay.  Do you know who it was that night?
4     A  No.  I don't remember.
5     Q  Okay.  Was the medical deputy physically
6 normally in booking?
7     A  No.
8     Q  Okay.  Where were they normally posted at?
9     A  Medical.
10     Q  In the separate part of the jail reserved for
11 medical folks?
12     A  So medical is inside of the jail.  I don't
13 know.  How would I explain it?  It's inside of the jail,
14 and it's close by booking.
15     Q  All right.  What about -- so the nurse that
16 night.  Who was the nurse that night?
17       THE WITNESS:  In booking?
18       MR. SMITH:  Yes.
19     A  Nurse Sanchez.
20     Q  (By Mr. Smith)  Is Nurse Sanchez's office in
21 booking or medical?
22     A  Booking.
23     Q  All right.
24     A  It's literally right by the intake area, you
25 know when they first come in, right by it.  So the

1  intake area, you take a, like, little right.  Yeah.  You
2  take, like, a little right.  The nurse is right there.
3      Q   Had you worked with Nurse Sanchez before?
4      A   Yes.
5      Q   So my understanding is that detention officers
6  do pill call with the nurses; is that right?
7      A   Yes.
8      Q   Is there anything else that's sort of a
9  regular part of your job as a booking officer that you
10  do with the nurse in booking?
11     A   No, just the pill call and then letting them
12  out so they can get screened by the nurse.
13     Q   When they do that screening, where do they do
14  the screening at?
15     A   Inside the nurse's office.
16     Q   Is there someone who goes and stands at the
17  door of the office while they're being screened?
18     A   No.
19     Q   So once you've taken someone there to be
20  screened, you go back and do whatever it was you were
21  doing in the booking area?
22     A   Yes.
23     Q   Since the nurses office is right there next to
24  the intake part --
25         Well, when you're at the nurses office, are

1  you able to hear things in other parts of booking?
2         THE WITNESS:  Explain that again.
3         MR. SMITH:  Yeah.
4      Q   (By Mr. Smith)  I'm trying to figure out,
5  like, audibly how close the nurses office is to the
6  cells and to the platform.
7      A   I think she's, like -- no.  She is, like, six
8  cells away from the holding cells.
9      Q   Okay.  For those of us who haven't spent a lot
10  of time in the holding cells, how would you estimate
11  that distance?  Like, how long is that?
12     A   Ain't good with distance.  I'm not going to
13  lie to you.
14     Q   That makes two of us then.
15         The booking area, though, is otherwise kind of
16  open; right?
17     A   Yes.
18     Q   Okay.
19     A   Spacious.
20     Q   So is it relatively easy to hear someone from
21  one side of the booking to the other?
22     A   If you start yelling, yes.
23     Q   All right.  You weren't the person who did
24  pill call that night, were you?
25     A   No, sir.

1      Q   Did anyone come to be screened by Nurse
2  Sanchez that night?
3      A   I don't remember.
4      Q   Does she get there when you get there on
5  shift?
6      A   No.  Actually, the nurses come an hour later.
7      Q   Okay.  If you hit the floor at 6:00, then
8  she's there at 7:00?
9      A   Yes.  You have other nurses from day shift,
10  though.  I think their schedule is different from our
11  schedule because the nurses be leaving around, like,
12  7:00, and the new nurses pop up around 7:30.
13     Q   Okay.
14     A   It's, like, they have their own shift, I
15  guess.
16     Q   They don't go to your preshift briefing;
17  right?
18     A   Yeah.  Oh, yeah.  The day shift does come to
19  our preshift briefing and tell us who's in the ER, who's
20  on 52, if they observed any uses of force that's.  What
21  I mean by being briefed.  So the nurses are there to
22  brief us.
23     Q   She gives a medical update, essentially?
24     A   Yes.
25     Q   It's my understanding that around 8:00 o'clock

1  or so, Ezra Smith's mom called the jail and talked with
2  Dep. Tracey.
3         Were you there for that call?
4      A   No, sir.
5      Q   My understanding was in at least one of the
6  statements that we saw, the call lasted something like
7  40 minutes and was on speaker phone.
8         Does that -- you don't remember any part of
9  that call, though?
10     A   No, sir.  I don't remember even the call by
11  his mom.
12     Q   Okay.  Did Dep. Tracey talk with you at all
13  about Ezra's mom calling?
14     A   No, sir.
15     Q   Okay.  Did you hear Tracey describe Ezra as
16  "what happens when your parents are brother and sister"?
17     A   That, I don't know.  I don't remember.
18     Q   Okay.  And at some other point in the shift, I
19  guess, before midnight, I know that inmates in Holding
20  Cell 7 were mashing the intercom button.
21         Can you explain, first of all, like, how does
22  the intercom -- how does that work?  Where does it go?
23         THE WITNESS:  So the -- like, from what?
24  Holding Cell 7?  Where does it go?
25         MR. SMITH:  Yeah.

Page 45

1    A    To the booth where Tracey was at.  Yeah.  To
2  the booth where the cameras was at.  There's a booth and
3  there's an intercom right there.  So intercom -- usually
4  it's for -- intercom's usually for emergencies.  So you
5  will answer it, and you would say, "What is your
6  emergency?"
7    Q    Okay.
8    A    And, you know, I guess, whatever response the
9  inmate gives out.
10    Q    Am I right that, well, in order to answer it,
11  you have to press a button; right?
12    A    Yes.
13    Q    Okay.  Before you press that button, how you
14  are you alerted to the fact that someone's using the
15  intercom?
16    A    It beeps really loud.
17    Q    Do you remember the intercom going off that
18  night?
19    A    I don't remember.
20    Q    Okay.  Did you happen to be there when Tracey
21  was talking to the inmates in Holding Cell 7 through the
22  intercom?
23    A    I don't remember that either.
24    Q    All right.  When do you do counts on night
25  shift?  You do one at 6:00 when you come onto a shift?

Page 46

1    A    Yes.
2    Q    When's your next one after that?
3    A    10:00.  No 10:30.  10:30.
4    Q    You do one at 6:00, one at 10:30 --
5    A    And one at end of shift.
6    Q    When is end of shift?
7    A    Well, we usually call it in by 5:00.
8    Q    But end of shift is really exactly at 6:00
9  o'clock, but you've got to get it done before you pack
10  up.
11    A    Yes.
12    Q    So were you the person that did the 10:30
13  count that night?
14    A    Don't remember that.
15    Q    When you do count, do you -- well, take me
16  through it, how you do the count.  I understand that you
17  physically count everyone who's in the thing.  But,
18  like, where do you do it from?
19    A    I usually like to start from the front, the
20  first holding cell:  "What's your first name, last
21  name?"  They tell me.  I look at it to make sure they're
22  in the right cell, make sure it's the right first and
23  last name.  Check it off, go on to the next one.  Same
24  thing, go on to the next one.  Same thing.
25    Q    Okay.  So if we look at the document that you

Page 47

1  have in front of you real quick -- let's see.  There we
2  go -- they're not paginated, so give me one second.
3  Let's go six pages in where it says 12:00 a.m.,
4  7/9/2024.
5        MR. BUCKLEY:  On the sixth page?
6        MR. SMITH:  Yeah; I think that was the sixth
7  page.
8        MR. BUCKLEY:  It says at the top as of
9  7/9/2024, 12:00 a.m.?
10        MR. SMITH:  That's correct.  You're in the
11  right spot.
12    Q    (By Mr. Smith)  Okay.  So at this point in the
13  count, we see -- if you go to Cell 7 for me --
14    A    Yes.
15    Q    -- we have more people listed in the cell than
16  we did at 6:00 o'clock.
17    A    Yes.
18    Q    All right.  But Ezra Smith still isn't listed
19  there; is that right?
20    A    Yes.
21    Q    So someone's doing count that night at 6:00
22  and at 10:30, they would have to have written Ezra's
23  name on the count sheet; right?
24    A    Yes.
25    Q    Okay.  And then told Lt. Daniels, "Has this

Page 48

1  guy still hasn't even been put in the system"?
2    A    And booked in, yeah.
3    Q    All right.  You don't remember, though, if you
4  did the 10:00 o'clock count; is that correct?
5    A    Yeah; I don't remember if I did or not.
6    Q    All right.  At any point in time, did anyone
7  tell you that you needed to get him booked in because he
8  still wasn't showing up in the system?
9    A    No.  I was just told to the fill ATWs, and we
10  were trying to get them out.  I know there was a lot of
11  ATWs.  So we had to focus on them first for the people
12  in the holding cell.
13    Q    Well, eventually Ezra was the only one left in
14  the cell; is that correct?
15    A    I don't remember.
16    Q    Well, when you responded to the 52 emergency,
17  were there any other inmates in the cell at the time?
18    A    I don't remember that either.
19        MR. SMITH:  Okay.
20        MR. BUCKLEY:  When you say "the cell," you
21  mean the cell that Ezra Smith was in?
22        MR. SMITH:  That's the cell.  I'm going show
23  him a copy of this statement.  We'll call this Exhibit
24  2.
25        (Plaintiff's Exhibit No. 2 was marked for

Page 49

1    identification.)
2        Q    (By Mr. Smith)  All right.  Take a look at
3    that for me real quick.  Read over it.  Let me know when
4    you're done.
5        A    Okay.
6        Q    Okay.  Does this refresh your memory a little
7    bit about what was happening at this time that Ezra
8    attempted suicide?
9        A    Not really.  I'm not even going to lie.
10       Q    That's fine.  Had you -- prior to this night
11   or early morning, as it were, had you ever witnessed
12   another suicide or suicide attempt at the jail?
13       A    No.  I was just there to back one up.
14       Q    Okay.  How early on was that in your time
15   there?
16       A    I don't know.  I don't remember.
17       Q    Okay.  Can you tell me a little bit about the
18   exchange between Ezra and Tracey that night?  Like, what
19   was Ezra saying?
20           MR. WAYMIRE:  Object to form.
21           MR. BUCKLEY:  Join.
22           You may answer.
23       A    Well, I do remember him saying he was wanting
24   to kill himself because he was -- he said he was
25   suicidal.

Page 50

1        Q    (By Mr. Smith)  All right.
2        A    Ms. Tracey, as I -- him and Miss Tracey were
3    going at it.  They were both yelling at each other.
4        Q    And at one point did you -- or did you go up
5    to the cell at some point?
6        A    I don't remember.
7        Q    Okay.  So they were yelling back and forth.
8    If I understand you correctly, they were yelling back
9    and forth; is that correct?
10       A    Yes.
11       Q    And you heard Ezra say that he was suicidal?
12       A    Yes.
13       Q    All right.  What did you hear Tracey say after
14   he said he was suicidal?
15       A    I don't remember too much clearly.
16       Q    Okay.
17       A    But I do remember her saying that -- "Well, be
18   a man about it.  Do it, then."
19       Q    Okay.  After you heard that --
20           Well, first of all, when you heard that, do
21   you remember where you were?
22       A    At the fingerprint machine talking to the --
23   well, the ATW was talking to me.  So that was the only
24   reason I wasn't really paying attention.
25       Q    Okay.  Were you at the fingerprint machine the

Page 51

1    whole time this exchange was going on?
2        A    No.
3        Q    Okay.  So kind of take me through it.  This is
4    happening.  Where are you at while it's happening?
5           THE WITNESS:  While it's happening?
6           MR. SMITH:  Yeah.
7        A    Oh, yes.  Yes.  I was at the fingerprint
8    machine most of the time.
9        Q    (By Mr. Smith)  After you heard Ezra say that
10   he was suicidal and Tracey say, "Be a man about it and
11   do it," what did you do next?
12       A    Well, I was still fingerprinting the ATW guy,
13   and the guy was still talking to me.  The guy didn't
14   know no English, but he was talking to me in Spanish and
15   I was talking back to him in Spanish.  He said, "What's
16   going on?"  I said, "Don't worry about it right now.
17   I'm just trying to -- we're trying to focus on trying to
18   get you out, and we're going to fingerprint you."
19       Q    And this is with Daniel?  Is that the guy's
20   name?
21       A    The -- the ATW, the guy I was fingerprinting,
22   no.  I don't know the guy's name.
23       Q    Okay.  After you finished fingerprinting him,
24   what did you do next?
25       A    I didn't even get to finish fingerprinting him

Page 52

1    actually.
2        Q    Okay.
3        A    It was mid -- like, when I was finishing off
4    his fingerprinting -- he was doing it off the left one
5    when he -- that's when the whole situation happened, and
6    that's when I put him in the Holding Cell 8.
7        Q    That's the holding cell next to the one Ezra
8    was in?
9        A    Yes.
10       Q    Did you hear -- well, how did you -- what did
11   you hear that led you to take him into the Holding Cell
12   8?
13       A    Well, I remember turning around for a split
14   second, seeing Ms. Tracey as I open the door.  And she
15   yelled out, I believe, "medical emergency" or something
16   like that.  I turned around.  I turned around, and I
17   grabbed the guy because when a situation like that
18   happens, everybody has to be secured.  It don't matter
19   if you're an inmate or ATW.  Everybody has to be
20   secured.  So everybody was secured.  So the two ATWs
21   were placed in the Holding Cell 8, and that's when I
22   went to go help out Ms. Tracey and Ms. Jackson.
23       Q    All right.  And then how did you help them
24   out?
25       A    Just being at the door.

1    Q   At the door of the cell or some other door?
2    A   Just at the door of the cell.
3    Q   Okay.  After Ezra was taken out, you finished
4 up the shift; right?
5    A   Yes.
6    Q   Okay.  Were you interviewed during the shift
7 at all about what happened?
8    A   I don't remember.
9    Q   Okay.  Did you talk to Tracey or to Jackson at
10 the end of shift about what happened?
11    A   Yes.
12    Q   What did you guys discuss?
13    A   I don't remember what we said.
14    Q   Okay.  Looking at Exhibit 2, this -- you agree
15 with me, this is an email that you sent to Kevin Tatum?
16    A   Talking about Lt. Tatum?  Oh, yes.
17    Q   As I understand it, the date that you sent
18 that was on Saturday, July 13th; is that right?  That's
19 what you see at the top there?
20    A   Yes.
21       MR. SMITH:  Okay.
22       THE WITNESS:  7th of July; right?
23       MR. SMITH:  Yes.
24    A   Okay.  Yes.
25    Q   (By Mr. Smith)  Did Lt. Tatum ask you to send

1 him this narrative directly?
2    A   Yes.
3    Q   When did he ask you to do that?
4    A   The day I got interviewed by him.
5    Q   Okay.  What day was that?
6    A   That, I don't remember.
7    Q   Okay.  Ordinarily, you know, in the jail when
8 a medical emergency happens or there's a fight or
9 something like that, you create incident reports; right?
10    A   Okay.  When are you required to enter your
11    Q   Okay.  When are you required to enter your
12 information for an incident report?
13    A   Whenever you're, like, there, whenever you're
14 to assist.  I was there to assist only because I think
15 Ms. Tracey was the first one to find him.  Jackson was
16 second.  I was there third.  I wrote a supplement.
17 That's what it's called.
18       So Ms. Tracey was the one -- she would have
19 been the one to write the incident report, and I would
20 have put myself in on the Odyssey.  And you would have
21 to go to the inmate.  You had to click on "incident,"
22 click "new."  You would have to click on the "plus"
23 button, press "new location, date, name, time."  Then go
24 the narrative and then click on the "plus" sign, say
25 "new incident" and then click on "narrative" again.  And

1 then that's when you type your incident report.  So what
2 I had to do was write that supplement.  So I wrote a
3 supplement on the side.
4    Q   Is what we're looking at that we've marked as
5 Exhibit 2 -- is this the same supplement you wrote?
6    A   Yes, same one.
7    Q   Ordinarily when you're inputting information
8 for incident reports, when are you supposed to write the
9 incident report?
10       MR. BUCKLEY:  Object to the form of question.
11       You can answer.
12    A   When the situation happens.  When the
13 situation is over, write down your report, your incident
14 report, and word it.
15    Q   (By Mr. Smith)  Was there any particular
16 reason why your supplement was several days later than
17 the incident itself?
18    A   Well, usually most of the time, I don't get
19 assisted to, like, post with computers.  So most of the
20 time, I'm assisted to open dorms.  Open dorms have no
21 type of computer ISD.  You're always on your feet; so
22 you don't get a chance to get on the computer.
23 Usually -- I'm pretty sure it took me a couple of days
24 to finish my report.  I had it written down in my
25 notebook, but I don't know where that notebook is at

1 anymore.
2    Q   So when you were walking around the jail and
3 you had notebook on you?
4    A   Yes.
5    Q   Okay.  Just to make sure I understand, was
6 that common practice for everyone to have a notebook on
7 them?
8    A   No; it was just for me, like, to help me to
9 assist myself.
10    Q   Okay.  In case -- well, one, would this be
11 something you'd take home with you?
12    A   Yes.
13    Q   So this wasn't a notebook you left at work?
14    A   Unh-unh.
15       MR. BUCKLEY:  you have to say "yes" or "no."
16    A   No.  No.
17    Q   (By Mr. Smith)  What kind of stuff did you use
18 the notebook for?
19    A   Just for, like, language, like, to fix my
20 punctuation on -- for -- like, for myself, my
21 supplements.  Or whenever I have to do an incident
22 report, that's -- usually I edit it out.  I write down
23 my thing, look back at it again, read it, reread it,
24 rewrite it, then make it look better on the Odyssey, you
25 know.

Page 57

1  Q  Okay.  I don't want to presume anything.  Is
2  your first language Spanish, though?
3  A  No, sir.
4  Q  Okay.  I just was asking because I wasn't --
5  you said you were speaking to someone else before the
6  ATW.
7  A  Yes.
8  Q  But your first language is English?
9  A  Yes.
10  Q  But this is your way of improving your
11  grammar, I guess, for the reports?
12  A  Yes.
13  Q  Okay.  You say now you don't know where that
14  notebook is?
15  A  I know it's somewhere in my house.
16  Q  Since this litigation, have you taken a look
17  to see if you could find it?
18  A  No, sir.
19  Q  Okay.  Was it the same notebook you were using
20  when you had your last day in September?
21  A  No.
22  Q  You'd already run through that notebook around
23  were on to a new one?
24  A  Yes.
25  Q  Well, that's helpful then maybe.  Are these

Page 58

1  just -- are we talking about, like, just, like, a
2  notebook that kind of fits in your hand, like a small --
3  you know, you can put in your pocket?
4  A  It's like a regular full-size notebook.
5  Q  So an 8-1/2-by-11 kind of notebook?
6  A  Yes.
7  Q  All right.  Well, then when you're on shift,
8  how do you take it around with you?
9  A  We wear clear book bags.
10  Q  Oh.  On shift you're -- you can wear the
11  backpack while you're --
12  A  Yeah, so you can carry your personal things
13  with you in the jail so, like, if you have, like, your
14  personal snacks or food, you know, to help you through
15  the day.
16  Q  Yeah.  Okay.
17  A  But usually that notebook was for drawing.
18  When you're in 6A, there's no -- there's not a computer.
19  It's, like, boring.
20  Q  You didn't -- like, with the reports and
21  stuff -- like the Exhibit 1 we were talking about, you
22  wouldn't stuff that in your notebook too?
23  THE WITNESS:  Like, these?
24  MR. SMITH:  Like, these, like Exhibit 1.
25  A  No.

Page 59

1  Q  (By Mr. Smith)  Okay.
2  A  I don't take work with me.
3  Q  You mentioned shredding it.  Is there a
4  shredder there at the booking station?
5  A  Yes.
6  Q  Okay.  And you shred it at the booking
7  station?
8  A  No; I just throw it in the trash can.
9  Q  Just a regular trash can?
10  A  There's a trash can right by too.
11  Q  Okay.  The reason I'm asking, so when you
12  would show it to the lieutenant so he could verify,
13  like, what the count was, he didn't take a copy of that
14  for himself?
15  A  No; he usually didn't need it.  Usually he
16  writes it down on a separate sheet of paper which is the
17  formal head-count piece of paper.  So how could -- I
18  don't know how the sheet looks like, but you have 6A,
19  6B, booking, medical, ISD, annex, and kitchen.  Those
20  are the only places you would take head count at.
21  Q  So he had a sheet where he writes a total for
22  all those?
23  A  He'd look at what your sheet is, write the
24  total down, and it would be verified by him.
25  Q  Did he come in to verify your count?

Page 60

1  A  Yes.
2  MR. WAYMIRE:  Can we take a break when you get
3  a chance?
4  MR. SMITH:  Yeah.  Actually, this is a good as
5  point.  Let's go ahead and take a pause.  Do you need
6  five minutes.  Does that sound good?  Let's take five
7  minutes.  It's 2:15.  We're going to be off for five
8  minutes.
9  (A recess was taken.)
10  MR. SMITH:  Back on the record.  It's 1421.
11  Q  (By Mr. Smith)  All right, Mr. Gomez.  Just
12  wanted to jump back into this a little bit.  Now, you
13  gave this -- you wrote this statement -- this
14  supplemental statement for the incident report; is that
15  right?
16  A  Yes.
17  Q  And then you were -- you said you were
18  interviewed by Lt. Tatum.  Is that his rank?
19  A  Yes, sir.
20  Q  Were you interviewed by anyone else as a
21  result of this incident?  Not including your attorney,
22  obviously.
23  A  No.
24  Q  Okay.  At one point you also gave testimony to
25  the merit board for Dep. Tracey; is that correct?

Page 61

1    A   Yes.
2        THE WITNESS:  Are you talking about where I
3    had to go to -- like, it was like a big screen of
4    people?
5        MR. SMITH:  I would assume that's it.  But I
6    can't tell you for sure if this was for more than one
7    incident.  I can show you a picture of it, if that's
8    helpful.
9        THE WITNESS:  That's fine.
10   Q   (By Mr. Smith)  Do you remember when you were
11   talking about this -- you were in this place with the
12   big screen, who was in there with you?  Not on the
13   screen but in person.
14   A   Major Tate, Lt. Tatum -- I don't remember
15   anybody else.
16   Q   Okay.
17   A   I don't know about those other people.
18   Q   All right.  Coming in here today -- and,
19   again, I don't want to know about any conversations you
20   had with Mr. Buckley, but coming in today did you review
21   any documents to help you prepare for the deposition?
22   A   No.
23   Q   Okay.  Did you view any video to help you
24   prepare for the deposition?
25   A   No.

Page 62

1    Q   Again, besides Mr. Buckley, did you talk with
2    anyone to prepare for today's deposition?
3    A   No.
4    Q   I want to go ahead then and -- well, let's
5    roll back.  As a result of what happened with Ezra, my
6    understanding was that you had a conversation with
7    someone at the jail about how you could have performed
8    better; is that correct?
9    A   I don't remember.
10       MR. SMITH:  All right.  Let's just go ... I
11   can't digitally label things, so we will call this
12   Exhibit 3.  It is from the merit board hearing.  This is
13   the file that's marked with the date of 2024/08/30.
14   Look like the beginning time was 10:04:44, in case
15   anyone's curious what it looks like.
16       (Plaintiff's Exhibit No. 3 was marked for
17   identification.)
18   Q   (By Mr. Smith)  First of all, this screen of
19   folks that we see -- showing what we've labeled as
20   Exhibit 3, the screen of folks that we've seen here,
21   who's the gentleman in the top left-hand corner?
22       THE WITNESS:  Talking about this area?
23       MR. SMITH:  Yes; you're identifying the man in
24   the top corner.
25   A   Oh, that's ... what's the -- do you know those

Page 63

1    gummies?  I forgot what those gummies are called.
2    Welch's.  Maj. Welch.
3    Q   (By Mr. Smith)  There we go.  So Maj. Welch.
4    All right.
5        Now, is that you see in the screen?
6    A   Yes.  My face looks so clear.
7    Q   All right.  So was the -- when you were
8    talking about the meeting that you had with the
9    television with the all the different faces on it, was
10   this the one you were referring to?
11   A   Yes.
12       (A portion of a video file was played.)
13   Q   (By Mr. Smith)  Sorry.  You recognize that as
14   being your voice; is that correct?
15   A   Yes.
16       MR. SMITH:  It's jacked all the way up; so I
17   apologize.
18       (A portion of a video file was played.)
19       MR. SMITH:  Trying to get to the point I want
20   to make sure we understand.
21       (A portion of a video file was played.)
22       MR. SMITH:  Sorry.
23   Q   (By Mr. Smith)  When you were giving this,
24   were you giving this -- giving your testimony under oath
25   in this particular hearing?  Do you remember?

Page 64

1    A   I don't remember.
2        (A portion of a video file was played.)
3        (A discussion was held off the record.)
4    Q   (By Mr. Smith)  So let's go back to that
5    answer there and get the question in so we understand
6    where you're coming from.
7        (Video recording played back.)
8    Q   (By Mr. Smith)  All right.  So having played
9    your testimony from that merit board hearing, does that
10   help you remember what it was, the conversation you had
11   about how they went over it with you about how you
12   should handle the situation?
13       MR. BUCKLEY:  Object to form of the question.
14       You may respond.
15   A   No; I really don't remember all that.
16   Q   (By Mr. Smith)  You don't remember what it
17   was they talked to you about after the situation?
18   A   No; I don't remember.
19   Q   Do you remember who talked to you at all about
20   the situation after it happened besides Tatum?
21   A   No; I don't remember anybody.
22   Q   Was there any kind of debrief that morning
23   after you talked -- after the suicide attempt with any
24   of the lieutenants?
25       THE WITNESS:  Like, what you mean?

Page 65

1  Q   (By Mr. Smith)  Like, after the situation
2  happened, did Lt. Daniel or any other ranking officer
3  pull you aside to kind of debrief you about what you'd
4  just been through?
5  A   Yes.  Lt. Daniel asked me if I was okay, if
6  mentally I was still here or, you know ...
7  Q   And well, what else did you guys talk about
8  besides that?
9  A   How to go over the procedure and what to do
10  next time.
11  Q   Okay.  What was your understanding coming away
12  from that conversation about what to do next time?
13  A   Made me look at the situation more clear and
14  what should have been done.
15  Q   All right.  And what was that that should have
16  been done?
17  A   He should have been on suicide prevention.
18  Q   Okay.  Am I correct you could have -- after
19  hearing him and Tracey, you could have instigated
20  suicide prevention; is that right?
21  A   Yes.
22  MR. BUCKLEY:  I think "instigate" is the word
23  we're having an issue with.
24  Q   (By Mr. Smith)  You could have began suicide-
25  prevention protocols?  Is that a better way of saying

Page 66

1  it?  You could have began suicide-prevention protocols
2  or --
3  THE WITNESS:  Can you repeat the whole
4  question again?  I'm sorry.
5  Q   (By Mr. Smith)  After you heard Ezra and
6  Tracey, you could have began the suicide-prevention
7  procedures; correct?
8  A   Now that I'm looking back at it, yes, I could
9  have.
10  (Plaintiff's Exhibit Nos. 4 and 5 were marked
11  for identification.)
12  Q   (By Mr. Smith)  Okay.  Okay.  We will label
13  -- that was 3.  We will go ahead and do this as 4.  And
14  I'll just -- we'll put 5 down as well at the same time.
15  So 4 we're going to call Cam 9 account security camera
16  in the booking area.  That shows a particular
17  perspective of Holding Cell 7, and the other one is the
18  intake-side camera.
19  Are you familiar with the security cameras
20  there at the booking -- in the booking area of the jail?
21  A   Yes; I'm familiar with them.
22  Q   Okay.  So I'm just going to ask you -- what
23  I'm representing is the case here -- let me back up.
24  Okay.  So Cam 9.  This gives -- as I
25  understand it, gives the date and time things are

Page 67

1  happening.  Is that your understanding of how these
2  cameras work as well?
3  A   Yes.
4  Q   And what are we seeing in the picture?  What
5  is being depicted?
6  A   Seeing that I'm walking toward the Holding
7  Cell 7.
8  Q   Okay.  But this is -- Generally speaking, this
9  is the booking area of the Rockdale County Sheriff's
10  Office?
11  A   Yes.
12  Q   So if you were booking out someone to be
13  released, you would take them out of the cell like this?
14  A   Yes.
15  MR. WAYMIRE:  Can you tell the time stamps so
16  somebody reading the transcript can know?
17  MR. SMITH:  At this point we're at one hour
18  and 50 minutes and 40 seconds.  Excuse me.  That's the
19  other side.  One hour 24 minutes and 14 seconds into the
20  video.  It's also 1:24 a.m. and 19 seconds as listed on
21  time stamp at the top right.
22  Q   (By Mr. Smith)  So at this point you have an
23  inmate that you're taking -- you mentioned taking
24  someone to fingerprinting?
25  A   Yes.

Page 68

1  Q   Do you see the fingerprinting station on this
2  screen?
3  A   No, but the fingerprint is this one in the
4  corner.
5  Q   It's to the right of where?  The corner?
6  A   Literally right where this little wall is,
7  this little wall right in front of it.
8  Q   So it's offscreen, but it's near to bottom
9  right-hand corner of the screen we're looking at?
10  A   Yes, sir.
11  Q   So just a matter -- it looked like y'all went
12  offscreen a different way.  Do you dress people out
13  before you fingerprint them?
14  A   So when you're in intake, that's where they
15  get dressed at too.  So intake, they get the jail card,
16  the Tech 84 which is the scan to make sure they don't
17  have anything on them oralwise or the other way.  And
18  when they're finished with the Tech 84, they go in this
19  room, and that's where they change out.
20  Q   Okay.
21  A   Yes.
22  Q   But at this particular time if you're tack
23  someone out to process where are you going to take?
24  A   The fingerprint section is where the corner
25  is.  So in that corner there's, like, a ... there's,

Page 69

1  like, a cabinet that's, like, a big cabinet. It's
2  filled with jumpsuits that you give to the inmates when
3  they're finished being processed because on this section
4  I have the high-risk scan. I forgot. There's, like, a
5  big poster-covered wall on the wall where you can see
6  how tall they are. Is he five-six, all that. And then
7  you could also take his fingerprint, so fingerprinting
8  machine. The mug shot camera points at him like that.
9      Q   So my understanding is after you took that
10  gentleman out of the cell, Ezra Smith started hitting
11  the cell door.
12      Do you recall that?
13      A   Yes.
14      Q   Okay. And you didn't go to check on Ezra when
15  he was hitting the door. Am I right about that?
16      A   No.
17      Q   But Dep. Tracey did; is that right?
18      A   Dep. Tracey did; yes.
19      Q   So for the record, same film. We're still on
20  Cam 9, Exhibit 4. I forwarded to 1:28:13 or 1:28:18 on
21  the time stamp.
22      Can you tell who that is in the screen?
23      A   No.
24      Q   Let me roll back just a little bit.
25      Do you recognize that person, that officer?

Page 70

1      MR. BUCKLEY: I think maybe if you go back two
2  clicks, you can see her face.
3      MR. SMITH: Almost. Let's see.
4      A   No; I don't know who that is.
5      MR. BUCKLEY: Go forward one. Just one.
6      Q   (By Mr. Smith) You don't recognize that
7  person?
8      A   No; I don't know who that is.
9      Q   Okay. We're at 1:28:15.
10      Okay. Now, where that person is approaching,
11  is that Holding Cell 7?
12      A   Yeah; that's 7.
13      Q   So we're at 1:28:25. Can you tell me who the
14  inmate is, the person talking with --
15      A   No. I don't -- I can't really see the face,
16  but I don't know who that is.
17      Q   Okay. That's you at the bottom of the screen?
18  Is that you now that we're at 1:28:43?
19      A   Yes.
20      Q   Okay. So you're going to guard Holding Cell 7
21  here; is that right?
22      A   Yes.
23      Q   And that's at 1:28:47. Do you remember that
24  evening Tracey making the hanging gesture to Ezra Smith
25  with her left hand?

Page 71

1      MR. WAYMIRE: Object to form.
2      MR. BUCKLEY: Join.
3      You can answer.
4      A   I don't remember that.
5      Q   (By Mr. Smith) We're at 1:28:54. You're
6  basically at Holding Cell 7 now; right?
7      A   Yes.
8      Q   Okay. I'm going to represent to you that's
9  Dep. Tracey so we can kind of finish this conversation.
10      Seeing this, do you recall why it was you went
11  to Holding Cell 7 while Tracey was talking to Ezra
12  Smith?
13      A   I don't even remember why I walked over there
14  in the first place.
15      Q   But, obviously, you're not at the
16  fingerprinting station?
17      A   Yeah.
18      Q   Okay. We see -- we're at 1:29:04. You're
19  walking away now; right?
20      A   Yes.
21      Q   Do you know where you were walking off to?
22      A   To the fingerprint section/area.
23      Q   So you went down Holding Cell 7, and you come
24  back?
25      A   Yes.

Page 72

1      Q   All right. And what you're telling me, you
2  went back to the fingerprinting station where there was
3  an inmate waiting to get fingerprinted?
4      A   Yes.
5      Q   How far was it from where Holding Cell 7 and
6  fingerprinting station -- let's start with the
7  fingerprinting station. Could you contact your
8  lieutenant from that station?
9      THE WITNESS: From the fingerprint station,
10  could I contact him?
11      MR. SMITH: Mm-hm.
12      A   No.
13      Q   (By Mr. Smith) No?
14      A   His office is, like, by medical's office.
15      Q   Okay. You didn't have a radio or anything
16  that you could use to contact him from there?
17      A   I don't remember.
18      Q   If you had to get hold of someone at that
19  point in time, how would you have done it?
20      A   The phones that we have at our booth.
21      Q   You mean the platform?
22      A   Yeah, the platform. Yeah.
23      Q   You could have grabbed a phone at the platform
24  and called?
25      A   Yes.

Page 73

1    Q   If you were going to start a 52 call, how do
2    you -- like, what's -- how do you start that process?
3        A   Well, whoever walked onto the process or
4    whoever was the first at the scene would have to --
5    what's that called?  -- not escalate but ... try to
6    handle the situation, like, getting control of the
7    situation.
8        Q   How do you alert others to the fact that there
9    is a 52?
10       A   Well, usually you --
11           THE WITNESS:  Like, can you repeat that again?
12           MR. SMITH:  Yeah.
13       Q   (By Mr. Smith)  How do you tell other
14   officers in the jail that there's a 52 or attempted 52?
15       A   Well, we would ... well, we would first call
16   the nurse, and we would confirm with her if she wants
17   them on 52 watch or not.
18       Q   While you're at the fingerprinting, you're
19   relatively close to the nurses office?
20       A   No.  So the fingerprint is right here on the
21   other side.  So medical is right by intake.
22       Q   So it's the other side of the booking area?
23       A   Yes, is right by intake.  And literally right
24   beside intake is Lt. Daniel and then medical.
25       Q   Okay.  So when you were down in the Holding

Page 74

1    Cell 7, for example, you would have -- if you're facing
2    the door, you would have taken a right and just gone
3    down that little hallway.  And you could have talked
4    to --
5        A   Yeah.
6        Q   Okay.  All right.  Did you -- after that night
7    after that shift was over, did you talk with anyone that
8    next week or so -- did you talk with either Jackson or
9    with Tracey about what happened that night?
10           MR. BUCKLEY:  Object to form.  Asked and
11   answered.
12           You may answer.
13       A   Yes, but I don't remember about the
14   conversation too much.
15       Q   Did you text with them at all?
16       A   I don't remember.
17       Q   Did you -- I mean did you have an ongoing text
18   conversation with Jackson?
19       A   I don't remember that.
20       Q   Okay.  You mentioned that she was really
21   helpful in the past.  Was she helpful following the
22   events of Ezra Smith's attempted suicide?
23       A   Yes.
24       Q   How?
25       A   Well, she told me to try to get some rest, try

Page 75

1    to get it out your mind.  She said if I was, like,
2    mentally okay or if I was, like, you know, mentally
3    there, to keep going on, finish all the shift.  I was,
4    like, I'm mentally able to.  She was constantly checking
5    on me, making sure I was okay.
6        Q   Did you check on her to see if she was okay?
7        A   Yes.  I would go check:  "How you doing?  You
8    Okay?  You feel good?"  Yeah.
9        Q   Did she give any indication that she was
10   having trouble with what happened?
11           THE WITNESS:  Like, as in mentally or did --
12           MR. SMITH:  Yeah, processing what happened.
13       A   No.  She wasn't giving no signs or anything.
14       Q   (By Mr. Smith)  Okay.  Did she tell you
15   anything about the event and what she'd heard or seen?
16           THE WITNESS:  Like, from her perspective when
17   she got up there first?
18           MR. SMITH:  Yeah.
19       A   No.
20       Q   (By Mr. Smith)  What about Tracey?  Did Tracey
21   tell you why she did what she did that night?
22       A   No.
23       Q   Did you talk to -- did you text with Tracey at
24   all after that happened?
25       A   I don't remember.

Page 76

1        Q   Okay.  Did you ever talk to Sanchez outside of
2    work?
3        A   No.
4        Q   Okay.  So you wouldn't have any text
5    conversation with Sanchez either about what happened
6    that nights?
7        A   No.
8        Q   When does her shift normally end in the
9    morning?
10       A   I think the nurses leave, like, an hour
11   before -- no.  We leave an hour -- I believe their shift
12   ends at 7:00 because they come around 7:00 during --
13   when we begin our shift.  So I would assume they will,
14   like, leave, like -- because that's usually how our time
15   is, 6:00 to 6:00.  So I believe theirs would be 7:00 to
16   7:00.
17       Q   She's still there when you're leaving?
18       A   Yeah.  Yes, sir.
19       Q   You mentioned that the preshift briefing that
20   they would have told you about medical issues.  Did
21   anyone mention Ezra Smith during that part of the
22   preshift briefing?
23       A   I don't remember.
24       Q   Okay.  Because am I right that when you go
25   through intake, there's also like a medical -- like,

1  a -- some kind of interaction with medical at intake?
2      A   Yes.  I don't know what the questions are, but
3  they do end up coming to them in intake and asking them
4  questions.  I don't know what specifically what
5  questions, but they do end up talking to them when they
6  come in during intake.
7      Q   Okay.
8      A   That's the only way the officer is able to
9  leave intake.
10     Q   What do you mean?
11     A   The nurse has to see the guy that they brought
12 in first.
13     Q   Okay.  Okay.
14     A   Like, the nurse has to see him unless there
15 is --
16     Q   All right.  Have you ever been working intake
17 when someone was told they couldn't go into booking?
18     A   No.
19     Q   Ezra was there -- well, he was there since you
20 began the shift; is that right?
21     A   Yes.
22     Q   And on his card would have told you when he
23 first came into the Rockdale County jail; is that
24 correct?
25     A   Yes.

1      Q   All right.  So when you're looking at a file,
2  you see that card?
3          THE WITNESS:  The jail card?
4          MR. SMITH:  Yeah.
5      A   Yeah; it's, like, an index card.
6      Q   (By Mr. Smith) Okay.  So did you end up
7  processing his file eventually?
8      A   I don't know about that.  I don't remember.
9      Q   Okay.  Did you pick it up at all that night?
10     A   I don't remember.
11     Q   Tracey and Jackson were both helping you
12 process people in the booking area; is that correct?
13     A   Yes.
14     Q   All right.  Were you talking with Jackson that
15 night about the different people that you guys were
16 processing?
17     A   Yes, but I don't remember the conversation.
18     Q   Well, our understanding from Tracey at least
19 was that Jackson told you not to process Ezra; is that
20 right?
21     A   I don't remember that.
22     Q   You don't remember?
23     A   No.
24     Q   Did Jackson tell you about the last time she'd
25 seen Ezra at the jail?

1      A   No; she didn't tell me nothing.
2      Q   Did you ever hear Jackson tell you that -- or
3  excuse me.
4          Did Jackson -- or did you hear Jackson tell
5  anyone else that Ezra was a privileged white guy?
6      A   That -- I don't remember her saying anything
7  like that.
8      Q   And as far as you understand, why was Ezra the
9  last person to be processed in that cell?
10     A   That reason, I really don't know either.
11     Q   Did you ever meet Ezra before that night?
12     A   No, sir.
13     Q   Have you ever seen Ezra after that night?
14     A   No, sir.
15     Q   Tracey also mentioned to us that after this
16 was all over that you were laughing about what happened.
17 Do you remember that?
18     A   I remember going up to her, but I don't
19 remember any of the conversations.
20     Q   Okay.  I want to just make sure that I don't
21 have anything left.  I'm almost done, Mr. Gomez.  We're
22 going to wrap up here real soon.  So I'm going to ask
23 you ask just to indulge me with another five minutes so
24 we don't have anything else.  Once we do, the other
25 attorneys here may have questions for you.  If they do

1  we'll let them ask those.  And I may have a couple
2  afterwards.  It shouldn't be much longer now.  I do
3  appreciate it.
4          Do you have anywhere that you need to be?
5      A   I'm good.
6      Q   Okay.  All right.  Then just give me another
7  five minutes, make sure I'm not missing anything else.
8          (A recess was taken.)
9          MR. SMITH:  We can wrap up real quick.  Just
10 to make sure I understand -- and before I get into that,
11 Thank you very much for your time today.  We do
12 appreciate you coming in.
13     Q   (By Mr. Smith)  All right.  So just really
14 quick to walk through, if I understood you correctly
15 today, we saw in the video that you pulled somebody out
16 right before Tracey -- eventually before Tracey goes
17 down and talked to Ezra.
18         You were the person pulling that person to get
19 fingerprinted?
20     A   Yes.
21     Q   When you pulled him out, you would have known
22 that Ezra is the only person left in the cell?
23     A   Yes.
24     Q   And you knew that in that Holding Cell 7,
25 there is a telephone right on the wall?

Page 81

1    A   Yes.
2    Q   With a cord?
3    A   Yes.
4    Q   All right.  And then you heard Ezra say that
5  he was suicidal?
6    A   Yes.
7    Q   And you heard Tracey say, "Do it.  I want you
8  to be a man about it," or something to that effect?
9         MR. BUCKLEY:  I'll object to the form of that,
10  "something to the effect."  His testimony is what it is.
11         MR. VEAL:  I join.
12    Q   (By Mr. Smith)  After hearing that, you
13  didn't go to medical; right?
14    A   Yeah.
15    Q   Did you go to medical?
16    A   No, no, no.  No; I didn't go to medical.
17    Q   And you didn't talk to Lt. Daniel?
18    A   No, sir.  I wasn't the first to enter the
19  situation.
20    Q   So you're saying that Tracey was the first to
21  enter the situation?  Is that what you're telling me?
22    A   Yes.
23    Q   And so you didn't feel that you had a duty to
24  talk to anyone since Tracey was there?
25    A   Yes.

Page 82

1         THE WITNESS:  Like, duty to like tell about
2  Mr. Ezra Smith?
3         MR. SMITH:  Yeah.
4         THE WITNESS:  Like, if I had to go tell them?
5         MR. SMITH:  Let's stop using "them" maybe.
6    Q   (By Mr. Smith)  I'm looking to understand
7  what you're telling me right now in terms of -- you told
8  me that you didn't talk to medical and that you didn't
9  go to Lt. Daniel to tell him about what Ezra Smith said
10  about being suicidal.
11         Tell me why you didn't think you had to.
12    A   Well, honestly, when I heard that situation
13  with him and Ms. Tracey going on, I didn't think Inmate
14  Ezra Smith was going to actually, you know, do anything
15  because at the moment I thought they were just arguing
16  with each other, like, a normal argument.
17    Q   Is it your understanding of the suicide
18  prevention and interventions policy that you don't
19  report when someone -- when you don't believe someone --
20  excuse me.
21         You don't have to report when you think
22  someone is just arguing and saying their suicidal?
23         THE WITNESS:  Can you break it down a little
24  easier?
25    Q   (By Mr. Smith)  You've seen the policy

Page 83

1  before; right?
2    A   Yes.
3    Q   Okay.  Let me if I still have my pen anywhere
4  on me.  Let's see.  That puts us at?
5         THE COURT REPORTER:  I believe we're at 6.
6         MR. SMITH:  6?
7         (Plaintiff's Exhibit No. 6 was marked for
8  identification.)
9         MR. BUCKLEY:  Okay.
10    Q   (By Mr. Smith)  Do you recognize this
11  document, Mr. Gomez?
12    A   Yes.
13    Q   All right.  What is it?
14    A   Jail policy and procedure.
15    Q   Okay.  And what's the jail policy and
16  procedure about?
17    A   Jail suicide procedure.
18    Q   I'm trying to understand.  You're telling me
19  if you hear someone say they're suicidal, you don't have
20  to report that necessarily?
21    A   You do have to report it, but -- yeah; you do
22  have to report it.
23    Q   Okay.  But in this particular incident, you
24  did not?
25    A   Yes.

Page 84

1    Q   Okay.  And Jackson was there in booking as
2  well; correct?
3    A   Yes.
4    Q   You didn't talk to her to ask her any
5  questions about whether or not you had to report it or
6  not; is that right?
7    A   No; I didn't talk to her about it.
8         MR. SMITH:  Okay.  All right.  That is all of
9  my questions for this afternoon.  I don't believe if, I
10  understand correctly --
11         MR. BUCKLEY:  I do have a question
12              EXAMINATION
13  BY MR. TIMOTHY J. BUCKLEY:
14    Q   With respect to this document that you were
15  just shown, what, if any, difference is there of what
16  you thought your duty was on the day of the incident
17  with Ezra Smith versus after you were counseled about
18  what you're supposed to do?
19         Do you understand my question?
20         THE WITNESS:  Break it down a little.
21    Q   (By Mr. Buckley)  Did you think your duty on
22  the day Ezra Smith was having this interaction with
23  Ms. -- with Dep. Tracey, did you at that moment think
24  you had a duty to report it --
25         MR. SMITH:  Object to form.

Page 85

1   Q   (By Mr. Buckley) -- at that moment?
2       MR. BUCKLEY:  Still object to the form.
3   A   Yes.
4   Q   Did you?
5   A   Yes.
6   Q   Okay.  So you're -- when you earlier testified
7   you thought they were just arguing --
8   A   Yeah, but I thought they were just arguing.
9   Q   But you thought you were still supposed to
10  report it and didn't at that time?
11      MR. SMITH:  Object to the form.
12  A   No.
13      MR. BUCKLEY:  Okay.  Stop.  He objected to my
14  question.  Let's start over.
15  Q   What, if any, difference is there between what
16  you thought at the time you had to report versus what
17  you thought you had to report once you were counseled
18  about it after the incident?
19  A   So as I remember, Tracey was at the podium,
20  and there was just arguing back and forth over and over
21  for, like, a split -- five minutes with Ezra Smith.
22  Well, Ezra Smith was at the door just banging it and
23  banging at the door talking to them.
24  Q   Okay.  But in terms of your duty at that time,
25  what, if any, differences were there between what you

Page 86

1   thought your duty was right then versus what you came to
2   know your duty was once you were counseled by a superior
3   afterwards?
4       Is there a difference?
5       MR. SMITH:  Object to form.
6   A   Yes.
7   Q   (By Mr. Buckley) All right.  Tell us the
8   difference.
9   A   Should have been reported.
10  Q   You know that now?
11  A   Yeah.
12  Q   At the time you heard this exchange with
13  them --
14  A   I didn't.
15  Q   -- did you think you needed to report it?
16  A   No, I did not.
17      MR. SMITH:  Object to form.
18      MR. BUCKLEY:  That's all the questions I have.
19      MR. WAYMIRE:  No questions.
20      MR. VEAL:  None from me.
21      THE COURT REPORTER:  Transcribed?
22      MR. SMITH:  Give us a second.  Do you have
23  anything?  No?  We'll take etran.
24      MR. VEAL:  Same.
25      MR. BUCKLEY:  I want etran, but I also want

Page 87

1   the four-panel hard copy with the index.
2       MR. WAYMIRE:  I don't need a copy, thanks.
3       (Deposition concluded at 3:09 p.m.)

Page 88

1                   J U R A T
2
3
4
5
6
7       _____
8               RAUL GOMEZ
9
10
11
12
13  _____
14  Notary Public
15
16  Sworn and Subscribed to me
17
18  This _____ day of _____.
19
20
21
22
23
24
25

Page 89

CERTIFICATE

GEORGIA:
FULTON COUNTY:

I hereby certify that the foregoing deposition was
stenographically recorded by me as stated in the caption,
and the colloquies, questions and answers were reduce to
typewriting under my direction; that the foregoing transcript
is a true and correct record of the evidence given.

The above certification is expressly withdrawn and
denied upon the disassembly or photocopying of the foregoing
transcript, unless said disassembly or photocopying is done
under the auspices of BULL AND ASSOCIATES, INC., Certified
Court Reporters, and the signature and original seal is attached
thereto.

I further certify that I am not a relative, employee,
attorney or counsel of the parties, nor am I a relative or
employee of such attorney or of any party, nor am I financially
interested in the outcome of the action.

This 6th day of October, 2025.

_____
MEG ARMISTEAD
Certified Court Reporter ((B-2011)
My commission expires March 31, 2026

---

Page 90

DISCLOSURE

Pursuant to Article 10.B of the Rules and Regulations of
the Judicial Council of Georgia, I make the following disclosure:
I am a Georgia Certified Court Reporter. I am here as a
representative of BULL AND ASSOCIATES, INC.
Bull and Associates, Inc. was contacted to provide court
reporting services for this deposition. Bull and Associates, Inc.
will not be taking this deposition under any contract that is
prohibited by O.C.G.A 9-11-28 (c)., O.C.G.A. 15-14-37(a) and (b).
Bull & Associates, Inc. has no contract/agreement to provide
reporting services with any party to the case, any counsel in the case,
or any reporter or reporting agency from whom a referral might have
been made to cover this deposition.
Bull & Associates, Inc. will charge its usual and customary
rates to all parties in the case, and a financial discount will not
be given to any party to this litigation.

OFFICIAL CODE OF GEORGIA ANNOTATED 15-14-37
(a)    Contracts for court reporting services, not related to a
particular case or reporting incident, between a certified
court reporter or any person with whom a certified court
reporter has a principal and agency relationship and any
attorney at law, party to an action, or party having a
financial interest in an action, are prohibited. Attorneys
shall not be prohibited from negotiating or bidding reasonable
fees for services on a case-by-case basis.
(b)    In order to comply with subsection (a) of this Code Section,
each certified Court Reporter shall make inquiry regarding
the nature of the contract for his or her services directed
to the employer or the person or entity regarding said
Court Reporter's services as an independent contractor.

# Inmate List Report

GAROCKDALEPROD

As of: 07/08/2024 6:00 PM      Sorted By: Cell      Cells: Booking

Nodes: Main Jail

Main Jail

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 253111 | ███████ | 7BHC01 | 7 | Rockdale County SO |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 202523 | ████ ██ | 7BHC03 | 269 | Rockdale County SO |

**Jailing Flags:**      Gang Member - Blood gang member; Inmate Separations Exist

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 115224 | ██████████ | 7BHC04 | 31 | Rockdale County SO |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 137224 | ████████ | 7BHC05 | 2 | Conyers PD. |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 130924 | ███████ | 7BHC06 | 10 | Conyers PD. |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 138924 | ████████ | 7BHC07 | 0 | Rockdale County SO |
| 139024 | ██████ | 7BHC07 | 0 | Rockdale County SO |

**Total Booking Holdir  2**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 156619 | ████████ | 7BHC08 | 0 | Rockdale County SO |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 079921 | ████████ | 7BHC09 | 45 | Rockdale County SO |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 136323 | ███████ | 7BHC10 | 68 | Rockdale County SO |

**Total Booking Holdir  1**

Printed on 05/06/2025 11:06 AM


PLAINTIFF'S EXHIBIT
1

# Inmate List Report

GAROCKDALEPROD

As of: 07/08/2024 6:00 PM    Sorted By: Cell    Cells: Booking

Nodes: Main Jail

Main Jail

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 153216 | ███████ | 7BHC13 | 35 | Conyers PD. |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 46609 | ███████ | 7BHC14 | 204 | Rockdale County SO |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 130424 | ███████ | Trans1 | 11 | Conyers PD. |
| 138424 | ███████ | Trans1 | 1 | Conyers PD. |
| 143019 | ███████ | Trans1 | 3 | Conyers PD. |

**Total Transport Cell  3**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 330607 | ███████ | Trans2 | 77 | Rockdale County SO |
| 36233 | ███████ | Trans2 | 91 | Rockdale County SO |

**Total Transport Cell: 2**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 113724 | ███████ | Trans3 | 33 | Rockdale County SO |

**Total Transport Cell: 1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 082022 | ███████ | Trans4 | 394 | Conyers PD. |

**Total Transport Cell  1**


**Total Main Jail:**    19

**Total Inmates:**    19

# Inmate List Report

GAROCKDALEPROD

As of 07/08/2024 7:00 PM          Sorted By: Cell          Cells: Booking

Nodes: Main Jail

Main Jail

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 253111 | | 7BHC01 | 7 | Rockdale County SO |

Total Booking Holdir  1

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 123324 | | 7BHC02 | 21 | Rockdale County SO |

Total Booking Holdir  1

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 202523 | | 7BHC03 | 269 | Rockdale County SO |
| **Jailing Flags:** | Gang Member - Blood gang member; inmate Separations Exist | | | |

Total Booking Holdir  1

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 115224 | | 7BHC04 | 31 | Rockdale County SO |

Total Booking Holdir  1

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 137224 | | 7BHC05 | 2 | Conyers PD. |

Total Booking Holdir  1

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 130924 | | 7BHC06 | 10 | Conyers PD. |

Total Booking Holdir  1

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 138924 | | 7BHC07 | 0 | Rockdale County SO |
| 139024 | | 7BHC07 | 0 | Rockdale County SO |

Total Booking Holdir  2

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 156619 | | 7BHC08 | 0 | Rockdale County SO |

Total Booking Holdir  1

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 079921 | | 7BHC09 | 45 | Rockdale County SO |

Total Booking Holdir  1

# Inmate List Report

GAROCKDALEPROD

As of: 07/08/2024 7:00 PM     Sorted By: Cell     Cells: Booking

Nodes: Main Jail

Main Jail

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 136323 | ███████ | 7BHC10 | 68 | Rockdale County SO |

**Total Booking Holdir** 1

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 153216 | ███████ | 7BHC13 | 35 | Conyers PD. |

**Total Booking Holdir** 1

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 46609 | ███████ | 7BHC14 | 204 | Rockdale County SO |

**Total Booking Holdir** 1

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 130424 | ███████ | Trans1 | 11 | Conyers PD. |
| 138424 | ███████ | Trans1 | 1 | Conyers PD. |
| 143019 | ███████ | Trans1 | 3 | Conyers PD. |

**Total Transport Cell** 3

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 330607 | ███████ | Trans2 | 77 | Rockdale County SO |
| 36233 | ███████ | Trans2 | 91 | Rockdale County SO |

**Total Transport Cell** 2

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 113724 | ███████ | Trans3 | 33 | Rockdale County SO |

**Total Transport Cell** 1

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 082022 | ███████ | Trans4 | 394 | Conyers PD. |

**Total Transport Cell** 1

**Total Main Jail:**     20

**Total Inmates:**     20

# Inmate List Report

As of 07/08/2024 8.00 PM      Sorted By: Cell      Cells: Booking

Nodes: Main Jail

Main Jail

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 253111 | | 7BHC01 | 7 | Rockdale County SO |

**Total Booking Holdir** 1

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 123324 | | 7BHC02 | 21 | Rockdale County SO |

**Total Booking Holdir** 1

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 202523 | | 7BHC03 | 289 | Rockdale County SO |

**Jailing Flags:**   Gang Member - Blood gang member; Inmate Separations Exist

**Total Booking Holdir** 1

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 115224 | | 7BHC04 | 31 | Rockdale County SO |

**Total Booking Holdir** 1

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 137224 | | 7BHC05 | 2 | Conyers PD. |

**Total Booking Holdir** 1

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 130924 | | 7BHC06 | 10 | Conyers PD. |

**Total Booking Holdir** 1

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 138924 | | 7BHC07 | 0 | Rockdale County SO |
| 139024 | | 7BHC07 | 0 | Rockdale County SO |

**Total Booking Holdir** 2

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 156619 | | 7BHC08 | 0 | Rockdale County SO |

**Total Booking Holdir** 1

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 079921 | | 7BHC09 | 45 | Rockdale County SO |

**Total Booking Holdir** 1

# Inmate List Report

GAROCKDALEPROD

As of: 07/08/2024 8:00 PM    Sorted By: Cell    Cells: Booking

Nodes: Main Jail

Main Jail

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 135323 | ███████████ | 7BHC10 | 68 | Rockdale County SO |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 153216 | ███████ | 7BHC13 | 35 | Conyers PD. |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 48609 | █████████████ | 7BHC14 | 204 | Rockdale County SO |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 130424 | ██████████ | Trans1 | 11 | Conyers PD. |
| 138424 | ████████ | Trans1 | 1 | Conyers PD. |
| 143019 | ███████████ | Trans1 | 3 | Conyers PD. |

**Total Transport Cell ·  3**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 330607 | ██████████ | Trans2 | 77 | Rockdale County SO |
| 36233 | █████████ | Trans2 | 91 | Rockdale County SO |

**Total Transport Cell :  2**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 113724 | █████████████ | Trans3 | 33 | Rockdale County SO |

**Total Transport Cell :  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 082022 | ██████████ | Trans4 | 394 | Conyers PD. |

**Total Transport Cell ·  1**

**Total Main Jail:  20**

**Total Inmates:  20**

# Inmate List Report

GAROCKDALEPROD

As of: 07/08/2024 9:00 PM       Sorted By: Cell       Cells: Booking

Nodes: Main Jail

Main Jail

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 253111 | ▮▮▮▮▮ | 7BHC01 | 7 | Rockdale County SO |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 123324 | ▮▮▮▮▮ | 7BHC02 | 21 | Rockdale County SO |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 202523 | ▮▮▮▮▮ | 7BHC03 | 269 | Rockdale County SO |

**Jailing Flags:**       Gang Member - Blood gang member; Inmate Separations Exist

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 115224 | ▮▮▮▮▮ | 7BHC04 | 31 | Rockdale County SO |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 137224 | ▮▮▮▮▮ | 7BHC05 | 2 | Conyers PD. |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 130924 | ▮▮▮▮▮ | 7BHC06 | 10 | Conyers PD. |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 138924 | ▮▮▮▮▮ | 7BHC07 | 0 | Rockdale County SO |
| 139024 | ▮▮▮▮▮ | 7BHC07 | 0 | Rockdale County SO |

**Total Booking Holdir  2**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 156619 | ▮▮▮▮▮ | 7BHC08 | 0 | Rockdale County SO |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 079921 | ▮▮▮▮▮ | 7BHC09 | 45 | Rockdale County SO |

**Total Booking Holdir  1**

# Inmate List Report

GAROCKDALEPROD

As of: 07/08/2024 9:00 PM    Sorted By: Cell    Cells: Booking

Nodes: Main Jail

Main Jail

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 136323 | ███████████ | 7BHC10 | 68 | Rockdale County SO |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 153216 | ██████████ | 7BHC13 | 35 | Conyers PD. |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 46609 | ████████████ | 7BHC14 | 204 | Rockdale County SO |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 130424 | ███████████ | Trans1 | 11 | Conyers PD. |
| 138424 | ██████████ | Trans1 | 1 | Conyers PD. |
| 143019 | ████████████ | Trans1 | 3 | Conyers PD. |

**Total Transport Cell ·  3**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 330607 | ███████████ | Trans2 | 77 | Rockdale County SO |
| 36233 | ██████████ | Trans2 | 91 | Rockdale County SO |

**Total Transport Cell :  2**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 113724 | ████████████ | Trans3 | 33 | Rockdale County SO |

**Total Transport Cell :  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 082022 | ██████████ | Trans4 | 394 | Conyers PD. |

**Total Transport Cell ·  1**


**Total Main Jail:**     20

**Total Inmates:**       20

# Inmate List Report

GAROCKDALEPROD

As of: 07/08/2024 10:00 PM    Sorted By: Cell    Cells: Booking

Nodes: Main Jail

Main Jail

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 253111 | ███████████ | 7BHC01 | 7 | Rockdale County SO |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 123324 | ██████████ | 7BHC02 | 21 | Rockdale County SO |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 202523 | ████████ | 7BHC03 | 269 | Rockdale County SO |

**Jailing Flags:**    Gang Member - Blood gang member; Inmate Separations Exist

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 115224 | █████████████ | 7BHC04 | 31 | Rockdale County SO |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 137224 | ██████████ | 7BHC05 | 2 | Conyers PD. |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 130924 | ███████████ | 7BHC06 | 10 | Conyers PD. |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 138924 | ████████████ | 7BHC07 | 0 | Rockdale County SO |
| 139024 | █████████ | 7BHC07 | 0 | Rockdale County SO |

**Total Booking Holdir  2**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 079921 | ████████████ | 7BHC09 | 45 | Rockdale County SO |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 136323 | ███████████ | 7BHC10 | 68 | Rockdale County SO |

**Total Booking Holdir  1**

# Inmate List Report

GAROCKDALEPROD

As of: 07/08/2024 10 00 PM       Sorted By: Cell       Cells: Booking

Nodes: Main Jail

Main Jail

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 153216 | | 7BHC13 | 35 | Conyers PD. |

**Total Booking Holdir** 1

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 46609 | | 7BHC14 | 204 | Rockdale County SO |

**Total Booking Holdir** 1

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 130424 | | Trans1 | 11 | Conyers PD. |
| 138424 | | Trans1 | 1 | Conyers PD. |
| 143019 | | Trans1 | 3 | Conyers PD. |

**Total Transport Cell ·** 3

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 330607 | | Trans2 | 77 | Rockdale County SO |
| 36233 | | Trans2 | 91 | Rockdale County SO |

**Total Transport Cell :** 2

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 113724 | | Trans3 | 33 | Rockdale County SO |

**Total Transport Cell :** 1

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 082022 | | Trans4 | 394 | Conyers PD. |

**Total Transport Cell ·** 1

| **Total Main Jail:** | 19 |
|---|---|
| **Total Inmates:** | 19 |

# Inmate List Report

GAROCKDALEPROD

As of  07/09/2024 12:00 AM        Sorted By  Cell        Cells  Booking

Nodes   Main Jail

Main Jail

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 253111 | | 7BHC01 | 8 | Rockdale County SO |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 123324 | | 7BHC02 | 22 | Rockdale County SO |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 202523 | | 7BHC03 | 270 | Rockdale County SO |

**Jailing Flags:**        Gang Member - Blood gang member; Inmate Separations Exist

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 115224 | | 7BHC04 | 32 | Rockdale County SO |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 137224 | | 7BHC05 | 3 | Conyers PD. |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 130924 | | 7BHC06 | 11 | Conyers PD. |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 022121 | | 7BHC07 | 1 | Rockdale County SO |
| 138924 | | 7BHC07 | 1 | Rockdale County SO |
| 139024 | | 7BHC07 | 1 | Rockdale County SO |
| 139124 | | 7BHC07 | 1 | Conyers PD. |
| 139224 | | 7BHC07 | 1 | Conyers PD. |

**Total Booking Holdir  5**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 079921 | | 7BHC09 | 46 | Rockdale County SO |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|

# Inmate List Report

GAROCKDALEPROD

As of: 07/09/2024 12:00 AM    Sorted By: Cell    Cells: Booking

Nodes: Main Jail

Main Jail

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 136323 | ████ | 7BHC10 | 69 | Rockdale County SO |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 153216 | ████ | 7BHC13 | 36 | Conyers PD. |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 46609 | ████ | 7BHC14 | 205 | Rockdale County SO |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 130424 | ████ | Trans1 | 12 | Conyers PD. |
| 138424 | ████ | Trans1 | 2 | Conyers PD. |
| 143019 | ████ | Trans1 | 4 | Conyers PD. |

**Total Transport Cell ·  3**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 330607 | ████ | Trans2 | 78 | Rockdale County SO |
| 36233 | ████ | Trans2 | 92 | Rockdale County SO |

**Total Transport Cell ·  2**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 113724 | ████ | Trans3 | 34 | Rockdale County SO |

**Total Transport Cell ·  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 082022 | ████ | Trans4 | 395 | Conyers PD. |

**Total Transport Cell ·  1**

**Total Main Jail:**    22

**Total Inmates:**    22

# Inmate List Report

GAROCKDALEPROD

As of  07/09/2024 1:00 AM        Sorted By  Cell        Cells  Booking

Nodes  Main Jail

Main Jail

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 253111 | | 7BHC01 | 8 | Rockdale County SO |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 123324 | | 7BHC02 | 22 | Rockdale County SO |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 202523 | | 7BHC03 | 270 | Rockdale County SO |
| **Jailing Flags:** | Gang Member - Blood gang member; Inmate Separations Exist | | | |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 115224 | | 7BHC04 | 32 | Rockdale County SO |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 137224 | | 7BHC05 | 3 | Conyers PD. |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 130924 | | 7BHC06 | 11 | Conyers PD. |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 022121 | | 7BHC07 | 1 | Rockdale County SO |
| 138924 | | 7BHC07 | 1 | Rockdale County SO |
| 139124 | | 7BHC07 | 1 | Conyers PD. |
| 139224 | | 7BHC07 | 1 | Conyers PD |
| 139324 | | 7BHC07 | 0 | Rockdale County SO |
| 164822 | Smith, Ezra | 7BHC07 | | Rockdale County SO |

**Total Booking Holdir  6**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 079921 | | 7BHC09 | 46 | Rockdale County SO |

**Total Booking Holdir  1**

# Inmate List Report

GAROCKDALEPROD

As of: 07/09/2024 1:00 AM     Sorted By: Cell     Cells: Booking

Nodes: Main Jail

Main Jail

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 136323 | | 7BHC10 | 69 | Rockdale County SO |

**Total Booking Holdir** 1

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 153216 | | 7BHC13 | 36 | Conyers PD. |

**Total Booking Holdir** 1

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 46609 | | 7BHC14 | 205 | Rockdale County SO |

**Total Booking Holdir** 1

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 130424 | | Trans1 | 12 | Conyers PD. |
| 138424 | | Trans1 | 2 | Conyers PD. |
| 143019 | | Trans1 | 4 | Conyers PD. |

**Total Transport Cell :** 3

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 330607 | | Trans2 | 78 | Rockdale County SO |
| 36233 | | Trans2 | 92 | Rockdale County SO |

**Total Transport Cell :** 2

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 113724 | | Trans3 | 34 | Rockdale County SO |

**Total Transport Cell :** 1

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 082022 | | Trans4 | 395 | Conyers PD. |

**Total Transport Cell :** 1

**Total Main Jail:**     23

**Total Inmates:**     23

# Inmate List Report

GAROCKDALEPROD

As of: 07/09/2024 2:00 AM    Sorted By: Cell    Cells: Booking

Nodes: Main Jail

Main Jail

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 253111 | | 7BHC01 | 8 | Rockdale County SO |

**Total Booking Holdir 1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 123324 | | 7BHC02 | 22 | Rockdale County SO |

**Total Booking Holdir 1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 202523 | | 7BHC03 | 270 | Rockdale County SO |
| **Jailing Flags:** | Gang Member - Blood gang member; Inmate Separations Exist | | | |

**Total Booking Holdir 1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 115224 | | 7BHC04 | 32 | Rockdale County SO |

**Total Booking Holdir 1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 137224 | | 7BHC05 | 3 | Conyers PD. |

**Total Booking Holdir 1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 130924 | | 7BHC06 | 11 | Conyers PD. |

**Total Booking Holdir 1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 139324 | | 7BHC07 | 0 | Rockdale County SO |
| 164822 | Smith Ezra | 7BHC07 | | Rockdale County SO |

**Total Booking Holdir 2**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 079921 | | 7BHC09 | 46 | Rockdale County SO |

**Total Booking Holdir 1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|---|---|---|---|---|
| 136323 | | 7BHC10 | 69 | Rockdale County SO |

**Total Booking Holdir 1**

# Inmate List Report

GAROCKDALEPROD

As of: 07/09/2024 2:00 AM    Sorted By: Cell    Cells: Booking

Nodes  Main Jail

Main Jail

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 153216 | ▮▮▮▮▮ | 7BHC13 | 36 | Conyers PD. |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 46609 | ▮▮▮▮▮ | 7BHC14 | 205 | Rockdale County SO |

**Total Booking Holdir  1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 130424 | ▮▮▮▮▮ | Trans1 | 12 | Conyers PD. |
| 138424 | ▮▮▮▮▮ | Trans1 | 2 | Conyers PD. |
| 143019 | ▮▮▮▮▮ | Trans1 | 4 | Conyers PD. |

**Total Transport Cell  3**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 330607 | ▮▮▮▮▮ | Trans2 | 78 | Rockdale County SO |
| 36233 | ▮▮▮▮▮ | Trans2 | 92 | Rockdale County SO |

**Total Transport Cell : 2**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 113724 | ▮▮▮▮▮ | Trans3 | 34 | Rockdale County SO |

**Total Transport Cell : 1**

| SO # | Inmate's Name | Cell | Confinement | Arresting Agency |
|------|---------------|------|-------------|------------------|
| 082022 | ▮▮▮▮▮ | Trans4 | 395 | Conyers PD. |

**Total Transport Cell  1**

**Total Main Jail:**    19

**Total Inmates:**    19

 Outlook

---

## Statement Deputy Gomez #3062

---

**From** Raul Gomez <Raul.Gomez@RockdaleCountyGA.gov>

**Date** Sat 7/13/2024 9:20 PM

**To**      Kevin Tatum <Kevin.Tatum@RockdaleCountyGA.gov>

On July 8, 2024 I Deputy Gomez #3062 assigned as Booking Deputy

I Deputy Gomez was in booking with Deputy Jackson as kitchen and Deputy Tracey as Movement Deputy. When we enter booking for our post there was a lot of people to be booked in and there was also ATW that needed to be gone. Our main priority was the ATW so we focused on them first. We finished up most of the ATW holding cell 7. While I was doing ATW folders, I went to get inmate Ladaniel first because his bond was paid and made him into a ATW. While trying to process him into the system inmate Ezra was banging on the door with his feet and hands for 10 mins straight. Deputy Tracey goes down to holding cell 7 and explains why he isn't being processed in the system. Inmate Ezra continues to bang on the holding cell door 7 and yells out I'm suicidal. Inmate Ezra keeps yelling and gets into an argument with Deputy Tracey. Inmate Ezra tells Deputy Tracey; I'm going to kill myself then Deputy Tracey replies back by saying Do it then 4x and also saying I want to see you do it and be a man about. Then booking gets quite for 10 mins. Deputy Tracey checks the cameras and doesn't see inmate Ezra on the cameras. Deputy Tracey then goes down and checks booking cell 7 and finds inmate Ezra Kneeled down with the phone cord wrapped around his neck. Then Deputy Tracey calls out I need emergency help out loud and I deputy Gomez at the moment was taking Fingerprints of ATW Ladaniel. Then I run toward the scene in holding cell then I tell the 2 ATW to go into holding cell 8 and close the door. Then I see nurse Sanchez coming into holding cell 7 and starts CPR on inmate Ezra for 3 mins then Deputy Jackson tags in and does CPR and for 3 mins then L.T. Daniels comes to the scene and tells me to go run and get the nurses. So, I Leave, and I run to the booking door main and as I was opening the door I see the nurse running across the hallway Nurse Smith, Nurse Nypera . So, I deputy Gomez held the door open for the nurse then I run behind them as we arrive the scene Nurse Sanchez is still giving CPR. L.T. Daniels then jumps in and does CPR to inmate Ezra for 2 mins and finally he comes back. Behind me Deputy Renfro 3064 and Deputy Rowe and Cpl Hall arrive at the scene Ms. Lewis the Tec calls for medical help over the phone. Medical help arrives and takes inmate Ezra to the hospital Deputy Little and Deputy Dieudonne follow them to make sure inmate Ezra was okay. L.T. Daniels then takes pictures of evidence, and we sent the inmate work to clean up the mess.



PLAINTIFF'S
EXHIBIT

2

| ROCKDALE COUNTY SHERIFF'S OFFICE | | | | | | JAIL POLICY AND PROCEDURE | |
|---|---|---|---|---|---|---|---|
| GENERAL ORDER NO: | 5.22 | EFFECTIVE DATE: | APRIL 23, 2024 | REVISION DATE: | | RESCINDS: | |
| SUBJECT: | SUICIDE PREVENTION AND INTERVENTION | | | | NO OF PAGES: 3 | REFERENCES: 5-ALDF-4C-05,31, & 32 | |

BY ORDER OF THE SHERIFF

ERIC J. LEVETT, SHERIFF OF ROCKDALE COUNTY

## PURPOSE:

The purpose of this policy is to ensure that all inmates admitted to the Rockdale County Jail are screened in order to identify those inmates who may require immediate mental health or who pose a health or safety risk to themselves or others.

## POLICY:

It shall be the policy of the Rockdale County Sheriff's Office (RCSO) to provide procedures that define the specific mode of prevention, intervention and response necessitated by the occurrence of a Mental Health related crisis and/or demonstration of suicide ideation by an inmate.

A suicide prevention program is approved by the Medical Provider and reviewed by the facility or program administrator. It includes specific procedures for handling intake, screening, identifying, and supervising of a suicide-prone inmate and is signed and reviewed annually. The program includes staff and inmate critical incident debriefing that covers the management of suicidal incidents, suicide watch, and death of an inmate or staff member. It ensures a review of critical incidents by administration, security, and medical services. All staff with responsibility for inmate supervision are trained on an annual basis in the implementation of the program. Training includes but is not limited to:

    A.    Identifying the warning signs and symptoms of impending suicidal behavior.

    B.    Understanding the demographic and cultural parameters of suicidal behavior.

    C.    Responding to suicidal and depressed inmates.

    D.    Communication between Jail Administration and Medical Provider.

    E.    Using referral procedures.

    F.    Housing observation and suicide watch level procedures.

    G.    Follow-up monitoring of inmates who make a suicide attempt.

    H.    Population specific factors, pertaining to suicide risk in the facility.

## I.  Suicide Response:

    A.    Any inmate who threatens or attempts self-mutilation or suicide will be viewed as a MENTAL HEALTH EMERGENCY. Upon notification, the Mental Health Professional will provide a face-to-face interview with the inmate. Additionally, the inmate's mental health and/or medical chart(s) will be reviewed as part of the initial assessment.

        1.    The assessment will be completed in a timely manner during normal working hours after receiving notification.


PLAINTIFF'S EXHIBIT

    2.     At times other than normal working hours, Jail staff will notify the Medical Department which will provide immediate medical intervention. The Medical Staff will contact the on-call Mental Health Professional for notification purposes.

B.    Based upon the inmate's assessment, a decision will be made by Mental Health Professional regarding the appropriate housing for the affected inmate. Options for appropriate housing may include:

    1.     Maintenance within the currently assigned Housing Unit

    2.     Relocation to the Booking/Medical Unit

    3.     Transport to outside medical facility (ER Unit)

    4.     Following review and medical clearance may be transferred to an offsite facility to meet the current mental health needs of the inmate in crisis. (i.e. Georgia Regional Hospital)

C.    If the use of restraints is indicated, then the restraints will be applied as provided for by existing policy.

D.    The inmate may also be placed on a "Suicide Watch" to monitor his/her behavior. The frequency of the "Special Watch" may be staggered in person checks not to exceed 15-minute intervals. The watch is conducted to assure the continued well-being of the inmate. The watch will be documented by Detention staff on the appropriate "Suicide Watch" forms, as well as in Eagle. Notations will be made of any abnormal behavior observed. The watch will be reviewed by the medical staff to determine the need for continuance, at a minimum of every twelve (12) hours.

E.    When standard issued clothing presents a security or medical risk the inmate is supplied with a security garment that promotes inmate safety and prevents humiliation and degradation.

F.    When a "Suicide Watch" is initiated, the inmate will be placed in an observation (booking/medical/segregation) cell without any of their personal possessions, clothing and/or linen from the bedding to prevent the use for self-injury. The use of safety garments will be provided to the inmate to prevent additional self-injury. Inmates are protected from humiliation and degradation.

The decision to return any items will rest on the Mental Health Professional, or their designees. This decision will be documented on the appropriate forms.

**ONLY DETENTION STAFF WILL ENTER THE INMATE'S ROOM/CELL TO REMOVE THESE ITEMS.**

G.    Inmates placed on Suicide Watch will be evaluated by a Mental Health Professional for an alternative safety meal (Nutra-Loaf). The alternative safety meal must be approved in writing by the medical provider or their designee. All meals will meet basic nutritional requirements and occur with the written approval of jail administrator or their designee and the Medical Authority. Alternative safety meals will not exceed seven days.

H.    If and when any of the items are returned to the inmate, the inmate will be closely monitored. The returns of any possessions are solely at the discretion of the Mental Health Professional.

I.    Inmates shall also be afforded the opportunity to utilize showers. (Daily, based on the

Mental Health Professional authorization and the behavior of the inmate).

**II.**   **POLICY REVIEW:**

This policy and procedure will be reviewed and updated as needed.