UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EZRA SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>DEPUTY MONIQUE TRACEY, *et al.*,<br><br>    Defendants. | Case No. 1:24-cv-05158-TWT |

**PLAINTIFF'S NOTICE OF FILING SUMMARY JUDGMENT EXHIBITS**[1]

Plaintiff Ezra Smith hereby provides notice of filing the following attached exhibits referenced in his responses to Defendants' respective motions for summary judgment.

1. Declaration of Ezra Smith;

2. Plaintiff's Verified Responses to Defendant Gomez's First Set of Interrogatories;

3. Shenequa Jackson Incident Report (#24-R-000559);

4. Appellate brief from *Brantley v. Jones*, 363 Ga. App. 466 (2022);

5. Ezra Smith Holding Cell 7 07-08-2024.mp4 (filed conventionally);

---

[1] One of Plaintiff's exhibits is designated as "confidential" pursuant to the protective order in place and will be filed under a separate provisionally sealed notice.

    6.        Ezra Smith Holding Cell 7 07-09-2024.mp4 (filed conventionally);

    7.        Ezra Smith Booking Area 07-09-2024.mp4 (filed conventionally);

    8.        Ezra Smith Booking Area 2 07-09-2024.mp4 (filed conventionally);

    9.        Jackson Body Camera (filed conventionally);

    10.      Merit Board Hearing - M. Tracey-20240823_090650-Meeting Recording.mp4 (filed conventionally); and

    11.      Merit Board Hearing - M. Tracey-20240830_100444-Meeting Recording.mp4 (filed conventionally).

Dated: January 9, 2026.

                                                      */s/ James M. Slater*
                                                      James M. Slater (GBN 169869)
                                                      SLATER LEGAL PLLC
                                                      2296 Henderson Mill Rd NE #116
                                                      Atlanta, Georgia 30345
                                                      james@slater.legal
                                                      Tel. (404) 458-7283

                                                      Jeff Filipovits (GBN 825553)
                                                      Wingo Smith (GBN 147896)
                                                      SPEARS & FILIPOVITS, LLC
                                                      315 W. Ponce de Leon Ave., Suite 865
                                                      Decatur, Georgia 30030
                                                      Tel. 404-905-2225

                                                      *Attorneys for Plaintiff Ezra Smith*