UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EZRA SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>DEPUTY MONIQUE TRACEY, *et al.*,<br><br>    Defendants. | Civil Action No.: 1:24-cv-05158-TWT |

### DECLARATION OF EZRA SMITH

I, Ezra Smith, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

2. The purpose of this declaration is to set forth facts concerning the events that occurred on July 8 and 9, 2024, while I was at the Rockdale County Jail.

3. On July 8, 2024, I was placed into Booking Cell 7 at the Rockdale County Jail.

4. Early in the evening, there were at least a half-dozen other detainees in Cell 7 with me.

5. I told the other detainees that my wife wanted me dead and that she wanted all my possessions.

6. I told the other detainees that I was going to drive to my wife's house and kill myself in my car in front of her house so that she could have all my belongings and see that I loved her.

7. I told the other detainees that I was joking because my entire life felt like a cruel joke. But I never told any of the deputies or jail staff that I was joking.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 8, 2026 in Conyers, Georgia.

*Ezra Smith (Jan 8, 2026 22:30:03 EST)*

Ezra Smith

# Declaration of Ezra Smith

Final Audit Report　　　　　　　　　　　　　　　　　　　　　　　　　　2026-01-09

| | |
|---|---|
| Created: | 2026-01-09 |
| By: | James Slater (james@slater.legal) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAjL5ToLz2FuqmSpqva3CGm6BATmk3vBEc |

## "Declaration of Ezra Smith" History

- Document created by James Slater (james@slater.legal)
  2026-01-09 - 3:27:50 AM GMT

- Document emailed to Ezra Smith (ezrasmith96@yahoo.com) for signature
  2026-01-09 - 3:27:53 AM GMT

- Email viewed by Ezra Smith (ezrasmith96@yahoo.com)
  2026-01-09 - 3:28:31 AM GMT

- Document e-signed by Ezra Smith (ezrasmith96@yahoo.com)
  Signature Date: 2026-01-09 - 3:30:03 AM GMT - Time Source: server

- Agreement completed.
  2026-01-09 - 3:30:03 AM GMT

Adobe Acrobat Sign