## Inmate Incident # 24J-000442
### Booking Number: 242425

### Inmate Information

| | | | |
|---|---|---|---|
| Name: | Smith, Ezra | | |
| Date of Birth: | 11/04/2000 | SO Number : | 164822 |
| Gender: | Male | Social Security: | 669104626 |
| Race: | White | Driver's License: | GA-060547305 |

### Incident Information

| | | | |
|---|---|---|---|
| Date: | 07/09/2024 | Time: | 1:30 AM |
| Badge #: | 2548 | | |
| Officer Name: | Tracey, Monique | | |
| Violation Type: | Serious | Location: | Booking Holding Cell 07 |
| Incident Type: | Attempted Suicide | | |
| Comment: | 52 attempt | | |

| Party | Connection | Violations |
|---|---|---|
| Smith, Ezra | Inmate | |

### Incident Report # 24R-000559

| | | | |
|---|---|---|---|
| Date: | 07/09/2024 | Time: | 11:09 PM |
| Badge #: | 2907 | Officer Name: | Jackson, Shenequa Raychell |
| Report Type: | Supplemental | | |
| Status: | New | | |
| Status Badge #: | 2907 | Status Officer Name: | Jackson, Shenequa Raychell |

DEF000069

Narrative:

On July 8, 2024, I, Deputy Jackson #2907, was assigned as the Kitchen Deputy on Jail Team B. At the beginning of shift I was instructed by Lt. Daniel #2324 to assist in Booking, because it was very busy. Deputy Tracey #2548, Deputy Gomez #3062, and I were working in Booking. There were multiple inmates to be released and a couple of inmates that needed to complete the booking process. While we were working on the Booking platform multiple men in Booking cell #7 were yelling at us. One of the inmates in Booking cell #7 stated, "this white boy is going to kill himself." When we looked in the cell all the men were laughing including the white male who he was talking about. The white male in Booking cell #7 was later identified as Ezra Smith SO#164822. We continued to release and clear people out of booking. Inmate E. Smith asked, "What was taking so long?", while I was removing an inmate from the cell. I told him I wasn't sure we were just picking up folders and clearing them out of Booking. He began to kick and bang on Booking cell #7 door. Inmate Smith was told by Deputy Tracey that he needed to get cleared before he went to general population. Inmate Smith then continued to bang and kick on the Booking cell #7 door.

Deputy Tracey noticed that Inmate Smith stopped banging and decided to go check on him at approximately 0133 hours. As Deputy Tracey approached the door, she stated that she needed help. I grabbed the keys from the Booking platform and went to Booking cell #7. When I opened the cell door Inmate Smith was kneeling at the telephone. I called his name and went to pull him away from the phone. When I pulled Inmate Smith away, I immediately noticed that his face and head was purple. Inmate Smith had wrapped the phone cord around his neck by using the phone cord inside Booking cell #7. I unwrapped the phone cord from his neck and noticed there was blood on the bench. Deputy Tracey immediately screamed for a nurse. Nurse Sanchez immediately came, and we pulled him back to lay him on his back. Nurse Sanchez immediately began CPR chest compressions. She said that EMS needed to be called. EMS was called. The assistance of additional deputies and additional nurses was requested. Nurse Sanchez began to tire from the chest compressions, so I began to do chest compressions. Nurse Napier, Nurse Smith, and additional deputies arrived afterwards. Nurse Napier relieved me and began chest compressions at that time. Nurse Smith instructed me to go get the AED. I grabbed the AED from the Booking platform and brought it to the nurses. At that time Inmate Ezra was receiving oxygen from the nurses and they stated that they didn't need the AED. Lt. Daniel then instructed me to check Inmate Smith HOLDs information through GCIC. While I was doing so, EMS arrived. Inmate Smith left with EMS and D.S. Little #2141.

My Axon issued camera was activated during this time.

_____

S. Jackson #2907

DEF000070