# EXHIBIT 5

Ezra Smith Holding Cell 7 07-08-2024.mp4
(Filed Conventionally)