# EXHIBIT 6

Ezra Smith Holding Cell 7 07-09-2024.mp4
(Filed Conventionally)