# EXHIBIT 7

Ezra Smith Booking Area 07-09-2024.mp4
(Filed Conventionally)