# EXHIBIT 8

Ezra Smith Booking Area 2 07-09-2024.mp4
(Filed Conventionally)