# EXHIBIT 9

Jackson Body Camera
(Filed Conventionally)