# EXHIBIT 10

Merit Board Hearing - M. Tracey-20240823_090650-Meeting Recording.mp4 (Filed Conventionally)