# EXHIBIT 11

Merit Board Hearing - M. Tracey-20240830_100444-Meeting Recording.mp4 (Filed Conventionally)