UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EZRA SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>DEPUTY MONIQUE TRACEY, *et al.*,<br><br>    Defendants. | Civil Action No.: 1:24-cv-05158-TWT |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL**

THIS MATTER is before the Court upon Plaintiff Ezra Smith's Motion to Seal Naphcare's Policy B-05 Suicide Prevention and Intervention, which was filed provisionally under seal at Doc. 90-1. Having considered the motion, it is hereby

ORDERED AND ADJUDGED that:

1. The motion to seal is GRANTED.

2. The Clerk is DIRECTED to maintain Doc. 90-1 under seal.

IT IS SO ORDERED this _____ day of _____, 2026.

                                                                   _____
                                                                   THOMAS W. THRASH, JR.
                                                                   United States District Judge

Presented by:

James M. Slater
Georgia Bar No. 169869
SLATER LEGAL PLLC
2296 Henderson Mill Rd. NE #116
Atlanta, Georgia 30345
(404) 458-7283
james@slater.legal