UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EZRA SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>DEPUTY MONIQUE TRACEY, *et al.*,<br><br>    Defendants. | Case No. 1:24-cv-05158-TWT |

**PLAINTIFF'S NOTICE OF CONVENTIONAL FILING**

Plaintiff Ezra Smith hereby provides notice that on the date below, he mailed a USB drive containing videos submitted as evidence in support of his responses to Defendants' motions for summary judgment. The USB contains seven (7) video clips (identified at Docs. 89-5 through 89-11), which cannot be filed using the CM/ECF system.

Dated: January 12, 2026.

                                         */s/ James M. Slater*
                                         James M. Slater (GBN 169869)
                                         SLATER LEGAL PLLC
                                         2296 Henderson Mill Rd NE #116
                                         Atlanta, Georgia 30345
                                         james@slater.legal
                                         Tel. (404) 458-7283

                                         Jeff Filipovits (GBN 825553)
                                         Wingo Smith (GBN 147896)
                                         SPEARS & FILIPOVITS, LLC

315 W. Ponce de Leon Ave., Suite 865
Decatur, Georgia 30030
Tel. 404-905-2225

*Attorneys for Plaintiff Ezra Smith*

2