UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EZRA SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>DEPUTY MONIQUE TRACEY, *et al.*,<br><br>    Defendants. | Civil Action No.: 1:24-cv-05158-TWT |

### ORDER GRANTING PLAINTIFF'S MOTION TO SEAL

THIS MATTER is before the Court upon Plaintiff Ezra Smith's Motion to Seal Naphcare's Policy B-05 Suicide Prevention and Intervention, which was filed provisionally under seal at Doc. 90-1. Having considered the motion, it is hereby

ORDERED AND ADJUDGED that:

1. The motion to seal is GRANTED.

2. The Clerk is DIRECTED to maintain Doc. 90-1 under seal.

IT IS SO ORDERED this 16th day of January, 2026.

THOMAS W. THRASH, JR.
United States District Judge