**BUCKLEY CHRISTOPHER HENSEL**
Attorneys at Law

2970 Clairmont Road, NE
Suite 650
Atlanta, Georgia 30329

404.633.9230 ~ telephone
404.633.9640 ~ facsimile
www.bchlawpc.com

June 12, 2026

Mr. Kevin P. Weimer, Clerk of Court
U.S. District Court, Northern District of Georgia Atlanta Division
75 Ted Turner Drive, S.W., Room 2211
Atlanta, Georgia 30303-3361

> **Re:    Ezra Smith v. Raul Gomez, et al.**
> **U.S.D.C. Northern District of GA (Atlanta Division)**
> **Civil Action File No.:  1:24-cv-05158-TWT**

Dear Mr. Weimer:

Pursuant to Local Rule 83.1(E)(3), I am requesting a leave of absence for personal/family vacation.  I respectfully request that the above-referenced case not be calendared during the following:

> June 30 – July 10, 2026 Family Vacation
> August 7 – August 17, 2026 Family Vacation
> November 22 – November 29, 2026 Holidays
> December 23, 2026 - January 5, 2027 Holidays
> February 19 - March 2, 2027 Out of the Country Mission Trip

Thank you for your consideration.

Best Regards,

/s/ Timothy J. Buckley, Esq.
Timothy J. Buckley III, Esq.
GA State Bar No. 092913
**BUCKLEY CHRISTOPHER &
HENSEL, P.C.**

cc:    Attorneys of Record