Filipovits & Smith, LLC

315 W. Ponce de Leon Avenue
Suite 865
Decatur, GA 30030
404.905.2225

September 9, 2026

*Sent by e-file*

Courtroom Deputy Clerk to the Hon. Thomas W. Thrash, Jr.
Senior Judge, United States District Court
Northern District of Georgia
2188 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Re: *Smith v. Tracey, et al.*
Civil Action File No. 1:24-cv-05158-TWT

Dear Sir or Madam,

Pursuant to Local Rule 83.1(E)(5), I request that no proceedings be scheduled in the above-captioned matter for the following periods: October 9 through 12, 2026; November 23 through 30, 2026; and December 21, 2026, through January 4, 2027. I will be absent for personal vacation.

Please contact me if you have any questions. Thank you in advance for your attention to this matter.

Sincerely,

/s/ *Wingo F. Smith*
Wingo F. Smith

WFS:jr