**APPLICATION FOR REFUND OF FEES**
**PAID ELECTRONICALLY THROUGH PAY.GOV**

Date of Request: 10/6/2026

Date of Fee Payment: 10/5/2026

Case Number: 1:24-cv-05158-TWT

Receipt Number: AGANDC-15606649

Amount to be Refunded: $605.00

Reason for Request:

**We filed an amended Notice of Appeal in this case and paid the fee twice.**

Supervisor's Recommendation:

Action Taken: ________ Approved

________ Denied

________ Referred to Judge for further action

______________________________
DATE

______________________________
KEVIN P. WEIMER
Clerk of Court