**APPEAL NO. 26-13650-DD**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

---

**EZRA SMITH,**

**Plaintiff / Appellee,**

**vs.**

**MONIQUE TRACEY, *et al.*,**

**Defendants / Appellants.**

---

**APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

---

# CERTIFICATE THAT NO TRANSCRIPT WILL BE ORDERED

---

**Jason Waymire, Esq.
Williams & Waymire, LLC
4330 South Lee St., NE
Building 400, Suite A
Buford, Ga 30518-3027
Telephone: (678) 541-0790
Facsimile: (678) 541-0789**

**jason@wmwlaw.com**

**Appeal 26-13650-DD** **Smith v. Tracey et al.**

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 26.1 of the Rules of the U.S. Court of Appeals for the Eleventh Circuit, the undersigned counsel for Defendants-Appellants certifies that, to the best of his present information, knowledge and belief, the following is a full and complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships or corporations that have an interest in the outcome of this case and appeal, including subsidiaries, conglomerates, affiliates, and parent corporations, including any publicly held company that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

1. Association County Commissioners of Georgia-Interlocal Risk Management Agency (ACCG-IRMA), insurer for Appellants;
2. Buckley Christopher & Hensel, P.C., law firm representing Appellants Gomez and Jackson;
3. Buckley, Timothy, attorney for Appellants Gomez and Jackson;
4. Christopher, Kelly, attorney for Appellants Gomez and Jackson;

5. County Reinsurance, LTD, reinsurer for Association County Commissioners of Georgia-Interlocal Risk Management Agency;

6. Filipovits, Jeff of Filipovits & Smith, LLC, Counsel for Appellee

7. Gomez, Raul, Defendant / Appellant;

8. Jackson, Shenequa, Defendant / Appellant;

9. O'Brien, Eric, attorney for Appellants Gomez and Jackson;

10. Sanchez Erica, dismissed Defendant;

11. Sheriff of Rockdale County, Georgia;

12. Slater, James of Slater Legal PLLC, Counsel for Appellee

13. Smith, Ezra, Plaintiff / Appellee

14. Smith, Wingo, of Filipovits & Smith, LLC, Counsel for Appellee

15. Thrash, Honorable Thomas W., United States District Court Judge;

16. Tracey, Monique, Defendant / Appellant;

17. Waymire, Jason C., Attorney for Appellant Tracey;

18. Williams & Waymire, LLC, law firm representing Attorney for Appellant Tracey;

19. Williams, Terry, Attorney for Appellant Tracey.

WILLIAMS & WAYMIRE, LLC

/s/ *Jason Waymire*______
JASON WAYMIRE
Georgia Bar Number 742602
Attorney for Appellant Tracey

## CERTIFICATION THAT NO TRANSCRIPT WILL BE ORDERED

Through counsel Appellant Tracey hereby certifies that no transcript from the District Court proceeding at issue in this appeal has been or will be ordered in relation to this appeal. There was no hearing.

WILLIAMS & WAYMIRE, LLC

/s/ *Jason Waymire*______
JASON WAYMIRE
Georgia Bar Number 742602
Attorney for Appellants Tracey
jason@wmwlaw.com

## CERTIFICATE OF COMPLIANCE

I certify that this response complies with the type-volume limitation set forth in F.R.A.P. 32(a)(7)(B). This Certificate contains 41 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **CERTIFICATE** upon parties through counsel who have appeared in this appeal electronically through the Court's CM/ECF system.

This 22 day of October 2026.

/s/ Jason Waymire
JASON C. WAYMIRE